RECEIVED

RECEIVED
07 MAR 30 PM 1:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

APR 11 2007
CLERK

2:07cv 315-F
CV-07-BE-0005-S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION UNDER SECTION 706 (f)
## OF CIVIL RIGHTS ACT OF 1964

Declaring that the information I have given below is true and correct, I apply to this court for:

(✓) appointment of an attorney.

(✓) authority to commence an action without prepayment of fees, costs, or security.

### 1. Personal and Financial Data

Your full name and present mailing address:

Emily C. Jackson
605 Wesley Drive
Montgomery, AL 36111

Telephone (if any): (334) 288-4675

Are you presently employed?   Yes ___   No ✓

If the answer is "yes", give the name and address of your employer and the amount of your usual weekly salary or wages.

_____

_____

Weekly earnings:  $ _____

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: 09-29-06

Weekly earnings: $ 591.20

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?

$1,992.00

as interest, dividends, rents, or investment income of any kind?

$12.00

as gifts or inheritance?

0

from (social security), unemployment compensation, or any form of state or federal welfare payments or benefits?

$19,974 + $2,910 = $22,884  { Total }

from pensions, annuities, workmen's compensation, disability or other insurance policies?

$6,918 Gross Annual Annuities

from all other sources?

0

How much money do you own or have in any checking or saving accounts? $300.00

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? **No**

If the answer is "yes", describe the property and state its approximate value: _____

How much money do you owe to others?

**$98,000**

As to each debt over $100, state the name of the creditor and the approximate amount owed:

Bank of America $7,200; Max Mastercard $7,500
ASECU Visa $6,900; ASECU Loan $2,000; ASECU Loan $3,000
WAMU Visa $2,000; Montgomery Credit Corp $5,000
Citifinancial $5,000 American Educational Service $27,000;
Montgomery Cancer Center $12,000    Office of Personnel
Management $18,000

List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

Glennie J. Jackson, mother, $10,800 for her mortgage and utilities

Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?....... Yes ✓   No ___

If the answer is "yes", give the following information for each such person:

Name _Glennie J. Jackson_

Relationship _Mother_

Employer _Easter Seals Day Care_

Weekly earnings $ _330.00_

Name _____

Relationship _____

Employer _____

Weekly earnings $ _____

Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_____

_____

_____

_____

_____

(Attach additional sheets as needed)

### Nature of Alleged Discrimination

Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. _I am filing a racial and discrimination claim under Title VII of the Civil Rights Act. I was employed by Easter Seals Central Alabama located at 2125 E South Blvd, Montgomery, Alabama 36116_

See Attached Letter Dated 03-30-07

From September 14, 2004 to September 29, 2006, I was a full-time Micro Enterprise Specialist. I was replaced by a White, male, after being told that federal funds were available to pay for one full-time Micro Enterprise Specialist. Easter Seals Administrators eliminated my position on Friday, September 29, 2006 and hired Bill Hanes, a White, male, on Monday, October 2, 2006 after being notified that federal grant funding was approved for its Micro Enterprise Program and for one full-time Micro Enterprise Specialist.

**Have you filed with the Equal Employment Opportunity Commission (EEOC) a Charge relating to such practices?........ Yes ✓  No ___**

If "yes", attach a copy of each such Charge.

Have you received from the EEOC a letter notifying you of your right-to-sue respecting such Charges? ........... Yes ✓  No ___

If "yes", attach a copy of such letter and notice, and state when you received the same.

Date Received: 02-15-07

Have you received from the EEOC a copy of its Determination with regard to your Charges? Yes ✓  No ___

If "yes", attach a copy of such Determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why.

I disagree with the EEOC's findings because Easter Seals Central Alabama breached the federal grant contract for its Micro Enterprise program which required a full-time Micro Enterprise Specialist. Easter Seals also knowingly and willingly displaced me, a full-time employee with an independent contractor.

After being notified that federal grant funding was approved, Easter Seals Administrator could have retained me as an employee instead of eliminating my position

Any other informational you desire to disclose which supports your claim of discriminatory employment practices.

_____

_____

_____

_____

(Attach additional sheets as needed)

### Efforts to Obtain Attorney

(To be completed if requesting appointment of an attorney)

Have you talked with any attorney about handling your claim? Yes ✓ No __

If "Yes", give the following informational about each attorney with whom you talked:

Attorney: David R. Arendall, Arendall & Associates

When: 10-25-06

Where: 2018 Morris Ave Birmingham, AL 35203

How (by telephone, in person, etc): In Person

Attorney: expressed concern about the amount of money and time he would have to give. He also expressed concern about my case going before a jury. He expressed these concerns after reassuring me that I had a good case and after I submitted

_Substantial documentation supporting my claim of racial and gender discrimination._

**Where:** _____ **How (by telephone, in person, etc)**

**Why attorney was not employed to handle your claim:**

**Attorney:**

**When:** _____

**Where:** _____

**How:** _____

**Why attorney was not employed to handle your claim:** _____

**Explain any other efforts you have made to contact an attorney to handle your claim.**

_I contacted Attorney Deneau in Pelham and left a message for him to call me. His secretary's name was Kitty._

**Any other information which supports your application for the court to appoint an attorney**

for you: _I am receiving disability income. I am also in an enormous amount of financial debt and cannot afford to pay for filing fees, court costs, and attorney fees._

Name and address of each attorney who has represented you in the last 10 years for any purpose: _None_

(Attach additional sheets as needed)

Attestation and Signature

Under penalty of perjury I declare that the information given on the preceding ___ pages is true and correct.

Dated: 03-30-07           _Emily C Jackson_
                              SIGNATURE

WITNESSES:

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Emily Jackson<br>605 Wesley Drive<br>Montgomery, AL 36111 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South, Suite 2000<br>Birmingham, AL 35205-1130 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2007 00698 | Devoralyn J. McGhee, Investigator | (205) 212-2070 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Delner Franklin-Thomas*      **13 FEB 2007**

Enclosure(s)     Delner Franklin-Thomas, District Director     (Date Mailed)

cc:     **David R. Arendall, Attorney**
       **Randy Thomas, Chairman**

March 30, 2007

U.S. District Court Judge
1729 Fifth Avenue N, Room 140
Birmingham, AL 35203-2022

To The Honorable Judge of the U.S. District Court in Birmingham, Alabama:

Thank you for allowing me to file my lawsuit and complaint in the U.S. District Court of Birmingham, Alabama. In order to proceed with my complaint, I will provide a brief description of the facts in my case.

I am filing a racial and gender discrimination in employment case under Title VII of the Civil Rights Act against Easter Seals Central Alabama, located at 2125 E. South Boulevard, Montgomery, Alabama 36116. The particulars of the case begin with the fact that I was employed by Easter Seals Central Alabama in the Alabama Customized Employment (ACE) Micro Enterprise Program, as a full-time Micro Enterprise Specialist between September 14, 2004 and September 29, 2006.

I was notified in writing by Easter Seals Administrators that federal funds for the ACE Micro Enterprise Program were ending. As a result, my employment with Easter Seals would end and my position as a Micro Enterprise Specialist would be eliminated. As notified by Easter Seals Administrators, my employment ended on Friday, September 29, 2006.

On Monday, October 2, 2006, Easter Seals Central Alabama hired Bill Hanes, a White male, as an independent contractor for the ACE Micro Enterprise Program. The hiring of Mr. Hanes displaced me as a full-time employee. It also breached the federal grant agreement which required a full-time Micro Enterprise Specialist in order to operate the Micro Enterprise Program.

I strongly believe that I was discriminated against based on my race, Black, and my gender, female, because Easter Seals **knowingly and willingly** hired a White male in my place after being notified that federal grant funding was approved for the Micro Enterprise Program and for the salary of one full-time Micro Enterprise Specialist.

My discrimination case was filed with the U.S. Equal Employment Opportunity Commission by David R. Arendall, Attorney. **I submitted substantial documentation to Mr. Arendall to support my case** and he reassured me that I had a good case, and, that it was proceeding as scheduled. After Mr. Arendall initially agreed to represent me on a contingency basis, and after he received my **Right to Sue Notice**, he contacted me and expressed concerns about the amount of money and time that he would have to invest in my case: Right to Sue Notice is attached. He also expressed concern about my case going before a jury.

Your Honor, I sincerely believed that Mr. Arendall was going to represent me in my case because I signed a written agreement for him to represent me on a contingency basis. At this time, I do not want him to represent me. Additionally, **I am receiving disability income and cannot afford an attorney**. Would you please waive my filing fee of $350.00 plus court costs, and appoint an attorney to represent my discrimination case?

Sincerely,

*Emily C. Jackson*
Emily C. Jackson

Enclosures

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | |
|---|---|
| | FEPA |
| | X EEOC |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Emily Jackson | (334) 288-4675 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 605 Wesley Drive, Montgomery, AL 36111 | 01/11/62 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Easter Seals Central Alabama | Over 15 | (334) 288-0240 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 2125 E. South Blvd., Montgomery, AL 36116 | Montgomery |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE (Month/Day/Year):

**RACE XX**      COLOR           SEX  HARASSMENT         FIRST: 9-14-04

RELIGION      NATIONAL ORIGIN      RETALIATION         LAST: 9-29-06

AGE           DISABILITY

OTHER (Specify) **GENDER XX**

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):
**Please see following page for particulars.**

SSN:                    Sex:    Female        Race: African American

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

_Rhonda A. Sizemore_
Notary signature

I declare under penalty of perjury that the foregoing is true and correct.

_Emily Jackson_
Emily Jackson
Charging Party (Signature)

Date: 11-10-06

_Emily Jackson_
Emily Jackson
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Date: 11-10-06

EEOC FORM 5 (Rev. 06/92)

EEOC Charge of Emily Jackson
Social Security Number:

1. I began work with Respondent on September 14, 2004 as a Micro Enterprise Specialist. My job duties included assessing entrepreneur opportunities for individuals with disabilities in order to start a business. I would provide counseling and guidance. I would conduct management training seminars, provide technical assistance in the development of a feasible business plan. I would operate and maintain electronic and manual data bases and prepare written business and administrative reports. At all times, I performed my job duties in at least a competent manner.

2. Respondent funds the program in which I was employed through federal grants. The grant is based upon salaries paid to employees in the program by Respondent. I, along with my co-worker, Cassandra Cooper (black) were the two full-time Micro Enterprise Specialists in the program by September, 2006.

3. On or about April 26, 2006 Larry Lewis, interim administrator, and Dr. Susan McKim met with us to inform us that the Micro Enterprise Program was going to end in September, 2006, but that they would be seeking a no cost extension to sustain the program for one more year, as originally scheduled.

4. On August 15, 2006, while I was out on funeral leave, Mr. Lewis left a letter on my desk that said that my position would be ending on September 29, 2006 and that efforts to extend the program had failed.

5. On September 12, 2006, Ms. Debbie Lynn, Administrator, called a meeting with me and Ms. Cooper and said the program was going to be extended for six months, but there was a problem with funding the full time positions. I asked to work part-time.

6. On September 18, 2006, Ms. Lynn told me that while the program was going to be extended for six more months, that my position had been eliminated and that the grant would only allow for one full time Micro Enterprise Specialist so that Ms. Cooper would be retained.

7. On Monday, September 25, 2006, Ms. Cooper submitted her letter of resignation, the same day as my last day at work. I used four vacation days; therefore, my last day was officially September 29, 2006. On this day, when I picked up my paycheck, I asked the Administrative Assistant, Eileen Bennett, if the program was going to continue since Ms. Cooper was leaving, and she told me that the program was going to end.

8. On Monday, October 2, 2006, Bill Hanes (wm) was hired as a full time Micro Enterprise Specialist, taking my position. He had been employed with Respondent in Talladega. He was allowed to assume my position when his own was eliminated.

9. Upon information and belief Mr. Hanes is being paid more money than I was. I believe the difference in pay is because it is based on the fact that he is a white male, and I am a black female.

Page 3
EEOC Charge of Emily Jackson
Social Security Number:

10. I believe I have been discriminated against because of my gender, female, and my race, black, in violation of Title VII of the Civil Rights Act of 1964. Hanes' position was eliminated, not mine, yet he was allowed to take my position while my employment was terminated.

_____
Emily Jackson

The foregoing instrument was acknowledged before me on __11-10-06__ by Emily Jackson.

_____
Notary Public

My commission expires:



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 212-2148
TTY (205) 212-2112
FAX (205) 211-2105

*David R. Arendall, Attorney*
*Arendall & Associates*
*2018 Morris Avenue*
*Birmingham, AL 35203*

*Reference: <u>Emily Jackson v Easter Seals Central Alabama</u>*
*Charge No. 420 2007 00698*

*Dear Mr. Arendall:*

*The above-referenced charge has been assigned to me for investigation. This correspondence is submitted in reference to your client's charge of employment discrimination filed on the basis of her race, Black, gender, female.*

*Based upon my analysis of the material and testimony which your client presented and information obtained from other sources, I have concluded that it is unlikely that further investigation of your client's charge would result in a finding that the law was violated, as alleged.*

*Your client alleged that she was discriminated against because of her race, Black, and gender. She specifically alleged that she was terminated from her position of employment as a Micro Enterprise Specialist and a White male took her position. Evidence indicates that management made a decision to out-source their program to an "independent contractor" due to funding and current staffing needs. Evidence further indicates that your client's comparator was never an employee of the Respondent. Finally, Respondent contends that your client was kept abreast of the funding issues as it relates to her continued employment.*

*If you have additional information or evidence which was not submitted previously, please provide to me by January 29, 2007. You can send the information to me at the address above, fax (205) 212-2105 or contact me at (205) 212-2070. If you come to the office without making an appointment, I may or may not be able to see you.*

*In the event that I do not hear from you, I will recommend that the charge be dismissed, that your client be issued a Notice of Right to Sue and that the Commission consider this matter closed.*

Sincerely,

*Devoralyn J. McGhee*
Investigator

January 18, 2007
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In Re: The Application of:

EMILY C. JACKSON
605 Wesley Drive
Montgomery, AL 36111


COMPLAINANT

*Note: Only the paragraphs checked apply to your application.*

Upon consideration of the application of the complainant, it is ORDERED as follows:

### COURT'S RULING ON YOUR APPLICATION

( )*  The application shall be treated as a complaint under one or more of the federal civil rights acts, and deemed filed on the date of application, but an amended complaint, complying with the Federal Rules of Civil Procedure (and, in particular, referring to the federal statute or statutes being invoked) and suitable for service on the defendant[s] named therein, shall be filed with the court within 30 days from the date hereof (unless extended by order of the court), failing which this cause shall be dismissed for want of prosecution. Service of process will not begin until the complaint is amended.

> **\*If this box is NOT checked, you do not have a case in this court and you must take whatever additional steps may be appropriate to protect your rights.**

### COURT'S RULING ON FILING FEE

( )   The application for authorization to commence an action without prepayment of fees, costs or security is **GRANTED.**

( )^  The application for authorization to commence an action without prepayment of fees, costs or security is **DENIED,** and the application/complaint may be dismissed without further notice if the filing fee is not paid within 30 days.

> **^If this box is checked, you must pay the filing fee of $350.00**

( )^^ The application for authorization to commence an action without prepayment of fees, costs or security is PARTIALLY GRANTED and PARTIALLY DENIED. Accordingly, the filing fee is reduced to $.

> **^^If this box is checked and the reduced filing fee is not paid within 30 days, the application/complaint may be dismissed without further notice.**

### COURT'S RULING ON APPOINTMENT OF COUNSEL

( )+  The application for appointment of an attorney is **DENIED.**

> **+If this box is checked, an attorney will not be appointed for you.**

( )++ The application for appointment of an attorney is **GRANTED** and _____ is hereby appointed.

        **++NOTE TO APPOINTED COUNSEL: Counsel is directed to meet with complainant within 15 days and to take action on his/her behalf as is consistent with Rule 11. Determination on the part of counsel that further action cannot be taken should be promptly communicated to the court in writing.**

( )    The application for appointment of an attorney is **GRANTED** and referred to a Magistrate Judge for selection of an attorney. The 30 days within which the plaintiff must amend the complaint shall run from the date of appointment of counsel for the plaintiff.

    DONE and ORDERED on _____ .

                                        _____
                                        United States District Judge

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

March 30, 2007

TO:    EMILY C. JACKSON
         605 Wesley Drive
         Montgomery, AL 36111


      This is in response to your inquiry today about a lawsuit you may wish to bring under one or more of the federal civil rights acts. Under some of these laws, the court is, upon application by a complainant, permitted to appoint an attorney for the applicant and to allow commencement of the action without prepayment of fees, costs, or security.

      Any such application is, at the direction of this court, to be in writing and is to be filed with this office. Attached for your convenience is a form that can be used for this purpose.

      Appointment of an attorney and waiver of prepayment of fees are granted only in such circumstances as the court may deem to be just. While there are no rigid requirements governing such requests, the court does consider such matters as the financial condition of the applicant, the substantiality of the claimed discrimination, and, on a request to appoint counsel, the efforts taken by the applicant to employ an attorney. Accordingly, any application you file should state fully the facts and reasons why in your opinion, your request should be granted.

      You are <u>cautioned</u> that any lawsuit under Title VII to be brought by you, or on your behalf, <u>MUST BE FILED WITHIN 90 DAYS</u> after receipt by you of the EEOC's "right to sue" notice. A delay on your part in filing an application for appointment of an attorney or for waiver of prepayment of fees may result in loss of rights under Title VII.

      If you need additional copies of the form of application, assistance in preparing the application, or further information, please advise this office.

                                                  Yours very truly,

                                                 SHARON HARRIS, CLERK

Hand delivered to addressee
with indicated attachment

                                               By: *Shirley Brown*

xc:    Suspense File
                                                     Deputy Clerk