# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

In Re: The Application of:

    Emily C. Jackson
    605 Wesley Drive
    Montgomery, AL 36111

2:07cv315-F

    The court is in receipt of application of Emily C. Jackson and the determination from the Equal Employment Opportunity Commission. The court finds that in forma pauperis is due to be GRANTED. The court also finds that venue of this case properly lies in the Middle District of Alabama where Plaintiff resides, the Defendant is located, and the facts giving rise to this case occurred. Therefore the court DIRECTS the clerk to forward the complaint with time and date of receipt preserved to the Alabama Middle District in Montgomery, Alabama.

    DONE and ORDERED this 6th day of April 2007.

                                                     KARON OWEN BOWDRE
                                                     UNITED STATES DISTRICT JUDGE