| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cassandra Ha____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  4/17 |
| 1. Article Addressed to:<br><br>Easter Seals Central Alabama<br>2125 East South Boulevard<br>Montgomery, AL 36116<br><br>07cv315 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 1828 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540