In The United States District Court
Middle District OF Alabama

RECEIVED
2007 MAY -8  P 9: 42

U.S. DISTRICT CLK
DISTRICT COURT

Emily C. Jackson
    Plaintiff,
Vs.

Case Number:

2:07cv315-MEF

Easter Seals Central Alabama
    Defendant.

Answer
&
Motion To Dismiss

Comes Now the Defendant, Easter Seals Central Alabama, via counsel, Michael W. Rountree, and files this their answer and Motion to Dismiss and as grounds for said response and/or Motion for Dismissal states as follows:

**Answer**

1. Defendant Denies any and all claims made by the Plaintiff as being false incomplete and/or frivolous in nature, brought solely for the sole purpose of harassment and to cause the Defendant to incur legal expenses in answering and/or defending this frivolous matter.

2. Plaintiff failed to plead this matter in a form that would allow the Defendant or their Counsel to determine what law has been violated or what law is being claimed to have been breached. It appears that the Plaintiff is merely restating, to the Court, an inaccurate account of the alleged history of the Plaintiff's employment with the Defendant prior to her resigning to devote her time to her own business, Premiere Business Consultants, LLC, formed in 2006.

3. Plaintiff has made false statement and/or incomplete claims to the Court omitting her acts and/or statements to Easter Seals Central Alabama.

4. Bill Hanes is not now nor has he ever been an employee of Easter Seals, but is an independent contractor with a past record of performance in working with federal grants and/or special programs.

5. Emily Jackson, in an interview with Melanie LeMay of the Central Alabama Business Journal (April 2007), claims that she opened a business in 2006 which is currently active by the name of "Premiere Business Consultants, LLC".

6. Ms. Jackson conveniently failed to mention that the funding of the grant, by which Ms Jackson was employed, being terminated by the US department of Labor (US DOL),Office of Disability as of September 29, 2006. Final notification was provided to Easter Seals by the State of Alabama by a letter written by Steve Walkley, Division Director, Workforce Development Division on August 11, 2006. Or , that a copy of this letter was given to Ms. Jackson on August 15, 2006.

7. The EEOC stated in a letter to David R. Arendall, former counsel for Ms. Jackson, that "evidence indicates that management made a decision to out-source their program to an "independent contractor" due to funding and current staffing needs. Evidence further indicates that your client's comparator was never an employee of the Respondent. Finally, Respondent contends that your client was kept abreast of ..I will recommend the charge be dismissed,".

Wherefore, the Defendant request that this matter be dismissed for lack of a valid claim by which the Plaintiff is entitled to a verdict in her favor.

## Motion To Dismiss

1. The Complaint before this Court is not properly plead in that the Respondent is unclear as

      to what the Plaintiff is claiming she is entitled to in this matter, and which state or federal law they have been alleged to have violated which has damaged the Plaintiff.

2. The Plaintiff has failed to state a claim by which she can prevail or that she is entitled to relief from as there has been no violation of State or Federal Law.

3. The Plaintiff claimed that she was displaced by a white male when in fact the program was terminated by the United State Government and then extended for a brief period under a different grant of money for a short period of time.

4. The management of Easter Seals determined that the new funding would better serve the parties for which the funding was intended to benefit by out-sourcing the extension to an independent contractor who is not an employee of Easter Seals Central Alabama. There by reducing the overhead and cost and providing more services to the public. The US Dol approved the out-sourcing and the extension was started on Oct. 1, 2006 under the supervision of Easter Seals Central Alabama but not the day to day management.

5. The only purpose that this matter can have is to harass the Respondent and to cause them to incur legal expense in defending a matter that the Plaintiff knew prior to filing was frivolous and that she could not prevail.

6. Plaintiff also failed to advise the Court that she had elected not to remain with Easter Seals after the notice was given of the funding grant extension being denied.

      Therefore the Defendant, via counsel is asking that this matter be dismissed with each party to bear their own cost to date, or in the alternative, if this matter is not dismissed, counsel for the Defendant is asking that they be awarded cost and expenses in defending this frivolous matter.

      Done this the 7th day of May, 2007.

*[signature]*

Michael W. Rountree (ROU009)

Counsel for Defendant

Easter Seals Central Alabama

Of Counsel:

**ROUNTREE & ASSOCIATES, L.L.C.**
448 Saint Lukes Drive
Montgomery, Alabama 36117
Phone:      (334) 270-8291
Fax:    (334) 270-8294

## CERTIFICATE OF SERVICE

I hereby certify that I have this _7th_ day of May, 2007, served a copy of the foregoing to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following:

| | |
|---|---|
| Emily C. Jackson (pro se) | United States District Court |
| 605 Wesley Drive | Middle District Of Alabama |
| Montgomery, Al. 36111 | P.O. Box 711 |
| | Montgomery, AL. 36101-0711 |

*[signature]*

OF COUNSEL

Exhibit #1

CENTRAL ALABAMA BUSINESS JOURNAL

APRIL 2007

BUSINESS PROFESSIONAL PROFILE: MONTGOMERY

# Consultant stresses feasible business plan

By MELANIE LEMAY

MONTGOMERY — As a management consultant, Emily Jackson knows the importance of managing her own business effectively.

When she opened Premiere Business Consultants, LLC in 2006, Jackson followed the same advice she dispenses to her clients. She researched the market to gauge her probable success and then wrote a comprehensive business plan.

So far, walking the talk has paid off for Jackson, who draws on her years of business experience and a newly minted master's degree to help companies with management issues, training and market research.

At 44, Jackson has enjoyed a varied career. The Chicago native first served in the Air Force services division, handling hotel and dormitory management, mortuary affairs, and the linen exchange. She went on to work as a manager with the U.S. Postal Service, followed by stints in telecommunications marketing and consulting for micro enterprise development.

Jackson also found time to earn a bachelor's degree in business and management from Northeastern Illinois University and a master's degree in human resources management from Troy University's Montgomery campus.

Today she consults with new and seasoned business executives in areas such as advertising and marketing, business communications, business and community development, business plan and policy development,



EMILY C. JACKSON

**Owner**
**Years in current position:** 1
**Age:** 44
**Education:** Bachelor's degree in business and management from Northeastern Illinois University; master's degree in human resources management from Troy University

Premiere Business Consultants, LLC, owner Emily C. Jackson says area businesses need to improve customer service training for their employees.

human resources, strategic management, problem-solving and decision-making.

Jackson also trains individuals and groups in entrepreneurship, leadership, customer service, diversity, interviewing, occupational safety and health, and work force development.

Of these, Jackson says local companies have been especially interested in business plan development. "A business plan lets you look at your company objectively, thoroughly and unemotionally. As many as 85 percent of new businesses fail in the first five years because they fail to develop a feasible business plan."

Jackson says entrepreneurs often shy away from the research and writing required for a business plan, either because they see it as a waste of time or because they dislike the desk work involved. "Many business owners only develop a business plan when it's absolutely necessary," she said. "They may be applying for a bank loan or a grant, for example. They don't realize that business planning is critical to growth, longevity, success and survival. And that's true whether they're starting a brand new business, adding a new product or service, or expanding an existing business."

Jackson doesn't actually write business plans for her clients; she prefers to walk them through the process so they'll understand how to build and update their plans as their businesses grow.

Jackson says local business owners are also interested in training. "Everything in business has a legal implication," Jackson said. "Training employees both increases effectiveness and protects the company." Common mistakes for businesses include either postponing training or failing to document training that has been provided.

"If you fire an employee for poor customer service, you're in a better legal position if you've provided customer service training for that employee in the past," Jackson said. Although some of Jackson's clients have specifically asked for customer service training, she says her personal research shows a critical lack of such training among area businesses. "And even if you do provide customer service training, you as the business owner must demonstrate its importance through your own interaction with customers," Jackson said.

*Melanie LeMay is a freelance writer based in Montgomery.*

14

OFFICE OF THE GOVERNOR

**BOB RILEY**
GOVERNOR



OFFICE OF WORKFORCE DEVELOPMENT

**DR. TIM ALFORD**
DIRECTOR

## STATE OF ALABAMA
August 11, 2006

Mr. Larry Lewis, Administrator
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116

Dear Mr. Lewis:

This is to inform you that the Customized Employment contract, which is funded through the Customized Employment Grant from US Department of Labor (US DOL), Office of Disability Employment Policy, will be ending at the close of business on September 29, 2006. Earlier this year, we requested a twelve-month extension from US DOL so that the grant could continue through September 2007; however, we have not received a response to our request for the grant extension. Therefore, we must close the customized employment demonstration programs and all participants will need to be transferred to other available programs and/or services or exited out of services completely. The case management files for these participants will need to be retained by your agency for a period of 6 years.

Final invoices will need to be submitted no later than October 31 so that we are able to closeout funds within ninety (90) days. Regular invoices should be submitted as soon as possible and if your agency is not current with their invoicing please ensure that your regular monthly invoices are brought up to date within thirty (30) days of this letter.

Property items purchased with customized employment funds should have been properly tagged and paperwork completed and will be retrieved within thirty (30) days of the end of the program. Should you wish to keep this equipment, you will need to send a written request to Dr. Ken Hollingsworth at 401 Adams Avenue, P O Box 5690, Montgomery, Alabama 36103-5690.

A final report will need to be submitted to Tammy Farmer no later than October 31 and include updated information on current and former participants, highlights of your demonstration program, lessons learned, accomplishments, partnerships that were developed, and any other information regarding your program.

I want to thank you and your staff on a job well done and for the dedication shown to this demonstration program and its participants over the past four years. The program has been a wonderful success because of your staff's involvement and commitment to these participants and their well-being. Should you have any questions regarding the program and its closure, please let me know.

Sincerely,

Steve Walkley, Division Director
Workforce Development Division

401 ADAMS AVENUE • SUITE 590 • P.O. BOX 5690 • MONTGOMERY, ALABAMA 36103-5690 • (334) 353-1490



*Creating solutions, changing lives*

*Services for children and adults with disabilities in Central Alabama*

**Easter Seals**

Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116-2454
334-288-0240
FAX  334-288-7171

**Larry Lewis**
CEO

# MEMO

TO: Emily Jackson

FROM: Larry F. Lewis

DATE: 8/15/06

RE: Customized Employment grant

I received notification today from ADECA that the Customized Employment Grant will end at the end of September. Their efforts to get an extension funded has failed. Please be advised that your employment with Ester Seals Central Alabama will end on Friday, September 29, 2006. I regret that this grant could not be continued.

Thank you for being a part of our program and for the many things you have done for the clients you have been able to help.

Sincerely,

Larry F. Lewis
CEO

Autauga • Barbour • Bullock • Butler • Conecuh • Coosa • Crenshaw • Elmore • Lowndes • Macon • Montgomery • Pike



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 212-2148
TTY (205) 212-2112
FAX (205) 211-2105

Exhibit 4-A

David R. Arendall, Attorney
Arendall & Associates
2018 Morris Avenue
Birmingham, AL 35203

Reference: <u>Emily Jackson v Easter Seals Central Alabama</u>
Charge No. 420 2007 00698

Dear Mr. Arendall:

The above-referenced charge has been assigned to me for investigation. This correspondence is submitted in reference to your client's charge of employment discrimination filed on the basis of her race, Black, gender, female.

Based upon my analysis of the material and testimony which your client presented and information obtained from other sources, I have concluded that it is unlikely that further investigation of your client's charge would result in a finding that the law was violated, as alleged.

Your client alleged that she was discriminated against because of her race, Black, and gender. She specifically alleged that she was terminated from her position of employment as a Micro Enterprise Specialist and a White male took her position. Evidence indicates that management made a decision to out-source their program to an "independent contractor" due to funding and current staffing needs. Evidence further indicates that your client's comparator was never an employee of the Respondent. Finally, Respondent contends that your client was kept abreast of the funding issues as it relates to her continued employment.

If you have additional information or evidence which was not submitted previously, please provide to me by January 29, 2007. You can send the information to me at the address above, fax (205) 212-2105 or contact me at (205) 212-2070. If you come to the office without making an appointment, I may or may not be able to see you.

Exhibit-45

*In the event that I do not hear from you, I will recommend that the charge be dismissed, that your client be issued a Notice of Right to Sue and that the Commission consider this matter closed.*

Sincerely,

January 18, 2007
Date

Devoralyn J. McGhee
Investigator