IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be set and is hereby set for oral argument on the defendant's motion to dismiss (doc. # 7) and a status and scheduling conference on May 29, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of May, 2007.

                                                   /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE