IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 16  P 2: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA

Emily C. Jackson,
Plaintiff


Vs.                                              Case Number: 2:07cv315-MEF



Easter Seals Central Alabama,
Defendant

MOTION TO SUBMIT EVIDENCE

**Motion to Submit Evidence**

Plaintiff, Emily C. Jackson, files this motion to submit evidence in support of her

claims against Defendant, Easter Seals Central Alabama, for racial discrimination, gender

discrimination, disparate treatment, defamation and slander, and publication in a false

light.  The following evidence supports Plaintiff's charges and claims against Defendant:

1.  The Alabama Customized Employment (ACE) Grant Letter & Application and

    the ACE Micro Enterprise Job Description, Exhibits H1-19, supports Plaintiff's

    claim that a full-time micro enterprise specialist was required to operate the ACE

    Micro Enterprise Program.

2.  Plaintiff's college transcripts; acceptance letter from The National Dean's List;

    resume; United States Postal Service Form 50, On-Site Trainer Certificate,

1

Priority Service Team Award, Letters of Commendation; Advanced Toastmasters Award; American Communications Network Outstanding Achievement Award; Disabled American Veteran Membership Certificate; and DD Form 214, Exhibits I1-16, supports Plaintiff's claim that she was better qualified for the micro enterprise specialist position than Bill Hanes.

3.   Easter Seals Central Alabama Pension Plan, Personnel Absentee Request And Approval Slip, and email, Exhibits J1-3, supports Plaintiff's claim that she was a full-time employee.  And, that, after being notified that the ACE Micro Enterprise Program was ending, Plaintiff requested four days of leave in her letter dated September 11, 2006 to Defendant in order to transition to a new career.  The email supports Plaintiff's claim regarding the 30 names of Easter Seals Central Alabama employees who left as a result of resignation, layoff, retirement, and termination during 2004-2006.

4.   Letter dated November 10, 2005 to Dr. Susan McKim, Administrator, attached with general grant information, Exhibits K1-12, supports Plaintiff's claim that she made recommendations to Easter Seals Central Alabama Administrator regarding available grant opportunities, and that Defendant neither acknowledged her recommendations nor applied for grants for its Programs in a timely manner.

5.   Letter dated December 5, 2005 to Mr. Larry Lewis, Interim Administrator, notifying him about forgery of her signature on a request for equipment and supplies, Exhibits L1-8, supports Plaintiff's claim about Defendant's poor accounting practices.

6. Letter dated December 14, 2005 to Mr. Larry Lewis, Exhibits M1-22, supports Plaintiff's claim that Defendant made recommendations about improving Easter Seals Central Alabama Operations and that Defendant failed to acknowledge her recommendations. Evidence also supports Plaintiff's claim that Defendant failed to apply for available grants in a timely manner for its Programs.

7. Letters received by Plaintiff's former attorney, David Arendall, Exhibits N1-5, supports Plaintiff's claim that former attorney did not refuse to represent her claim.

8. Grant opportunity, application, and instructions, Exhibits O1-23, supports Plaintiff's claim that Defendant failed to apply for available grant to sustain its Micro Enterprise Program.

9. Obituary, Exhibits P1-4, supports Plaintiff's claim for disparate treatment, when Defendant attended other employees' family members' memorial services, but did not attend her grandfather's memorial service.

All other possibilities have been eliminated regarding Defendant's reason for terminating Plaintiff by the overwhelming evidence that Plaintiff, Emily C. Jackson, has submitted to the Court. Plaintiff's evidence supports her honesty, integrity, and truthfulness regarding her claims against Defendant, Easter Seals Central Alabama, for a) Racial Discrimination, b) Gender Discrimination, c) Disparate Treatment, d) Defamation and Slander, and e) Publication in a False Light. Thereby, Plaintiff requests a ruling in her favor and for total monetary damages to be paid by Defendant as indicated in her complaint.

*Emily C. Jackson*    05-16-07

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675


# Certification of Service

I, Emily C. Jackson, do hereby certify on this 16th day of May 2007, that the

information contained in this correspondence to the Court is accurate and true to the best

of my abilities, and that I have submitted a copy of this document by United States Postal

Service Certified Mail # 7006 0100 0003 6639 7150 to the following:

Michael W. Rountree, Counsel for Defendant
Easter Seals Central Alabama
Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama 36117


*Emily C. Jackson*

Emily C. Jackson

*EXHIBIT H-1*

OFFICE OF THE GOVERNOR

DON SIEGELMAN
GOVERNOR

STATE OF ALABAMA

ALABAMA DEPARTMENT OF ECONOMIC
AND COMMUNITY AFFAIRS

ANNE A. PAYNE
DIRECTOR

August 11, 2002

Grant Officer SGA 02-12 Customized Employment
United States Department of Labor
Procurement Services Center
Attention: Grant Officer
Room N-5416
200 Constitution Avenue Northwest
Washington, District of Columbia 20210

Dear Grant Officer:

The Alabama Workforce Investment Board (WIB) is pleased to submit the attached application for funding the Alabama Customized Employment (ACE) program in order to better serve Alabamians with disabilities through the Career One-Stop centers. The WIB is partnering with the Janice Capilouto Center for the Deaf, a recipient of several national awards from the Department of Labor for serving individuals with hearing impairments, two (2) Easter Seals facilities, the Alabama Department of Rehabilitation Services, the Governor's Office on Disability, and Gorman & Associates LLC, a private consulting firm with expertise in strategic planning and evaluation of programs addressing the needs of individuals with disabilities. This public-private partnership will ensure the success and sustaining of the program.

The ACE program will focus on strategic planning, empowering One-Stop partners, demonstrating two (2) innovative programs, and implementing a menu of customized employment options through the One-Stop centers. It is expected to have positive outcomes for persons with disabilities in Alabama.

The Alabama Workforce Investment Board proposes to implement the Alabama Customized Employment (ACE) model program to demonstrate effective linkages and strategies for customized employment for people with disabilities which result in increased employment and wages. The WIB will implement this program through a consortium of public and private organizations with Gorman & Associates LLC at the lead.

*EXHIBIT H-2*

Grant Officer
Page Two
August 11, 2002


The goal of the ACE program is to maximize the capacity of, and outcomes from, the One-Stop Centers and their partners to effectively serve people with disabilities through customized employment strategies, and to integrate those strategies into the policy and practice of the One-Stop and its partners in order to increase employment, choice and wages for people with disabilities.

If you have any questions regarding this application, please feel free to call Stacy Larkin at (334) 420-0688. We look forward to working with you in this effort.

Sincerely yours,

J. Ab Conner
Chair
Local Workforce Investment Board


JAC:mln

| TYPE OF SUBMISSION | | |
|---|---|---|
| Application | Pre-application | |
| ☐ Construction | ☐ Construction | **4. DATE RECEIVED BY FEDERAL AGENCY** |
| ☒ Non-Construction | ☐ Non-Construction | Federal Identifier |

**3. DATE RECEIVED BY STATE**   State Applicant Identifier

**APPLICANT INFORMATION**

| | |
|---|---|
| Legal Name: **Alabama Department of Economic and Community Affairs (ADECA)** | Organizational Unit: **Workforce Development Division (WDD)** |
| Address *(give city, county, state, and zip code):* | Name and telephone number of person(s) to be contacted on matters involving this application *(give area code)* |
| Adams Avenue, PO Box 5690 | Project: Steve Walkley, Division Director, Workforce Development Division   (334) 242-5300 |
| Montgomery, AL 36103-5690 | FAX - (334) 242-5855 |

**EMPLOYER IDENTIFICATION NUMBER (EIN):**  6 3 — 6 0 0 0 6 1 9

**7. TYPE OF APPLICANT:** *(enter appropriate letter in box)*   [A]

| | |
|---|---|
| A.  State | H.  Independent School Dist. |
| B.  County | I.  State Controlled Institution of Higher Learning |
| C.  Municipal | J.  Private University |
| D.  Township | K.  Indian Tribe |
| E.  Interstate | L.  Individual |
| F.  Intermunicipal | M.  Profit Organization |
| G.  Special District | N.  Other (Specify) _____ |

**TYPE OF APPLICATION:**

☒ New    ☐ Continuation    ☐ Revision

If Revision, enter appropriate letter(s) in box(es):  [ ] [ ]

A. Increase Award   B. Decrease Award   C. Increase Duration

D. Decrease Duration   Other *(specify):*

**9. NAME OF FEDERAL AGENCY:**

Department of Labor

Office of Disability Employment Policy

**CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:**  1 7 . 7 2 0

TITLE: Customized Employment Grant   SGA #02-13

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:**

ACE – Alabama Customized Employment Program

Alabama's customized employment program for people with disabilities involving a 65 county workforce investment board to recruit and train individuals with severe disabilities.

**AREAS AFFECTED BY PROJECT** *(cities, counties, states, etc.):*

State of Alabama except Jefferson and Mobile Counties

**PROPOSED PROJECT:**

| Start Date | Ending Date |
|---|---|
| 10 / 01/2002 | 09/30/2006 |

**14. CONGRESSIONAL DISTRICTS OF:**

| a. Applicant | b. Project |
|---|---|
| 2 | 1, 2, 3, 4, 5, 6, & 7 |

**ESTIMATED FUNDING:**

| | |
|---|---|
| Federal | $ 747,032.00 |
| Applicant | $ |
| State | $ |
| Local | $ |
| Other | $ |
| Program Income | $ |
| TOTAL | $ 747,032.00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

a.  YES.  THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE _____

b.  NO.  ☒  PROGRAM IS NOT COVERED BY E.O. 12372

☐  OR PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**

☐ Yes   If "Yes," attach an explanation.      ☒ No

TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT. THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.

| a. Signature of Authorized Representative and Date | b. Title | c. Telephone number |
|---|---|---|
| Steve Walkley *(signature)* | Director of Workforce Development Division | (334) 242-5300 |

EXHIBIT H-4

OMB Approval No. 0348-0044

# BUDGET INFORMATION - Non-Construction Programs

## SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
| | | Federal (c) | Non-Federal (d) | Federal (e) | Non-Federal (f) | Total (g) |
|---|---|---|---|---|---|---|
| 1. Customized Emp | 17.720 | $ | $ | $ 747,032.00 | $ | $ 747,032.00 |
| 2. | | | | | | 0.00 |
| 3. | | | | | | 0.00 |
| 4. | | | | | | 0.00 |
| 5. Totals | | $ 0.00 | $ 0.00 | $ 747,032.00 | $ 0.00 | $ 747,032.00 |

## SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total (5) |
| | (1) ACE | (2) | (3) | (4) | |
|---|---|---|---|---|---|
| a. Personnel | $ | $ | $ | $ | $ 0.00 |
| b. Fringe Benefits | 0.00 | | | | 0.00 |
| c. Travel | 0.00 | | | | 0.00 |
| d. Equipment | 0.00 | | | | 0.00 |
| e. Supplies | 0.00 | | | | 0.00 |
| f. Contractual | 718,300.00 | | | | 718,300.00 |
| g. Construction | 0.00 | | | | 0.00 |
| h. Other | 0.00 | | | | 0.00 |
| i. Total Direct Charges (sum of 6a-6h) | 718,300.00 | | | 0.00 | 718,300.00 |
| j. Indirect Charges | 28,732.00 | | | | 28,732.00 |
| k. TOTALS (sum of 6i and 6j) | $ 747,032.00 | $ | $ | $ 0.00 | $ 747,032.00 |
| | | | | | |
| 7. Program Income | $ 0.00 | $ | $ | $ | $ 0.00 |

Authorized for Local Reproduction

Previous Edition Usable

Standard Form 424A (Rev. 7-97)
Prescribed by OMB Circular A-102

EXHIBIT H-5

## SECTION C - NON-FEDERAL RESOURCES

| (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e) TOTALS |
|---|---|---|---|---|
| 8. Customized Employment | $ | $ | $ | $ 0.00 |
| 9. | | | | 0.00 |
| 10. | | | | 0.00 |
| 11. | | | | 0.00 |
| 12. TOTAL (sum of lines 8-11) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## SECTION D - FORECASTED CASH NEEDS

| | Total for 1st Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|---|
| 13. Federal | $ 747,032.00 | $ 213,008.00 | $ 178,008.00 | $ 178,008.00 | $ 178,008.00 |
| 14. Non-Federal | 0.00 | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $ 747,032.00 | $ 213,008.00 | $ 178,008.00 | $ 178,008.00 | $ 178,008.00 |

## SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT

FUTURE FUNDING PERIODS (Years)

| (a) Grant Program | (b) First | (c) Second | (d) Third | (e) Fourth |
|---|---|---|---|---|
| 16. Customized Employment | $ 747,032.00 | $ 687,076.00 | $ 673,920.00 | $ 535,652.00 |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. TOTAL (sum of lines 16-19) | $ 747,032.00 | $ 687,076.00 | $ 673,920.00 | $ 535,652.00 |

## SECTION F - OTHER BUDGET INFORMATION

| 21. Direct Charges: First Year is $718,300 | 22. Indirect Charges: First Year is $28,732 (4%) |
|---|---|

23. Remarks:

Authorized for Local Reproduction

Standard Form 424A (Rev. 7-97) Page 2

EXHIBIT H-6

# ACE PROGRAM BUDGET

| CATEGORY | DESCRIPTION | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
|---|---|---|---|---|---|---|
| Personnel | | | | | | |
| Benefits (25%) | | | | | | |
| Travel | | | | | | |
| Supplies | | | | | | |
| Equipment | | | | | | |
| Contractual | | | | | | |
| Strategic Planning | Strategic Planning | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Evaluation | Evaluation | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Training Specialist | Training Specialist | 10,000 | 10,000 | 10,000 | 8,000 | 5,000 |
| Media Specialist | Media Specialist | 5,000 | 5,000 | 5,000 | 4,000 | 2,500 |
| G&A LLC | Coordination (G&A) | 80,000 | 80,000 | 80,000 | 60,000 | 40,000 |
| | (3) Customized Employment Specialists | 110,000 | 110,000 | 110,000 | 80,000 | 60,000 |
| | Research Assistant | 50,000 | 50,000 | 50,000 | 35,000 | 30,000 |
| | Admin. Assistant | 60,000 | 60,000 | 60,000 | 40,000 | 30,000 |
| | Other    Travel | 10,000 | 8,000 | 6,000 | 4,000 | 4,000 |
| | Supplies | 6,000 | 5,000 | 4,000 | 3,000 | 2,000 |
| | Equipment | 8,000 | 0 | 0 | 0 | 0 |
| | Telephone | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| | Postage | 1,200 | 1,000 | 800 | 600 | 400 |
| | Printing | 5,000 | 2,000 | 1,500 | 1,000 | 500 |
| | Space/Util. | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| JCCD | (2) JCCD Work Conditioning Specialists | 75,000 | 75,000 | 75,000 | 60,000 | 50,000 |
| | Travel | 6,000 | 6,000 | 6,000 | 6,000 | 5,000 |

EXHIBIT H-7

| Line item | | | | | |
|---|---|---|---|---|---|
| Supplies | 3,000 | 2,500 | 2,000 | 1,500 | 1,000 |
| Equipment | 12,500 | 0 | 0 | 0 | 0 |
| Other | | | | | |
| Telephone | | 2,400 | 2,400 | 2,400 | 2,400 |
| Postage | 1,000 | 800 | 600 | 400 | 200 |
| Printing | 3,000 | 2,000 | 1,500 | 1,000 | 500 |
| Stipends | 35,000 | 35,000 | 35,000 | 35,000 | 20,000 |
| Housing | 50,000 | 50,000 | 50,000 | 45,000 | 35,000 |
| Space/Util., Sec., Maint. | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Maint. | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |
| Liability Insurance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Prof. Dev. | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| ES Micro-enterprise Specialist | 37,500 | 37,500 | 37,500 | 27,000 | 20,000 |
| Travel | 4,500 | 4,000 | 3,500 | 3,000 | 2,500 |
| Supplies | 4,500 | 4,000 | 3,000 | 2,000 | 1,000 |
| Equipment | 14,500 | 0 | 0 | 0 | 0 |
| Other | | | | | |
| Telephone | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 |
| Postage | 1,000 | 750 | 500 | 450 | 250 |
| Printing | 5,000 | 4,000 | 3,000 | 2,000 | 1,000 |
| Loan Fund | 30,000 | 25,000 | 20,000 | 15,000 | 10,000 |
| Legal and Filing Fees | 10,000 | 10,000 | 10,000 | 8,000 | 5,000 |
| Space/Util. | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| SUBTOTAL | 718300 | 680650 | 648000 | 515050 | 398950 |
| INDIRECT (4%) | 28732 | 26426 | 25920 | 20602 | 15958 |
| TOTAL | 747032 | 687076 | 673920 | 535652 | 414908 |
| Percent decrease from YEAR THREE | | | | 0.20517 | 0.384336 |

"Easter Seals" is noted as a program heading beside the ES Micro-enterprise Specialist section.

Handwritten annotations near the Space/Util. (Easter Seals) row: "30,600" (col 1), "104,000" (col 2), "104,000" (col 3), "81,050" (col 4), and "81,050 / 65375" (col 5).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Printing | 3,000 | 2,000 | 1,500 | 1,000 | 500 |
| | | Stipends | 35,000 | 35,000 | 35,000 | 35,000 | 20,000 |
| | | Housing | 50,000 | 50,000 | 50,000 | 45,000 | 35,000 |
| | | Space/Util., Sec., Maint. | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| | | Maint. | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |
| | | Liability Insurance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | | Prof. Dev. | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Easter Seals | ES Micro-enterprise Specialist | | 37,500 | 37,500 | 37,500 | 27,000 | 20,000 |
| | Travel | | 4,500 | 4,000 | 3,500 | 3,000 | 2,500 |
| | Supplies | | 4,500 | 4,000 | 3,000 | 2,000 | 1,000 |
| | Equipment | | 14,500 | 0 | 0 | 0 | 0 |
| | Other | Telephone | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 |
| | | Postage | 1,000 | 750 | 500 | 450 | 250 |
| | | Printing | 5,000 | 4,000 | 3,000 | 2,000 | 1,000 |
| | | Loan Fund | 30,000 | 25,000 | 20,000 | 15,000 | 10,000 |
| | | Legal and Filing Fees | 10,000 | 10,000 | 10,000 | 8,000 | 5,000 |
| | | Space/Util. | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| SUBTOTAL | | | 718,300 | 660,650 | 648,000 | 515,050 | 398,950 |
| INDIRECT (4%) | | | 28,732 | 26,426 | 25,920 | 20,602 | 15,958 |
| TOTAL | | | 747,032 | 687,076 | 673,920 | 535,652 | 414,908 |
| Percent decrease from YEAR THREE | | | | | | 0.2051698 | 0.3843364 |

## B. Cost Analysis / Budget Narrative

All of the costs of the ACE program will be subcontracted, except the indirect costs which will be paid to the fiscal agent for the program, the Alabama Department of Economic and Community Affairs. The first year budget for the ACE program includes subcontracts to Gorman & Associates LLC, the Janice Capilouto Center for the Deaf (winner of many Department of Labor awards as indicated in the Appendix), and the Easter Seals Rehabilitation facilities.

These subcontracts include the costs of coordination at $80,000, three full-time customized employment specialists (two based in Montgomery and one based in the Auburn/Opelika area), two full-time work conditioning specialists with sign language

Part 1 – Financial Plan

capabilities based at the Janice Capilouto Center for the Deaf (JCCD), a full-time microenterprise specialist, a full-time research specialist and a full-time administrative assistant. Their employee benefits are estimated at 25%.

The estimated **travel** includes G&A travel statewide to the 65 counties at the state rate and per diem for $10,000; travel costs for the staff and transportation costs for the participants at the JCCD demonstration site at $6,000; and travel costs for the microenterprise demonstration at $4,500.

The **supplies** include routine office supplies for G&A $6,000; supplies for the JCCD demonstration site at $3,000; and supplies for the microenterprise demonstration site at $4,500.

The **equipment** costs include a laptop computer for G&A at $2,000, a printer at $100, a FAX machine at $100, a copy machine at $3,000, and office furniture at $2,800. JCCD demonstration site equipment includes two laptops at $4,000 and special accommodations for the participants at $8,500. The microenterprise demonstration site will need five desktop computer stations at $7,500, a FAX machine at $100, a copy machine at $3,000, office furniture for participants at $3,900.

The cost for **services** through G&A include $10,000 for strategic planning, $6,000 for the evaluation and follow-up; $10,000 for training, and $5,000 for a media specialist.

**Other** costs include telephone at $15,000 for G&A, $2,400 for JCCD, and $3,600 for Easter Seals; postage for G&A at $1,200, $1,000 for JCCD, and $1,000 for Easter Seals; printing for G&A at $5,000, $3,000 for JCCD, and $5,000 for Easter Seals; stipends for the JCCD participants at $35,000; space and utilities at G&A at $8,000, $8,000 for JCCD to include security, and $20,000 for Easter Seals to include incubator space; a revolving loan fund at $30,000; legal and filing fees for the microenterprises at Easter Seals at $10,000;

*Alabama Customized Employment Program (ACE)*

Maintenance at JCCD at $2,400; professional development at JCCD at $1,200; and liability insurance for the participants in the work conditioning demonstration program at $4,000.

**Indirect** costs are estimated at 4% with the Alabama Department of Economic and Community Affairs (ADECA) serving as the fiscal agent.

Part 1 – Financial Plan

Resumes of key staff and consultants included in Appendix 1.

*E.  Management Plan*

  1.  **Organization of partners**

The ACE staff, consultants, partners, and consultants will be organizationally

responsible as follows:



($40,000); liability insurance ($3,000) for participants, and administrative costs ($13,100).

### 3. Microenterprise Demonstration

The Alabama Customized Employment (ACE) program promotes microenterprise as a strategy to increase economic self-sufficiency and social well being for people with limited access to economic resources. ACE will accomplish this by providing business assistance and access to capital and by fostering policy development that supports microenterprise. Through the business training and consulting program, ACE will assist clients in the development of a business plan for start-up purposes. ACE will collaborate with small business incubators, regional planning councils, and financial institutions to make individual microloans and assist with the formation of flexible business networks.

ACE strives to empower persons with disabilities by helping them to build financial stability, self-confidence, and social and personal responsibility. ACE will work with community partners to ensure a business climate which is compatible with Alabama's diverse cultures.

At the heart of the ACE program is a series of training workshops designed to prepare the enthusiastic, soon-to-be entrepreneur with the basic skills they need to run their own business. ACE will also offer one-on-one technical assistance, a loan program for participants, networking programs for personal development and support, and complete follow-up services.

The specific objectives for the microenterprise demonstration are:

5.  To identify, recruit, and enroll up to 10 participants annually.

6.  To provide a series of training workshops for entrepreneurs with disabilities.

7.  To provide technical assistance to participants in developing business plans, organizing their microenterprises, preparing and filing for licenses, and opening their businesses.

8.  To establish a revolving loan program for the participants.

9.  To establish a networking program for personal development and support for participants.

10. To provide complete follow-up services for participants.

11. To partner with entrepreneurial resources to provide microenterprise opportunities for participants.

12. To document and disseminate information on microenterprises as a customized employment option with Career One-Stop centers for moving people with disabilities to unsubsidized employment.

The estimated budget for this demonstration is approximately $124,850 for the first year and will include personnel costs for a microenterprise specialist ($35,000); operating costs including travel ($3,500), supplies ($3,500), and printing ($2,000); furniture and equipment costs for start-up and special accommodations ($14,500); revolving loan fund for participants ($40,000); training costs for participants ($10,000); legal and filing fees ($5,000); and administrative costs ($11,350).

## C. *Collaboration and Coordination*

## Alabama Customized Employment Program (ACE)

*EXHIBIT H-4*

The table below indicates the collaboration and coordination with required and non-required partners in the ACE program:

| PARTNER | RESPONSIBILITY/ROLE | REQUIRED |
|---|---|---|
| Workforce Investment Board | Fiscal Agent for ACE and Steering Committee | X |
| Gorman & Associates LLC | Project coordination, strategic planning, evaluation | |
| Janice Capilouto Center for the Deaf | Work Conditioning demonstration implementation | |
| Central Alabama Easter Seals | Microenterprise demonstration implementation | |
| East Alabama Easter Seals- Opelika Achievement Center | Microenterprise demonstration implementation | |
| Career One-Stop Centers | Career information, job exploration, training information, job placement | X |
| Governor's Office on Disabilities | Dissemination of information on ACE to service providers for people with disabilities | |
| Alabama Department of Rehabilitation Services | Vocational rehabilitation services for people with disabilities | X |
| Alabama Department of Medicaid | Referral of people receiving Medicaid | |
| Adult education and literacy activities under Title II of WIA | Referral of students with disabilities | X |
| Alabama Department of Mental Health and Mental Retardation | Referral of clients with disabilities | |
| Alabama Council for Developmental Disabilities | Referral of people with developmental disabilities | |
| STAR Program | Referral of people using adaptive technology and providing TA to ACE | |
| Small Business Development Centers | Providing TA to entrepreneurs with disabilities | |
| Small Business incubators | Housing and providing services to people with disabilities | |
| Lending institutions | Financing through consumer, SBA, and revolving loans | |
| Employers | OJT and employment | |
| F.A.C.E.S. (Faith-based organization) | Referral of participants | |
| Post-secondary vocational education activities under the Carl Perkins Act (20 U.S.C. 2301 et seq.); | Referral of persons with disabilities and providing training | X |
| Community services block grant Employment and training activities | Employment and training services | X |
| U.S. Department of Housing and Urban Development employment and training activities | Referral of tenants with disabilities | X |
| Veterans | Referral for services | X |

Part 3 - Project Narrative

| Employment and training activities | | |
|---|---|---|
| Alabama Department of Human Resources welfare-to-work programs | Referral for services | X |

## D. Quality of Grant Personnel

The staff and related personnel who will administer and implement the ACE program include:

- **Coordinator**- Gorman & Associates LLC will provide a full-time equivalent to include a portion of Letta Dillard Gorman (Resume attached), Stacy Larkin (resume attached), and others to be employed.

**Stacy Larkin** developed, implemented and managed a program for people with disabilities, funded through TANF funds and incorporating them into the One-Stops in the State of Florida. The State of Florida was an early implementation state and in 1996 people with disabilities who were on the welfare rolls within the state were "deferred". This meant that they were not contacted by Welfare Transition staff, were not required to participate in activities or maintain participation hours, however their 24 month time clock continued ticking. Ms. Larkin coordinated with the Workforce Board to begin a program within Region 4 in the northwest panhandle of Florida. The program employed "work conditioning" strategies to slowly acclimate the person to working while steadily increasing their hours, provided customized employment including supported employment, job carving and other accommodation, and provided intensive follow-up and case management. The program was a success and was recognized with two national awards. It was replicated throughout the State of Florida by state legislature appropriation in 1998 – 1999. Ms. Larkin trained and consulted with agencies replicating

the program throughout the state. The program continues in the Northern sections of Florida today and various forms of the program continue throughout the state.

**Letta Gorman** is the operating manager of Gorman and Associates and is a licensed attorney in the state of Alabama. Ms. Gorman worked at Auburn University with faculty and staff in pre and post award activities related to research, technology transfer, instruction, and outreach. She has worked with the state and local government and industries in developing and implementing community development programs; has published technical guides and delivered training on report writing and grant writing as well as compliance issues to public and private agencies and organizations and has co-authored publications on networking, grants writing, volunteerism and compliance.

Gorman and Associates was integrally involved in contracts and grants development in the College of Education of Auburn University. The Facilities and Information Network Development Office secured external funding from the State Departments of Education, Industries Relations, Finance, JTPA and the Alabama Department of Economic and Community Affairs (ADECA).

Contract and grants activities have focused on small business research, development, community development, economic development, educational model development and demonstration, development of special programs to improve access to minorities and people with disabilities, research on prevalence and incidence, database development, infrastructure development, knowledge dissemination, partnership development and improvement of quality of life.

**Easter Seals Management and Staff-** Easter Seals has been assisting people with disabilities live more independently since 1926. Not only has the leadership had

Part 3 - Project Narrative                                          41 of 57

long experience with this population, but the international headquarters also provides resources and training to continue to update skills. Easter Seals has a proven track record of accomplishing what others may say is not accomplishable and of accomplishing this at a reasonable cost and in a client friendly manner.

Additionally, Easter Seals has had experience working with workforce systems and welfare reform initiatives and the staff has a thorough knowledge of the relevant state information systems. Easter Seals has experience in grants management and the accounting departments include credentialed professionals who are able to track expenditures based on GAAP and according to individual contract compliance guidelines.

- **Janice Capilouto Center for the Deaf** has been nationally recognized for their work with the Department of Labor and on behalf of people with disabilities.
- **Customized Employment Specialists**- to be employed
- **Work Conditioning Specialists**- to be employed
- **Research Specialist**- Gorman & Associates LLC will provide a full-time equivalent to include a portion of John and Christopher Gorman.
- **Administrative Assistant**- Gorman & Associates LLC will provide a full-time equivalent to a portion of include Anne Curry.
- **Strategic Planning**- to be facilitated by Gorman & Associates LLC.
- **Evaluation**- to be provided by Dr. Bettye B. Burkhalter, retired vice-president of Auburn University (resume attached).
- **Media Specialist**- to be employed.
- **Training Specialist**- to be employed.

*EXHIBIT H-18*

# JOB DESCRIPTION

## IDENTIFICATION

| | |
|---|---|
| **Job Title:**  Micro-enterprise Specialist | **FLSA Status:** Non-exempt |
| **Department:** Program Management | **Code:** |
| **Location:** CAESRC | **Reports to:** Program Director |

## JOB SUMMARY

Under direction of the Program Director develops Individualized Employment Plans, assists in planning and executing micro-enterprise program, schedules visits, arrange meetings and coordinate work site visits; assesses client needs, determines appropriate micro-enterprise placements and readiness for proceeding with an entrepreneurial venture, counsels clients, coordinates activities pertaining to client program participation, and confirms appointment dates; provides clients with information pertaining to ACE and the entrepreneurial program. reviews client handbook, policies , procedures and program services; designs and maintains filing system, documents logs, stores information, and retrieves materials, files or documents from files; prepares a series of reports and submits to appropriate personnel; acquires and maintains knowledge and skills through participating in professional improvement activities and willingly performs additional tasks in support of the department's administration as needed or upon request.

## DUTIES AND RESPONSIBILITIES

**A.  Planning and Administration -** Reviews laws, regulations and procedures relating to employment of disabled individuals and business practices in Alabama. Arranges and develops Individualized Employment Plans in conjunction with clients. Assists clients in planning and executing the plan. Plans scheduled visits to Alabama's incubator programs and One- Stop Centers throughout the state. Arranges meetings with clients to review monthly progress reports . Coordinates with ACE partners and others to recruit and enroll prospective clients for the ACE program.  Coordinates with Job Placement Specialist throughout the state to explore entrepreneurial opportunities and securing documents for program participation.

**B.  Intake and Client Services -** Schedules interviews with new clients to discuss services and program options. Assesses individual client needs and determines appropriateness for the program. Periodically visits work sites to check clients' progress. Counsels clients with issues related to the ACE program.  Contacts Transportation Department to coordinate transportation to and from appointments. Coordinates with client residential housing facility personnel on mutual issues related to the clients' progress. Coordinates with referring agency on issues related to client needs not provided by ACE. Carries out or recommends disciplinary actions. Confirms and / or arranges appointment dates for clients. Converses with clients to ensure that proper steps are followed and program schedules are carried out.  Contacts referring Vocational Rehabilitation Counselors and other ACE partners to coordinate program participant services.  Coordinates with Job Coach when needed regarding  client job performance and progress.  Assists in securing proper tax documents for clients participating in paid areas of training.

## DUTIES AND RESPONSIBILITIES (CONTINUED)

**C. Direct Training for Clients -** Conducts training seminars and individual training for ACE  program participants. Maintains client work folders to include referral form, basic intake data and schedule information.  Maintains and Updates client folders with information and documents client / staff conferences.  Maintains a log of new or prospective client contacts.

**D.    Professional Development -** Attends seminars and conferences on business management and ,rehabilitation of the disabled. Carries out program of personal professional development such as reading professional literature and taking academic classes. Views audiovisual material provided by supervisory staff.

## JOB SPECIFICATIONS

**Knowledges, Skills and Abilities**
Knowledge of principles and concepts of business management, program planning and administration.  Knowledge of program management procedures and methods.  Knowledge of federal and state laws, regulation and guidelines for Citizens with Disabilities. Knowledge of policies, procedures of basic business practices.  Reading skills to comprehend client files, reports, laws, regulations and guidelines and similar moderately complex material.  Writing skills to schedule appointments, complete forms and document logs.  Math skills to add, subtract, multiply, divide and do simple calculations.  Verbal and non-verbal skills to communicate with clients and individuals having special needs by reassurance and listening.  Skill to operate fax machine, copier and four function calculator.  Supervisory skills to plan and assign work, conduct on the job training, orientation, counsel employees and prepare progress reports.  Ability to analyze situations and make sound decisions.  Ability to work independently and implement CAESRC policies on Center functions.
Ability to work as a member of a team.

**Credentials and Experience**
Hold a Bachelor's degree in Business Administration or significant success an entrepreneur. Background or experience in working with individuals with physical or mental disabilities perferred.

**Other Characteristics**
Be willing to work non-standard hours, overtime, weekends or holidays if required. Be willing to wear appropriate business attire.

## APPROVALS

| | | |
|---|---|---|
| **Name** | **Title** | **Date** |
| | Administrator | |
| **Name** | **Title** | **Date** |

# TROY UNIVERSITY™

TROY UNIVERSITY
UNIVERSITY RECORDS
TROY, ALABAMA 36082
(334)-670-3166

EXHIBIT I-1

**WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. DO NOT ACCEPT IF NOT PRESENT.**

06/14/06                              TROY University-Graduate                              Page 2

Emily C. Jackson                                    ID Number:
605 Wesley Drive                                        SSN:
Montgomery AL 36111-2519                           GECE Taken: N

## ISSUED TO STUDENT

| Course | Num | Sec | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points |
|--------|-----|-----|-------|-------|---------|----------|--------------|
| MGT | 6674 | MBACA | ETHICS IN BUSINESS | A | 3.00 | 3.00 | 12.0000 |
| PSE | 6660 | MBACA | TRENDS & ISSUES IN ADULT EDUC | A | 3.00 | 3.00 | 12.0000 |

```
                05/FA Totals:   6.00   6.00  24.0000 GPA =    4.0000
            Cumulative Totals:  33.00  33.00 126.0000 GPA =    3.8182
         Institutional Totals:  33.00  33.00 126.0000 GPA =    3.8182

   CUMULATIVE TOT: CRED.ATT =  33.00 CRED.CPT =   33.00 GRD.PTS = 126.0000 GPA =   3.8182
INSTITUTIONAL TOT: CRED.ATT =  33.00 CRED.CPT =   33.00 GRD.PTS = 126.0000 GPA =   3.8182
***********************************************************************
* Master of Science Degree Awarded on 12/05                           *
*  Majors                Minors              Specializations          *
*  ------------------    --------------      -------------------      *
*  Human Resource Mgmt                                                 *
***********************************************************************
```

Official copy must bear signature of the Registrar.

## ISSUED TO STUDENT

*Vickie M. Miles*

This transcript is printed on secured paper and does not require a raised seal. Transcript valid only when it bears the signature of the Registrar.



**Northeastern Illinois University**

5500 North St. Louis Avenue
Chicago, Illinois 60625-4699

773 / 583-4050

*EXHIBIT I-2*

Page 2 of 2

Name: Emily C Jackson                          Soc Sec #: ████████

================================================================================
---------------- Spring 1981 (cont.) ----------------          ------------ Winter 1982 (cont.) ------------

|     | attempt | earn | pass | gpahrs | gdpts | gpa |
|-----|---------|------|------|--------|-------|-----|
| ses | 4.00 | 4.00 | 0.00 | 4.00 | 14.00 | 3.500 |
| cum | 69.00 | 69.00 | 0.00 | 69.00 | 255.00 | 3.700 |

---------------- Spring-Summer 1981 ----------------
HPERLEST201  Prin & Prct Recratn & Leisure      3.00 A
MATH    110  Fin Math-Bus/Soc Sci               4.00 B

|     | attempt | earn | pass | gpahrs | gdpts | gpa |
|-----|---------|------|------|--------|-------|-----|
| ses | 7.00 | 7.00 | 0.00 | 7.00 | 31.00 | 4.430 |
| cum | 76.00 | 76.00 | 0.00 | 76.00 | 286.00 | 3.760 |

---------------- Summer 1981 ----------------
B&MGACTG202  Accounting II                       3.00 C
MUS    151A  Applied Music:Flute                 1.00 A
MUS    151D  Applied Music:Saxophone             1.00 B
MUS    151W  Applied Music:Piano                 1.00 A
MUS    231   Band                                1.50 A

|     | attempt | earn | pass | gpahrs | gdpts | gpa |
|-----|---------|------|------|--------|-------|-----|
| ses | 7.50 | 7.50 | 0.00 | 7.50 | 30.50 | 4.070 |
| cum | 83.50 | 83.50 | 0.00 | 83.50 | 316.50 | 3.790 |

---------------- Fall 1981 ----------------
B&MGFINA360  Intro To Finance                    3.00 B
B&MGMKTG340  Intro To Marketing                  3.00 B
B&MGMNGT320  Intro To Management                 3.00 B
ECON    305  Business And Economic Statist       3.00 B
MUS    152D  Applied Music:Saxophone             2.00 B
MUS    152W  Applied Music: Piano                2.00 A
MUS    231   Band                                1.50 A
MUS    352A  Applied Music: Flute                2.00 A
Honors

|     | attempt | earn | pass | gpahrs | gdpts | gpa |
|-----|---------|------|------|--------|-------|-----|
| ses | 19.50 | 19.50 | 0.00 | 19.50 | 83.50 | 4.280 |
| cum | 103.00 | 103.00 | 0.00 | 103.00 | 400.00 | 3.880 |

---------------- Winter 1982 ----------------
B&MGFINA361  Security Analysis                   3.00 A
B&MGMNGT324  Personnel Administration            3.00 A
B&MGMNGT325A Cur Iss Bus:Mgmt Simulation         3.00 A
---------------- To be continued ----------------

---- Winter 1982 (cont.) ----

B&MGMNGT329  Intro Oper Rsch/Mngmnt Sci          3.00 C
B&MGMNGT332  Business,Technology & Society       3.00 A
MUS    152D  Applied Music:Saxophone             2.00 A
MUS    231   Band                                1.50 A
High Honors

|     | attempt | earn | pass | gpahrs | gdpts | gpa |
|-----|---------|------|------|--------|-------|-----|
| ses | 18.50 | 18.50 | 0.00 | 18.50 | 86.50 | 4.680 |
| cum | 121.50 | 121.50 | 0.00 | 121.50 | 486.50 | 4.000 |

Degree Requirements Completed: 04/20/82
Awarded Bachelor Of Arts    April,1982
Business And Management With Honors
Minor-Music
---------------- END OF TRANSCRIPT ----------------

================================================================================
The Family Educational Rights and Privacy Act of
1974 prohibits the release of this information
without the student's written consent.

*ISSUED TO STUDENT*

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND          REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

This officially signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed
in small white type across the face of the document. A RAISED SEAL IS NOT REQUIRED. When photocopied the
word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Alice A. Medenwald, Registrar

*EXHIBIT I-3*

CONTRIBUTING EDITORS

DR. BRUCE M DAVIDSON
Former Academic Dean
US Naval Academy
Annapolis, MD

MR. DONALD O. DEWEY
Dean Emeritus
School of National & Social Sciences
California State University
Los Angeles, CA

DR. MOLLIE F. DEHART
Registrar & Director of Admissions
Coastal Georgia Community College
Brunswick, GA

MR. JOSEPH DOMITRZ
Dean
College of Business & Economics
University of Wisconsin
Whitewater, WI

DR. WILLIE T. HOWARD
Professor & Dean Emeritus
School of Education
Howard University
Washington, DC

DR. BLAINE R. PORTER
University Professor & Dean Emeritus
Brigham Young University
Provo, UT

SCHOLARSHIP COMMITTEE

FRED R. BROOKS
Former Director of Admissions
Marywood University
Scranton, PA

ARLENE WESLEY CASH
Vice President of
Enrollment Management
Spelman College
Atlanta, GA

LINDA CLEMENT
Vice President of Student Affairs
University of Maryland
College Park, MD

CHRISTOPH GUITTENTAG
Director of Undergraduate
Admissions
Duke University
Durham, NC

JULIET RAY
Special Education Supervisor
San Antonio Independent
School District
San Antonio, TX

DR. ARENE RIVERS-JONES
Executive Director of
Enrollment Management (Ret.)
Spelman College
Atlanta, GA

TOM E. ROLNICKI
Executive Director
National Scholastic
Press Association
Minneapolis, MN

DR. JAMES SCHELLHAMMER
Counselor
School of Continuing Studies,
Indiana University
Bloomington, IN

ANN J. SHENASSA
Education Consultant
Libertyville, IL

MORTON TEMSKY
Graduate Programs (Ret.)
SUNY Empire State College
Hartsdale, NY

J. LEON WASHINGTON
Associate Vice Chancellor for
Enrollment & Academic Support
University of California
Davis, CA

MEMBER
• American School Counselor
  Association
• American Association of
  School Administrators
• American Library Association
• EdPress – The Association of
  Educational Publishers
• National Association for
  College Admissions Counseling
• National School
  Public Relations Association

*From the desk of*

**Parke H. Davis**

ID: ▆▆▆▆▆▆

Emily C. Jackson
605 Wesley Dr.
Montgomery AL 36111-2519

| Response Requested By |
| --- |
| **August 15, 2005** |

Dear Emily:

Your biography has been accepted for publication in *The National Dean's List*®, 2004-2005. Since only 1% of the students from our nation's 3,000 colleges and universities are honored in *The National Dean's List* each year, we commend you for your fine academic achievements. You may want to celebrate this honor with your family.

You are automatically eligible to compete for one of 50 scholarships of $1,000 each which will be awarded this year. Over $3,800,000 has been awarded through this program to date. Your application is enclosed.

Another benefit for honored students is the Student Referral Service® (SRS), explained in the enclosed form. This service is designed to assist you by serving as a valuable reference for future school or employment applications. Each year several thousand *National Dean's List* students use the SRS when they are applying to selective institutions, graduate and professional schools or competing for desirable jobs.

The attached form also provides an opportunity for you to nominate a teacher whom you wish to honor in *Who's Who Among America's Teachers*®. When evaluating the teachers who "made a difference" in your life, please remember to consider teachers from your earliest years who may have influenced your current success.

Your biography is being published because of your achievements. There are no financial responsibilities attached to this award. For those students who wish to purchase a copy of the book and other award insignia as a memento of this honor for their permanent family libraries, a catalog featuring the book and related award items is enclosed.

Sincerely,

*Parke H. Davis*

Parke H. Davis
Chairman, National Academic Affairs

Enclosures: Two (2)

P.S. Thank you for your recent order. We will ship one book with your photo
    in September 2005.

    You may place your order on our secure web site, www.thenationaldeanslist.com
    using your *Dean's List* ID number.

EXHIBIT I-4

# EMILY CAROLYN JACKSON

| Home | Business |
|---|---|
| 605 Wesley Drive | P.O. Box 240365 |
| Montgomery, Alabama 36111 | Montgomery, Alabama 36124 |
| (334) 288-4675 | (334) 322-8900 (334) 281-6299 |
| | **training@premierebusiness.net** |

## OBJECTIVE

Provide a continual learning environment that challenges and encourages students to achieve academic excellence in educational, professional, and social environments. Provide expertise, knowledge, and skills in human resources management, change management, entrepreneurship, innovation, marketing, recruiting, strategic management planning, and training and development in order to assist organizations towards achieving their missions, goals, and objectives.

## FORMAL EDUCATION

2005   Master of Science in Human Resources Management with National Honors, Troy University, Montgomery, Alabama, **GPA 3.8.** Thesis: "The Study of the Impact of A Feasible Business Plan for New Entrepreneurs in Alabama Micro Enterprises." The National Dean's List 28th Edition Honor.

1982   Bachelor Of Arts in Business And Management with Honors, Northeastern Illinois University, Chicago, Illinois, **GPA 3.0.** Graduated in two years and seven months.

## PROFESSIONAL  EXPERIENCE

### April 2006-Present  Management Consultant & Trainer
Premiere Business Consultants, LLC, P. O. Box 240365, Montgomery, Alabama 36124 Conduct entrepreneurship seminars, management training classes, and workforce development training for individuals in non-profit, profit, private, public, and governmental organizations.  Provide management and technical assistance to current and potential business owners.  Conduct business analysis and research to evaluate operational effectiveness and make recommendations for change, innovation, and improvement. Develop business plans, company policies, plans of action, and standard operating procedures to assist businesses in achieving their mission, goals, and objectives.  Provide human resource management expertise, knowledge, and skills.

### September 2004-September 2006  Micro-Enterprise Specialist
Easter Seals Central Alabama, 2125 E. South Boulevard, Montgomery, Alabama 36116 Plan, coordinate, and execute Alabama Customized Employment Micro-Enterprise Program for new entrepreneurs.  Conduct management training seminars for program participants through classroom instructions, oral presentations, management practices, and leadership techniques.  Research business industries to gather statistical information on marketing trends, competition, and financial projections.

EXHIBIT I-5

(Emily Carolyn Jackson, page 2)

Prepare written business plans for new entrepreneurs to determine business feasibility and to request funding for business start-up expenses from federal, state, and local governments, or from private financial lenders. Proficient in Microsoft Word, Excel, and Power Point.

## September 1998-April 2006  Independent Representative

American Communications Network, P. O. Box 9000 Farmington Hills, Michigan 48333
Conduct management training seminars for new representatives to teach effective leadership, management, and marketing strategies. Coordinate conferences with senior managers to review training progress, production goals, and strategic plans for global market expansion. Market telecommunications and utilities services for commercial and residential customers who comprise domestic and international markets. Design business plans for commercial customers to offer telecommunications services at competitive rates. Prepare and submit written business analysis reports to ACN World Headquarters to process commercial customer accounts. Proficient in Microsoft Word, Excel, and Power Point.

## March 1997-December 1999  Associate Supervisor Program Trainer

United States Postal Service, 11600 W. Irving Park Road, Chicago, Illinois 60666
Provide management training to supervisor candidates enrolled in the United States Postal Service Associate Supervisor Training Program (ASP). Explain policies, practices, and procedures for automation, mechanization, and manual mail operations. Manage government mail processing operations at Airport Mail Center O'Hare. Coordinate work assignments for approximately 300 postal supervisors and employees. Analyze and prepare daily reports for mail operation units. Conduct research and prepare final written reports as the Priority and First-Class Mail Team Leader. Improve accuracy, consistency, and mail delivery scores. Coordinate conferences with senior managers and conduct oral presentations on corporate, facility, and unit goal achievements.

## August 1995-March 1997  Associate Supervisor Program Trainer-Clerk

United States Postal Service, 11560 W. Irving Park Road, Chicago, Illinois 60701
Provide management training to supervisor candidates enrolled in the United States Postal Service Associate Supervisor Training Program (ASP). Explain policies, practices, and procedures for automation, mechanization, and manual mail operations. Manage government mail processing operations at Irving Park Road Processing And Distribution Center. Coordinate work assignments for approximately 75 postal employees. Analyze and prepare daily reports for mail operation units. Coordinate conferences with senior managers to review corporate, facility, and unit goals. Achieve the highest mail volume processed in the automation mail unit.

## May 1985-August 1995  Distribution-Window Clerk

United States Postal Service, 433 W. Harrison, Chicago, Illinois 60607
Accept, sort, containerize, label, and dispatch domestic and foreign mail. Process all classes of mail including special handling for overnight express, registered, priority, and certified mail services. Manage assets from daily postal financial transactions. Manage cash, money orders, postage stamps, business reply and postage due trust accounts, and postal products and supplies.

(Emily Carolyn Jackson, page 3)

**November 1982-September 1984  Services Specialist**
United States Air Force, Ellsworth Air Force Base, South Dakota 57706
Manage base housing, food services, linen exchange, and mortuary affairs on a
Strategic Air Command Base.  Perform routine inspection of base dormitory housing.
Review applications for base housing requests.  Manage cash flows and financial
assets generated from hotel (billeting) services and sundry sales including beverages
and food items.  Conduct financial audits.  Analyze and balance billeting funds.
Prepare nightly audit reports for base billeting services.

## SPECIALIZED TRAINING

Entrepreneurship, Human Resources Management, Access, Excel, Internet Explorer,
Outlook Express, Power Point, Word, Word Perfect, Management Road Maps, Network
Marketing

## AWARDS & HONORS

| | |
|---|---|
| 2004-2005 | The National Dean's List 28th Edition |
| 2003-2003 | Toastmasters International Advanced Toastmaster Award |
| 1999-1999 | American Communications Network Outstanding Performance Award |

**United States Postal Service**

| | |
|---|---|
| 1999-1999 | Associate Supervisor Program On-Site Trainer Certification |
| 1999-1999 | Priority Service Team Award |
| 1998-1999 | Letters Of Commendation 500 Sick Leave Hours |
| 1981-1982 | Northeastern Illinois University High Honors |

## RELATED PROFESSIONAL & COMMUNITY INVOLVEMENT

| | |
|---|---|
| 2005-2007 | Montgomery Alumni Association Troy University |
| 2005-2007 | Society for Human Resources Management (SHRM) |
| 2004-2007 | Pilgrim Rest Missionary Baptist Church of Montgomery, Alabama Bible School Presenter, New Members Orientation Instructor, Prison Ministry Volunteer, Choir Member |
| 2004-2005 | Montgomery TEAM SHRM Troy University |
| 2004-2005 | Freedom Life Community Development Center (CDC) Board Member |
| 2002-2005 | Toastmasters International |
| 2003-2004 | Lilly Baptist Church of Montgomery Alabama-Choir Director |
| 2002-2004 | Lilly Baptist Church Bible School Youth Coordinator and Teacher, Circle Three Missionary Member, Choir Member |
| 1975-2000 | First Baptist Congregational Church of Chicago, Illinois-Bible School Presenter, Orchestra Member-1st Flute Instrumentalist, Assistant Choir Director, Choir Member, Group Auxiliary 8, Group Auxiliary 9, Group Auxiliary 10, Prison Ministry Volunteer, Street Ministry Volunteer, Kitchen Committee Member, Girl Scout |

EXHIBIT I-7

(Emily Carolyn Jackson, page 4)

## REFERENCES

- Frankie Thomas, Senior Program Director
  Easter Seals Central Alabama
  2125 East South Boulevard
  Montgomery, Alabama 36116
  (334) 590-7547
  fthomas@easterseals.org

- Jerome Ligette, Job Placement Specialist
  Easter Seals Central Alabama
  2125 East South Boulevard
  Montgomery, Alabama 36116
  (334) 288-0240
  jligette@easterseals.org

- Geraldine W. Ivey, Staff Accountant
  State Health Planning & Development Agency
  RSA Building 100 Union Street
  Montgomery, Alabama 36104
  (334) 242-4111 or 281-7165

- Rev. Walter E. Ellis, Pastor
  Pilgrim Rest Missionary Baptist Church
  1436 East Washington Street
  Montgomery, Alabama 36107
  (334) 262-7850

- Dr. Houston R. Russell, Associate Professor
  Troy University Sorrell College of Business
  136 Catoma Street
  Montgomery, Alabama 36104
  (334) 241-9733
  hrussell@troy.edu

- Dr. Joseph H. Reynolds, Assistant Professor
  Troy University College of Education
  136 Catoma Street
  Montgomery, Alabama 36104
  (334) 241-9596
  jreynolds45@troy.edu




**UNITED STATES POSTAL SERVICE**

| 01 | EFFECTIVE DATE | | Notification of Personnel Action | 02 | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| | 12-15-1999 | | | | ▓▓▓▓▓ |

## EMPLOYEE INFORMATION

| | | |
|---|---|---|
| 03 | EMPLOYEE NAME-LAST | JACKSON |
| 04 | EMPLOYEE NAME-FIRST | EMILY |
| 05 | EMPLOYEE NAME-MIDDLE | C |
| 06 | MAILING ADDRESS STREET/BOX/APT | PO BOX 2007 |
| 07 | MAILING ADDRESS-CITY | OAK PARK |
| 08 | MAILING ADDRESS-STATE | IL |
| 09 | MAILING ADDRESS-ZIP+4 | 60303-2007 |
| 10 | DATE OF BIRTH | 01-11-1962 |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE |
| 12 | SEX | F |
| 13 | MINORITY | C - BLACK, NON-HISPANIC |
| 14 | DISABILITY | 05 |
| 15 | LEAVE COMP DATE | 07-28-1983 |
| 16 | ENTER ON DUTY DATE | 05-18-1985 |
| 17 | RETIREMENT COMP DATE | 07-28-1983 |
| 18 | SERV ANNIVERSARY PPYR | |
| 19 | TSP ELIGIBILITY | Y - ELIGIBLE WITH DEDUCT |
| 20 | TSP SERVICE COMP DATE | 05-18-1985 |
| 21 | PRIOR CSRS SERVICE | N |
| 22 | FROZEN CSRS TIME | |
| 23 | LEAVE DATA-CATEGORY | 8 - HOURS/PP |
| 24 | LEAVE DATA-CHG PPYR | |
| 25 | LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING |
| 26 | CREDIT MILITARY SERV | |
| 27 | RETIRED MILITARY | |
| 28 | RETIREMENT PLAN | 8 - FERS |
| 29 | EMPLOYEE STATUS | |
| 30 | LIFE INSURANCE | X0-Basic + 5x Opt B+Opt A |
| 31 | SPECIAL BENEFITS | |

## POSITION INFORMATION

| | | |
|---|---|---|
| 32 | EMPLOY OFFICE-FIN NO | 16-0046 |
| 33 | EMPLOY OFFICE-NAME | AIRPORT MAIL CENTER O'HAR |
| 34 | EMPLOY OFFICE-ADDRESS | CHICAGO IL   60666-9998 |
| 35 | DUTY STATION-FIN NO | 16-0046 |
| 36 | DUTY STATION-NAME | AIRPORT MAIL CENTER O'HAR |
| 37 | APPT EXPIRATION DATE | |
| 38 | PROBATION EXPIR DATE | |

| | | |
|---|---|---|
| 39 | FLSA STATUS | 8 - EXEMPT |
| 40 | PAY LOCATION | 500 |
| 41 | RURAL CARRIER-ROUTE | |
| 42 | RURAL CARR-L-RTE ID | |
| 43 | RURAL CARR-PAY TYPE | |
| 44 | RURAL CARR-TRI-WEEKLY | |
| 45 | RURAL CARR-FLSA | |
| 46 | RURAL CARR-COMMIT | |
| 47 | RURAL CARR-EMA | |
| 48 | RURAL CARR-HOURS | 00 |
| 49 | RURAL CARR-MILES | 000 |
| 50 | JOB SEQUENCE | 1 |
| 51 | OCCUPATION CODE | 2315-6076 |
| 52 | POSITION TITLE | SUPV DIST OPERTNS |
| 53 | FUNCTIONAL OPER NBR | 1000 |
| 54 | DESIGNATION/ACTIVITY | 09/0 |
| 55 | POSITION TYPE | 1 - FULL TIME |
| 56 | LIMIT HOURS | 00 |
| 57 | ALLOWANCE CODE | |
| 58 | EMPLOYMENT TYPE | |

## SALARY INFORMATION

| | | |
|---|---|---|
| 59 | PAY RATE CODE | A - ANNUAL RATE |
| 60 | RATE SCHEDULE CODE | E - EAS |
| 61 | GRADE/STEP | 16/ |
| 62 | BASE SALARY | 41,716 |
| 63 | COLA | |
| 64 | COLA ROLL-IN IND | |
| 65 | NEXT STEP PPYR | |
| 66 | MERIT ANNIV DATE | 02-2000 |
| 67 | MERIT LUMP SUM | |
| 68 | SPECIAL SALARY CODE | |
| 69 | PROTECTED RSC | |
| 70 | PROTECTED GRADE/STEP | |
| 71 | EXPIRATION PPYR | |
| 72 | PROTECTED RC HOURS | |
| 73 | PROTECTED RC MILES | |
| 74 | RC GUARANTEED SALARY | |
| 75 | ANNUITY AMOUNT | |
| 76 | RED CIRCLE CODE | 0 |

## NATURE OF PERSONNEL ACTION

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | NATURE OF ACTION CODE | 317 | 78 | AUTHORITY | | | 39-USC Sect 1001 | | | | | |
| 79 | DESCRIPTION | RESIGNATION ALL OTHER | 80 | CODE | 522 | 81 | CODE | 504 | 82 | CODE | | 83 | CODE | 663 |
| 84 | REMARKS | | | | | | | | | | | | |

LAST DAY IN PAY STATUS 12-15-1999
EMPLOYEE TO BE PAID FOR ALL ACCUMULATED LEAVE TO WHICH ENTITLED UNDE
R EXISTING LAW.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
VOLUNTARY RESIGNATION
LAP

| 85 | AUTHORIZATION | | 86 | PROCESSED DATE | 12-15-1999 |
|---|---|---|---|---|---|
| | JOHN T. WEEKER, VICE PRESIDENT AREA OPERATIONS-GREAT LAKES | | 87 | PERSONNEL OFFICE ID | CM14 |
| | | | 88 | OPF LOCATION | AIRPORT MAIL CENTER O'HAR |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE

EXHIBIT I-9



*Awarded to*

# Emily C. Jackson

*for successful completion of*
Associate Supervisor Program
**ON-SITE TRAINER**
October 8, 1998 and October 9, 1998

*presented by*
**The United States Postal Service**
**Chicago Performance Cluster**
**PEDC**

January 15, 1999

Frank T. Readus
*Senior Training Specialist*

Alma C. Willis
*ASP Coordinator*

Vonella Little
*Instructor*

*EXHIBIT I-10*



**UNITED STATES**
**POSTAL SERVICE**

April 5, 1999

**Emily Jackson**
▬▬▬▬▬

**SUBJECT:   PRIORITY SERVICE TEAM AWARD**

This letter of appreciation is to acknowledge your exceptional performance as a member of the "Priority Service Team".

The teamwork efforts by you and your team members shows.....It is our responsibility to shatter outdated thinking and explore the realm of the untested.... It is here that breakthrough opportunities are waiting to be discovered.

Congratulations on becoming a successful **T.E.A.M.**
**"Together Everyone Achieves More".**

Please accept my sincere thanks for your outstanding efforts and this letter of appreciation that signifies my confidence in you as a champion in the efforts to improve our priority mail service.

Sincerely,

Gerald J. Kubick
Plant Manager
AMC O'Hare

CC:  OPF

*EXHIBIT I-11*

PLANT MANAGER
AIRPORT MAIL CENTER O'HARE



**UNITED STATES**
**POSTAL SERVICE**

August 29, 1999

Emily Jackson
Supervisor Distribution Operations

**CONGRATULATIONS!**

You are commended for having accumulated over 500 hours of sick leave. This is a record of which you should be justly proud.

In recognition of this achievement, the enclosed pin is presented to you. This pin represents your dedication to your job and should serve as an excellent example to your co-workers. You are among the elite group of employees who have attained a sick leave balance of at least 500 hours.

Your efforts in achieving this sick leave balance should serve to comfort you and your family in the event of an illness or accident, as you will continue to receive full pay up to the limits of your reserve. By continuing your fine efforts in increasing your sick leave balance, the financial security for both you and your family will be further enhanced.

Please accept the Letter of Commendation and this sick leave pin with my appreciation. I trust that you will wear your pin proudly as a reminder to yourself and your co-workers of the value of saving sick leave hours. Your devotion to duty shows the kind of commitment we like to see in our employees. I wish you continued good health and good fortune in the coming years.

A copy of this letter will be placed in your Official Personnel Folder.

Sincerely,

Gerald J. Kubick
Plant Manager

11600 WEST IRVING PARK ROAD
CHICAGO IL 60666-9998
773 894-1401
Fax: 773 894-1405

*EXHIBIT I-12*

OFFICE OF THE PLANT MANAGER
AMC O'HARE



**UNITED STATES**
**POSTAL SERVICE**

August 30, 1998

**Emily Jackson**

**Congratulations!**

You are commended for having accumulated over 500 hours of sick leave.  This is a record of which you should be justly proud.

In recognition of this achievement, the enclosed pin is presented to you.  This pin represents your dedication to your job and should serve as an excellent example to your co-workers.  You are among the elite group of Great Lakes Area employees who have attained  a sick leave balance of at least 500 hours.

Your efforts in achieving this sick leave balance should serve to comfort you and your family in the event of an illness or accident, as you will continue to receive full pay up to the limits of your reserve.  By continuing your fine efforts in increasing your sick leave balance, the financial security for both you and your family will be further enhanced.

Please accept the Letter of Commendation and this sick leave pin with my appreciation. I trust that you will wear your pin proudly as a reminder to yourself and your co- workers of the value of saving sick leave hours.  Your devotion to duty shows the kind of commitment we like to see in our employees.  I wish you continued good health and good fortune in the coming years.

A copy of this letter will be placed in you Official Personnel Folder.

Sincerely,

Gerald J. Kubick
Plant Manager

11600 W. IRVING PK. ROAD
CHGO, IL  60666-9998
773 894-1401

EXHIBIT I-13





Toastmaster Bronze

recognition is given to

Emily Carolyn Jackson

by

Toastmasters International

for achievements in the
Toastmasters International Communication Program

October 31, 2003

*Donna H. Groh*
Executive Director

*Ted Corcoran, dtm*
President

EXHIBIT I-14

# Outstanding Achievement Award

presented to

## Emily Jackson

in honor of your outstanding achievement in customer acquisition
as an independent representative of American Communications Network
we hereby induct you into the

### Fifty Customer Club

Presented on this 16th day of January, 1999

The Spirit Marketing Group of Chicago

_____
Signature

_____
Signature

*EXHIBIT I-15*



EXHIBIT I-16

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1 NAME (Last, First, middle) | 2 DEPARTMENT, COMPONENT AND BRANCH | 3 SOCIAL SECURITY NO |
|---|---|---|
| WILSON EMILY CAROLYN | AIR FORCE        REGAF | |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6 PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SRA | E4 | 1962 JAN 11 | CHICAGO, IL |

| 7 LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8 STATION WHERE SEPARATED |
|---|---|
| 44 SVS/SAC | ELLSWORTH AFB SD 57706 |

| 9 COMMAND TO WHICH TRANSFERRED | 10 SGLI COVERAGE |
|---|---|
| USAFR | AMOUNT $ 35,000   ☐ NONE |

| 11 PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (List additional specialty numbers and titles involving periods of one or more years) | 12 RECORD OF SERVICE | YEAR (s) | MONTH (s) | DAY (s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 1982 | NOV | 23 |
| | b. Separation Date This Period | 1984 | SEP | 14 |
| 61150 – SERVICES SPECIALIST | c. Net Active Service This Period | 01 | 09 | 22 |
| 1 YEAR, 3 MONTHS | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 22 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 198_ | SEP | 01 |
| | i. Reserve Oblig. Term. Date | 1989 | JAN | 30 |

| 13 DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| AIR FORCE TRAINING RIBBON |

| 14 MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE |

| 15 MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16 HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17 DAYS ACCRUED LEAVE PAID 0.0 DAYS |
|---|---|---|

| 18 REMARKS | ------------------------NOT APPLICABLE------------------------ |
|---|---|

SEND COPY 6 TO:
DIRECTOR
DEPARTMENT OF VETERANS AFFAIRS
P.O. BOX 5054
SPRINGFIELD IL 62705

COPY 3 VA DATA PROCESS
S F AUSTIN TX 78772
5 U OF T X
BATON ROUGE LA 7 8 4

| 19 MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO TT. DIR. OF VET. AFFAIRS ☒ YES ☐ NO [ECW] |
|---|---|
| 731 N. SPAULDING CHICAGO, IL 60624 | |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| Emily C. Wilson | DANIEL CIREAU MSGT USAF NCOIC SEPARATIONS UNIT |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION | 24 CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25 SEPARATION AUTHORITY | 26. SEPARATION CODE | 27 REENLISTMENT CODE |
|---|---|---|
| AFR 39-10 | M2G | 3A |

| 28 NARRATIVE REASON FOR SEPARATION |
|---|
| VOLUNTEERED TO SERVE WITH USAFR |

| 29 DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | |

SERVICE-2



EXHIBIT J-1

ANNUAL STATEMENT

# Easter Seals Alabama, Inc.

EMPLOYEES PENSION PLAN

PREPARED FOR:   E.  JACKSON

AS OF:   03/01/05

## I.  BASIC INFORMATION

| DATE OF BIRTH | DATE OF EMPLOYMENT | NORMAL (AGE 65) RETIREMENT DATE | 100% VESTING DATE | BEGINNING CREDITED SERVICE DATE | ACCUMULATED EMPLOYEE CONTRIBUTIONS WITH INTEREST |
|---|---|---|---|---|---|
| 01/62 | 09/04 | 02/01/27 | 09/09 | 09/04 | $625.00 |

## II.  MONTHLY BENEFITS

PROJECTED NORMAL FORM
(LIFE ANNUITY)

ESTIMATED
SOCIAL SECURITY
$988.00

TOTAL
RETIREMENT INCOME
$2,174.46

A.  AT AGE 65
$1,186.46

B.  AT 25 YEARS
OF CREDITED SERVICE
SEE (A) ABOVE – YOU WILL ATTAIN AGE 65 FIRST

C.  AT 20 YEARS
OF CREDITED SERVICE
$1,062.50

## III.  OTHER IMPORTANT RETIREMENT PLAN BENEFITS

DISABILITY
LUMP SUM OF
$625.00

EARLY
RETIREMENT
CURRENTLY
INELIGIBLE

(DEATH BENEFIT)
PRE-RETIREMENT
PENSION TO
SURVIVING SPOUSE
LUMP SUM OF
$625.00

IF I
TERMINATE
LUMP SUM OF
$625.00

## IV.  SUMMARY OF VALUE

IF YOU COULD PURCHASE YOUR RETIREMENT PLAN INCOME AT NORMAL RETIREMENT, IT
WOULD TAKE A LUMP SUM PAYMENT OF ABOUT $142,375.

THE LEVEL ANNUAL AMOUNT NECESSARY TO PROVIDE YOUR RETIREMENT PLAN INCOME
PLUS EASTER SEALS' CONTRIBUTION TOWARD YOUR SOCIAL SECURITY BENEFITS AMOUNTS
TO ABOUT      $5,227      ----------**    ANNUALLY.

CAUTION: A number of assumptions have been made in estimating your benefits at retirement, including that your current earnings will continue at
the same rate until retirement. Your estimated Social Security benefits do not include an allowance for your spouse who may also be entitled to
benefits. The full plan documents and the final facts and circumstances will control actual benefits to be paid. Please let us know of any corrections
in data which should be recognized in any future statements.

BENEFICIARY:  JACKSON,  GLENNIE  J.

EXHIBIT J-2

# PERSONNEL ABSENTEE REQUEST AND APPROVAL SLIP

Name of Employee **Emily C. Jackson**

Total Charge Day(s) 1

Date of Absence 04-26-06 To 04-24-06 Number of days absent 1

Charge to:   Sick Leave _____   Annual Leave ✓   Personal Leave _____

_____ No charge (Conference, Workshop)   Explain: _____

Approval By
Department Head _____

Approval By
Administrator _____

EXHIBIT J-3

## Emily Jackson

**From:** Linda Wingard

**Sent:** Tuesday, October 26, 2004 2:38 PM

**To:** Adam Bennett; CAESAdmin; Caleb Duberry; Cassandra Cooper; Charles Frazier; Christie Gowan; Cindy Devine; Cynthia Swiggett; Danita Rivers; Debbie Hurst; Debbie Miller; Demetrice Tolliver; Doris Murray; Dorothy Hunter; Ed Collier; Eileen Bennett; Emily Jackson; Essie Richardson; Frankie Thomas; Gina Middleton; Ginna Alldredge; Greg Graham; Harriette Dorosin; Holley McGhee; Jennifer Common; Jerome R. Liggett; Josh Wingard; Joyce Owens; Kathy Welch; Kim Myers; Kimberly Frederick; L Robinson; Larry Johnson; Laura Killough; Linda Hataway; Linda Wingard; Mary Ann Flowers; Mary Williams; Matt McKim; Melanie Bush; Michell Crowe; Mike Hale; Monica Abron; Patty Weldon; PTOT; Ramesh Bhalerao; Receptionist; Reg Wightman; Ron Shuford; Roy Mulkey; Shelinda Mahone; Sunya Terry; Susan McKim; Tammy Dale; Terrill Bozeman; tmpad; Tony Griffin; TRACKS; Vivian M. Sayles; Vivian Sims; Yvonne Stills

**Subject:** Time sheets vs sign in and out sheets

I will select different departments each pay period to check your time against your sign in and out time. These totals are suppose to agree at all times. Therefore, if there are discrepancies, this will be changed on your time sheet and we will need to discuss why there is a difference. So please put the same number of hours on your time sheet that is on your sign in and out sheets. This is very important and we could be sited by Wage and Hour for any differences. Should you have questions, please call me.

Thanks

Linda till wingard
Director of Business and Finance

10/26/2004

*EXHIBIT K-1*

November 10, 2005


Dr. Susan McKim, Administrator
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116

Re: Federal Grants Available to Non-Profit Organizations 501© (3) status

Dear Dr. McKim:

Thank you for all of the support that you gave me during my illness and allowing me to
return back to work in my position with the ACE Micro Enterprise Program. I know that
you are very busy, so I won't take up much of your time. This information does not
pertain to our program, but I believe that it could benefit other programs within our
organization.

Attached are four federal funding opportunities for non-profit organizations. They are
New Access Points in Programs Funded Under the Health Centers Consolidation Act of
1996, Disability Rehabilitation Research Projects (DRRP), Health Behavior Change in
People with Disorders, Muscular Dystrophy: Pathogenesis and Therapies. There are also
many other programs that we qualify for as a non-profit organization, but these are ones
that stood out.

If you need my assistance on searching for grants for Easter Seals and completing the
application process, please don't hesitate to call on me to help.

Sincerely,

*Emily C. Jackson*

Emily C. Jackson,
Micro Enterprise Specialist

*EXHIBIT K-2*



# New Access Points in Programs Funded Under the Health Centers Consolidation Act of 1996

## General Information

| | |
|---|---|
| Document Type: | Grants Notice |
| Funding Opportunity Number: | HRSA-06-004 |
| Posted Date: | Oct 28, 2004 |
| Original Due Date for Applications: | May 26, 2006 |
| Current Due Date for Applications: | May 26, 2006 |
| Archive Date: | Jul 25, 2006 |
| Funding Instrument Type: | Grant |
| Category of Funding Activity: | Health |
| Expected Number of Awards: | 145 |
| Estimated Total Program Funding: | $87,000,000.00 |
| Award Ceiling: | none |
| Award Floor: | none |
| CFDA Number: | 93.224 -- Community Health Centers |
| Cost Sharing or Matching Requirement: | Yes |

## Eligible Applicants

Others (see text field entitled "Additional Information on Eligibility" for clarification)

Additional Information on Eligibility:

*EXHIBIT K-3*

Public and non-profit private entities, including tribal, faith-based and community-based organizations.

**Agency Name**

Department of Health and Human Services, Health Resources and Services Administration, HRSA Grants Application Center, 901 Russell Avenue Suite 450, Gaithersburg, MD, 20879

**Description**

The purpose of this activity is to support the establishment of new service delivery sites for each type of Health Centers funded under Section 330 of the Public Health Service Act. Each application for support to establish a new site must identify a population in need of primary health care services, and propose a specific plan to increase access to care and reduce disparities identified in the population or community to be served. This activity is the lead in fulfilling the President's multi-year Initiative to Expand Health Centers to bring much needed primary health care services to the Nation's neediest communities. In FY 2006, the establishment of new delivery sites under this program will be in the final year of a five-year initiative. The purpose of the Consolidated Health Center Program is to extend comprehensive primary and preventive health services (including mental health, substance abuse and oral health services) and supplemental servi!
ces to populations currently without access to such services, and to improve their health status. The program includes: 1) Community Health Centers, section 330(e); 2) Migrant Health Centers, section 330(g); 3) Health Care for the Homeless program, section 330(h); 4) Public Housing Primary Care, section 330(i); and 5) School Based Health Centers, section 330. The population served by these programs are: 1) medically underserved populations in urban and rural areas; 2) migratory and seasonal agricultural workers and their families; 3) homeless people, including children and families; 4) residents of publicly subsidized housing; and 5) medically underserved school-students (K-12), their families, and medically underserved populations surrounding the school.

**Link to Full Announcement**

https://grants.hrsa.gov/webExternal/SFO.asp?ID=349405DC-3A51-4428-839D-478B3910BEB1

**If you have difficulty accessing the full announcement electronically, please contact:**

If you have any problems linking to this funding announcement, please contact the call center. HRSA Call Center

| Register to Receive Notification | | Apply for Grant Electronically |

**You may return to Grants Opportunities at:**

- HHS HRSA listed by [Posted Date]
- HHS Agencywide listed by [Posted Date]

[Home] [SEARCH synopses]







# Disability Rehabilitation Research Projects (DRRP)

## General Information

| | |
|---|---|
| Document Type: | Grants Notice |
| Funding Opportunity Number: | ED-GRANTS-050405-001 |
| Posted Date: | May 05, 2005 |
| Original Due Date for Applications: | Jul 05, 2005 |
| Current Due Date for Applications: | Jul 05, 2005 |
| Archive Date: | |
| Funding Instrument Type: | Grant |
| Category of Funding Activity: | Education |
| Expected Number of Awards: | 2 |
| Estimated Total Program Funding: | $1,000,000.00 |
| Award Ceiling: | $500,000.00 |
| Award Floor: | none |
| CFDA Number: | 84.133 -- National Institute on Disability and Rehabilitation Research |
| Cost Sharing or Matching Requirement: | No |

## Eligible Applicants

State governments
County governments
City or township governments
Special district governments

Independent school districts
Public and State controlled institutions of higher education
Native American tribal governments (Federally recognized)
Public housing authorities/Indian housing authorities
Native American tribal organizations (other than Federally recognized tribal governments)
Nonprofits having a 501(c)(3) status with the IRS, other than institutions of higher education
Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education
Private institutions of higher education
For profit organizations other than small businesses
Others (see text field entitled "Additional Information on Eligibility" for clarification)

Additional Information on Eligibility:
Eligible Applicants: States; public or private agencies, including for-profit agencies; public or private organizations, including for-profit organizations; institutions of higher education; and Indian tribes and tribal organizations.

## Agency Name

Donna Nangle, U.S. Department of Education, 400 Maryland Avenue, SW., room 6030, Potomac Center Plaza, Washington, DC 20202. Telephone: (202) 245-7462 or by e-mail: donna.nangle@ed.gov

## Description

Note: Each funding opportunity description is a synopsis of information in the Federal Register application notice. For specific information about eligibility, please see the official application notice. The official version of this document is the document published in the Federal Register. Free Internet access to the official edition of the Federal Register and the Code of Federal Regulations is available on GPO Access at: http://www.access.gpo.gov/nara/index.html.
Please review the official application notice for pre-application and application requirements, application submission information, performance measures, priorities and program contact information.
Purpose of Program: The purpose of this program is to plan and conduct research, demonstration projects, training, and related activities that help to maximize the full inclusion and integration of individuals with disabilities into society and to improve the effectiveness of services authorized under the Rehabilitation Act of 1973, as amended (Act).
Catalog of Federal Domestic Assistance (CFDA) Number: 84.133A-4
If you choose to submit your application electronically, you must use the Grants.gov Apply site (Grants.gov). You may not e-mail an electronic copy of a grant application to us. You may access the electronic grant application for Disability Rehabilitation Research Projects at: http://www.grants.gov You must search for the downloadable application package for this program by the CFDA number. Do not include the CFDA number's alpha suffix in your search. The telephone number for the Grants.gov Helpdesk is 1-800-518-4726.

## Link to Full Announcement

Disability Rehabilitation Research Projects (DRRP); Notice inviting applications for new awards for fiscal year (FY) 2005.

*EXHIBIT K-6*

**If you have difficulty accessing the full announcement electronically, please contact:**

Cotton, Julius, ED FedGrants Administrator, Phone (202) 245-6140, Fax (202) 245-6288, Email julius.cotton@ed.gov Cotton, Julius

Lark, Tonja, ED Deputy FedGrants Administrator, Phone (202) 245-6160, Fax (202) 245-6271, Email tonja.lark@ed.gov Lark, Tonja

| Register to Receive Notification | Apply for Grant Electronically |

**You may return to Grants Opportunities at:**

- ED HRO listed by [Posted Date]
- ED Agencywide listed by [Posted Date]

[Home] [SEARCH synopses]

**FedGrants**
_Federal Funding Opportunities_



# Muscular Dystrophy: Pathogenesis and Therapies

---

---

## General Information

| | |
|---|---|
| Document Type: | Grants Notice |
| Funding Opportunity Number: | PA-05-038 |
| Posted Date: | Jan 10, 2005 |
| Original Due Date for Applications: | Multiple Receipt Dates - See Link to Full Announcement for details. |
| Current Due Date for Applications: | Multiple Receipt Dates - See Link to Full Announcement for details. |
| Archive Date: | Dec 02, 2007 |
| Funding Instrument Type: | Grant |
| Category of Funding Activity: | Health<br>Income Security and Social Services |
| Expected Number of Awards: | Not Available. |
| Estimated Total Program Funding: | Not Available. |
| Award Ceiling: | none |
| Award Floor: | none |
| CFDA Number: | 93.846 -- Arthritis, Musculoskeletal and Skin Diseases Research<br>93.853 -- Extramural Research Programs in the Neurosciences and Neurological Disorders |

EXHIBIT K-8

**If you have difficulty accessing the full announcement electronically, please contact:**

If you have any problems linking to this funding announcement, please contact the NIH OER Webmaster NIH OER Webmaster

| Register to Receive Notification | Apply for Grant Electronically |

**You may return to Grants Opportunities at:**

- **HHS NIH listed by [Posted Date]**
- **HHS Agencywide listed by [Posted Date]**

[Home] [SEARCH synopses]

*EXHIBIT K-9*

Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education
For profit organizations other than small businesses
Small businesses
Public and State controlled institutions of higher education
Private institutions of higher education
State governments
County governments
City or township governments
Special district governments
Independent school districts
Native American tribal governments (Federally recognized)
Public housing authorities/Indian housing authorities
Native American tribal organizations (other than Federally recognized tribal governments)
Others (see text field entitled "Additional Information on Eligibility" for clarification)

Additional Information on Eligibility:

Eligible agencies of the Federal Government are eligible to apply.

Foreign institutions are eligible to apply.

**Agency Name**

**Description**

The NIMH encourages studies on health behavior change related to function, disability, morbidity, and mortality in people with mental disorders. An important goal of this program announcement is to identify potent, modifiable risk and protective health behavior factors amenable to intervention, and to translate the results of such studies into initial tests of theory-driven prevention and early intervention strategies aimed at improving function and decreasing disability, morbidity, and mortality among people with mental disorders. Risk and protective factors include biological, psychosocial, behavioral, and environmental contributors to health behaviors among people with mental disorders. It is incumbent upon the applicant to demonstrate the public health significance of the study by describing the severity and/or prevalence of the health behaviors, disability, morbidity, or mortality of the populations represented in the topics studied. This PA will !
use the NIH R01, R03, and the NIMH R34 award mechanisms. Applications may be submitted by domestic or foreign, for-profit or non-profit organizations, public or private institutions, such as universities, colleges, hospitals, and laboratories; units of State and local governments; eligible agencies of the Federal government. Any individual with the skills, knowledge, and resources necessary to carry out the proposed research is invited to work with their institution to develop an application for support. Individuals from underrepresented racial and ethnic groups as well as individuals with disabilities are always encouraged to apply for NIH programs. There is no limit on the number of applications that may be submitted. Applications must be prepared using the PHS 398 research grant application instructions and forms (rev. 5/2001).The PHS 398 is available at http://grants.nih.gov/grants/funding/phs398/phs398.html in an interactive format.

**Link to Full Announcement**

http://grants.nih.gov/grants/guide/pa-files/PA-05-019.html

http://fedgrants.gov/Applicants/HHS/NIH/NIH/PA-05-019/Grant.html                    11/10/2005

*EXHIBIT K-10*

**FedGrants**
*Federal Funding Opportunities*



# Health Behavior Change in People with Mental Disorders

## General Information

|  |  |
|---|---|
| Document Type: | Grants Notice |
| Funding Opportunity Number: | PA-05-019 |
| Posted Date: | Nov 30, 2004 |
| Original Due Date for Applications: | Multiple Receipt Dates - See Link to Full Announcement for details. |
| Current Due Date for Applications: | Multiple Receipt Dates - See Link to Full Announcement for details. |
| Archive Date: | Dec 02, 2007 |
| Funding Instrument Type: | Grant |
| Category of Funding Activity: | Health |
| Expected Number of Awards: | Not Available. |
| Estimated Total Program Funding: | Not Available. |
| Award Ceiling: | none |
| Award Floor: | none |
| CFDA Number: | 93.242 -- Mental Health Research Grants |
| Cost Sharing or Matching Requirement: | No |

## Eligible Applicants

Nonprofits having a 501(c)(3) status with the IRS, other than institutions of higher education

EXHIBIT K-11

93.865 -- National Institute of Child Health and Human
Development Extramural Research
93.837 -- Heart and Vascular Diseases Research
93.838 -- Lung Diseases Research

Cost Sharing or Matching Requirement: No

**Eligible Applicants**

Nonprofits having a 501(c)(3) status with the IRS, other than institutions of higher education
Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education
For profit organizations other than small businesses
Small businesses
Public and State controlled institutions of higher education
Private institutions of higher education
State governments
County governments
City or township governments
Special district governments
Independent school districts
Native American tribal governments (Federally recognized)
Public housing authorities/Indian housing authorities
Native American tribal organizations (other than Federally recognized tribal governments)
Others (see text field entitled "Additional Information on Eligibility" for clarification)

Additional Information on Eligibility:

Eligible agencies of the Federal Government are eligible to apply.

Foreign institutions are eligible to apply.

**Agency Name**

**Description**

- The National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS), the
National Institute of Neurological Disorders and Stroke (NINDS), the National Institute of Child
Health and Human Development (NICHD) and the National Heart, Lung, and Blood Institute
(NHLBI) encourage investigator-initiated research grant applications for projects studying
pathogenesis and therapies for the muscular dystrophies. Responses to this announcement may
include basic, translational or patient-oriented studies of Duchenne/Becker muscular dystrophy,
facioscapulohumeral dystrophy, myotonic dystrophy or other forms of muscular dystrophy.

- This PA will use the NIH Exploratory/Developmental Research Grant Award (R21) and the NIH
Research Project Grant Award (R01) mechanisms. R21 applications may request up to $275,000
direct costs for the two-year term of the grant. There is no cost limit for the R01 mechanism,
however applicants requesting $500,000 or more in direct costs for any year must obtain an
agreement that one of the participating institutes will accept your application for consideration for
review and possible award. To obtain this agreement, contact the appropriate IC program staff
(listed in Section VII. below) at least 6 weeks prior to the application receipt date (8 weeks for

EXHIBIT K-12

NICHD and approximately 18 weeks for NIAMS). Please refer to NIAMS policy on applications requesting $500,000 or more per year in direct costs http://www.niams.nih.gov/rtac/grantapps/guidelines.htm.

- The number of awards and the total amount to be awarded will depend on the number and quality of the applications received and the Institutes' availability of funds.

- Eligible organizations include for-profit and non-profit organizations, public or private institutions such as universities, colleges, hospitals and laboratories, units of State and local governments, eligible agencies of the Federal government, domestic or foreign institutions/organizations.

- Eligible principal investigators include any individuals with the skills, knowledge, and resources necessary to carry out the proposed research.

- There is no limit on the number of scientifically different applications that may be submitted.

- Application materials and instructions are available at: http://grants.nih.gov/grants/funding/phs398/phs398.html

- Telecommunications for the hearing impaired is available at: TTY 301-451-0088

**Link to Full Announcement**

http://grants.nih.gov/grants/guide/pa-files/PA-05-038.html

**If you have difficulty accessing the full announcement electronically, please contact:**

If you have any problems linking to this funding announcement, please contact the NIH OER Webmaster NIH OER Webmaster

| Register to Receive Notification | Apply for Grant Electronically |

**You may return to Grants Opportunities at:**

- HHS NIH listed by [Posted Date]
- HHS Agencywide listed by [Posted Date]

[Home] [SEARCH synopses]



December 5, 2005


Larry Lewis, Interim Administrator
Easter Seals Central Alabama
2125 E. South Boulevard
Montgomery, AL 36116

Re: Requisition for Supplies

Dear Mr. Lewis:

On Friday, December 2, 2005, I submitted a requisition for supplies, including a shredder, a desk stapler, and copy paper totaling $88.31. On Monday, December 5, 2005, I checked the mail box for the Micro Enterprise Program and noticed an invoice attached to a requisition. The invoice and requisition had the supplies that I ordered plus some additional supplies that I did not order totaling $145.00. I also noticed that someone had forged my signature on the revised requisition. I showed it to Dr. McKim and she stated that they had combined some things and that I was not supposed to get that invoice, but that I would get my copy.

Mr. Lewis, I know that this is a very small amount, but I am very very uncomfortable with the fact that someone signed my name to an invoice with supplies that I did not order. I do not want my job jeopardized by documentation that shows I ordered supplies that I did not order. Would you please look into this matter to make sure that nobody forges my signature again on any documents?

Thank you,

Emily C. Jackson
ACE Micro Enterprise Program Specialist

EXHIBIT L-2

# REQUISITION

Date 12-02-05

Dept. Charged ACE MEF Program

P.O. #

Vendor Name Office Depot

Address 5070 Vaughn Road

Montgomery

| Quantity Ordered | Quantity Received | Item Description | Unit Cost | Total Amount |
|---|---|---|---|---|
| 1 | | Shredder 910 421 183 | 39.85 | 39.85 |
| 1 | | Desk Stapler 910 908 194 | 8.46 | 8.46 |
| 2 cases | | Copy Paper 910 348 037 | 40.00 | 40.00 |
| | | Total | | 88.31 |

Requested by Emily A. Ankeam

Employee Signature

Authorizing Signature

Certification of Funds

Approved By: _____

Dept. Head Signature

Date _____

EXHIBIT L-3

**PURCHASE ORDER**

No. **3051**

# EASTER SEAL REHABILITATION CENTER OF CENTRAL ALABAMA

2125 East South Blvd.
Montgomery, Alabama 36116-2454

TO: _Office Depot_                                    DATE: _12-3-05_

ADDRESS: _____    FOR CONFIRMATION ONLY ☐

_____

| SHIP VIA | | F.O.B. | | TERMS | DATE REQUIRED | | |
|---|---|---|---|---|---|---|---|
| ORDERED | QUANTITY RECEIVED | ITEM DESCRIPTION | | | PRICE | PER | TOTAL |
| | | Shredder | | | $145.00 | | |
| | | Stapler | | | | | |
| | | Copy Paper | | | | | |
| | | Card Stock | | | | | |
| | | Computer Brush | | | | | |
| | | resume paper | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Total | | $145.00 | | |
| | | | | | | | |
| | | | | | | | |

DEPT. CHARGED: _ACE Grant_        ISSUED BY: _C. Gray_

_Emily Jackson_

*Taking Care of Business*

EXHIBIT L-4

# Checkout

Click Edit to make changes to your existing information.

## Billing Info  `Edit`

Address should match that of the credit card. Billing info is required for all orders, including Gift/Reward Card purchases.

EASTER SEALS REHAB. CRT.
SUSAN MCKIM
2125 E SOUTH BLVD
MONTGOMERY, AL 36116-2409
USA
Phone: (334) 288-0240
SUSAN_MCKIM@HOTMAIL.COM

## Shipping Info  `Edit`

SUSAN MCKIM
SUSAN MCKIM
2125 E SOUTH BLVD
EASTER SEALS CENTRAL ALAB
MONTGOMERY, AL 36116-2409
USA
Phone: (334) 288-0240
You can also pick up at:  `Select a Store`

Call Customer Ser
1-800-GO-DEPOT
(1-800-463-3768
24 hours/day, 7 c

**Security/Privacy**
**Your information i**
with us.
• We secure your
  using SSL encr
• We pledge not
  your name/info

## Payment Info

| | |
|---|---|
| Payment Type: | Credit Card |
| Credit Card Type: | Office Depot Credit Card |
| Credit Card Number: | ************2430 |
| Expiration Date: | (mm/yy) |
| Card ID: | Where is my Card ID? |

☑ Save my credit card info for future checkout

**Using a Gift/Reward Card?**

Card Number:                    PIN:

`Apply Gift Card`

Where are my card number & PIN?
Redeeming multiple cards?

## Optional Info

Source Code: _____ What is a Source Code?

Customer PO#: 3051    What is a Customer PO#?

**Office Depot**
**ADVANTAGE**        Member Number

What is Office Depot Advantage?

Special message for the driver or information for your own reference.

Comment: _____
Comment: _____
Comment: _____

## Shopping Cart

To enter a Coupon Code, please click here:  `Coupon`

Order Number: 316602027-001    Delivery Date: 12/05/2005

| Item Number | Our Price/Units | Quantity | Back Ordered | Extended Price | Remove |
|---|---|---|---|---|---|
| 910908194 | $8.89/each | 1 | 0 | $8.89 | ☐ |

Swingline® 444™ Commercial Desk Stapler, Black  ✔ Delivery only

COUPON  DM CUST - $15 OFF $150 MINIMUM    $-0.86
Coupon ID: 054614821    Offer is valid through 12/24/2005

~~~584          $34.99/each                                    $34.99

*EXHIBIT L-5*

Ativa™ Diamond-Cut Shredder, 6-Sheet Capacity ⊕

| | | | |
|---|---|---|---|
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-3.37 | | |
| 348037          $27.99/case          1 | | 0 | $27.99 |

Office Depot® White Copy Paper, 8 1/2" x 11" Letter Size,
20 Lb., 104 Brightness, Ream Of 500 Sheets, Case Of 10
Reams

| | | | |
|---|---|---|---|
| **COUPON** BUY 2, GET 1 FREE OFFICE DEPOT<br>**Coupon ID:** 035035684    Offer is valid<br>through 12/24/2005 | $-9.33 | | |
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-1.80 | | |
| 348037          $27.99/case          2 | | 0 | $55.98 |

Office Depot® White Copy Paper, 8 1/2" x 11" Letter Size,
20 Lb., 104 Brightness, Ream Of 500 Sheets, Case Of 10
Reams

| | | | |
|---|---|---|---|
| **COUPON** BUY 2, GET 1 FREE OFFICE DEPOT<br>**Coupon ID:** 035035684    Offer is valid<br>through 12/24/2005 | $-18.66 | | |
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-3.59 | | |
| 285725          $7.99/each          1 | | 0 | $7.99 |

Wilson Jones® All-In-One View-Tab™ Binder, 8-Tab,
Black   ✔ Delivery only

| | | | |
|---|---|---|---|
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-0.77 | | |
| 621516          $3.99/5-pack          1 | | 0 | $3.99 |

Sanford® Sharpie® Permanent Ultra-Fine Point Markers,
Assorted Colors, Pack of 5

| | | | |
|---|---|---|---|
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-0.38 | | |
| 273053          $3.83/each          3 | | 0 | $11.49 |

Kensington® Dust Guardian™ Keyboard Brush

| | | | |
|---|---|---|---|
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-1.11 | | |
| 240556          $9.49/pack          1 | | 0 | $9.49 |

Wausau Heavyweight Exact® Index Card Stock, 8 1/2" x
11", 90 Lb., White, Pack Of 250 Sheets
✔ Delivery only

| | | | |
|---|---|---|---|
| **COUPON** DM CUST - $15 OFF $150 MINIMUM<br>**Coupon ID:** 054614821    Offer is valid<br>through 12/24/2005 | $-0.91 | | |
| 582213          $22.99/ream          1 | | 0 | $22.99 |

Southworth Credentials Collection™ 25% Cotton Fine Linen

EXHIBIT L-6

aper, 8 1/2" x 11", 24 Lb., Ivory, Box Of 500

**COUPON** DM CUST - $15 OFF $150 MINIMUM
**Coupon ID:** 054614821    Offer is valid    $-2.21
through 12/24/2005

|  |  |
|---|---|
| Subtotal: | $183.80 |
| Delivery Fee: | $0.00 |
| Coupon: | $-42.99 |
| Taxes: | $0.00 |
| **Total:** | **$140.81** |

**Have you made changes to your cart?**    Update Shopping Cart

PLACE ORDER →
This will complete your order.

Continue Shopping

---

Home    Terms of Use    Privacy Policy    Customer Service    Contact Us    Delivery    Find a Store

Prices shown are in U.S. Dollars. Please login for country specific pricing. Copyright ©2005 by Office Depot, Inc. All rights reserved.
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the T
Use.

https://www.officedepot.com/reviewOrderInput.do

EXHIBIT L-7

December 9, 2005

Dear Mr. Lewis

Attached is a copy of the requisition in question. I did not sign nor submit this document. In fact, I never sign my name without my middle initial.

Emily C. Jackson

*EXHIBIT L-8*

# REQUISITION

Date __12-2-05__

Dept. Charged __ACE Grant__

P.O. # __5051__

Vendor Name __Office Depot__

Address _____

| Quantity Ordered | Quantity Received | Item Description | Unit Cost | Total Amount |
|---|---|---|---|---|
| | | Shredder | | |
| | | Stapler | | |
| | | Copy Paper | | |
| | | Card Stock | | |
| | | Computer brush | | |
| | | resume paper | | $145.00 |
| | | | | |
| | | | | |

Certification of Funds _____

Approved By: _____
<span style="font-size:smaller">Dept. Head Signature</span>

Date _____

Requested by __Emily Jackson__
<span style="font-size:smaller">Employee Signature</span>

__Susan McKim__
<span style="font-size:smaller">Authorizing Signature</span>

EXHIBIT M-1

Date:   December 14, 2005

To:     Mr. Larry Lewis, Interim Administrator
        Easter Seals Central Alabama, 2125 E. South Blvd., Montgomery, AL 36116

From:   Emily C. Jackson, Micro Enterprise Specialist

Memo: Dear Mr. Lewis:
        Thank you for the leadership and professionalism that you have provided Easter Seals Central
        Alabama staff members and employees since joining our organization. The following is an outline
        of my recommendations for improving business operations, programs, and services, here, at Easter
        Seals. If I can be of assistance to you, please feel free to call on me.

**I.      INTERNAL ENVIRONMENT-RESOURCES**
        Administrator-Executive Director/Manager
                Supervisors-Professional Staff
                        Employees
                                Clients
        1. Easter Seals Central Alabama (ESCA) Chain of Command clearly identified and known to all
           employees without uncertainty
        2. Improve Communications
           a) ESCA Mission, Values, Performance Goals, and Expectations clearly identified and
              communicated to all employees
           b) ESCA Standard Operating Procedures communicated in writing and verbally to all employees
           c) Program Development -Management for Non-profit Organizations-A full time qualified
              program development manager is needed to ensure that funds are available to sustain the
              viability of Easter Seals programs and services.
           d) Human Resources Management-A full time human resources professional/manager is needed
              to ensure that Easter Seals policies, practices, and procedures comply with current federal and
              state employment laws. An HR professional would provide expertise and knowledge in the
              training and development of Easter Seals managers and employees: Equal Employment
              Opportunity Commission (EEOC) Compliance, Discipline, Discrimination, Performance
              Goals, Sexual Harassment, Workplace Violence, Managing A Non profit Organization,
              Safety in compliance with the Occupational Safety and Health Administration (OSHA)
              Regulations, Health Insurance Portability & Accountability Act (HIPAA), Planning for
              Business Conference and Training specifically designed for managers and employees working
              in non-profit organizations. An HR manager would also provide strategic planning that
              would enable Easter Seals to achieve its overall mission, goals, and objectives.

**II.     EXTERNAL ENVIRONMENT-RESOURCES**

        1. Primary: U. S. Government-Federal Grants-The U. S. Government has billions of dollars in
           Federal funds for non-profit organizations with 501c3. There are deadlines that must be met and
           application procedures that must be completed in order to secure funds. The program manager
           discussed in section 2c above would be responsible for securing these funds.
        2. Secondary: Alabama State Government Grants-Some grants for non-profit organizations must
           be acquired through state offices.
        3. Thirdly: Private Organizations-Donations via Easter Seals Employees Fund Rasing Efforts

EXHIBIT M-2

 

# FIRSTGOV.gov
**The U.S. Government's Official Web Portal**

Search Government Websites

Advanced Search        Search Tip

Home    About Us    Site Index    Frequent Questions    Help    Español    Other Languages

| for **Citizens** | for **Businesses and Nonprofits** | for **Federal Employees** | **Government-to-Government** |
|---|---|---|---|

**By Organization »**
- A-Z Agency Index
- Federal Executive
- Federal Legislative
- Federal Judicial
- Cross-Agency Portals
- State Government
- Local Government
- Tribal Government

**Contact Your Government »**
- E-mail
- Phone
- In-Person
- Frequently Asked Questions
  more

**Reference Center »**
- Data & Statistics
- Forms
- Graphics and Photos
- Laws & Regulations
- Libraries
  more

Home > Businesses and Nonprofits

## Businesses & Nonprofits: *Get It Done Online!*

- Contract with the U.S. Government
- File Taxes Online
- File Wage Reports
- Free Newsletters
- Get a State Business License

- Get an Employer ID Number
- Get an Export License
- Get Online Training
- Verify Employees' Social Security Number

**More Online Services**

✉ **Receive Businesses and Nonprofits Gateway updates by e-mail**

### Information by Topic »
- Buy from the Government
- Sell to the Government
- Launching a Business
- Managing a Business
- Growing a Business
- Getting Out of a Business
- State Programs

- Data and Statistics
- Financial Assistance
- International Trade and Exporting
- Laws and Regulations
- Taxes
- Training
- Workplace Issues

### By Audience »
- Big Business
- Foreign Businesses in the U.S.
- Industries and Professions
- Minority Businesses
- Nonprofit Organizations
- Self-Employed
- Small Businesses
- Veterans in Business
  More Audiences

### Business References »
- Better Business Bureau
- Business and Economics RSS Feeds
- Business Data & Statistics
- Business Frequently Asked Questions
- Corporate Contacts
- Forms
- Workplace Posters
  More Resources

**Top Request**
- Small Business
- Equal Employ
- Forms
- Labor FAQs
- Nonprofits
- Postal Tips
- Wage and Hou
- More

**In Focus**
For Employers - F
Policies
Learn details of h
regulations, and h
time, attendance
holiday season.

**News and Fe**
- Charity Fraud -
  Businesses an
- Find Subcontra
  Opportunities
- Agency Press
- Free E-mail Ne
- Past Business

---

**Important Notices    Privacy    Contact Us    Suggest-A-Link    Link to Us**



**E·GOV**

FirstGov.gov ™ is the U.S. government's official web portal:
Federal Citizen Information Center
Office of Citizen Services and Communications, U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405
Questions about the federal government? Check our frequently asked questions,
e-mail FirstGov or call 1 (800) FED INFO (1-800-333-4636)

*EXHIBIT ME-3*



Grantors   Applicants   EBiz   About Us   Resources   P.L. 106-107

# GRANTS.GOV℠

Get
Started

Fin
Oppc



PLY. SUCCEE

## WHAT'S NEW

Review the latest Stakeholder Update!

Check out our PureEdge Support for Non-Windows Users page!

Download the Registration Brochure to get started today!

Learn more about P.L. 106-107.

Grant Opportunities posted in the last 7 days.

Grant Application Packages available on Grants.gov today.

## ALERTS

Important Information Regarding Grants.gov and Fedgrants.gov

## QUICK LINKS

Access the most requested information and features.

Select A Topic ▼



### SIGN UP NOW

Stay informed. Receive our Free Quarterly Succeed Newsletter with the latest news and updates about Grants.gov.

Enter Email Address

GO

## IN THE NEWS

Grants.gov team considers awardee database.

Grants.gov Named Semifinalist for Innovation Award.

**ALERT:**
Grants.gov is excited to announce on Monday, December 19t will release new features and enhancements. In order to comp enhancements, Grants.gov will experience some system dow beginning 5 PM EST on December 16, 2005 to 8 AM EST, Mon 19, 2005. Applicants will not be able to search for grant oppor submit applications during this period. For more information this system upgrade, please visit our Site Features and Enhar

Grants.gov allows organizations to electronically find and app for grant opportunities from all Federal grant-making agencies. Grant single access point for over 1000 grant programs offered by the 26 making agencies. The US Department of Health and Human Servi be the managing partner for Grants.gov, an initiative that will have impact on the grant community.

Navigation of Grants.gov is simple. Use the colored tabs and/or lir the screen to access primary sections of the site or the links to the access information on specific topics.

### Find Grant Opportunities
- Search for Grant Opportunities
- Register for Email Notification of Grant Opportunities
- Resources for Grants
- Find Information on Government Benefits for Individuals

### Apply For Grants
- Prepare to Apply Through Grants.
- Access Active gr packages
- Download grant packages
- Complete a Grar Package
- Submit a Comple Application Pack
- Check the Status Application Subr Grants.gov

12/14/2005

EXHIBIT M-4

**'Government Grant' Scheme**
**Targeting Central Kentuckians**









E·GOV

FIRSTGOV
_For All Governments Official Web Portal_

Benefits.gov
_Your Benefits Connection_

**12/14/2005**



 

**FIRSTGOV**.gov
The U.S. Government's Official Web Portal

Search Government Websites

Advanced Search          Search Tip

**Home    About Us    Site Index    Frequent Questions    Help    Español    Other Languages**

for **Citizens**    for **Businesses and Nonprofits**    for **Federal Employees**    **Government-to-Government**

**By Organization »**
- A-Z Agency Index
- Federal Executive
- Federal Legislative
- Federal Judicial
- Cross-Agency Portals
- State Government
- Local Government
- Tribal Government

**Contact Your Government »**
- E-mail
- Phone
- In-Person
- Frequently Asked Questions
  more

**Reference Center »**
- Data & Statistics
- Forms
- Graphics and Photos
- Laws & Regulations
- Libraries
  more

Home > Citizens > Topics > Government Benefits, Grants and Financial Aid

# Government Benefits, Grants and Financial Aid



☒ **Receive Benefits, Leave and Pay updates by e-mail**

A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X-Z

**A**

- **Adoption Assistance**
- **Adoption Tax Credit**

**C**

- **Catalog of Federal Domestic Assistance**
- **Child Care Financial Assistance**
- **Child Care Tax Credit**
- **Child Support Enforcement**
- **Child Tax Credit**
- **Children's Health Insurance**
- **Crop Insurance**

**D**

- **Disability Resources**
- **Disaster Assistance for Victims**
- **Dislocated and Laid-Off Worker Assistance**

**E**

- **Earned Income Tax Credit**
- **Education for Homeless Children and Youth**
- **Education Tax Benefits**
  (.PDF | requires Adobe Acrobat Reader )
- **Employment and Training Assistance**

**F**

- **Farm Ownership and Operating Loans**
- **Farms and Rural Assistance**

**Feature**
- Child T
- GovBe
- Grants
- Small E
  Loan A

**Get It D**
- Check
- Registe
  Disaste
- Replac
- Social
- Studen
- Vetera
  Benefit

http://www.firstgov.gov/Citizen/Topics/Benefits.shtml          12/14/2005

*EXHIBIT MH6*

- **Federal Retiree Benefits**
- **Find In-Person Services Near You**
- **Food Assistance – Child Nutrition; Food Distribution; Women, Infants and Children**
- **Food Stamp Program**

**G**

- **Government Benefits – Check Your Eligibility**
- **Government May Owe You Money**
- **Grants Management Directory – Who's Who in Federal Grants Management**
- **Grants.gov – Find and Apply for Government Grants**

**H**

- **Head Start**
- **Heating and Cooling Bills**
- **Home Mortgage and Other Assistance**
- **Home Program for Affordable Housing**
- **Housing Assistance for the Homeless**
- **Housing Choice Vouchers**
- **Housing Counseling**
- **Housing Loans for Very Low to Moderate Income Individuals in Rural Areas**
- **Human Trafficking: Assistance Available to Victims of Human Trafficking**

**J**

- **Job Opportunities for Low-Income Individuals**

**L**

- **Legal Assistance**
- **Loans**

**M**

- **Medicaid Consumer Information**
- **Medicare**
- **Medicare Card Replacement**
- **Mortgage Assistance Programs**

**N**

- **Native American Benefits**

**O**

- **Online Services – Save Time, Do It Online!**

**P**

EXHIBIT M-7

- Pension Benefit Guaranties
- Projects for Assistance in Transition from Homelessness (PATH)

**R**

- Railroad Retirement, Disability and Unemployment Benefits
- Refugee Resettlement
- Renter's Assistance
- Rural Assistance Center

**S**

- School Lunch and Breakfast
- Senior Citizen Community Service Employment Program
- September 11 Victims
- Small Business Disaster Loan Assistance
- Social Security
- Student Financial Aid
- Student Grants for Study Overseas
- Supplemental Security Income

**T**

- Tax Counseling for the Elderly
- Telephone Bill Financial Assistance
- Temporary Assistance for Needy Families (Welfare)
- Topics

**U**

- Unemployment Insurance

**V**

- Vaccines for Children
- Veterans' Benefits

**W**

- Weatherization Assistance
- Welfare to Work Program

**Y**

- Youth Education and Training Assistance

A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X-Z

Back to Top

Important Notices    Privacy    Contact Us    Suggest-A-Link    Link to Us


**E·GOV**

FirstGov.gov ™ is the U.S. government's official web portal.
Federal Citizen Information Center
Office of Citizen Services and Communications, U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405

http://www.firstgov.gov/Citizen/Topics/Benefits.shtml                    12/14/2005

EXHIBIT M-8

**Questions about the federal government? Check our frequently asked questions,**
**e-mail FirstGov or call 1 (800) FED INFO (1-800-333-4636)**

EXHIBIT M-9

 

**FIRSTGOV.gov**
The U.S. Government's Official Web Portal

Search Government Websites

Advanced Search     Search Ti

**Home     About Us     Site Index     Frequent Questions     Help     Español     Other Languages**

for **Citizens** | for **Businesses and Nonprofits** | for **Federal Employees** | **Government-to-Government**

**By Organization »**
- A-Z Agency Index
- Federal Executive
- Federal Legislative
- Federal Judicial
- Cross-Agency Portals
- State Government
- Local Government
- Tribal Government

**Contact Your Government »**
- E-mail
- Phone
- In-Person
- Frequently Asked Questions
  more

**Reference Center »**
- Data & Statistics
- Forms
- Graphics and Photos
- Laws & Regulations
- Libraries
  more

Home > Citizens > Topics > Government Benefits, Grants and Financial Aid

# Government Benefits, Grants and Financial Aid



☒ **Receive Benefits, Leave and Pay updates by e-mail**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X-Z

**A**
- Adoption Assistance
- Adoption Tax Credit

**C**
- Catalog of Federal Domestic Assistance
- Child Care Financial Assistance
- Child Care Tax Credit
- Child Support Enforcement
- Child Tax Credit
- Children's Health Insurance
- Crop Insurance

**D**
- Disability Resources
- Disaster Assistance for Victims
- Dislocated and Laid-Off Worker Assistance

**E**
- Earned Income Tax Credit
- Education for Homeless Children and Youth
- Education Tax Benefits
  (.PDF | requires Adobe Acrobat Reader )
- Employment and Training Assistance

**F**
- Farm Ownership and Operating Loans
- Farms and Rural Assistance

**Feature**
- Child T
- GovBe
- Grants
- Small E
  Loan A

**Get It D**
- Check
- Registe
  Disaste
- Replac
- Social :
- Studen
- Veteran
  Benefit

*EXHIBIT MHO*

- **Federal Retiree Benefits**
- **Find In-Person Services Near You**
- **Food Assistance – Child Nutrition; Food Distribution; Women, Infants and Children**
- **Food Stamp Program**

**G**

- **Government Benefits – Check Your Eligibility**
- **Government May Owe You Money**
- **Grants Management Directory – Who's Who in Federal Grants Management**
- **Grants.gov – Find and Apply for Government Grants**

**H**

- **Head Start**
- **Heating and Cooling Bills**
- **Home Mortgage and Other Assistance**
- **Home Program for Affordable Housing**
- **Housing Assistance for the Homeless**
- **Housing Choice Vouchers**
- **Housing Counseling**
- **Housing Loans for Very Low to Moderate Income Individuals in Rural Areas**
- **Human Trafficking: Assistance Available to Victims of Human Trafficking**

**J**

- **Job Opportunities for Low-Income Individuals**

**L**

- **Legal Assistance**
- **Loans**

**M**

- **Medicaid Consumer Information**
- **Medicare**
- **Medicare Card Replacement**
- **Mortgage Assistance Programs**

**N**

- **Native American Benefits**

**O**

- **Online Services – Save Time, Do It Online!**

**P**

EXHIBIT M-11

- <u>Pension Benefit Guaranties</u>
- <u>Projects for Assistance in Transition from Homelessness (PATH)</u>

**R**

- <u>Railroad Retirement, Disability and Unemployment Benefits</u>
- <u>Refugee Resettlement</u>
- <u>Renter's Assistance</u>
- <u>Rural Assistance Center</u>

**S**

- <u>School Lunch and Breakfast</u>
- <u>Senior Citizen Community Service Employment Program</u>
- <u>September 11 Victims</u>
- <u>Small Business Disaster Loan Assistance</u>
- <u>Social Security</u>
- <u>Student Financial Aid</u>
- <u>Student Grants for Study Overseas</u>
- <u>Supplemental Security Income</u>

**T**

- <u>Tax Counseling for the Elderly</u>
- <u>Telephone Bill Financial Assistance</u>
- <u>Temporary Assistance for Needy Families (Welfare)</u>
- <u>Topics</u>

**U**

- <u>Unemployment Insurance</u>

**V**

- <u>Vaccines for Children</u>
- <u>Veterans' Benefits</u>

**W**

- <u>Weatherization Assistance</u>
- <u>Welfare to Work Program</u>

**Y**

- <u>Youth Education and Training Assistance</u>

A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X-Z

Back to Top

FirstGov.gov TM is the U.S. government's official web portal:
Federal Citizen Information Center
**★ E-GOV** Office of Citizen Services and Communications, U.S. General Services Administration
1800 F Street, NW, Washington, DC 20405

http://firstgov.gov/Citizen/Topics/Benefits.shtml

12/14/2005

EXHIBIT MH2

**Questions about the federal government? Check our frequently asked questions, e-mail FirstGov or call 1 (800) FED INFO (1-800-333-4636)**

EXHIBIT M-13

Order Information | Contact Us | Why Choose us | Guarantee | Si

# FREEGOVMONEY.US

ORDER INFORMATION | HOW TO OBTAIN FOUNDATION GRANTS | BUSINESS GRANTS | HOUSING GRANTS | EDUCATION GRANTS | WOMEN'S GRANTS

## .Government Grants 1.5 trillion available for 2006

1

**HOME**

**HOW TO ORDER**

**ORDER BY MAIL/FAX**

**WHAT'S INCLUDED**

**MORE INFO ON GRANTS**

**GRANT WRITING**

**GOVERNMENT LOANS**

**TECH GRANTS**

**MEDICAL GRANTS**

**GUARANTEE**

**FAQ**



home grant government business grant woman grant education grant p business grants woman grants education grants pell grants california te

### Welcome to America's #1 Progra Receiving Government Grants. Isn't joined the thousands of already s customers?

**The Federal Government Gives Away 10 Billion Dollars In Government Grant Month (Free Money!). Take Advantage Of This Opportunity Today And Change Your Life**

Free Cash Grants are being funded by the U.S. Government and Private Foundations. Funded from Your Tax Dollars. The Private Foundations Use the Grants as a Tax Wri Government Money can be used for any purpose you can imagine. **Start a Business, Go a House, or Medical Bills.**

**! Customer !** Check for a company contact phone number before you b
**Alert** fooled by cheap imitations. If you find a better progr anywhere, at any price, our program is yours to keep for free Guaranteed!

Attention! Free Government Money has just released our new and expanded Grant Inf We are the only Grant Company on the Internet currently providing all of these programs G Writing Software, Private Foundation Links, Hot Money Links, College Super Links© Plus Free Bonuses assembled in one great package for one incredibly special deal! Click Here



## Our Grant Information Sys Includes:

**all orders shipped within 24 hours via USPS. 100% m guarantee!**

(2006 Edition)...

All clients will Receive a Free Consultation with our Start-Up Grant Specialists. They will complete profile of where you are now, and assist you in developing a plan that will help financial goals. The Start-Up Specialists can help you find the grant designed just for you. Company in United States offering this service!

http://www.freegovmoney.us/                                           12/14/2005

*EXHIBIT M-14*

▶ **Grant Guide (Our #1 Best Seller)** This guide was specifically created to provide you Tricks, and Trade Secrets for hunting down and obtaining Government Grants, Who has the government grants available through state and Federal agencies, How to write a grant, Se grant proposals, How to put together a perfect business plan, How to fill out your applicati more! **(This is the 2006 Edition!)**

▶ **Our Grant Information System Includes: Complete listing of Government Gran Agency!** (Business Grants, Women's Grants, Minority Grants, College Grants, Housing Grants...etc.) We will show you how much money is available, where to apply, names of s to apply to, and also applications for each of the specific grants!

▶ **Complete listing of Government Loan Programs:** For Business, Housing, Woman & Interest & no interest loans available)

▶ Receive instant access to **100% of the Federal and State Programs!**

▶ Complete listing of Government College Grants & Scholarships! (Both Under-graduates an graduates. Special Grants just for Nursing)

▶ SBA Loans for **Women & Minorities!**

▶ Actual Government Applications Included Free with every order!

▶ Fabulous Grant Writing Software absolutely Free of charge with every order!

▶ **Professional Business Plan Software.** Simply point and click your way to a perfectly v Plan! Free with every order!

**Bonus Gifts#1 - 85 Money Making Opportunities!** Use these freebies to start your ver Free with every order!

**Bonus Gifts#2 - Info Mail Software.** Complete Software for starting your very own Mail Free with every order!

**Bonus Gifts#3 - Foundation Links.**

**Bonus Gifts#4 - Foreclosures Nationwide Bank REO & Distressed Property!**

**Bonus Gifts#5 - Venture Capital Database.**



Although we have every confidence in our fabulous Free Cash ( realize that not everyone will be 100% satisfied. That is why we **100% Six Month money back guarantee.**

## Click Here For Program Cost and Order Procedure

We have assembled a team of highly trained professionals which in turn has created 1 Accurate & Complete Grant Information System on the Market! We have dedicated ourseh high quality program at a reasonable price that provides not only thousands of source: grants but also instructs you in the most important step and that is the grant writing prog **for details**

We provide you with step by step instructions on How to write and even word your propo with every order are the actual Applications needed to receive your government grants. 1 Software even helps you to fill out the applications!

*EXHIBIT MH5*

ORDER NOW

**FREEGOVMONEY.US    Copyright 2004**

Home | Why Us | Government Grants Guaranteed | Contact Us |Government Grant Order Information | Home Grant | Government Grants | Governme
Free Grants | Federal Grants | Government Cash Grants | Free Government Money | Government Business Grant | Government Small Business Grant
Government Pell Grants | Government Medical Grants | Government Minority Grants | Woman Grant | Foundation Grants | Government Research & Te
Writing | Government Grant Questions | Privacy Policy | Site Map | Links | Research Partners | Marketing Partners |

*EXHIBIT MHG*

# GRANTS FOR INDIVIDUALS:

## PHYSICAL THERAPY

Web Sites | Databases | Books

| Population Groups: | Web Sites |
|---|---|
| Disabled GLBT Minorities Non-Traditional Veterans Women | **AMBUCS Scholarships for Therapists** http://www.ambucs.com/Ascholars.htm AMBUCS offers scholarships to students (U.S. citizens) in their junior/senior year in a bachelor's degree program, or a graduate program leading to a master's or doctoral degree. Awards range from $500 to $1,500 annually. There is one two-year award in the amount of $6,000. Approximately $225,000 is awarded annually. Grants are deposited each semester to the student's credit account with the financial aid office of the institution. (Last checked 09/21/05) |
| **Academic Level:** Precollege Undergraduate Graduate Postdoctorate | **American Occupational Therapy Foundation Scholarships** http://www.aotf.org/html/general_information.html The American Occupational Therapy Foundation (AOTF) offers scholarships to occupational therapy students studying at the associate degree, baccalaureate degree, post-baccalaureate certificate, professional master's degree and post-professional master's degree level. Students must be enrolled for the entire Fall-Spring academic year in order to apply. Applications will be accepted every year between September 1st through January 15th. (Last checked 09/21/05) |
| **Subject Categories:** Agriculture/ Forestry/ Horticulture Anthropology Area Studies Arts Athletics and Recreation | **American Physical Therapy Association Foundation for Physical Therapy Foundation Awards and Scholarships** Web Link The Foundation's mission is to fund research that supports the development of evidence-based physical therapist practice; enhance the quality of physical therapist services for patients and clients; increase the number of physical therapy researchers; and secure a donor base to support the Foundation's efforts. Current opportunities include: • Magistro Grant • Mary McMillan Doctoral Scholarship • Research Grant • Second Step Grant (Last checked 09/21/05) |

http://www.lib.msu.edu/harris23/grants/3therapy.htm

12/14/2005

Business

Chemistry

Communications

Criminal
Justice

Education

Engineering

Environmental
Science

Film

Food Science
and Human
Nutrition

History

Humanities

Internships

International
Travel or
Study Abroad

Journalism

Landscape
Architecuture
& Turfgrass
Management

Law

Library
Science

Linguistics

Mathematics

**International Society of Biomechanics
Student Grants**
http://www.isbweb.org/student/index.html
Student members of ISB are eligible for the following three new grants: The
Matching Dissertation Grant Program; The International Travel Grant Program;
and The Congress Travel Grant Program.
(Last checked 09/21/05)

---

## Databases

---

**Community of Science Funding Opportunities Database**
http://fundingopps2.cos.com/
Michigan State university faculty, staff, and students can identify additional
physical therapy funding opportunities by searching this database. Select Main
Search and then type in physical therapy in the "All Fields" box. To refine your
search further, choose additional qualifications in the requirements, citizenship,
activity location, funding type, and sponsor boxes. If you get no results,
eliminate some of the qualifications.
(Last checked 09/21/05)

**Foundation Grants for Individuals on CD-ROM**
Located at Main Library Reference desk (in cd-rom cabinet). Load cd into
Desk#3 computer station and click on icon. Online Tutorial is available on web.
This new CD-ROM is an essential resource for individual grantseekers as well as
for financial aid offices and funding libraries. It offers high-speed searching of
foundations and public charities that provide support for individuals. Version
2.01 covers 4,200 foundations and public charities that support education,
research, arts, general welfare, and more. Search fields include: fields of interest,
types of supprt, geographic focus, company name, school name, grantmaker
name, grantmaker city, grantmaker state, and text search.
(Last checked 09/21/05)

**GrantSelect**
http://209.61.189.163/gs/cgi-bin/welcome.pl
GrantSelect is the online version of the GRANTS Database, produced by The
Oryx Press, containing over 10,000 funding opportunities provided by over 3,400
sponsoring organizations. Michigan State university faculty, staff, and students
can identify additional funding opportunities related to physical therapy by
searching this database.
(Last checked 09/21/05)

**RSP Funding for Graduate Students**
http://www.lib.msu.edu/dbases/item/000342.html
Michigan State university faculty, staff, and students can identify additional
physical therapy funding opportunities by searching this database. Note: Choose
RSP Funding: Graduate Students from the database list and then click on "Open
Selected Databases" button. Type in "physical therapy" in Find Box and click on

Medicine

Music

Nursing

Philanthropy

Philosophy

Photography

Physical
Therapy

Political
Science

Psychology

Religion

Sciences

Social Sciences

Social Services

Social Work

Sociology

Women's
Studies

Writing

"start search" button.
(Last checked 09/21/05)

**RSP Funding for Postdoctorates and Professionals**
http://www.lib.msu.edu/dbases/item/000341.html
Michigan State university faculty, staff, and students can identify additional
physical therapy funding opportunities by searching this database. Note: Choose
RSP Funding: Postdocs & Professionals from the database list and then click on
"Open Selected Databases" button. Type in "physical therapy" in Find Box and
click on "start search" button.
(Last checked 09/21/05)

**RSP Funding for Undergraduates**
http://www.lib.msu.edu/dbases/item/000343.html
Michigan State university faculty, staff, and students can identify additional
physical therapy funding opportunities by searching this database. Note: Choose
RSP Funding: Undergraduates from the database list and then click on "Open
Selected Databases" button. Type in "physical therapy" in Find Box and click on
"start search" button.
(Last checked 09/21/05)

---

## Books

---

**Annual Register of Grant Support.** Wilmette, Ill. : National Register
Publishing Co., annual. Reference Funding Center LB2336 .A7
Includes information on programs sponsored by government agencies, public and
private foundations, educational and professional associations, special interest
organizations and corporations. Covers a broad range of interests including
academic and scientific research, publication support, equipment and
construction support, in-service training, competitions and prizes, and travel and
exchange programs. Organized by broad subject areas with four indexes: subject,
organization and program, geographic and personnel. Keep latest three editions;
earlier editions may circulate.

**Directory of Research Grants** Phoenix, Ariz. : The Oryx Press, annual.
Reference Funding Center LB2338 .D5
An annual print version of the Grants Database. Contains information about
grants and fellowships available for research projects from federal and state
governments, private foundations, professional organizations, and corporations.
List grants programs by specific funding areas; indexed by sponsoring
organization and grant name. Keep latest three editions; earlier editions may
circulate.

**Foundation Grants to Individuals.** New York, N.Y. : Foundation Center,
biennial. Reference Funding Center LB2336 .F6
The most comprehensive listing available of private foundations which provide
financial assistance to individuals. The foundations described have made grants

Case 2:07-cv-00315-MEF-CSC   Document 10-7   Filed 05/16/2007   Page 19 of 22

EXHIBIT M-19

to students, artists, scholors, foreign individuals, minorities, musicians, scientists and writers for scholarships, fellowships, student loans, internships, residencies, arts and cultural projects, medical and emergency assistance, residencies and travel programs. Keep latest three editions; earlier editions may circulate.

**The Grants Register** New York, N.Y. : St. Martin's Press, annual. Reference Funding Center LB2338 .G7
The complete guide to postgraduate funding worldwide. Keep latest three editions; earlier editions may circulate

**Awards, Honors, and Prizes : Volume I, United States and Canada and Volume II, International and Foreign.** Detroit, Mich. : Gale Research Co., irregular. Main Library Reference AS8 .A87
Directory of awards and their donors recognizing achievement in advertising, architecture, arts and humanities, business and finance, communications, computers, consumer affairs, ecology, education, engineering, fashion, film, journalism, law, librarianship, literature, medicine, music, performing arts, photography, public affairs, publishing, radio and television, religion, science, social science, sports, and transportation. Indexed by sponsoring organization, award, and subject area.

**Pointers**
- Back to Funding for Individuals
- Back to Grants and Related Resources Home Page
- Back to Jon Harrison's Home Page
- Back to MSU Libraries Home Page

**Assistance Requested**
- Thanks for visiting The Grants and Related Resources Home Page. This site is continuously updated and expanded, so check back soon for the latest changes.

- If you have any comments, notice any glaring inaccuracies, or would like to forward any relevant information concerning this Home Page, please send e-mail to: [____] Jon Harrison

**Standard Disclaimers**
- The books mentioned on this page are available for public use in the Michigan State University Libraries. If you are unable to visit our library, consider visiting a Foundation Center Cooperating Collection in your home state or a local public library in your home town. If the books are not available there, ask about interlibrary loan or visit a local bookstore to find out whether they can be purchased.

- MSU is an Affirmative Action/Equal Opportunity Institution.

**Ownership Statement**

EXHIBIT M-20

**Jon Harrison : Page Editor**
**Funding Center Supervisor**
**Social Sciences Collections Coordinator**
**Michigan State University Libraries**
**100 Library**
**E. Lansing, MI 48824-1048**
**Voice mail: (517) 432-6123, ext. 123**
**Fax: (517) 432-8050**
**Last revised 09/21/05**

This page has been visited ▬▬▬▬▬▬▬ times since June 1, 1996.

EXHIBIT M-21

# federalgrants.org



| **Main Categories** | **Sponsored Listings 1 - 20:** |
|---|---|

<div>

**Main Categories**

» Government Grants
» Grants
» Business Grants
» Small Business Grant
» Free Grants
» Education Grants
» State Grant
» Scholarship Grant
» Grant For Woman
» Housing Grant
» Federal
» Social Security
» Trademark
» Hud
» Air Force
» Hipaa
» Government Loan
» Government Auction
» Irs.Gov Efile
» Social Security Card

Bookmark this Page
Related Topics

</div>

**Sponsored Listings 1 - 20:**

1. **Free Federal Grants**
Check out 10 grant programs as reviewed by professional grant researcher Adam (
and grant seeking consumers. Only award winning prgrams listed. As seen on TV.
www.governmentgrantsresources.com

2. **Find Billions in Free Federal Grants**
Don't buy that free federal grant and loan guide until you read our reviews. We rate
and loan guides on 22 different factors. Locate billions in free federal financing.
www.grant-rating.com

3. **Free Grant Eligibility Consultation**
We handle every type of grant available, including government, federal, small busir
personal, minority and free grants. Free eligibility evaluation and phone consultatio
businessplans.com

4. **How To Get Free Federal Grants**
Warning. Do not join any government grant program online until you read our revie
professional grant researcher reviews premium grant products. Visit us and save til
money.
www.product-reviews.org

5. **CareersAndCollege4U.com - College Info**
Register for grants that will cover your books and school supplies. CareersAndColl
is your resource for grants, financial aid, and college information.
hit.namimedia.com

6. **Federal Grants**
Billions of dollars in federal grants or private grants is available. Find your grant mo
minutes flat - only $34.95 with a money back guarantee.
www.governmentgrantsusa.com

7. **Online College and Financial Aid Center**
Search and apply to online colleges and universities. Find links to college and stud
loans, scholarships and financial aid. TheCollegeCenter.com.
www.scholarshipsource4u.com

8. **Federal Grants Online**
Federal grants info at Free Scholarship Guide. Register to win our $5,000 bi-annua
contest. Next scholarship will be awarded December 25.
www.freescholarshipguide.com

9. **Free Federal Grants**
Receive free cash grants from the government and private foundations. Never rep:
requirements. We evaluate and rate five grant guides.
www.newproductreviews.com

10. **Federal Grants for Artists**
Careers in art start at the Academy of Art University. Online or in SF, develop the s
need to get a job with world-class instructors. No portfolio needed, just talent. Appl
www.academyart.edu

11. **Free Federal Grant Search - In USA**

12/14/2005

*EXHIBIT M-22*

Free grant search. Instantly qualify for up to $3,100. Repayment is neither required or expected. Grants never need to be repaid.
freegrantsearch.com

12. **Receive Federal Grants Here 2005 for USA**
We cut to the chase. Direct access to government grants. One time $19. Free gran
women, business, housing, personal, cash grants, loans, how to write grants, more
software.
www.usagrantshouse.com

13. **Get 2005 Federal Grants Online**
Direct applications, $12 for access. Free government grants for all needs; personal
start a business, minority, free cash grants, and loans. This is the only major sourc
www.get-government-grants.com

14. **Federal Grant**
Access our brand new U.S. grant database for free. All we ask is that you give us s
feedback after you try out the members area. In return we give you a free one year
membership.
www.governmentgrantsource.net

15. **Get Up to $28,200 for College**
Receive federal grants for college based only on the student's income alone.
collegegrantsource.com

16. **Federal Grants Reward**
Gain instant access to free grants money for USA residents. 30 billion will be given
year. Must see exclusive info.
www.usgrantsguide.com

17. **The Truth About Grants**
Free money. Too good to be true? Our reports (from $9.95-$39.97) will tell you eve
what a federal grant is, to the no-nonsense reality about acquiring one.
www.truthaboutwealth.com

18. **Complete Guide to Free Grants**
Why pay more? Learn how to claim your share of billions of dollars in free grant mo
federal government and other sources for only $17.
www.freemoneydirectory.com

19. **Federal Money Retriever® - Grants**
c4 Grant search software helps you find federal grants. Highly regarded by "Wall S
Journal." On the market 7 years. Database, pre-application wizard, grant proposal
today. 6c1
www.fedmoney.com

20. **Receive Free Government Grants**
30 million people will receive federal government money this year. Be one of them.
cash grants for any purpose. Never repay. Get started now.
www.dollargrants.com

**Next**

Search: [            ]        **Search Now**

Partners Directory - Contact Us
Copyright © 2005 federalgrants.org. All Rights Reserved.
Government Grants * Grants * Business Grants * Small Business Gra

EXHIBIT M-1

# ARENDALL & ASSOCIATES
## ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE
www.arendalllaw.com

March 29, 2007

Emily Jackson
605 Wesley Drive
Montgomery, AL 36111

RE:   Charge of Discrimination against Easter Seal Central Alabama

Dear Emily:

Enclosed are the documents you left with me concerning your case. Also enclosed
are your Charge of Discrimination and Notice of Right to Sue from the EEOC.
Please note that you have 90 days from February 13, 2007, within which to file suit
in your case. This means that you must file you suit no later than May 14, 2007.
Should you wish to obtain counsel in your area, I suggest that you contact Jimmy
Jacobs, Jay Lewis or Mark Sable.

I wish you the best of luck in the future.

Sincerely,

David R. Arendall
DRA/ras
Enclosures

*EXHIBIT M-2*

# ARENDALL & ASSOCIATES
### ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE
www.arendalllaw.com

January 29, 2007

Emily Jackson
605 Wesley Drive
Montgomery, AL 36111

RE: Charge of Discrimination against Easter Seal Central Alabama

Dear Ms. Jackson:

Enclosed is a self-explanatory letter that I received from the EEOC. As you suspected, they are claiming that they shut down your program and turned it over to a "independent contractor." What is interesting is they told the EEOC that he was **never one of their employees.** Do you have proof that he was an employee? That could be extremely important. Bring me up to date on your situation, as well as any other additional information that we might have so that I can evaluate about filing suit on your case.

Sincerely,

David R. Arendall
dra@arendalllaw.com

DRA/kt

Enclosure

EXHIBIT M-3

# ARENDALL & ASSOCIATES
## ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE
www.arendalllaw.com

December 28, 2006

Emily Jackson
605 Wesley Drive
Montgomery, AL 36111

RE:    Charge of Discrimination against Easter Seal Central Alabama

Dear Ms. Jackson:

We wanted to correspond with you to let you know that your charge is still pending with the EEOC. As we have mentioned before, it takes anywhere from six months (minimum) to a year for them to complete their processing. We cannot file suit until they have given us permission to do so, which occurs at the end of their investigation.

Please inform us in **writing** with any change of address, phone numbers, and whether you have found work. The law requires that you try to replace the income that you lost either by virtue of your termination, quitting, failure to be promoted or the like. You need to make every effort to try to find placement income. It will help your case if you do so.

While we do not discourage calling the office to ask questions, we really do not have more information for you at this time, other than as contained in this letter. As I am sure you are aware, the EEOC is a federal government agency. They move at their own pace, as does any federal government agency. We do not have control over them, yet the law requires that we wait on them to give us permission to go into court. I encourage you to gather your documents that are important to the case for later use. If there are witness statements from any former employee that you think would be important to your case and they will talk with you, I encourage you to go ahead and get that statement. Do not talk with current employees of the Defendant without talking with us first.

We will keep you informed.

Sincerely,

David R. Arendall

David R. Arendall
dra@arendalllaw.com

DRA/kt

*EXHIBIT M-4*

# ARENDALL & ASSOCIATES
## ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE
www.arendalllaw.com

November 16, 2006

Emily Jackson
605 Wesley Drive
Montgomery, AL 36111

Re:    Jackson vs. Easter Seal Central Alabama

Dear Ms. Jackson:

This letter will acknowledge that this office has processed and filed your EEOC charge in the above matter. The process at the EEOC typically takes 6 to 9 months from the time of the filing of your charge of discrimination. The EEOC is a government agency that we cannot rush to move more quickly. When the EEOC completes its investigation, notice will be provided to both you and us of permission to go into Federal Court and file suit. When you receive this notice, you should send a copy to us. If you receive any other correspondence from them during the course of their investigation, you should also send that to us. If we need any information from you to answer any questions from the EEOC, we will be in touch.

You have responsibilities to us as your attorneys. First, please keep us informed of your current address and phone numbers. **This is very important.** Whenever these change, you **must** notify us immediately in writing. If you are going to be away from home for a month or more, make sure we have contact information for a relative or friend who knows how to reach you at all times. It is critical that we be able to contact you during all phases of your case.

Second, it will be beneficial for your case if you will take the time to write us a letter regarding any information you think we need to better represent you or of any new information you receive from this point forward. This gives us a document that we can follow-up on in due course. We put that information in the file to refer to at the time we are working on your case. We prefer that you not call to ask if we received it. You can either drop off your letter at the office or mail it by regular or certified mail. I request your cooperation in this regard.

We will advise you as developments occur in your case. You do not need to feel compelled to regularly check with us on the status of your case. It is our responsibility to monitor your case and update you when developments occur.

Thank you for honoring these requests. We look forward to representing you.

Sincerely,

David R. Arendall
dra@arendalllaw.com
DRA/sj

EXHIBIT M-5

# ARENDALL & ASSOCIATES
## ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE
www.arendalllaw.com

November 7, 2006

Ms. Emily Jackson
605 Wesley Drive
Montgomery, AL 3611

Re:    EEOC Charge of Discrimination against Easter Seals Central Alabama

Dear Ms. Jackson:

Enclosed is the Charge of Discrimination that I have prepared on your behalf as set forth above.  Please look over the enclosed carefully and if it meets with your approval, please sign in the places indicated **in the presence of a Notary Public** or you may come to the office and sign your charge in the presence of one of our staff who is a Notary.  After you have signed your charge **in the presence of a Notary Public**, please return your charge to me in the enclosed self-addressed, stamped envelope.  If you have any changes which need to be made, please let me know as soon as possible.

You need to be looking for work.  Hopefully, you will find something quickly.  If you apply for **unemployment**, be sure and stay in close contact with me, as there are possible repercussions for you if you file for unemployment and are unable to obtain it.  The same is true with bankruptcy.  Call if you are in or contemplating going into **bankruptcy**.

I look forward to working with you.

Should you have any questions, please contact me.

Sincerely,

David R. Arendall
dra@arendalllaw.com
DRA/ras
Enclosures

FR Doc 06-4669

*EXHIBIT O-1*

[Federal Register: May 19, 2006 (Volume 71, Number 97)]
[Notices]
[Page 29172-29182]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr19my06-80]

=======================================================================
-----------------------------------------------------------------------

DEPARTMENT OF LABOR

Office of Disability Employment Policy

[SGA 06-07]


Self-Employment for Adults and Youth With Disabilities Research
and Technical Assistance; Solicitation for Cooperative Agreements

    Announcement Type: New notice of Availability of Funds and
Solicitation for Grant Applications (SGA) for cooperative agreements
for Self-Employment for Adults and Youth with Disabilities Research and
Technical Assistance.
    Funding Opportunity Number: SGA 06-07.
    Catalogue of Federal Domestic Assistance (CFDA) Number: 17.720.
    Executive Summary: The U.S. Department of Labor (``DOL'' or
``Department''), Office of Disability Employment Policy (``ODEP''),
announces the availability of up to $5,000,000 to fund both a national
technical assistance and research cooperative agreement, and multiple
cooperative agreements for sub-national research and technical
assistance pilot projects to investigate, develop and validate systems
models likely to increase self-employment opportunities for people with
disabilities.
    The national technical assistance and research cooperative
agreement will be funded for up to $1.5 million for a 36 month
period of performance.
    The sub-national research and technical assistance pilot
cooperative agreement award(s) will be funded for a total of up to $3.5
million. Awards may range from $800,000-1,200,000, with an average of
$1 million for a 36 month period of performance.
    ODEP'S unique mission is to provide national leadership by
developing and influencing disability-related employment policy and
practice affecting the employment of people with disabilities. Congress
designated these monies to ODEP to further the development of self-
employment policy for individuals with disabilities. A critical element
of this endeavor will be the generation of data and information to
validate systems capacity-building strategies and systems change models
for successfully increasing self-employment opportunities for
individuals with disabilities, to document the systems-related
difficulties and challenges that may be encountered, and to develop and
test mechanisms for addressing these challenges. This data, obtained as
a result of research and technical

[[Page 29173]]

assistance efforts, will be used by ODEP and other stakeholders in
developing policy recommendations across multiple public and private
systems for increased self-employment options as an alternative to more
traditional types of employment.

FR Doc 06-4669

*EXHIBIT O-2*

DATES: Key Date: Applications must be received by July 3, 2006.

ADDRESSES: Applications must be mailed or hand-delivered to: U.S. Department of Labor, Procurement Services Center, Attention: Cassandra Mitchell, Reference SGA 06-07, Room N5416, 200 Constitution Avenue, NW., Washington, DC 20210.

SUPPLEMENTARY INFORMATION: This notice contains all of the necessary information and forms needed to apply for the ODEP cooperative agreements described below. Additional forms can be obtained from the following Web site address: http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from Solicitation Information Conference Call: A Solicitation

Information Conference Call will be held at 2 p.m. (ET), Wednesday, June 1, 2006. The purpose of this conference call is to provide interested parties an overview of this Cooperative Agreement program and an opportunity to ask questions concerning the solicitation. A transcript of the conference will be made available on the ODEP Web site, http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=li

Individuals who wish to participate in this conference call must register by contacting ODEP at 202-693-7880, no later than 4:45 p.m. (ET) on Friday, May 26, 2006. Please ask to register for the Self Employment SGA Conference Call. Registrations should be made as soon as possible. At the time of registration, call-in information will be provided.

I. Funding Opportunity Description and Authority

A. Description and Purpose

ODEP envisions two forms of research and technical assistance. ODEP will award multiple cooperative agreements to conduct research that will document and analyze existing agencies, policies and practices available to assist people with disabilities in starting and operating small businesses; identify, demonstrate, and evaluate innovative models across public and private systems for supporting self-employment for people with disabilities; assist relevant entities to implement effective and accessible practices for achieving self-employment outcomes of people with disabilities; and inform development of policies that expand access to such practices nationally.

Priority 1: National Self Employment Technical Assistance and Research Initiative

ODEP intends to award one national research and technical assistance cooperative agreement for approximately $1.5 million for a period of performance of 36 months.

This priority supports creation of a cooperative agreement to accomplish three tasks:

(1) Provide direct technical assistance to the ODEP grantees described in Priority 2;

(2) Provide technical assistance, training, dissemination and informational services to a broad constituency that will include state and local workforce development entities, including but not limited to, State Job Training Institutions, WIA One Stops, SBA Small Business Development Centers, the Vocational Rehabilitation and Employment Agencies of the Department of Veterans Affairs, State, and Tribal Vocational Rehabilitation Agencies to implement effective and accessible practices for achieving self-employment outcomes; and

(3) Identify and analyze the effects of existing programs on entrepreneurship by people with disabilities.

Task 1: Task 1 consists of providing assistance to grantees funded under Priority 2 of this solicitation based on the identified needs of each project. Assistance provided under this task will use strategies and information generated in Tasks 2 and 3 and additional assistance appropriate to the needs of the grantee, including site specific assistance.

Task 2: This task will focus on developing and implementing a comprehensive strategy for increasing the capacity of existing systems for providing self-employment services to people with disabilities through training, technical assistance, research, and identification and dissemination of successful and recommended practices . This will include outreach to potential entrepreneurs with disabilities and to potential financial and lending institutions. Included in the training and technical assistance will be innovative strategies for fostering self-employment for individuals with disabilities and guidance about forming partnerships among agencies that have complementary expertise and resources. In addition, this task will establish sustainable resources for continued capacity building beyond the period of performance of the cooperative agreement.

Task 3: Task 3 will be nationwide research and analysis of current resources and supports available to persons with disabilities for pursuit of entrepreneurship, and as Congress directed, ``to undertake a thorough analysis of the structures currently in place that either promote or impede the expansion of business ownership in the disability community.'' Specifically, this research will:

(a) Document existing public and private programs or activities that have the authority or responsibility for developing and supporting entrepreneurs with or without disabilities in starting, financing and managing a small business;

(b) Analyze the abilities and limitations of these resources for serving people with disabilities; and

(c) Develop recommendations for modifying or developing policies for reducing impediments and increasing the capacity of the resources, individually or collaboratively, to respond to the entrepreneurial training, financing and support needs of people with disabilities.

Applicants will build in methods for evaluating the effects of their technical assistance, and develop criteria for identifying promising practices and mechanisms for documenting and analyzing policy related information. To the extent that surveys are included in the final research design, the grantee will be responsible for designing those surveys in conjunction with ODEP and working with ODEP to develop an OMB clearance package and ensuring appropriate clearances. Surveys may be mixed mode (mail, internet and phone) and should be designed to achieve an overall response rate of at least 80%.

Priority 2: Sub-National Projects of Systemic Innovation and Technical Assistance

ODEP intends to award multiple cooperative agreements for projects of systemic innovation. ODEP anticipates awards will be in the range of $800,000-1,200,000, with an average of $1 million, for a 36 month period of performance. However, this does not preclude funding decisions above or below this amount, or funding a smaller or larger number of projects, based on the number and quality of submissions.

Under this priority, ODEP intends to fund multiple projects that will research, test and evaluate innovative models of self-employment service delivery that can be adopted across the country. In addition, these projects will provide sub-national technical assistance (separate from and unrelated to Priority 1 technical assistance) supportive of their individual research efforts within a political or economic

[[Page 29174]]

EXHIBIT O-4

jurisdiction, such as a state, metropolitan area, rural district or
economic development zone, proposed by the Awardee. These jurisdictions
will be chosen on characteristics established by the applicants but
including the presence of numerous public and private programs,
including but not limited to, State Job Training Institutions, WIA One-
Stops, SBA Small Business Development Centers, the Vocational
Rehabilitation and Employment Agencies of the Department of Veterans
Affairs, and State, and Tribal Vocational Rehabilitation Agencies,
capable of supporting potential entrepreneurs with disabilities. The
awardees will be expected to research, test and evaluate innovative
systems models that will increase self-employment opportunities for
entrepreneurs who represent a range of disabilities, ages and life
circumstances.

Critical components of this priority will include:
(a) Detailed resource mapping of the selected jurisdiction,
documenting existing public and private programs or activities in the
local area of the project that have the authority or responsibility for
developing and supporting entrepreneurs with or without disabilities in
starting, financing and managing a small business;
(b) Analyzing the abilities and limitations of these existing
resources for serving people with disabilities;
(c) Developing recommendations and providing technical assistance
for modifying or developing policies for reducing impediments and
increasing the capacity of the resources, individually or
collaboratively, to respond to the entrepreneurial training, financing
and support needs of people with disabilities; and
(d) Developing, testing, evaluating, and disseminating innovative
models within the area of jurisdiction of the proposed project.
The resultant resource mapping, policy analysis, and innovative
systems model development must address the needs of adults, youth,
veterans and older workers with disabilities (including those with
significant physical, mental health and cognitive disabilities) who
desire entrepreneurship. It must also include generic programs
available to all potential entrepreneurs as well as those targeted
specifically to people with disabilities, and a review of relevant
regulations, policies, practices and funding mechanisms. Any
differences between rural and urban entrepreneurship must be addressed.

Outcomes for this priority will be quantitative and qualitative
documentation of the model(s), including:
(a) Strengths and weaknesses for assisting people with
disabilities;
(b) Recommendations for informing policy development and addressing
barriers and facilitators to achieving desired results; and
(c) Identification and dissemination through technical assistance
of promising and successful practices.

This information will be used by ODEP, in concert with other
Federal agencies, to develop and implement an action plan to promote
self-employment and small business development among youth and adults
with disabilities, particularly those with the most significant
disabilities.

B. Background

Congress provided $5,000,000 in the FY 2006 appropriation for ODEP
to conduct a national initiative to develop research-based policy and
provide technical assistance to related systems in implementing
effective and accessible practices for achieving sustainable self-
employment outcomes for individuals with disabilities. (See Departments
of Labor, Health and Human Services, and Education, and Related

*EXHIBIT O-5*

Agencies Appropriations Act, 2006, Public Law 109-149, Title I, 119 Stat. 2833, 2841 (2005); H.R. Conf. Rep. No. 109-300, at 59 (2005); S. Rep. No. 109-103, at 26 (2005)). Through this initiative, ODEP intends to increase the knowledge base of existing practices for serving the self-employment training and financing needs of individuals with disabilities, and to identify, investigate and validate systems models likely to increase self-employment opportunities for people with disabilities.

The Office of Disability Employment Policy (ODEP) provides national leadership by developing and influencing disability-related employment policies and practices. A five-year strategic plan guides ODEP in achieving its mission by identifying long-term strategic and outcome goals as well as shorter-term intermediate and performance goals. In addition to measuring agency performance, as required by the Government Performance and Results Act (GPRA), the strategic plan sets forth a road map for prioritizing the formulation and dissemination of innovative employment policies and practices to service delivery systems and employers.

ODEP's annual goal is to build knowledge and advance disability employment policy that affects and promotes systems change. The agency's long- and short-term goals focus efforts on initiatives that bring about this level of change. In short, ODEP develops policies and strategies that will:

Enhance the capacity of service delivery systems to provide appropriate and effective services and supports to youth and adults with disabilities;

Increase planning and coordination within service delivery systems to develop and improve systems, processes, and services;

Improve individualization of services to better assist youth and adults with disabilities in seeking, obtaining, and retaining employment or self-employment;

Increase employer access to supports and services to meet their employment needs;

Increase the quality of competency-based training for service delivery systems;

Increase the adoption of universal strategies for service provision; and

Develop partnerships with and among critical stakeholders to effectively leverage available resources and facilitate implementation of practices and policies that increase employment and self-employment opportunities and the recruitment, retention, and promotion of youth and adults with disabilities.

Three measures inform ODEP's annual progress: The number of policy-related documents; the number of formal agreements; and the number of effective practices. These performance results support achievement of the following intermediate outcome goals: Accessible employment resources; coordinated programs, processes, and services; and adoption of effective practices.

Achievement of these intermediate outcome goals, in turn, supports achievement of the long-term service delivery systems outcome goals, which are marked by increases in these areas: Capacity of service delivery systems; planning and coordination within service delivery systems; and employer access to supports and services for recruitment, retention, and promotion.

ODEP is committed to supporting and encouraging the creative use of alternative employment strategies, such as self-employment, through appropriate skills development, entrepreneurial education, training opportunities, access to funding and necessary supports, and capacity building within systems to ensure availability of self employment outcomes for individuals with disabilities.

EXHIBIT O-6

        People with disabilities who choose entrepreneurship as their path
to

[[Page 29175]]

financial independence have historically been underserved both by the
agencies that specifically serve people with disabilities and those
that serve potential entrepreneurs who are members of the general
public. While facing the same obstacles as entrepreneurs who do not
have disabilities, entrepreneurs with disabilities must resolve
additional issues that result from their disabilities.

        Government programs and private agencies have begun a groundswell
of support for encouraging people with disabilities to consider
entrepreneurship as a career option and for providing the technical and
financial assistance they need. The most recent amendments to the
Rehabilitation Act of 1973 (Title V of the Workforce Investment Act of
1998) reemphasize the use of self-employment or small business
ownership as legitimate employment outcomes for vocational
rehabilitation clients. The Social Security Administration (SSA), which
under the new Ticket to Work Program has begun issuing ``tickets'' to
beneficiaries and recipients of its cash benefit programs, has included
the support of an individual's entrepreneurial goals as a possible use
of the ticket. SSA's PASS (Plans for Achieving Self-Support) program
provides a way for SSI (Supplemental Security Income) recipients to
accumulate funds necessary for business start-ups and operation without
jeopardizing the individual's cash benefits or health care coverage.
Across the Federal government, personal budget and asset-building
programs such as Individual Development Accounts, economic development
programs and housing programs are creating new opportunities for
entrepreneurs with disabilities. ODEP's Customized Employment and
WorkFORCE (Working for Freedom, Opportunity and Real Choice Through
Community Employment) Action grant initiatives are demonstrating the
feasibility of self-employment as an option for individuals with
significant disabilities who were previously considered by some systems
to be unemployable.

        Across the country, private and public programs are successfully
assisting people with disabilities to become competitive members of the
small business community. Small business development centers and
microenterprise agencies have begun to open their doors to people with
disabilities. Innovative customized approaches to entrepreneurship such
as supported self-employment, use of cooperatives and development of
micro-boards show great potential but are little understood. Available
strategies to assist individuals with disabilities to develop assets to
further self-employment appear to be underutilized. Strategies for
leveraging resources across multiple systems are impeded by funding
restrictions and bureaucratic inertia.

        Numerous Federal agencies and private entities are potential
resources for individuals with disabilities, such as education
agencies, state job training institutions, Workforce Investment Act
One-Stop Career Centers, Small Business Administration-sponsored Small
Business Development Centers, the vocational rehabilitation and
employment services of the Departments of Veterans Affairs, and State
and tribal vocational rehabilitation agencies, and other related
programs. Agencies that serve the employment needs of youth and adults
with disabilities, however, regularly report that their staff members
are not knowledgeable about small business procedures or resources. At
the same time, organizations that support small business development
report a lack of knowledge about how to serve people with disabilities
or what resources might be available to help those individuals. Very
little research on people with disabilities and self-employment exists,

EXHIBIT O-7

leaving many questions unanswered for policy makers.
    ODEP recognizes that creating successful self-employment models for people with disabilities may necessitate changes to the systems in place for promoting small business ownership or for responding to the complex needs of individuals with disabilities. Information from ODEP grant initiatives has identified the following critical elements for achieving enduring systems change:
    (1) Increase the capacity of system elements to achieve a goal through staff training, modifications to policies and practices, and improved facility accessibility;
    (2) Increase the coordination and collaboration between multiple agencies to maximize the use and effectiveness of services and financial resources;
    (3) Customize services to better fulfill the unique needs of each individual;
    (4) Implement and evaluate new and different practices;
    (5) Disseminate information regarding successful changes and lessons learned to others who might benefit; and
    (6) Ensure that successful changes are institutionalized so that they will endure.

## C. Definitions

    Definitions for purposes of this solicitation include:
    ``Self-employment'' means work by a person who owns or operates a trade, business or profession, either by themselves or with other owners.
    ``Youth with disabilities'' refers to individuals who are ages 14 to 24.
    ``Significant disability'' is defined as an individual with a disability who is receiving Social Security or Supplemental Security Income disability benefits.

## II. Award Information

    Estimated Available Funds: $5,000,000.
    Priority I: One Award: up to $1,500,000.
    Priority II: Multiple Awards: range from $800,000--$1,200,000 (Average size of awards approximately $1,000,000).
    Period of Performance: 36 months from date of award.
    The U.S. Department of Labor (``DOL'' or ``Department''), Office of Disability Employment Policy (``ODEP''), announces the availability of up to $5,000,000 to fund :
    (1) A national technical assistance and research cooperative agreement, and
    (2) Multiple sub-national cooperative agreements for research and technical assistance pilot projects to identify, investigate and validate innovative systems models likely to increase self-employment opportunities for people with disabilities.


    Note: Selection of an organization as a Grantee does not constitute approval of the grant application as submitted. Before the actual grant is awarded, USDOL may enter into negotiations about such items as program components, staffing and funding levels, and administrative systems in place to support grant implementation. If the negotiations do not result in a mutually acceptable submission, the Grant Officer reserves the right to terminate the negotiation and decline to fund the application.

EXHIBIT O-8

Because ODEP plans to make awards in the form of a cooperative agreement, USDOL will have substantial involvement in the administration of the agreement. Such USDOL involvement will consist of:
    (1) Approval of any sub-contract awarded by the grantee(s);
    (2) Participation in site visits to project areas;
    (3) Providing advice and consultation to the Grantee(s) on specific program criteria;
    (4) Providing the Grantee(s) with technical and programmatic support,

[[Page 29176]]

including training in USDOL monitoring and evaluation systems, and standard procedures regarding USDOL management of cooperative agreements;
    (5) Reviewing, at reasonable times, all documents pertaining to the project, including status and technical progress reports, and financial reports;
    (6) Discussing administrative and technical issues pertaining to the project;
    (7) Approving all key personnel decisions, and sub-contractors or sub-recipients;
    (8) Approving all press releases and publicity materials regarding the project;
    (9) Approving all content for online resources developed through project activities, including clearing concepts for material production and final document production; and
    (10) Drafting terms of reference for, and participating in project evaluations.

III. Eligibility Information

1. Eligible Applicants

    Applications for Priority 1 will be accepted from both for profit and not-for-profit entities or from consortia of such entities, which include but are not limited to, institutions of higher education (including state institutions) and faith-based and community organizations, all of whom have demonstrated national experience in:
    (a) Employment, self-employment and disability research and demonstration activities;
    (b) Providing technical assistance on a range of topics necessary to achieve self-employment for people with disabilities; and
    (c) Demonstrated knowledge of and technical assistance experience working with state or local systems to promote systems change; and
    In accordance with the supporting legislative language for this effort which states:

    ``The Committee directs that, in making the national technical assistance grant, priority be given to national non-profits with experience in delivering direct consumer services as well as training to public and private agencies,'' an additional five (5) evaluation points will be given to such lead applicants. For further information, see Part V, Application Review Information, Item 1. Evaluation Criteria.''

    If the applicant is a consortium, the lead for profit or non-profit entity will be the recipient of the award and must be the responsible

financial and administrative entity for the Cooperative Agreement
should that application result in an award.

Applications for Priority 2 will be accepted from consortia led by
state or local government agencies. The consortium members may include
public and private entities, which may include but are not limited to
non-profit organizations, institutions of higher education, and faith-
based and community organizations. The lead government agency will be
the recipient of the award and must be the responsible financial and
administrative entity for the Cooperative Agreement should that
application result in an award.

According to section 18 of the Lobbying Disclosure Act of 1995, an
organization, as described in section 501(c)(4) of the Internal Revenue
Code of 1986, that engages in lobbying activities will not be eligible
for the receipt of Federal funds constituting an award, grant, or loan.
See 2 U.S.C. 1611; 26 U.S.C. 501(c)(4). Funding restrictions apply.
See Section IV (5).

2. Cost Sharing

Cost sharing, matching funds, and cost participation are not
required under this SGA. However, leveraging of public and private
resources to achieve project sustainability is highly encouraged and
included under evaluation criteria B.

3. Other Eligibility Requirements

Legal rules pertaining to inherently religious activities by
organizations that receive Federal Financial Assistance:
Neutral, non-religious criteria that neither favor nor disfavor
religion will be employed in the selection of grant recipients and must
be employed by grantees or in the selection of sub-recipients.
The government is generally prohibited from providing direct
financial assistance for inherently religious activities.\1\ These
grants may not be used for religious instruction, worship, prayer,
proselytizing or other inherently religious activities. Neutral, non-
religious criteria that neither favor nor disfavor religion must be
employed in the selection of grant recipients and sub-recipients.
------------------------------------------------------------------------

\1\ In this context, the term direct financial assistance means
financial assistance that is provided directly by a government
entity or an intermediate organization, as opposed to financial
assistance that an organization receives as the result of the
genuine and independent private choice of a beneficiary. In other
contexts, the term ``direct'' financial assistance may be used to
refer to financial assistance that an organization receives directly
from the Federal government (also known as ``discretionary''
assistance), as opposed to assistance that it receives from a State
or local government (also known as ``indirect'' or ``block'' grant
assistance). The term ``direct'' has the former meaning throughout
this SGA.
------------------------------------------------------------------------

IV. Application and Submission Information

1. Addresses To Request Application Package

This SGA contains all the information and forms needed to apply for
this grant funding. Application announcements or forms will not be
mailed. The Federal Register may be obtained from your nearest

*EXHIBIT O-10*

government office or library. In addition, a copy of this notice and
the application requirements may be downloaded from ODEP's Web site at
http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=linklog&
copies of the standard forms are needed, they can also be downloaded
from: http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=li


2. Content and Form of Application Submission

    General Requirements: Applicants must submit one (1) paper copy
with an original signature, and two (2) additional paper copies of the
signed proposal. To aid with the review of applications, DOL also
requests applicants to submit an electronic copy of their proposal's
Sections II (Executive Summary) and III (Project Narrative) on disc or
Compact Disc (CD) using Microsoft Word. The application (not to exceed
50 pages for Section III), must be double-spaced with standard one-inch
margins (top, bottom, and sides) on 8\1/2\ x 11-inch paper, and must be
presented on single-sided and numbered pages. A font size of at least
twelve (12) pitch is required throughout. All text in the application
narrative, including titles, headings, footnotes, quotations, and
captions must be double-spaced (no more than three lines per vertical
inch); and, if using a proportional computer font, must be in at least
a 12-point font, and must have an average character density no greater
than 18 characters per inch (if using a non-proportional font or a
typewriter, must not be more than 12 characters per inch). Applications
that fail to meet these requirements will be considered non-responsive.
Cooperative Agreement Mandatory Application Requirements
    The three required sections of the application are titled below and
described thereafter:
Section I--Project Financial Plan (No page limit).
Section II--Executive Summary--Project Synopsis (Not to exceed two (2)
pages).
Section III--Project Narrative (Not to exceed 50 pages).
    The mandatory requirements for each section are set forth below.
Applications

[[Page 29177]]

that fail to meet the stated mandatory requirements for each section
will be considered non-responsive.
    Section I. Project Financial Plan (Budget): The Project Financial
Plan will not count against the application page limits. Section I of
the application must include the following three required parts:
    (1) Completed ``SF-424--Application for Federal Assistance.''
Please note that, beginning October 1, 2003, all applicants for federal
grant and funding opportunities are required to include a Dun and
Bradstreet (DUNS) number with their application. See OMB Notice of
Final Policy Issuance, 68 Fed. Reg. 38402 (June 27, 2003). The DUNS
number is a nine-digit identification number that uniquely identifies
business entities. There is no charge for obtaining a DUNS number
(although it may take 14-30 days). To obtain a DUNS number, access the
following Web site: http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leaving

5711. Requests for exemption from the DUNS number requirement must be
made to OMB. The Dun and Bradstreet Number of the applicant should be
entered in the ``Organizational Unit'' section of block 5 of the SF
424. (See Appendix A of this SGA for required form).
    (2) Completed SF-424 A--Budget Information Form by line item for
all costs required to implement the project design effectively. (See
Appendix B of this SGA for required forms).

EXHIBIT O-11

(3) DOL Budget Narrative and Justification that provides sufficient information to support the reasonableness of the costs included in the budget in relation to the service strategy and planned outcomes, including continuous improvement activities.

The SF-424 must contain the original signatures of the legal entity applying for Cooperative Agreement funding and two additional copies. The individual signing the SF-424 on behalf of the applicant must represent and be able to legally bind the responsible financial and administrative entity for a Cooperative Agreement should that application result in an award. Applicants shall indicate on the SF-424 the organization's Internal Revenue Service (IRS) status (e.g., 501(c)(3) organization), if applicable.

The DOL Budget Narrative and Justification must describe all costs associated with implementing the project that are to be covered with Cooperative Agreement funds. The budget must support the travel and associated costs of sending at least one representative to periodic meetings with DOL staff in Washington, DC (at least once per quarter), at a time and place to be determined. In addition to other administrative requirements identified in section VI (2) of this SGA, the applicant must comply with the ``Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Local Governments' (also known as OMB Circular A-102), codified at 29 CFR part 97, or ``Grants and Agreements with Institutions of Higher Education, Hospitals, and Other Non-Profit Organizations'' (also known as the ``Common Rule'' or OMB Circular A-110), codified at 2 CFR part 215 and 29 CFR part 95.

In addition, the budget submitted for review by DOL must include, on a separate page, a detailed cost analysis of each line item. The costs listed in the detailed cost analysis must comply with the applicable OMB cost principles circulars, as identified in 29 CFR 95.27 and 29 CFR 97.22(b). Justification for administrative costs must be provided. Approval of a budget by DOL is not the same as the approval of actual costs. The applicant must also include the Assurances and Certifications Signature Page (Appendix C) and the Survey on Ensuring Equal Opportunity for Applicants (Appendix D).

Section II. Executive Summary--Project Synopsis: The Executive Summary is limited to no more than two single-spaced, single-sided pages on 8\1/2\ x 11-inch paper with standard margins throughout. The project synopsis must identify the following:

(1) The lead entity;
(2) The planned period of performance;
(3) The list of consortium members, as appropriate; and
(4) An overview of how the applicant will conduct the research, analyze the data, and present the findings associated with the priority targeted by their application.

Section III. Project Narrative: The DOL Cooperative Agreement Project Narrative is limited to no more than fifty (50), 8\1/2\ x 11 pages, double-spaced with standard one-inch margins (top, bottom, and sides), and must be presented on single-sided, numbered pages.

Note: Any Appendices, including letters of cooperation, resumes, etc., are not included in this fifty-page limit.

Successful applicants will develop and describe in their Project Narrative innovative and comprehensive plans for accomplishing the tasks described for Priority 1 and Priority 2 as detailed below. Direction for all applicants is included thereafter.

1. Priority 1 applicants: Applications for Priority 1 must include:
a. Documentation (such as letters of intent and memorandum of agreement from proposed consortium members, consultants and other key

entities) which reflects that each entity or individual is committed to participating and working cooperatively with the applicant, shall be included in the Appendix;

b. A description of the procedures and approaches the applicant will use to identify and respond to the technical assistance and training needs of the entity(ies) providing services to potential entrepreneurs with disabilities;

c. A description of the procedures and approaches that will be used to ensure that the target agencies receive the assistance that provides them with the specific skills and information needed for serving people with disabilities and accomplishing the goals of the proposed project;

d. A detailed description of how the applicant will document and analyze existing self-employment related programs;

e. A description of the methods used to ensure that the elements of the project's technical assistance model will be sustained following the completion of project activities; and

f. A detailed description of procedures and materials that will enable others to adopt the successful models developed.

2. Priority 2 applicants: Applications for Priority 2 must include:

a. Documentation (such as letters of intent and memorandum of agreement from relevant state and local public and private agencies and entities, consultants and other key entities) which reflects that each agency and entity to be included in the demonstration project is committed to participating and working cooperatively with the applicant, shall be included in the Appendix;

b. A description of the procedures and approaches that will be used to identify and evaluate systems models that integrate services for people with disabilities into the existing infrastructure of any organizations currently providing self-employment training or financing within the jurisdiction of the project;

c. A description of the self-employment systems models to be tested and evaluated for effectiveness, including whether they ensure customer choice and self-direction of funds;

d. A description of the criteria and methods to be used to select the project's political or economic jurisdiction;

[[Page 29178]]

e. A description of the methods to be used to ensure that the elements of the project's system model will be sustained following the completion of project activities; and

f. A detailed description of procedures and materials that will enable others to adopt the successful models developed through technical assistance and other means.

3. All applicants: a. Must describe the methods and procedures for collecting, analyzing, and reporting data from the evaluation of the project;

b. Must describe the procedures and approaches for working with multiple Federal, state and local public and private agencies to implement the various policy recommendations and strategies proposed in relation to the specific situation in each agency;

c. May apply for an award in each priority category, but a separate application must be submitted for each priority, and for each separate jurisdiction under Priority 2. Awards will be made independently for each of the priorities described in this SGA; and

d. Must include:

(1) A detailed 36-month management plan for project goals, objectives, and activities;

(2) A detailed 36-month timeline for project activities including producing and submitting a final report;

(3) A detailed outline for an evaluation research design (see Section V (1) (F) for more information);

(4) A description of procedures and approaches that will be used to provide ongoing communication and collaboration with, and input from ODEP's Project Officer on all grant-related activities;

(5) A description of how performance feedback and continuous improvement are integral to the design of the project; and

(6) Information on proposed staffing consistent with the requirements below.

The Project Narrative must describe the proposed staffing of the project, including consultants, and must identify and summarize the qualifications of the personnel who will carry it out as well as time commitments of all staff and consultants. For each staff person named in the application, please provide documentation of all internal and external time commitments. In instances where a staff person is committed on a Federally supported project, please provide the project name, Federal office, program title, the project Federal award number, and the amount of committed time by each project year. This information (e.g., Staff: Jane Doe; Project Name: Succeeding in the General Curriculum; Federal office: Office of Special Education Programs; Program title: Field Initiated Research; Award number: H324C980624; Time commitments: Year 1--30%; Year 2--25% and Year 3--40%) can be provided as an Appendix to the application.

In general, ODEP will not reduce time commitments on currently funded grants from the time proposed in the original application. Therefore, ODEP will not consider for funding any application where key staff are bid above a time commitment level that staff have available to bid. Further, the time commitments stated in newly submitted applications will not be negotiated down to permit the applicant to receive a new grant award.

The Project Narrative should also describe how the applicant plans to comply with the employment discrimination and equal employment opportunity requirements of the various laws listed in the assurances section.

In addition, the evaluation criteria listed in Section V (1) include consideration of the qualifications, including relevant education, training and experience, of key project personnel as well as the qualifications, including relevant training and experience, of project consultants or subcontractors. Resumes for all staff and consultants must be included in the Appendices.

3. Submission Dates, Times and Addresses

Applications will be accepted commencing May 19, 2006. The closing date for receipt of applications by DOL under this announcement is July 3, 2006.

Applications, including those hand-delivered, must be received by 4:45 p.m. (ET) on the closing date at the address specified below. No exceptions to the mailing and hand-delivery conditions set forth in this notice will be granted. Applications that do not meet the conditions set forth in this notice will be considered non-responsive.

Applications must be mailed or hand-delivered to: U.S. Department of Labor, Procurement Services Center, Attention: Cassandra Mitchell, Reference SGA 06-07, Room N-5416, 200 Constitution Avenue, NW., Washington, DC 20210. Applications sent by e-mail or telefascimile (FAX) applications will not be accepted.

Hand-Delivered Proposals: It is preferred that applications be mailed at least five (5) days prior to the closing date to ensure timely receipt. Hand-delivered applications will be considered for funding, but must be received by the above specified date and time.

Overnight or express delivery from carriers other than the U.S. Postal
Service will be considered hand-delivered applications. Failure to
adhere to the above instructions will serve as a basis for a
determination of non-responsiveness.

    Applicants are advised that mail in the Washington DC area may be
delayed due to mail decontamination procedures and may wish to take
this information into consideration when preparing to meet the
application deadline.

    Late Applications. Any application received by the designated
office after the exact date and time specified will be considered non-
responsive, unless it is received before awards are made and it: (a) Is
determined that its late receipt was caused by DOL error after timely
delivery to the Department of Labor; (b) was sent by U.S. Postal
Service registered or certified mail not later than the fifth calendar
day before the date specified for receipt of applications (e.g., an
application submitted in response to a solicitation requiring receipt
of applications by the 20th of the month must have been post marked by
the 15th of that month); or (c) was sent by the U.S. Postal Service
Express Mail Next Day Service to addressee not later than 5 p.m. at the
place of mailing two (2) working days prior to the date specified for
receipt of applications. The term ``working days'' excludes weekends
and Federal holidays. ``Postmarked'' means a printed, stamped, or
otherwise placed impression (exclusive of a postage meter machine
impression) that is readily identifiable without further action as
having been supplied or affixed on the date of mailing by an employee
of the U.S. Postal Service.

    Withdrawal of Applications: An application that is timely submitted
may be withdrawn by written notice or telegram (including mailgram) at
any time before an award is made. Applications may be withdrawn in
person by the applicant or by an authorized representative thereof, if
the representative's identity is made known and the representative
signs a receipt for the proposal.


4. Intergovernmental Review

    This funding opportunity is not subject to Executive Order 12372,
``Intergovernmental Review of Federal Programs.''


5. Funding Restrictions

    (a) Funding Levels: The total funding available for this
solicitation is $5,000,000. The Department of Labor reserves the right
to negotiate the amounts to be awarded under this competition. Please
be advised that

[[Page 29179]]

requests exceeding the maximum stated amount for each Priority in the
Executive Summary section of this solicitation will be considered non-
responsive. Additionally, there will be no reimbursement of pre-award
costs.

    (b) Period of Performance: The period of performance will be for 36
months from date of the award unless modified. It is expected that the
successful applicant(s) will begin program operations under this
solicitation immediately upon receiving the ``Notice of Award.''

    (c) Option Year Funding: Not applicable.

    (d) Indirect Charges: If indirect charges are claimed in the
proposed budget, the recipient must provide on a separate sheet, the
following information:

    (1) Name and address of cognizant Federal Audit Agency;



EXHIBIT O-15

(2) Name, address and phone number (including area code) of the Government auditor;
(3) Documentation from the cognizant agency indicating:
(a) Current indirect cost rate and the base against which the rate should be applied;
(b) Effective period (dates) for the rate; and
(c) Date last rate was computed and negotiated;
(4) If no government audit agency computed and authorized the rate claimed, a proposed rate with justification may be submitted to provide a brief explanation of computation, who computed and the date; successful applicants will be required to negotiate an acceptable and allowable rate within 90 days of grant award with the appropriate DOL Regional Office of Cost Determination or with the applicant's cognizant agency for indirect cost rates (See Office of Management and Budget Web site at http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=

recipient shall call the Office of Cost Determination at 202-693-4100 for the initial contact.
However, applications claiming an indirect cost rate greater than 15% will not be considered.

V. Application Review Information

1. Evaluation Criteria

A Technical Panel will review grant applications against the criteria listed below, on the basis of the maximum points indicated. ``In accordance with Part III of this SGA, Eligibility Information, Item 1, entitled Eligible Applicants, sub-item (d), regarding legislative language-driven priority directions for the national technical assistance grant (i.e. Priority 1), an additional five (5) scoring points will be given to applicants who are ``national non-profits with experience in delivering direct consumer services as well as training to public and private agencies''.
A. Significance of the Proposed Project (10 Points)
In determining the significance of the proposed research, the Department will consider the following factors.

For all Priority areas:
(1) The potential contribution of the proposed project to increase knowledge or understanding of problems, issues, or effective strategies for providing self-employment options to adults and youth with disabilities, including significant disabilities, as an alternative to traditional types of employment;
(2) The extent to which the proposed project is likely to yield findings that may be used by other appropriate agencies and organizations; and
(3) The likely utility of the products (such as information, materials, processes, or techniques) that will result from the proposed project, including their potential for being used effectively in a variety of other settings.

Additional Factors for Priority 2:
(1) The extent to which the proposed research identifies promising new strategies that build upon, or are alternatives to, existing strategies;
(2) The extent to which the promising practices of the proposed project are to be disseminated and shared through technical assistance in ways that will enable others to use the information or strategies;
(3) The potential replicability (national significance) of the

proposed project or strategies, including, as appropriate, the potential for implementation in a variety of settings.

(4) The extent to which the proposed project is likely to build sustainable capacity in the area of jurisdiction to provide, improve or expand self-employment opportunities for individuals with disabilities; and

(5) The importance or magnitude of the results that are likely to be attained by the proposed project.

B. Project Design (25 Points)

In evaluating the quality of the proposed project design, the Department will consider the following factors.

For all Priority areas:

(1) The extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable;

(2) The extent to which the proposal incorporates the key activities identified for the appropriate priority in the Project Narrative section of this SGA (section IV(2));

(3) The extent to which the proposal describes a strategic process for designing and implementing the project;

(4) The extent to which the design of the proposed project is appropriate to, and will successfully address the needs of, all people with disabilities, including adults, youth, veterans, older workers and persons with significant disabilities;

(5) The extent to which the design of the proposed project reflects a review of disability-related literature, up-to-date knowledge of research and effective practices relating to planning, financing and implementing self-employment options, an in-depth understanding of relevant economic, social, financial, institutional or other problems and the use of appropriate methodological tools to ensure successful achievement of project objectives;

(6) The extent to which the design of the proposed project can identify barriers and challenges associated with providing self-employment options to persons with disabilities;

(7) The extent to which the proposed project will effectively contribute to increased knowledge and understanding by building upon current theory, research, and best practices.

(8) The extent to which the applicant encourages involvement of people with disabilities, relevant experts, and organizations in project activities;

(9) The extent to which performance feedback and continuous improvement are integral to the design of the proposed project; and

(10) The adequacy of the documentation submitted in support of the proposed project to demonstrate the commitment of each entity or individual included in project implementation.

Additional Factors for Priority 2:

(1) The extent to which the proposed project is designed to build systemic capacity and yield results that will extend beyond the period of performance of the cooperative agreement;

(2) The extent to which the design of the proposed project utilizes cutting-edge strategies for promoting personal choice and control in the development of self-employment options; and

(3) The extent to which the proposed project leverages a combination of public and private resources for purposes of sustainability and provides other concrete evidence of sustainability, including appropriate letters of support included in the Appendices.

[[Page 29180]]

C. Organizational Capacity and Quality of Key Personnel (25 points)

Applications will be evaluated based on the extent to which the applicant demonstrates organizational capacity and quality of key personnel to implement the proposed project, including:

(1) Demonstrated experience with similar projects in employment or self-employment and related areas for the appropriate Priority area, as well as in providing services related to self-employment for people with disabilities;

(2) Experience with the target population;

(3) Qualifications and experience of the applicant's key personnel and consultants;

(4) Commitment to developing and sustaining work across key stakeholders;

(5) Experience and commitment of any proposed consultants or subcontractors; and

(6) Appropriateness of the organization's structure to carry out the project.

D. Budget and Resource Capacity (10 points)

In evaluating the capacity of the applicant to carry out the proposed project, ODEP will consider the following factors:

(1) The extent to which the budget is adequate to support the proposed project; and

(2) The extent to which the anticipated costs are reasonable in relation to the objectives, design, and potential significance of the proposed project.

E. Quality of the Management Plan (15 points)

In evaluating the quality of the management plan for the proposed project, ODEP will consider the following factors:

(1) The extent to which the management plan for project implementation appears likely to achieve the objectives of the proposed project on time and within budget, and includes clearly defined staff responsibilities, time allocation to project activities, time lines, milestones for accomplishing project tasks, project deliverables and information on adequacy of other resources necessary for project implementation;

(2) The extent to which the management plan appears likely to result in sustaining activities beyond the period of direct federal investment;

(3) The adequacy of mechanisms for ensuring high-quality products and services relating to the scope of work for the proposed project; and

(4) The extent to which the time commitments of the project director and/or principal investigator and other key project personnel are appropriate and adequate to meet the objectives of the proposed project.

F. Quality of the Project Evaluation (15 points)

In evaluating the quality of the project's evaluation design, ODEP will consider the following factors:

(1) The extent to which the methods of evaluation are thorough, feasible, and appropriate to the goals, objectives, context, and outcomes of the proposed project;

(2) The extent to which the design of the evaluation includes the use of objective performance measures and methods that will clearly document the project's intended outputs and outcomes and will produce quantitative and qualitative data;

(3) The extent to which the evaluation will include methods to validate self-employment strategies and document systems change models in order to provide information to the Federal government and other entities about effective self-employment and systems change strategies suitable for replication or testing in other settings; and

(4) The extent to which the methods of evaluation provide measures
that will inform ODEP's annual performance goals and measures and
ODEP's long-term strategic goals.

2. Review and Selection Process

A technical review panel will objectively rate each complete
application against the criteria described in this SGA for the
appropriate priority as identified in the application. Each application
will only be rated for one of the priorities. Multiple applications
must be submitted if an applicant seeks funding under more than one
priority. The panel recommendations to the Grant Officer, including any
point scores, are advisory in nature. The Grant Officer may elect to
award grants either with or without discussion with the applicant. In
situations where no discussion occurs, an award will be based on the
signed SF-424 form (see Appendix A), which constitutes a binding offer.

The Grant Officer may consider the availability of funds and any
information that is available and will make final award decisions based
on what is most advantageous to the government, considering factors
such as: The advisory recommendations from the grant technical
evaluation panel, and the geographic distribution of Federally funded
grants.

3. Anticipated Announcement and Award Dates

Announcement of this award is expected to occur within 30 days of
award. The cooperative agreement will be awarded by no later than
September 30, 2006.

VI. Award Administration Information

1. Award Notices

The Notice of Award signed by the Grant Officer is the authorizing
document and will be provided through postal mail and/or by electronic
means to the authorized representative listed on the SF-424 Grant
Application. Notice that an organization has been selected as a grant
recipient does not constitute final approval of the grant application
as submitted. Before the actual award, the Grant Officer and/or
the Grant Officer's Technical Representative may enter into
negotiations concerning such items as program components, funding
levels, and administrative systems. If the negotiations do not result
in an acceptable submittal, the Grant Officer reserves the right to
terminate the negotiation and decline to fund the proposal.

2. Administrative and National Policy Requirements

All grantees, including faith-based organizations, will be subject
to applicable Federal laws (including provisions of appropriations
law), regulations, and the applicable Office of Management and Budget
(OMB) Circulars. The grant(s) awarded under this SGA will be subject to
the following administrative standards and provisions, and requirements
applicable to particular entities. The applicant must include
assurances and certifications that it will comply with these laws in
its grant application. The assurances and certifications are attached
as Appendix C.
A. Regulations
   29 CFR parts 31 and 32--Nondiscrimination in Federally
Assisted Programs of the Department of Labor (respectively,
effectuation of Title VI of Civil Rights Act of 1964, and on the Basis

of Handicap in Programs and Activities Receiving or Benefiting from
Federal Financial Assistance).
    29 CFR part 35--Nondiscrimination on the Basis of Age in
Programs or Activities receiving Federal Financial Assistance from the
Department of Labor.

[[Page 29181]]

    29 CFR part 36--Nondiscrimination on the Basis of Sex in
Education Programs or Activities Receiving Federal Financial
Assistance.
    29 CFR part 93--New Restrictions on Lobbying.
    29 CFR part 95--Uniform Administrative Requirements for
Grants and Agreements with Institutions of Higher Education, Hospitals
and Other Non-Profit Organizations, and with Commercial Organizations,
Foreign Governments, Organizations Under the Jurisdiction of Foreign
Governments and International Organizations.
    29 CFR part 96--Federal Standards for Audit of Federally
Funded Grants, Contracts and Agreements.
    29 CFR part 97--Uniform Administrative Regulations for
Grants to States, Local Governments or Tribes.
    29 CFR part 98--Federal Standards for Governmentwide
Debarment and Suspension (Nonprocurement) and Governmentwide
Requirements for Drug-Free Workplace (Grants).
    29 CFR part 99--Federal Standards for Audits of States,
Local Governments, and Non-Profit Organizations.
    29 CFR part 2--General Participation in Department of
Labor Programs by Faith-Based and Community Organizations; Equal
Treatment of All Department of Labor Program Participants and
Beneficiaries.
    Applicable cost principles under OMB Circulars A-21, A-87,
A-122, or 48 CFR part 31.
B. Travel
    Any travel undertaken in performance of this cooperative agreement
shall be subject to and in strict accordance with Federal travel
regulations.
C. Acknowledgement of USDOL Funding
    Printed Materials: In all circumstances, the following shall be
displayed on printed materials prepared by the grantee while in receipt
of DOL grant funding: ``Preparation of this item was funded by the
United States Department of Labor under Grant No. [insert the
appropriate Grant number].''
    All printed materials must also include the following
notice: ``This document does not necessarily reflect the views or
policies of the U.S. Department of Labor, nor does mention of trade
names, commercial products, or organizations imply endorsement by the
U.S. Government.''
    Public reference to grant: When issuing statements, press releases,
requests for proposals, bid solicitations, and other documents
describing projects or programs funded in whole or in part with Federal
money, all Grantees receiving Federal funds must clearly state:
    The percentage of the total costs of the program or
project, which will be financed with Federal money;
    The dollar amount of Federal financial assistance for the
project or program; and
    The percentage and dollar amount of the total costs of the
project or program that will be financed by non-governmental sources.
    Use of USDOL Logo: In consultation with USDOL ODEP, the Grantee
must acknowledge USDOL's role as described below:
    The USDOL logo may be applied to USDOL-funded material

*EXHIBIT O-20*

prepared for world-wide distribution, including posters, videos, pamphlets, research documents, national survey results, impact evaluations, best practice reports, and other publications of global interest. The Grantee(s) must consult with USDOL on whether the logo may be used on any such items prior to final draft or final preparation for distribution. In no event shall the USDOL logo be placed on any item until USDOL has given the Grantee written permission to use the logo on the item.

All documents must include the following notice: ``This document does not necessarily reflect the views or policies of the U.S. Department of Labor, nor does mention of trade names, commercial products, or organizations imply endorsement by the U.S. Government.''

D. Intellectual Property

Please be advised that DOL will reserve a royalty-free, nonexclusive, and irrevocable license to reproduce, publish, distribute, publicly display and perform, and create derivative works from, and to authorize others to use, for Federal Government purposes: (1) The copyright in any work developed under a grant, subgrant, or contract under a grant or subgrant; and (2) any rights of copyright to which a grantee, subgrantee or a contractor purchases ownership with grant support.

In addition, the grantee will agree to notify DOL of any pre-existing copyrighted materials it intends to incorporate into materials developed under the grant, and, prior to such incorporation, the grantee will agree that it will acquire, on behalf of DOL, any necessary licenses to allow DOL to exercise the rights described in the paragraph above.

E. Approval of Key Personnel and Subcontractors

The recipient shall notify the Grant Officer at least 14 calendar days in advance if any key personnel are to be removed or diverted from the cooperative agreement, shall supply written justification as part of this notice as to why these persons are to be removed or diverted, shall provide the names(s) of the proposed substitute or replacement, and shall include information on each new individual's qualifications such as education and work experience.


VII. Reporting and Monitoring

ODEP is responsible for ensuring effective implementation of this Cooperative Agreement, in accordance with the provisions of this announcement and the terms of the Cooperative Agreement award document. Applicants should assume that ODEP staff will conduct on-site project reviews periodically. Reviews will focus on timely project implementation, performance in meeting the Cooperative Agreement's objectives, tasks and responsibilities, expenditures of Cooperative Agreement funds on allowable activities, and administration of project activities. Projects may be subject to other additional reviews, at the discretion of the ODEP.

The selected applicant must submit on a quarterly basis, beginning ninety days from the award of the grant, financial and activity reports under this program as prescribed by OMB Circular A-110, codified at 2 CFR part 215 and 29 CFR part 95. Specifically the following reports will be required:

(a) Quarterly report: The quarterly report is estimated to take five hours to complete. The form for the Quarterly Report will be provided by ODEP. The Department will work with the grantee to help refine the requirements of the report, which, among other things, will include measures of ongoing analysis for continuous improvement. This report will be filed using an on-line reporting system. The form will be submitted within 30 days of the close of the quarter.

(b) Standard Form 269: Financial Status Report Form: This form is to be completed and submitted on a quarterly basis using the online electronic reporting system.

(c) Final Project Report: The Final Project Report is to include an assessment of project performance and outcomes achieved. It is estimated that this report will take twenty (20) hours to complete. This report will be submitted in hard copy and on electronic disk using a format and following instructions, to be provided by the Department. A draft of the final report is due to the Department sixty

[[Page 29182]]

(60) days before the end of the period of performance of the cooperative agreement. The final report is due to DOL ten (10) days before the end of the period of performance of the cooperative agreement.

The Department will arrange for an independent evaluation of the outcomes, impacts, accomplishments, and benefits of each funded project. All grantees must agree to cooperate with this evaluation and must make available records on all parts of project activity, including available data on employment and wages of participants in the self-employment service delivery models being studied, and provide access to personnel, as specified by the evaluator(s), under the direction of ODEP. This independent evaluation is separate from the ongoing evaluation for continuous improvement required of the grantee for project implementation.

Technical assistance efforts will be coordinated with and will complement those of ODEP's National Center on Workforce and Disability for Adults (NCWD/A), as well as ODEP's other technical assistance efforts, including: The National Consortium on Workforce and Disability for Youth (NCWD/Y), the Job Accommodation Network (JAN), the Employer Assistance and Recruiting Network (EARN), and the Small Business and Self-Employment Service (SBSES) (a service of ODEP implemented through JAN which provides information, counseling, and referrals about self-employment and small business ownership opportunities for people with disabilities). Grantees must also agree to work with the ODEP in its various technical assistance efforts in order to freely share with others what is learned about delivering self-employment services to individuals with disabilities. Grantees must agree to collaborate with other research institutes, centers, studies, and evaluations that are supported by the DOL and other relevant Federal agencies, as appropriate. Finally, Grantees must agree to actively utilize the programs sponsored by the ODEP, including the Job Accommodation Network (http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=linklog

Each successful applicant will be required to prepare a strategic plan for achieving the goals of the cooperative agreement during the first year of the agreement and submit it to ODEP for approval.

VIII. Agency Contacts

Any questions regarding this SGA should be directed to Cassandra Mitchell, e-mail address: mitchell.cassandra@dol.gov, tel: 202-693-4570 (note that this is NOT a toll-free number). To obtain further information about the Office of Disability Employment Policy of the U.S. Department of Labor, visit the USDOL Web site of the Office of Disability Employment Policy at http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?

IX. Appendices

EXHIBIT O-22

The appendices are as follows:
Appendix A. Application for Federal Assistance, Form SF-424.
Appendix B. Budget Information Sheet, Form SF-424A.
Appendix C. Assurances and Certifications Signature Page.
(Appendices D and E are not applicable).
Appendix F. Survey on Ensuring Equal Opportunity for Applicants.
Detailed information and document locations:
Appendix A. Application for Federal Assistance, Form SF-424 (OMB No. 4040-0004).
Appendix B. Budget Information Sheet, Form SF-424A (OMB No. 0348-0044).
Both forms SF-424 and 424A can be obtained at the following Web address: http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log

Appendix F. Survey on Ensuring Equal Opportunity for Applicants (OMB No. 1890-0014).
The Survey on Ensuring Equal Opportunity for Applicants form can be obtained at the following Web address: http://frwebgate.access.gpo.gov/cgi-bin/leavi
(If you are viewing this in an electronic

format and are receiving ``page not found'', please cut and paste the URL into your browser window)
Appendix C. Assurances and Certifications Signature Page.

Certifications and Assurances

Assurances and Certifications Signature Page

The Department of Labor will not award a grant or agreement where the grantee/recipient has failed to accept the assurances and certifications contained in this section. By signing and returning this signature page, the grantee/recipient is providing the certifications set forth below:
A. Certification Regarding Lobbying, Debarment, Suspension, Other Responsibility Matters--Primary Covered Transactions and Certifications Regarding Drug-Free/Tobacco-Free Workplace,
B. Certification of Release of Information,
C. Assurances--Non-Construction Programs,
D. Applicant is not a 501(c)(4) organization.

Applicant Name and Legal Address:

If there is any reason why one of the assurances or certifications listed cannot be signed, please explain. Applicant need only submit and return this signature page with the grant application. All other instruction shall be kept on file by the applicant.
----------------------------------------------------------------
Signature of Authorized Certifying Official

----------------------------------------------------------------
Title
----------------------------------------------------------------
Applicant Organization

----------------------------------------------------------------
Date Submitted

Please Note:
This signature page and any pertinent attachments which may be

EXHIBIT O-23

required by these assurances and certifications shall be attached to
the applicant's Cost Proposal.


    Signed at Washington, DC this 12th day of May, 2006.
Eric Vogt,
Grant Officer.
[FR Doc. 06-4669 Filed 5-18-06; 8:45 am]

BILLING CODE 4510-FK-P

**May 11, 1916**                    **February 28, 2006**

## *In Precious Loving Memory*
## *Of The Late*
## FELIX JACKSON, SR.



***Saturday, March 4, 2006 ~ 1:00 P.M.***

*New Pleasant Valley A.M.E. Zion Church*
*4317 Mason Road*
*Hope Hull, Alabama  36043*

OFFICIATING
Rev. Mark W. Bass, Pastor

INTERMENT
*New Pleasant Valley Cemetery*
*Hope Hull, Alabama*

**Montgomery Memorial  Funeral Home**
*Montgomery, Alabama ~ DIRECTING*

# THE OBITUARY

FELIX JACKSON, SR. formerly of Hope Hull, Montgomery County, Alabama, passed away on Tuesday, February 28, 2006, at 4:45 pm at Jackson Hospital in Montgomery, Alabama.

Felix was born on May 11, 1916 in Hope Hull, Montgomery County, Alabama to the late Abraham and Carrie Lewis Jackson. He and his sister Juanita, who was two years older than Felix, were the only children in this family.

Both of Felix's parents passed away when he and his late sister Juanita were very young. Their Mother's oldest brother, Joseph Lewis, was appointed guardian of Felix and Juanita. Therefore, Uncle Joe and his family moved into the "big house" to rear Felix and Juanita.

At age 20, Felix was united in holy matrimony with Marie Owen, who was 18 years old. To this union three children were born: Lula Mae, Felix Jr., and Emily Carolyn.

While Felix and Marie were young parents, both accepted Jesus Christ as their Savior and united with New Pleasant Valley A.M.E. Zion Church, Hope Hull, Alabama. As their three young children grew older, they became members of New Pleasant Valley. Felix attended church faithfully until his health became poor. He was blessed with the honor of being the "oldest member" of his congregation.

Saturdays became a "family affair" for Felix, wife, and children, where they attended the local picnics and watched Felix pitch baseball for the Hope Hull Dodgers.

Felix was a farmer who cultivated his land as a livelihood for many years with the assistance of his wife, Marie, and his children. In 1952, Felix made a career change and started working as a "delivery Man" at Sears, Roebuck and Company, Montgomery, Alabama. He held this position for eight years. After leaving Sears, he was employed at Dannelly Field Airport Montgomery and remained there until his retirement in May of 1981.

After Felix's wife, Marie's, untimely demise in 1953, he married another beautiful Christian woman-Clemmie Mae Felder in 1956. Felix's children became her children and she became their Mom-CLEM!

In 2004, Felix was stricken with Alzheimer Disease. He and his wife Clemmie Mae left their beloved homestead in Hope Hull, Alabama and moved to a Senior Citizen Housing Complex in Montgomery, Alabama. After Felix's health continued to deteriorate, he became a resident of Woodley Manor Nursing Home in Montgomery. But he was never forgotten! His devoted wife, Clemmie Mae stayed by his side and took very good care of him before and during his sickness. Clemmie Mae was at his bed side day in and day out at the nursing home and at the hospital. The day of his passing, she quietly stated, "I did my duty as a wife." His special Cousin Bessie Adams and his granddaughter Emily C. Jackson also visited and comforted him on a regular basis. Additionally, many relatives, friends, and church members visited him.

Felix leaves to cherish his memory, a loving and devoted wife of 50 years: Clemmie Mae; Children: Lula Mae Hyde, Washington, D.C., Felix, Jr. (Lettie), Chicago, IL, Emily Carolyn Jackson (Earl), Willingboro, NJ; grandchildren: Dorothy Marie Perryman, Frances Means, and Emily C. Jackson, Montgomery, AL, Connie T. Jackson, Southfield, MI, David Jackson and Wanda Hyde, Chicago, IL, Robert (Bobby) L. Hyde (deceased), James Brian Huntley, Los Angeles, CA, Tonya Marie Huntley, Aiea, Hawaii; sixteen great-grand children; five great-great grandchild; special cousins: Johnnie Lee McQeen and her son, Otha B, Bessie Adams, and Watkins Capleton; special nephew: Walter Owen; In-Laws, Dolie Felder (Louise); George Brown (Bonnie); Charlie Felder; and a host of other relatives and friends.

EXHIBIT P-3

# *Order of Service*



Prelude……………………………………………………..Musicians

Processional

Selection……………………………………………………..Choir

Scriptures:

 Old Testament……………………..Psalm 23

 New Testament…………..………John 14:1-4

Prayer………………………………………………..Rev. William Brown

Congregational Hymn…………………………………… *"Amazing Grace"*

Obituary……………………………………………....Carrie M. Graves

Words of Expressions

 Felix Jackson as a Church Member….Milford Brown, Class Leader

Solo……………………..…………………..Connie T. Jackson *(granddaughter)*

Eulogy/Words of Comfort. The Potter's House. Rev. Mark W. Bass, Pastor

Recessional  Jeremiah 16:1-6
Take inventory of the clay.
Take a trip to the Potter's House.

~Please join the Family in the Fellowship Hall
immediately after the grave side service~



EXHIBIT P-4



### Pallbearers
### Men of the Church

### Flower Bearers
### Women of the Church

### Acknowledgements

The family of Felix Jackson, Sr. will always cherish and remember with deep gratitude, the thoughtfulness expressed in your prayers, words, cards, phone calls, and visits. We love you and we thank you from our hearts; and, may God continue to bless each of you.

~The Family



### Funeral Arrangements Entrusted To:
### Montgomery Memorial
### 3048 Dorchester Drive
### Montgomery, Alabama
### (334) 613-1866

### "Where Caring Begins and Trust Never Ends"