IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 11, 2007, the plaintiff submitted a motion to amend her complaint. (Doc. No. 8.) On May 16, 2007, the plaintiff also filed a motion to submit evidence. (Doc. No. 10.) During the May 29, 2007, oral argument, defense counsel indicated that the defendant planned to file written objections to the plaintiff's motions by the following day. The defendant, however, has not filed any objections to the plaintiff's motion to amend or motion to submit evidence. Accordingly, it is

ORDERED that the plaintiff's motion to amend (Doc. No. 8) and motion to submit evidence (Doc. No 10) be and are hereby GRANTED.

Done this 11th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE