RECEIVED
2007 JUN 13 A 9:20
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court
Middle District OF Alabama

Emily C. Jackson
Plaintiff,
Vs.

Case Number:

2:07cv315-MEF

Easter Seals Central Alabama
Defendant.

Answer and Objection to
Motion to Amend Complaint

Comes Now the Defendant, Easter Seals Central Alabama, via counsel, Michael W. Rountree, and files this their answer to the Motion to Amend filed by the Plaintiff and as grounds for said response states as follows:

**Answer**

1. Defendant Denies any and all claims made by the Plaintiff as being false incomplete and/or frivolous in nature, brought solely for the sole purpose of harassment and to cause the Defendant to incur legal expenses in answering and/or defending this frivolous matter.

2. Plaintiff filed this amended complaint stating that the mere fact of stating she had filed a discrimination suit against Easter Seals was slanderous.

3. She further stated that she was given information from another party and that as such the information is here say at best.

4. Plaintiff further stated that counsel conducted the board meeting. This is a false statement as counsel merely reported and answered questions posed by different board members regarding the pending case and the confusion regarding the complaint and lack of a clear understanding of what was being complained of and her request to have counsel appointed to her.

5. Counsel states that nothing has been provided to the board that did not come from the records that have been made part of the public record and therefore cannot be considered slanderous, reckless, or negligent.

6. Plaintiff failed to plead this matter in a form that would allow the Defendant or their Counsel to determine what law has been violated or what law is being claimed to have been breached in her first complaint.

7. Now after the answer was filed the Plaintiff is now attempting to add claims and denies making claims for discrimination claiming that the comments by counsel was slanderous and then admits that she is filing claims for discrimination because she is a black female and that she was replaced by a lesser qualified white male.

8. It appears to counsel that Plaintiff is also attempting to file supporting documents that have no bearing on this matter and/or claims that would allow the Plaintiff to recover.

9. Plaintiff has made false statement and/or incomplete claims to the Court omitting her acts and/or statements to Easter Seals Central Alabama.

10. Bill Hanes is not now nor has he ever been an employee of Easter Seals, but is an independent contractor with a past record of performance in working with federal grants and/or special programs.

Wherefore, the Defendant request that this matter be dismissed for lack of a valid claim by which the Plaintiff is entitled to a verdict in her favor.

**<u>Motion To Dismiss and/or Strike</u>**

**Additional claims of the Amended Complaint**

1. The Complaint before this Court is not properly plead in that the Respondent has waited

more than twenty (20) days to file her amended complaint.

2. The Plaintiff has failed to state a claim by which she can prevail or that she is entitled to relief from as there has been no violation of State or Federal Law.

3. The claimant has amended her complaint alleging new claims of slander, claiming that counsel for the Respondent, during a board meeting he conducted, slandered her by making statements about the complaint she filed. As this document is public record and the statements made were actually read from the complaint in direct response to questions asked by the board members, because the respondent was not sure what claims were being made at that time or what damages were being sought. As such the defendant cannot not expect to recover from these claims as the truth is always a defense and public records are not protected from this sort of distribution.

4. Therefore the Respondent can only speculate that the only purpose that the claimant is refiling these claims in this matter is solely for harassment of the Respondent and to cause them to incur legal expense in defending a matter that the Plaintiff knew prior to filing was frivolous and that she could not prevail unless she makes false claims. Or she is seeking to receive special treatment for some wrong done to her that is not covered by operation of law, i.e. failing to attend her families memorial service, or failing to give her a birthday party and/or forcing her co-workers to attend said events.

Therefore the Defendant, via counsel is asking that additional claims be dismissed as being untimely filed, or in the alternative, if these additional claims are not dismissed, counsel for the Defendant is asking that the Defendant be awarded cost and expenses in defending this frivolous matter.

Done this the 8th day of June, 2007.

Debbie Lynn, Administrator ESCA

State of Alabama )

) ss

County of Montgomery )

On this the 8th day of June, 2007 before me personally appeared Debbie Lynn, to me known to be the person described in and who executed the foregoing instrument and acknowledged to me that she, Debbie Lynn, having read the above and executed the same as her own free act and deed and states that the above is true and accurate to the best of her knowledge and/or belief.

Notary, State at Large

My Commission expires: 12-29-08

Michael W. Rountree (ROU009)

Counsel for Defendant

Easter Seals Central Alabama

Of Counsel:

ROUNTREE & ASSOCIATES, L.L.C.
448 Saint Lukes Drive
Montgomery, Alabama 36117
Phone: (334) 270-8291
Fax: (334) 270-8294

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of June, 2007, served a copy of the foregoing to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following:

Emily C. Jackson (pro se)
605 Wesley Drive
Montgomery, Al. 36111

United States District Court
Middle District Of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711

OF COUNSEL