IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 30, 2007, the plaintiff filed a complaint, in which she asserted a wrongful termination claim. On May 11, 2007, the plaintiff filed a motion to amend her complaint, asserting claims of defamation and slander against the defendant. During oral argument on May 29, 2007, the plaintiff indicated that her sole claim against the defendant is that the defendant discriminated against her based on her race and sex when she was terminated from her position in violation of Title VII. At this proceeding, defense counsel indicated that he planned to file objections to the plaintiff's motion to amend by the end of the day.

On June 11, 2007, this court granted the plaintiff's motion to amend her complaint, specifically noting that the defendant failed to file written objections to the motion in a timely manner. (Doc. No. 13.) On June 13, 2007, the defendant filed objections to the plaintiff's motion to amend and a motion to dismiss and/or strike the amendments to the complaint. (Doc. No. 14.) The defendant's objections and motion to dismiss and/or

strike are currently pending before the court.

Accordingly, it is

ORDERED that:

(1) To the extent the defendant objects to the plaintiff's motion to amend the complaint, his objection is OVERRULED. (Doc. No. 14.)

(2) To the extent the defendant moves to strike the plaintiff's amendments to the complaint, *i.e.* the plaintiff's claims of defamation and slander against the defendant, the motion to strike is DENIED. (Doc. No. 14.)

(3) On or before July 10, 2007, the plaintiff shall show cause why the defendant's motion to dismiss the defamation and slander claims should not be granted. (Doc. No. 14.)

Done this 19th day of June, 2007.

                                /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE