IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2007 JUN 21 A 8: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Answer to Show Cause**

Emily C Jackson, plaintiff, files this answer to show cause why the defendant's motion to dismiss the defamation and slander claims should not be granted.

1. On or about May 2, 2007, defendant and defense counsel conducted an open board meeting and invited Easter Seals board members, managers, supervisors, and employees, and the Alabama Department of Rehabilitation Services (ADRS) Vocational Rehabilitation Services managers, supervisors, and employees. Easter Seals receives client referrals from ADRS. See partial attendance roster attached.

2. On behalf of the defendant, defense counsel intentionally and recklessly published the following false statements against plaintiff in an effort to ruin her reputation, misrepresent her in a false light, and slander her good name in the presence of her former co-workers and business affiliates:

    a) Emily Jackson, plaintiff, has filed a discrimination case against Easter Seals; and, her first attorney refused to represent her because she didn't have a case against Easter Seals.

    b) Plaintiff has another attorney, now.

        c) She was offered the job.

        d) Plaintiff elected to leave Easter Seals after being notified that the grant was ending. As a result, plaintiff resigned.

        e) She blamed Easter Seals for her six figure debt.

        f) Plaintiff is a very dishonest person.

3. The above false statements made by defense counsel on behalf of defendant were harmful, highly offensive, intentional, negligent, and reckless. They were made for the sole purposes of ruining the plaintiff's good reputation, misrepresenting her in a false light, and slandering her good name. As a result, plaintiff has suffered emotional and mental anguish, pain and suffering, a slandered name, and a ruined reputation which she may never be able to reestablish.

4. Defense counsel continues to claim orally and in writing that plaintiff resigned. Enclosed is a copy of an involuntary unemployment insurance claim form that Debbie Lynn, Easter Seals Administrator, signed after plaintiff explained that she had purchased insurance on one of her loans and needed her employer to complete this form. This signed form along with other evidence that plaintiff previously submitted to the court confirms that plaintiff did not resign, but was terminated by defendant as a result of her position being eliminated which resulted in plaintiff's involuntarily unemployment status.

Defendant's motion to dismiss the defamation and slander claims should not be granted for the following reasons:

    a) Harmful-False statements made by defense counsel have harmed plaintiff's emotional and mental state as well as her good name and reputation.

2

b) Highly Offensive-Plaintiff conducts herself in a respectable manner in her community, church, and profession. False statements made by defense counsel have attacked plaintiff's character, honesty, integrity, good name, and reputation.

c) Intentional –Defense counsel and defendant deliberately made false statements to deceive board members, managers, supervisors, and employees of Easter Seals and the Alabama Department of Rehabilitation Services Vocational Rehabilitation Services. This deceptive practice was done to justify defendant's violation of plaintiff's rights under Title VII of the Civil Rights Act of 1964 and defendant's illegal act of wrongful termination.

d) Negligent-Plaintiff has suffered emotional and mental anguish from defense counsel and defendant's false and slanderous statements.

e) Reckless-Defense counsel and defendant were careless in making false and defamatory statements against plaintiff.

f) Habitual-Defense counsel and defendant continue to make the same false and slanderous statements against plaintiff orally and in writing before the court.

g) Sensitive-Defense counsel published both false and legal information pending in federal court which was of a sensitive nature to people who did not have a need to know.

h) Untimely-Defense counsel and defendant have failed to meet the court's deadlines while plaintiff has fully complied with the court's timelines.

Based on plaintiff's reasons as noted above, defendant's motion to dismiss the defamation and slander claims should be denied, and therefore, should not be granted.

*Emily C. Jackson*

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 21st day of June 2007 that the information contained in this correspondence to the court is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Certified Mail #7007 0220 0003 5312 6703 to the following:

Michael W. Rountree, Counsel for Defendant
Easter Seals Central Alabama
Rountree & Associates, LLC
448 Saint Lukes Drive
Montgomery, Alabama 36117

*Emily C. Jackson*
Emily C. Jackson

**Easter Seals Central Alabama Board Meeting**

**Partial Attendance Roster**

The following names, job titles, addresses, and telephone numbers is a partial list of approximately 40 people who attended Easter Seals Central Alabama Open Board Meeting at 2125 E. South Blvd, Montgomery, AL, 36116 on or about May 2, 2007:

1. Edwin P. Collier, Jr., ESCA Program Coordinator, 2125 E. South Boulevard, Montgomery, AL 36116 (334) 288-0240.

2. Kathy Welch, ESCA Speech Therapist, 2125 E. South Boulevard, Montgomery, AL 36116 (334) 288-0240.

3. Cassandra Gray, ESCA Receptionist, 2125 E. South Boulevard, Montgomery, AL 36116 (334) 288-0240.

4. Linda Hadaway, ESCA Business Office Account/Billing Clerk, 2125 E. South Boulevard, Montgomery, AL 36116 (334) 288-0240.

5. Samantha Kelly, ESCA Board Member, 1048 Old Breckenridge Lane, Montgomery, AL 36117 (334) 271-6481.

6. Lorraine Lewis, Alabama Department of Rehabilitation Services (ADRS) Vocational Rehabilitation (VR) Services Counselor, 2129 E. South Boulevard, Montgomery, AL 36116 (334) 288-0220.

7. Demetrice Tolliver-Coon, ADRS VR Counselor, 2129 E. South Boulevard, Montgomery, AL 36116 (334) 288-0220.

False statements were made by defense counsel on behalf of defendant to distort their perception of the facts and the truth in Civil Action No. 2:07cv315-MED.

Insured Name / Nombre del asegurado: JACKSON, EMILY

Account Number / Número de cuenta: ▓▓▓▓▓▓

# INVOLUNTARY UNEMPLOYMENT CLAIM FORM / FORMULARIO DE RECLAMACIÓN DE DESEMPLEO INVOLUNTARIO

**SECTION I – STATEMENT OF MOST RECENT EMPLOYER / SECCIÓN I – DECLARACIÓN DEL EMPLEADOR MÁS RECIENTE**

To be completed by your most recent employer. If employed less than 12 months from the effective date of coverage with this employer, have Section III completed also. Please fully complete all questions. All dates must include the MONTH, DAY and YEAR. Claim processing will be delayed if all information is not provided. Note: Altered Claim forms cannot be accepted. / Debe ser completada por su empleador más reciente. Si estuvo empleado menos de 12 meses desde la fecha efectiva de cobertura con este empleador, complete también la Sección III. Complete todas las preguntas en su totalidad. Todas las fechas deben incluir MES, DÍA y AÑO. El procesamiento de la reclamación puede demorarse si no proporciona toda la información. Nota: No se aceptarán formularios de reclamación modificados.

1. Employee's Full Name / Nombre completo del Empleado:
   Emily Carolyn Jackson

2. Date of Hire / Fecha de contratación:
   09-14-04

3. Employee's Job Title / Cargo del empleado en el trabajo:
   Micro Enterprise Specialist

4. Type of employment / Tipo de empleo:
   [X] Full Time / Tiempo completo
   [ ] Part Time / Tiempo Parcial
   [ ] Seasonal / Estacional
   [ ] Temporary / Temporario
   [ ] Subcontractor / Subcontratado
   [ ] Self-Employed Contractor / Contratista, trabaja por su cuenta

5. Was / is the employee under an annual contract? / ¿Estaba / está el empleado trabajando con un régimen de contrato anual?
   [ ] Yes / Sí    [X] No

6. If yes, as of what date? / Si la respuesta es sí, ¿a partir de qué fecha?

7. Number of hours worked per week / Cantidad de horas trabajadas por semana:
   40

8. Number of months worked this year: / last year / Cantidad de meses trabajados este año: / el año pasado:
   2006- Nine Months
   2005- Nine Months

9. Date last worked / Fecha del último día de trabajo:
   09-29-06

10. What is the reason for separation, as provided to your State Unemployment Office? / ¿Cuál es la razón de tal desvinculación, según lo establece su Oficina de Desempleo Estatal?
    Funding cuts from the Alabama Department of Economic & Community Affairs (ADECA).

11. Estimated return to work date / Fecha estimada de retorno al trabajo:
    Not Applicable

12. Has there been any previous interruption in employment of 30 days or more during their employment? / ¿Ha habido alguna interrupción previa en el empleo de 30 días o más mientras trabajaba?
    [X] Yes / Sí    [ ] No

13. If yes, employment was interrupted / Si la respuesta es sí, se interrumpió el empleo:
    From / Desde: 07-25-05    Through / Hasta: 10-26-05

14. If yes, what was the reason for the interruption? / Si la respuesta es sí, ¿cuál fue el motivo de su interrupción?
    Medical treatment and surgery.

Company Name and Address / Nombre de la compañía y dirección postal:

Easter Seals Central Alabama Rehabilitation Center
2125 East South Boulevard
Montgomery, Alabama 36116-2454

Signature of individual completing / Firma de la persona que lo completa:
*Debbie W. Lynn*

Printed Name and Title / Nombre y Cargo en letra imprenta:
Debbie Lynn, Administrator

Telephone Number / Número de teléfono:
(334) 288-0240

Date Completed / Fecha en que se completó:
09-28-06