**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **EMILY JACKSON,** ) | |
| ) | |
| **Plaintiff** ) | **Civil Action No. 2:07cv315-MEF** |
| ) | |
| **v.** ) | |
| ) | |
| **EASTER SEALS CENTRAL ALABAMA** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

COMES NOW Stephen E. Brown and files this Notice of Appearance as additional counsel for Defendant Easter Seals Central Alabama.

/s Stephen E. Brown_____
Stephen E. Brown, Bar ID # ASB4666B47S
One of the Attorneys for Defendant
MAYNARD, COOPER & GALE, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999
browns@maynardcooper.com

CERTIFICATE OF SERVICE

     This is to certify that I have this day, the 25th day of June, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily Jackson
605 Wesley Drive
Montgomery, Al. 36111

                                            /s Stephen E. Brown
                                            OF COUNSEL