**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **EMILY JACKSON,** | ) | |
| | ) | |
| **Plaintiff** | ) | Civil Action No. 2:07cv315-MEF |
| | ) | |
| v. | ) | |
| | ) | |
| **EASTER SEALS CENTRAL ALABAMA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now Easter Seals Central Alabama, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a not for profit entity with no related entities to be reported.

Dated: June 25, 2007

                                                                Respectfully submitted,

                                                                /s/ Robin A. Adams
                                                                Robin A. Adams
                                                                One of the Attorneys for the Defendant
                                                                Easter Seals Central Alabama

## CERTIFICATE OF SERVICE

This is to certify that I have this day, the 25th day of June, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily Jackson
605 Wesley Drive
Montgomery, Al. 36111

/s/ Robin A. Adams
OF COUNSEL