IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 30 A 9: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EMILY C. JACKSON
    PLAINTIFF,

Vs.

CIVIL ACTION NO.
2:07 CV 315-MEF

EASTER SEALS CENTRAL ALABAMA
    DEFENDANT.

## MOTION TO WITHDRAW

Comes Now co-counsel, Michael W. Rountree, and files this his Motion to Withdraw and as grounds for said motion states as follows:

1. Defendant is represented by additional co-counsel and my involvement in this matter serves no valid purpose and just adds additional labor and/or paperwork to the parties as well for the Court and/or the clerks.

2. Granting this motion to withdraw will not adversely effect the matters before the Court.

3. Defendant Easter Seals is aware of this request and does not object to co-counsel withdrawing from their defense.

4. Counsel has advised co-counsel of his desire to withdraw due to case load and other factors. Counsel from Maynard Cooper & Gate, P.C. are in agreement with this motion filed by counsel.

Done this the 24th day of August, 2007.

Michael W. Rountree (ROU009)
Co-Counsel for Defendant
Easter Seals Central Alabama

Of Counsel:

**ROUNTREE & ASSOCIATES, L.L.C.**
448 Saint Lukes Drive
Montgomery, Alabama 36117
Phone: (334) 270-8291
Fax:   (334) 270-8294

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of August, 2007, served a copy of the foregoing to all known parties to this proceeding by placing the same in the United States mail, properly addressed and first-class postage prepaid to the following:

Emily C. Jackson (pro se)
605 Wesley Drive
Montgomery, Al. 36111

Carole Miller, Esquire
Maynard Cooper & Gate, P.C.
1901 6th Ave N Ste 2400
Birmingham, Alabama 35203-2618

United States District Court
Middle District Of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711

_____
OF COUNSEL