IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )     CIVIL ACTION NO.  2:07cv315-MEF
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

## ORDER

Now pending before the court is the August 30, 2007, motion to withdraw (doc. #

27) filed by the defendant's co-counsel, Michael W. Rountree.  Upon consideration of the

motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 4th day of September, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE