IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP 28  P 2: 24

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EMILY C. JACKSON,                    )

            Plaintiff                )

v.                                   )        CIVIL ACTION NO. 2:07cv315-MEF
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
            Defendant.               )

**Request For Discovery**

Plaintiff, Emily C. Jackson, files this request for discovery in compliance with

the September 11, 2007 Scheduling Order, "all requests for discovery and all responses to

discovery requests, except copies of depositions, shall be filed with the court" (Document

No. 30).

On September 17, 2007, plaintiff submitted a request for discovery to defense

counsels Robin A. Adams and Stephen E. Brown by fax and by the U.S. Postal Service

Regular Mail System.  However, plaintiff omitted two names of the defendant's

employees in her request.  Thereafter, plaintiff revised the request for discovery on

September 20, 2007 and mailed it to defense counsels through the U.S. Postal Service

Certified and Regular Mail Systems.

Additionally, plaintiff did not file these requests for discovery with the court;

however, she is filing them, today, in compliance with the court's Scheduling Order

(Document No. 30).  Exhibits R-1 through R-19 include copies of plaintiff's requests for

discovery, certificates of service, cash and Certified Mail receipts, Domestic Return

Receipts, delivery confirmation reports, and fax cover and confirmation sheets.

Plaintiff will file future requests for discovery directly with the court; and will submit copies of the same to defense counsels for Easter Seals Central Alabama.

*Emily C. Jackson*

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certification of Service

I, Emily C. Jackson, do hereby certify on this 28th day of September 2007

that the information contained in this filing to the Court is accurate and true to the best of

my abilities, and that, I have submitted a copy to the following by placing the same in the

U.S. Postal Service Regular Mail System:


Robin A. Adams, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203


Stephen E. Brown, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203


Emily C. Jackson

*EXHIBIT R-1*

September 20, 2007

Robin A. Adams, Attorney
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

Re:    Emily C. Jackson, Plaintiff, vs. Easter Seals Central Alabama, Defendant
        Case Number: 2:07cv315-MEF

Dear Attorney Adams:

Thank you for preparing the Consent Protective Order to protect my medical information as well as other information that will be accessible during discovery. Thank you also for sending the Personal Service Agreement between Easter Seals Central Alabama and William D. Haynes.

This revision of my letter dated September 17, 2007 includes two names that were omitted in Item No. 7, below. Since you requested that I notify you regarding information needed from defendant for discovery, any request for information will be submitted directly to defense counsels. **Also, I will not use any information to address motions that have been denied by the court.** Please provide the following information within 60 days, which is needed in order to defend and support my claims against the defendant, Easter Seals Central Alabama:

1) September 2006 Easter Seals Central Alabama (ESCA) Staff Meeting: Attendance Roster & Written Minutes.
2) October 2006 Easter Seals Central Alabama (ESCA) Staff Meeting: Attendance Roster & Written Minutes.
3) May 2007 ESCA Board Meeting: Attendance Roster & Written Minutes.
4) August 2007 ESCA Board Meeting: Attendance Roster & Written Minutes.
5) ACE Grant Requisition & Purchase Order dated approximately October 25, 2005, for the purchase of 10 Dell Computers & Printers.
6) Easter Seals Central Alabama 2004, 2005, and 2006 Yearly Profit & Loss Statements.
7) Annual Salary Summary Reports or Proof of Income for 2004, 2005, and 2006 for the following past and present Easter Seals Central Alabama employees:

   a) Debbie Lynn
   b) Larry Lewis
   c) Susan McKim
   d) Larry Johnson
   e) Christy Jarrett
   f) Linda Wingard
   g) Charles Frazier
   h) Ed Collier
   i) Eileen Bennett
   j) Alicia Schneider
   k) Melanie Busch
   l) Roy Mulkey
   m) Joyce Owens
   n) Frankie Thomas
   o) Richard Bloom

EXHIBIT R-2

Page 2

8) A Copy of the ACE Micro Enterprise Program Grant Extension between October 1, 2006 and March 31, 2007
9) William D. Haynes' Resume & College Transcripts
10) A List of William D. Haynes' Clients who he provided service to at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
11) Attendance Roster for Management Training Classes conducted by William D. Haynes at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
12) A List of names of Vocational Rehabilitation Counselor's who work for the Alabama Department of Rehabilitation Services at 2129 E. South Boulevard who William D. Haynes' worked with during October 1, 2006 and March 31, 2007
13) William D. Haynes' IRS Form 1099 for 2004, 2005, and 2006
14) Proof of Total Income William D. Haynes received from Easter Seals Central Alabama during October 1, 2006 and March 31, 2007

As you requested, I will not be contacting Easter Seals Central Alabama to obtain the above information for discovery. Also, I do not have any means to access the above information as it is in the possession of defendant, Easter Seals Central Alabama, and its employees. Obtaining the above information would also cause an undue hardship. If you need additional information from me, please notify me and I will provide it to you in a timely manner.

Again, thank you for working with me during this discovery phase of Case Number 2:07cv315-MEF, Emily C. Jackson, Plaintiff, vs. Easter Seals Central Alabama, defendant.

Thank you,

Emily C. Jackson

Cc: Stephen E. Brown, Esq.



Page 3

## Certificate Of Service

This certifies that I have, on this 20th day of September 2007, served the above requests for information needed in discovery to the following defense counsels by the United States Postal Service:

**Certified Mail # 7006 2760 0001 7560 1493**
Robin A. Adams, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

**Certified Mail # 7007 0220 0003 5312 6697**
Stephen E. Brown, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

*Emily C. Jackson*
Emily C. Jackson

EXHIBIT R-2

Page 2

8) A Copy of the ACE Micro Enterprise Program Grant Extension between October 1, 2006 and March 31, 2007
9) William D. Haynes' Resume & College Transcripts
10) A List of William D. Haynes' Clients who he provided service to at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
11) Attendance Roster for Management Training Classes conducted by William D. Haynes at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
12) A List of names of Vocational Rehabilitation Counselor's who work for the Alabama Department of Rehabilitation Services at 2129 E. South Boulevard who William D. Haynes' worked with during October 1, 2006 and March 31, 2007
13) William D. Haynes' IRS Form 1099 for 2004, 2005, and 2006
14) Proof of Total Income William D. Haynes received from Easter Seals Central Alabama during October 1, 2006 and March 31, 2007

As you requested, I will not be contacting Easter Seals Central Alabama to obtain the above information for discovery. Also, I do not have any means to access the above information as it is in the possession of defendant, Easter Seals Central Alabama, and its employees. Obtaining the above information would also cause an undue hardship. If you need additional information from me, please notify me and I will provide it to you in a timely manner.

Again, thank you for working with me during this discovery phase of Case Number 2:07cv315-MEF, Emily C. Jackson, Plaintiff, vs. Easter Seals Central Alabama, defendant.

Thank you,

Emily C. Jackson

Cc: Stephen E. Brown, Esq.

EXHIBIT R-3
Page 3

## Certificate Of Service

This certifies that I have, on this 20th day of September 2007, served the above requests for information needed in discovery to the following defense counsels by the United States Postal Service:

Certified Mail # 7006 2760 0001 7560 1493
Robin A. Adams, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Certified Mail # 7007 0220 0003 5312 6697
Stephen E. Brown, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Emily C. Jackson
Emily C. Jackson



MONTGOMERY RETAIL OFFICE
MONTGOMERY, Alabama
361192500
0107830502 -0096
)/20/2007   (334)244-7597   11:29:47 AM

| Sales Receipt | | | |
|---|---|---|---|
| roduct scription | Sale Qty | Unit Price | Final Price |
| RMINGHAM AL 35203 ne-2 First-Class | | | $0.41 |
| tter ).80 oz. | | | |
| eturn Rcpt (Green Card) | | | $2.15 |
| ertified | | | $2.65 |
| abel #:   70070220000353126697 | | | |
| ssue PVI: | | | $5.21 |
| RMINGHAM AL 35203 ne-2 First-Class | | | $0.41 |
| tter ).80 oz. | | | |
| eturn Rcpt (Green Card) | | | $2.15 |
| ertified | | | $2.65 |
| abel #:   70062760000175601493 | | | |
| ssue PVI: | | | $5.21 |
| tal: | | | $10.42 |

id by:
sterCard                        $10.42
Account #:        XXXXXXXXXXXX6329
Approval #:              R7691Z
Transaction #:           280
23 902790849

der stamps at USPS.com/shop or call
-800-Stamp24.  Go to USPS.com/clicknship
print shipping labels with postage.
r other information call 1-800-ASK-USPS.

ll#: 1000401087605
erk: 04

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Customer Copy



**UNITED STATES**
**POSTAL SERVICE®**

EXHIBIT R-5

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 0220 0003 5312 6697
Status: Delivered

Your item was delivered at 8:40 AM on September 21, 2007 in BIRMINGHAM, AL 35222.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery <br> T. Davison <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br> Stephen E. Brown, Esq. <br> Maynard Cooper & Gale P.C. <br> 1900 Sixth Avenue North <br> 2400 Am South/Habert Plaza <br> Birmingham, AL 35203 | |
| | 3. Service Type <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  7007 0220 0003 5312 6697 <br> (Transfer from service label)    7007 0220 0003 5312 6697 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |





**EXHIBIT R-6**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0001 7560 1493**
Status: **Delivered**

Your item was delivered at 8:40 AM on September 21, 2007 in BIRMINGHAM, AL 35222.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin A. Adams, Esq.
Maynard Cooper + Gale P.C.
1901 Sixth Avenue North
2400 Am South/Harbert Plaza
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
T. Dawson

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7006 2760 0001 7560 1493
(Transfer from service label)   7006 2760 0001 7560 1493

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540







*EXHIBIT R-8*

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 0220 0003 5312 6697
Status: **Delivered**

Your item was delivered at 8:40 AM on September 21, 2007 in BIRMINGHAM, AL 35222.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- ...ns 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen E. Brown, Esq.
Maynard Cooper + Gale P.C.
1900 Sixth Avenue North
2400 Am South/Habert Plaza
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  F. ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
T. Davison

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7007 0220 0003 5312 6697
(Transfer from service label)   7007 0220 0003 5312 6697

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---


**UNITED STATES POSTAL SERVICE**®

*EXHIBIT R-9*

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 2760 0001 7560 1493
Status: Delivered

Your item was delivered at 8:40 AM on September 21, 2007 in
BIRMINGHAM, AL 35222.

( Additional Details > )  ( Return to USPS.com Home > )

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
| --- | --- |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ( . ◯    □ Agent  □ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>T. Dawson<br>D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:  □ No |
| 1. Article Addressed to:<br>Robin A. Adams, Esq.<br>Maynard Cooper + Gale P.C.<br>1901 Sixth Avenue North<br>2400 Am South/Harbert Plaza<br>Birmingham, AL 35203 | USPS |
| | 3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number 7006 2760 0001 7560 1493<br>(Transfer from service label)   7006 2760 0001 7560 1493 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



MONTGOMERY RETAIL OFFICE
MONTGOMERY, Alabama
361192500
0107830502 -0096
/20/2007   (334)244-7597   11:29:47 AM

| Sales Receipt | | | |
|---|---|---|---|
| oduct<br>scription | Sale<br>Qty | Unit<br>Price | Final<br>Price |
| RMINGHAM AL 35203<br>ne-2 First-Class<br>tter<br>.80 oz. | | | $0.41 |
| eturn Rcpt (Green Card)<br>ertified | | | $2.15<br>$2.65 |
| abel #:    7007022000353126697 | | | |
| | | | ======== |
| ssue PVI: | | | $5.21 |
| RMINGHAM AL 35203<br>ne-2 First-Class<br>tter<br>.80 oz. | | | $0.41 |
| eturn Rcpt (Green Card)<br>ertified | | | $2.15<br>$2.65 |
| abel #:    7006276000017560149 | | | |
| | | | ======== |
| ssue PVI: | | | $5.21 |

tal:                         $10.42

id by:
sterCard                      $10.42
Account #:        XXXXXXXXXXXXXXXX6329
Approval #:               R7691Z
Transaction #:            280
23 902790849

der stamps at USPS.com/shop or call
800-Stamp24. Go to USPS.com/clicknship
print shipping labels with postage.
r other information call 1-800-ASK-USPS.

ll#: 1000401087605
erk: 04

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Customer Copy




**UNITED STATES POSTAL SERVICE**

*EXHIBIT R-11*

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 0220 0003 5312 6697
Status: Delivered

Your item was delivered at 8:40 AM on September 21, 2007 in
BIRMINGHAM, AL 35222.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen E. Brown, Esq.
Maynard Cooper & Gale P.C.
1900 Sixth Avenue North
2400 Am South/Herbert Plaza
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
T. Dawson

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7007 0220 0003 5312 6697
(Transfer from service label)   7007 0220 0003 5312 6697

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


**UNITED STATES POSTAL SERVICE®**

*EXHIBIT R-12*

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7006 2760 0001 7560 1493
Status: **Delivered**

Your item was delivered at 8:40 AM on September 21, 2007 in
BIRMINGHAM, AL 35222.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[_____]

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---


**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin A. Adams, Esq.
Maynard Cooper + Gale P.C.
1901 Sixth Avenue North
2400 Am South/Habert Plaza
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. C ____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
T. Dawson

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number   7006 2760 0001 7560 1493
(Transfer from service label)    7006 2760 0001 7560 1493

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Fax Cover Sheet    EXHIBIT R-13

Date:        September 17, 2007

To:          Robin A. Adams, Esq.
             Maynard Cooper & Gale, P.C.
             1901 Sixth Avenue North
             2400 Regions/Harbert Plaza
             Birmingham, AL 35203


Telephone:   (205) 254-1105

Fax No:      (205) 254-1999


_____


From:        Emily C Jackson
             605 Wesley Drive
             Montgomery, AL 36111

Telephone:   (334) 288-4675

Fax No.:     (334) 288-4675

Pages:        _4_  Including Fax Cover Sheet

Memo:        Requests for Information Needed in Discovery

**HP Officejet 6310**
**Personal Printer/Fax/Copier/Scanner**

**Log for**
**Emily C Jackson**
**3342884675**
**Sep 17 2007 6:27AM**

*EXHIBIT R-14*

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| Sep 17 | 6:25AM | Fax Sent | 12052541999 | 1:38 | 4 | OK |

EXHIBIT R-15

# Fax Cover Sheet

Date:          September 17, 2007

To:            Stephen E. Brown, Esq.
               Maynard Cooper & Gale, P.C.
               1901 Sixth Avenue North
               2400 Regions/Harbert Plaza
               Birmingham, AL 35203


Telephone:     (205) 254-1105

Fax No:        (205) 254-1999

_____


From:          Emily C Jackson
               605 Wesley Drive
               Montgomery, AL 36111

Telephone:     (334) 288-4675

Fax No.:       (334) 288-4675

Pages:          4    Including Fax Cover Sheet

Memo:          Requests for Information Needed in Discovery

**HP Officejet 6310**
**Personal Printer/Fax/Copier/Scanner**

**Log for**
**Emily C Jackson**
**3342884675**
**Sep 17 2007 6:33AM**

*EXHIBIT R-16*

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| Sep 17 | 6:31AM | Fax Sent | 12052541999 | 1:37 | 4 | OK |

EXHIBIT R-17

September 17, 2007

Robin A. Adams, Attorney
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

Re:  Emily C. Jackson, Plaintiff, vs. Easter Seals Central Alabama, Defendant
     Case Number: 2:07cv315-MEF

Dear Attorney Adams:

Thank you for preparing the Consent Protective Order to protect my medical information
as well as other information that will be accessible during discovery.  Thank you also for
sending the Personal Service Agreement between Easter Seals Central Alabama and
William D. Haynes.

Since you requested that I notify you regarding information needed from defendant for
discovery, any request for information will be submitted directly to defense counsels.
**Also, I will not use any information to address motions that have been denied by the
court.**  Please provide the following information within 60 days, which is needed in order
to defend and support my claims against the defendant, Easter Seals Central Alabama:

1) September 2006 Easter Seals Central Alabama (ESCA) Staff Meeting:
   Attendance Roster & Written Minutes.
2) October 2006 Easter Seals Central Alabama (ESCA) Staff Meeting:
   Attendance Roster & Written Minutes.
3) May 2007 ESCA Board Meeting: Attendance Roster & Written Minutes.
4) August 2007 ESCA Board Meeting: Attendance Roster & Written Minutes.
5) ACE Grant Requisition & Purchase Order dated approximately October 25,
   2005, for the purchase of 10 Dell Computers & Printers.
6) Easter Seals Central Alabama 2004, 2005, and 2006 Yearly Profit & Loss
   Statements.
7) Annual Salary Summary Reports or Proof of Income for 2004, 2005, and 2006
   for the following past and present Easter Seals Central Alabama employees:
   a) Debbie Lynn
   b) Larry Lewis
   c) Susan McKim
   d) Larry Johnson
   e) Christy Jarrett
   f) Linda Wingard
   g) Charles Frazier
   h) Eileen Bennett
   i) ESCA Current Administration Assistant
   j) Melanie Busch
   k) Roy Mulkey
   l) Joyce Owens
   m) Frankie Thomas
   n) Richard Bloom

EXHIBIT R-18

Page 2

8) A Copy of the ACE Micro Enterprise Program Grant Extension between October 1, 2006 and March 31, 2007
9) William D. Haynes' Resume & College Transcripts
10) A List of William D. Haynes' Clients who he provided service to at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
11) Attendance Roster for Management Training Classes conducted by William D. Haynes at Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007
12) A List of names of Vocational Rehabilitation Counselor's who work for the Alabama Department of Rehabilitation Services at 2129 E. South Boulevard who William D. Haynes' worked with during October 1, 2006 and March 31, 2007
13) William D. Haynes' IRS Form 1099 for 2004, 2005, and 2006
14) Proof of Total Income William D. Haynes received from Easter Seals Central Alabama during October 1, 2006 and March 31, 2007

As you requested, I will not be contacting Easter Seals Central Alabama to obtain the above information for discovery. Also, I do not have any means to access the above information as it is in the possession of defendant, Easter Seals Central Alabama, and its employees. Obtaining the above information would also cause an undue hardship. If you need additional information from me, please notify me and I will provide it to you in a timely manner.

Again, thank you for working with me during this discovery phase of Case Number 2:07cv315-MEF, Emily C. Jackson, Plaintiff, vs. Easter Seals Central Alabama, defendant.

Thank you,

Emily C. Jackson

Cc: Stephen E. Brown, Esq.

EXHIBIT R-19

**Certificate Of Service**

This certifies that I have, on this 17th day of September 2007, served the above requests for information needed in discovery to the following by placing the same in the United States Postal Service Regular Mail:

Robin A. Adams, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Stephen E. Brown, Esq.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Emily C. Jackson