IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**Request For Discovery**

Plaintiff, Emily C. Jackson, files this request for discovery as required by the U.S. District Court For The Middle District Of Alabama, Scheduling Order, "all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court" (Document No. 30). Plaintiff requests a copy of the following documents with all authorized signatures from Steve Walkley, Division Director, Alabama Department Of Economic And Community Affairs (ADECA), Office of Workforce Development:

1) Subrecipient Grant Agreement between the Alabama Department of Economic And Community Affairs and Easter Seals Central Alabama, dated in October 2006, for the ACE Micro Enterprise Program, a component of the Alabama Customized Employment (ACE) Grant.

2) Subrecipient Grant Agreement between the Alabama Department of Economic And Community Affairs and Easter Seals Central Alabama, dated in March 2007, for the ACE Micro Enterprise Program, a component of the Alabama Customized Employment (ACE) Grant.

The above discovery requests <u>will not be filed with the court as the information is protected under the Protective Order</u> (Document No. 34). However, the discovery requests will be available for review upon request by Chief U.S. District Court and Magistrate Judges. Plaintiff is also required to inform the Alabama Department Of Economic And Community Affairs, and all of its executives and employees, who have access to this discovery request, that there is a Protective Order which protects the confidentiality of certain information including the Subrecipient Grant Agreement of October 2006 and March 2007 (Document No. 34). Plaintiff also asks that the above discovery requests be mailed to her, at the address listed at the top of page 3 of the Certificate of Service, within 30 days of receipt of this request as court filing deadlines are mandatory.

*Emily C. Jackson*
Emily C. Jackson, (pro se)

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certificate of Service

I, Emily C. Jackson, do hereby certify on this 4<u>th</u> day of October 2007 that the information contained in this correspondence to the court is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Mail System to the following:

**Certified Mail # 7007 0220 0003 5330 0349**
Mr. Steve Walkley, Division Director
Alabama Department Of Economic And Community Affairs
Office Of Workforce Development
401 Adams Avenue
Montgomery, Alabama 36103-5690

**Regular Mail Service**
Robin A. Adams, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

**Regular Mail Service**
Stephen E. Brown, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, (pro se)