IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| EASTER SEALS OF CENTRAL ALABAMA, | ) |
| Defendant. | ) |

**Request For Discovery**

Plaintiff, Emily C. Jackson, files this request for discovery as required by the U.S. District Court For The Middle District Of Alabama, Scheduling Order, "all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court" (Document No. 30). Plaintiff requests a copy of the following from Steve Shivers, Commissioner, Alabama Department Of Rehabilitation Services (ADRS):

1) List of names of any and all ADRS Vocational Rehabilitation Counselors who worked in conjunction with William D. Haynes (aka Bill Haynes), Independent Contractor, Easter Seals Central Alabama ACE Micro Enterprise Program between October 1, 2006 and March 31, 2007.

2) List of names of any and all ADRS Vocational Rehabilitation Counselors and Consumers/Clients who William D. Haynes (aka Bill Haynes) assisted with developing business plans between October 1, 2006 and March 31, 2007.

3) Depositions from any and all ADRS Vocational Rehabilitation Counselors who worked in conjunction with William D. Haynes (aka Bill Hanes) between October 1, 2006 and March 31, 2007 will be needed and will be scheduled at a convenient date, time, and location.

Depositions are not required to be filed with the court (Document No. 30). Also, any information that is protected under the Protective Order is strictly confidential and will not be filed with the court (Document No. 34). However, the Chief U.S. District Court and Magistrate Judges reserve the right to review any and all information obtained from discovery requests. Plaintiff is also required to inform the Alabama Department Of Rehabilitation Services and all of its executives and employees, who have access to this discovery request, that there is a Protective Order which protects the confidentiality of certain information as specified in the Order (Document No. 34). Plaintiff also asks that the above discovery requests be submitted to her, at the address listed at the top of page 3 of the Certificate of Service, within 30 days of receipt of this request as court filing deadlines are mandatory.

*Emily C. Jackson*

Emily C. Jackson, (pro se)

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certificate of Service

I, Emily C. Jackson, do hereby certify on this 4<u>th</u> day of October 2007 that the information contained in this correspondence to the court is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Mail System to the following:

**Certified Mail # 7007 0220 0003 5330 0356**
Mr. Steve Shivers, Commissioner
Alabama Department Of Rehabilitation Services
2129 E. South Boulevard
Montgomery, Alabama 36116-2455

**Regular Mail Service**
Robin A. Adams, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

**Regular Mail Service**
Stephen E. Brown, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, (pro se)