IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

EMILY C. JACKSON                          )
2007 OCT -4  A II: 05                     )
     Plaintiff     DEBRA P. HACKETT, CLK )
                   U.S. DISTRICT COURT )
                 MIDDLE DISTRICT ALA )
v.                                        )    CIVIL ACTION NO. 2:07cv315-MEF
                                          )
EASTER SEALS OF                           )
CENTRAL ALABAMA,                          )
                                          )
     Defendant.                            )

**Motion for Scheduling Order Compliance**

Plaintiff, Emily C. Jackson, files this motion to require defendant, Easter Seals

Central Alabama and defense counsels Robin A. Adams and Stephen E. Brown to

comply with the September 11, 2007 Scheduling Order, "all requests for discovery and

all responses to discovery requests, except copies of depositions, shall be filed with the

court" (Document No. 30).  Defendant's request for discovery dated August 24, 2007 and

September 28, 2007 have not been filed with the court as required by Scheduling Order.

Plaintiff is asking that only the request for discovery be filed with the court, not the actual

information that is protected under the Protective Order.  Plaintiff will fully comply with

this Protective Order and will not file any confidential information protected by the

Order.  Plaintiff also understands that the Chief U.S. District Court and Magistrate Judges

reserve the right to review any and all information covered by the Protective Order

(Document No. 34).  Plaintiff will file any and all requests for discovery as required by

the Scheduling Order and asks that defendant and defense counsels comply with the same

requirements (Document No. 30).

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

Emily C. Jackson (pro se)

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certificate of Service

I, Emily C. Jackson, do hereby certify on this 4th day of October 2007 that the

information contained in this correspondence to the court is accurate and true to the best

of my abilities, and that I have submitted a copy of this document by placing the same in

the United States Postal Service Regular Mail to the following:

Robin A. Adams, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, One of the Attorneys for Defendant
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

Emily C. Jackson, (pro se)

3