IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY JACKSON, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 2:07cv315-MEF |
| ) | |
| v. ) | |
| ) | |
| EASTER SEALS CENTRAL ALABAMA ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

YOU ARE HEREBY NOTIFIED that at **a mutually agreeable time and date**, at the Law Offices of Maynard, Cooper & Gale, 100 North Union Street, Suite 650, Montgomery, Alabama 36104, Defendant will take the deposition of **Emily Jackson**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or other officer authorized by law to administer oaths, for the purpose of discovery, or for use as evidence, or for both purposes. Said oral examination will continue from time-to-time until completed.

YOU ARE HEREBY FURTHER NOTIFIED, pursuant to the Federal Rules of Civil Procedure, that deponent Emily Jackson is requested to bring to the deposition for inspection and copying any and all documents regarding any communications with Defendant, and/or any of its employees, agents, or assigns, and any and all documents that deponent or her attorney possesses that they intend to introduce in the trial of this action or will consider introducing in the trial of this action and any and all documents that relate in any way to the claims made in this case.

As used in these requests, the word "documents" means all writing or documents as defined in Rule 34 of the Federal Rules of Civil Procedure and case law under such Rule, including, without limitation, the original or any copy of any notes, records, business records, compilations, correspondence, memoranda (including written memoranda or tapes of telephone conversations, other communications, discussions, agreements and any other acts, transactions or activities), invoices, expense vouchers, reports, forecasts, appraisals, calculations, worksheets, contracts, agreements, pamphlets, receipts, books of account, log books, requisitions, bills, sound recordings, minutes, diaries, bylaws, articles of incorporation, calendars, desk pads, scrap books, notebooks, bulletins, circulars, forms, statements, journals, telegrams, notices, inter-office and intra-office communications, Photostats, microfilms, studies, reports, analyses, messages, comparisons, graphs, charts, summaries, computer printouts, computer tapes or disks, computer programs, films, photographs, video and audio tapes, advertisements, and any other written or graphic matter of any kind including without limitation, any marginal comments appearing on any documents or any other writing, and any materials underlying, supporting or used in the preparation of any documents.

Dated: August 24, 2007

Stephen E. Brown
Robin A. Adams
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

*Counsel for Defendant*
*Easter Seals Central Alabama*

## CERTIFICATE OF SERVICE

     This is to certify that I have this day, the 24th day of August, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily Jackson
605 Wesley Drive
Montgomery, Al. 36111

_____
OF COUNSEL