IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT 11  A 11: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EMILY C. JACKSON,  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:07cv315-ME |
| ) | |
| EASTER SEALS OF  ) | |
| CENTRAL ALABAMA,  ) | |
| ) | |
| Defendant  ) | |

**Emergency Motion For Court Intervention**

Plaintiff files this emergency motion for Court Intervention from U.S. Chief Magistrate Judge Charles S. Coody due to defense counsels conduct during their recent telephone contact with plaintiff.

1) On October 10, 2007 at approximately 5:36 pm, defense counsels Robin A. Adams and Stephen E. Brown contacted plaintiff by telephone. Plaintiff told defense counsels that she was on her way to church and Attorney Brown stated that the call would only take a few minutes.

   a. Thereafter, Attorney Adams stated that she had filed her requests for discovery with the court and that plaintiff could have called her. Plaintiff responded that she did call her, but she did not return her call. Additionally, plaintiff called Attorney Adams on September 29, 2007 and spoke with her legal secretary. Plaintiff asked her legal secretary about defense counsel's letter dated September 28, 2007, Par. 2, "We are still

awaiting your responses to Defendant's discovery requests." Plaintiff told legal secretary that she signed and submitted the Medical and Social Security Release Forms and asked what other information was needed. Legal secretary told plaintiff that she did not know, but that she would tell Attorney Adams and have her call plaintiff. Plaintiff has submitted all information that defense counsels mailed to her regarding their discovery requests and has filed them with the court as of October 11, 2007.

b. During the telephone call, Attorney Adams then asked plaintiff if she was going to respond to her interrogatories. Plaintiff stated that she did not receive any interrogatories. Plaintiff asked defense counsels to hold on while she located the August 24, 2007 requests for discovery. Plaintiff located the request, thoroughly looked through each page, did not find any interrogatories, and told defense counsels that no interrogatories were included in the request.

c. Attorney Stephen Brown began yelling, badgering, and harassing plaintiff about interrogatories. <u>Plaintiff stated that she did not receive any interrogatories and asked defense counsels to send her a copy of the interrogatories and that she would answer them as soon as she received them.</u> Attorney Brown continued yelling and badgering plaintiff and saying that the interrogatories were there. Plaintiff continued stating that she never got any interrogatories. Attorney Brown repeatedly yelled and badgered plaintiff about interrogatories. Plaintiff then told defense counsels that she was on her way out of the door when they first called

2

       and that she would call them back in the morning. At approximately 5:46 pm, plaintiff told defense counsels that she was on her way to church, said that she would contact them in the morning, said goodbye, and ended the call.

   d. Plaintiff feels that defense counsel Stephen E. Brown was very disrespectful and unprofessional when he continued yelling, badgering, and harassing plaintiff about interrogatories that she never received. As noted in a) above, plaintiff contacted Attorney Adams inquiring about the letter dated September 28, 2007 which referred to them waiting for plaintiff to respond to defendant's discovery request. Plaintiff was astonished by this notation because she submitted the release forms which were the documents that she understood as defendant's discovery requests.

   e. At this point in time, plaintiff feels very stressed, worried, and afraid of defense counsels after Attorney Brown repeatedly yelled, badgered, and harassed her on the telephone. Plaintiff also developed tension in her temples followed by a migraine headache after the telephone call with defense counsels and throughout the night.

2) Plaintiff has cooperated with defense counsels as best as she knows how, but at this point in time, she feels that she cannot handle their harassment anymore.

3) Plaintiff is pleading with U.S. Chief Magistrate Judge Charles S. Coody to intercede and help because she does not know what to do when Attorneys Robin A. Adams and Stephen E. Brown have ganged up on plaintiff. Also, Attorney Brown has yelled, badgered, and harassed her and caused her to become stressed,

worried, and afraid, and to develop migraine headaches during this discovery phase of the case.

*Emily C. Jackson*
Emily C. Jackson (pro se)

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this 11th day of October 2007 that the information contained in this correspondence to the court is accurate and true to the best of my abilities, and that I have submitted a copy of this document by placing the same in the United States Postal Service Mail System to the following:

**Regular Mail Service**
Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

**Regular Mail Service**
Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Habert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, (pro se)