IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the October 4, 2007, motion for scheduling order compliance (doc. # 38), in which the plaintiff indicates that the defendants have failed to file their discovery requests in this court in compliance with this court's September 11, 2007, scheduling order, in which the court ordered that "[n]otwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court."  (Doc. No. 30, ¶ 1.)

Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 12th day of October, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE