IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, )<br>  )<br>  Plaintiff, )<br>  )<br>v.  )  CIVIL ACTION NO. 2:07cv315-MEF<br>  )<br>EASTER SEALS OF )<br>CENTRAL ALABAMA, )<br>  )<br>  Defendant. ) | |

**ORDER**

Now pending before the court is the October 11, 2007, motion for court intervention (doc. # 42).

Upon consideration of the motion, it is

ORDERED that, to the extent the plaintiff requests that this court conduct a status conference in this case, the motion be and is hereby GRANTED. This matter shall be set for a status conference on October 18, 2007, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 12th day of October, 2007.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE