IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY JACKSON, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 2:07cv315-MEF |
| ) | |
| v. ) | |
| ) | |
| EASTER SEALS CENTRAL ALABAMA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY**

Comes now Defendant Easter Seals Central Alabama ("Easter Seals" or "Defendant") and submits the following Reply to Plaintiff's pleading titled Response to Defendant's Request for Discovery (Doc. No. 43).

1. **Plaintiff's deposition.** Defendant served a Notice for Plaintiff's deposition on August 24, 2007 to be conducted at a mutually agreeable time and date. (Doc. No. 41). Plaintiff, in her October 11, 2007 pleading states that she "is unable to schedule a deposition and submit all communications that she intends to introduce regarding her claims against defendant because she has not completed all discovery and depositions with her witnesses." (Doc. No. 43). Further, Plaintiff takes the position that she will not be able to schedule her deposition before the January 30, 2008 discovery deadline because she will not have all of the information that she intends to introduce regarding her claims against Defendant prior to that time. (*Id.*) Clearly, this position is untenable and Plaintiff entirely misunderstands the discovery process. Defendant has properly noticed Plaintiff's deposition and is entitled to conduct that deposition prior to Plaintiff taking other depositions (none of which have been discussed with defense counsel or noticed by

Plaintiff) and, certainly prior to the discovery deadline. In doing so, Defendant will gladly work with Plaintiff to find a time and date in the near future (but not at the end of discovery) that works for her schedule as well the schedules of Defendant's corporate representative and counsel.

    2. **Plaintiff's Discovery Requests.** Defendant has submitted its objections and responses to Plaintiff's first discovery requests and is working to respond to Plaintiff's second set of discovery requests in accordance with the Federal Rules of Civil Procedure. In general, many, if not most, of Plaintiff's discovery requests are entirely irrelevant to the claims at issue in this lawsuit. The only claims that remain are Plaintiff's allegations that she was discriminated against on the basis of her race and gender because a white male fulfilled her job duties after her employment with Defendant ended and that she experienced disparate treatment because other employees did not go to funerals of her family members, co-employees never threw her a birthday party and no one listened to her ideas. Defendant has provided its objections and responses to each of Plaintiff's discovery requests and has submitted responsive information and documents where the requests are reasonably calculated to lead to evidence relevant to the claims and/or defenses of the parties. Defense counsel and Plaintiff have discussed the responses and objections to Plaintiff's first discovery requests and it is Defendant's understanding and belief that there are no remaining issues with regard to those requests. Defendant will serve its objections and responses to Plaintiff's second discovery requests in accordance with the Federal Rules of Civil Procedure, but note that, like her first discovery requests, many of these requests seek information entirely irrelevant to the claims at issue and are not reasonably calculated in time, scope or subject matter to lead to evidence relevant to the claims and/or defenses in this matter.

                                                                                                              Respectfully submitted,

Dated: October 15, 2007

                                                                                    _/s/Robin Adams_
                                                            Stephen E. Brown
                                                            Robin A. Adams
                                                            Maynard Cooper & Gale, P.C.
                                                            1901 Sixth Avenue North
                                                            2400 Regions/Harbert Plaza
                                                            Birmingham, Alabama 35203

                                                            *Counsel for Defendant*
                                                            *Easter Seals Central Alabama*

## CERTIFICATE OF SERVICE

     This is to certify that I have this day, the 15th day of October, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily Jackson
605 Wesley Drive
Montgomery, Al. 36111

                                                                                    _/s/ Robin Adams_
                                                                                    OF COUNSEL