IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY JACKSON, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 2:07cv315-MEF |
| ) | |
| v. ) | |
| ) | |
| EASTER SEALS CENTRAL ALABAMA ) | |
| ) | |
| Defendant. ) | |

### RE-NOTICE OF DEPOSITION

YOU ARE HEREBY NOTIFIED that on **November 13, 2007** at **9:00 a.m.**, at the Law Offices of Maynard, Cooper & Gale, 100 North Union Street, Suite 650, Montgomery, Alabama 36104, Defendant will take the deposition of **Emily Jackson**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or other officer authorized by law to administer oaths, for the purpose of discovery, or for use as evidence, or for both purposes. Said oral examination will continue from time-to-time until completed.

Dated: October 19, 2007

/s/ Robin A. Adams
Stephen E. Brown
Robin A. Adams
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

*Counsel for Defendant*
*Easter Seals Central Alabama*

## CERTIFICATE OF SERVICE

      This is to certify that I have this 19th day of October, 2007, served the foregoing pleading by placing the same in the U. S. Mail with sufficient postage attached thereto on:

Emily Jackson
605 Wesley Drive
Montgomery, Al. 36111

_____
OF COUNSEL