IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON, )
)
Plaintiff )
)
v. ) CIVIL ACTION NO. 2:07cv315-MEF
)
EASTER SEALS OF )
CENTRAL ALABAMA, )
)
Defendant. )

**Plaintiff's Request For Interrogatories And
Request For Production Of Documents**

Plaintiff, Emily C Jackson, files this request for interrogatories and request for production of documents from defendant, Easter Seals Central Alabama. In the following interrogatories and production requests, defendant refers to Easter Seals Central Alabama and its administrators, interim administrators, and CEO. "Administrator" refers to Debbie W. Lynn, and "Interim Administrator" and "CEO" refers to Larry F. Lewis.

### Interrogatories

1. Did Easter Seals Central Alabama Interim Administrator and CEO notify its Board Members after receiving the letter dated April 26, 2006 from the Alabama Department of Economic and Community Affairs (ADECA) regarding the ending of the ACE Grant for the Micro Enterprise Program? If yes, when were the Board Members notified? If no, please explain your reasons.

2. Did Easter Seals Central Alabama Administrator, Interim Administrator and/or CEO notify its Board Members after receiving the letter dated

August 15, 2006 from the Alabama Department of Economic And Community Affairs (ADECA) regarding the ending of the ACE Grant and Micro Enterprise Program? If yes, when were the Board Members notified? If no, please explain your reasons.

3. Did Easter Seals Central Alabama Administrator notify its Board Members about the September 18, 2006 letter to the plaintiff informing her that her employment would end on September 29, 2006 due to budget cuts from the Alabama Department of Economic And Community Affairs (ADECA)? If yes, when were the Board Members notified? If no, please explain your reasons.

4. Did Easter Seals Central Alabama Administrator, Interim Administrator, and CEO meet with its Board Members to discuss the ACE Subrecipient Grant Extension dated in October of 2006 for the October 1, 2006 through March 29, 2007 grant extension period. If yes, when did the Board meet? If no, please explain your reasons.

5. Did Easter Seals Central Alabama Administrator, Interim Administrator, and CEO meet with its Board Members to discuss hiring William D. Haynes as an independent contractor for the ACE Micro Enterprise Program from October 1, 2006 through March 29, 2007? If yes, when did the Board meet? If no, please explain your reasons.

6. Did Easter Seals Central Alabama Administrator schedule a Staff Meeting for September 2006? If no, please explain your reasons.

7. Did Easter Seals Central Alabama Administrator schedule a Staff Meeting for October 2006? If no, please explain your reasons.

8. Did Easter Seals Central Alabama have written Human Resource (HR) Policies in 2006 and 2007? If no, please explain your reasons.

9. Did Easter Seals Central Alabama have written Pay Policies in 2006 and 2007? If no, please explain your reasons.

10. Did Easter Seals Central Alabama complete and submit subcontractors' filing requirements to the Equal Employment Opportunity Commission (EEOC) during 2006 and 2007? If no, please explain your reasons.

11. Did Easter Seals Central Alabama complete and submit subcontractors' filing requirements to the Office of Federal Contract Compliance (OFCC) for the ACE Micro Enterprise Program Grant during 2006 and 2007? If no, please explain your reasons.

12. Did Easter Seals Central Alabama verify and obtain a copy of William D. Haynes' City of Montgomery Business License to operate as an independent contractor for the ACE Micro Enterprise Program Grant in 2006 and 2007? If no, please explain your reasons.

13. Did Easter Seals Central Alabama verify and obtain a copy of William D. Haynes' proof of professional liability insurance as an independent contractor for the ACE Micro Enterprise Program in 2006 and 2007? If no, please explain your reasons.

14. Did Easter Seals Central Alabama verify and obtain a copy of William D. Haynes' proof of general liability insurance as an independent

contractor for the ACE Micro Enterprise Program in 2006 and 2007? If no, please explain your reasons.

15. Did Easter Seals Central Alabama purchase general and/or professional liability insurance coverage from the ACE Grant for the Micro Enterprise Program in 2006 and 2007? If no, please explain your reasons.

16. Did Easter Seals Central Alabama withdraw funds from the ACE Grant to pay for computer software, office equipment, office supplies, training, utilities, and rent expenses for the Micro Enterprise Program between October 1, 2006 and March 31, 2007?

17. Did Easter Seals Central Alabama withdraw funds from the ACE Grant to pay for computer software, office equipment, office supplies, training, utilities, and rent expenses <u>other than those specified in the ACE Grant for the Micro Enterprise Program</u> between October 1, 2006 and March 31, 2007? If yes, please explain what expenses were withdrawn from the ACE Grant other than those specified for the Micro Enterprise Program and explain reasons.

18. What are Easter Seals Central Alabama's total net worth, total net assets, and total net liabilities for 2006 and 2007?

**Production of Documentation Request**

1. Please submit a copy of Easter Seals Central Alabama Organizational Chart for 2006 and 2007.

4

2. Please submit a copy of Easter Seals Central Alabama Board Meeting Attendance Roster & Minutes for May 2006, July 2006, September 2006, and November 2006. If Board Meetings were not held during the foregoing months, please submit a copy of its Board Meeting Attendance Roster & Minutes for June 2006, August 2006, and October 2006.

3. Please submit a copy of the April 26, 2006 letter from the Alabama Department of Economic And Community Affairs to Easter Seals Central Alabama regarding the ending of the ACE Grant and Micro Enterprise Program.

4. Please submit a copy of Easter Seals Central Alabama September 2006 Monthly Staff Meeting.

5. Please submit a copy of Easter Seals Central Alabama October 2006 Monthly Staff Meeting.

6. Please submit a copy of Easter Seals Central Alabama Human Resource (HR) Policies for 2006 and 2007.

7. Please submit a copy of Easter Seals Central Alabama Pay Policies for 2006 and 2007.

8. Please submit a copy of your receipt and approval notice from the Equal Employment Opportunity Commission (EEOC) for completion of Federal Grant subcontractor's requirements.

9. Please submit a copy of your receipt and approval notice from the Office of Contract Compliance (OFCC) for completion of Federal Grant subcontractor's requirements.

10. Please submit a copy of William D. Haynes' City of Montgomery Business License.

11. Please submit a copy of William D. Haynes' proof of general and professional liability insurance coverage.

12. Please submit a copy of Easter Seals Central Alabama Yearly Payroll Summary Report for the years ending 2006 and 2007.

13. Please submit a copy of William D. Haynes' 1099 for 2006 and 2007.

14. Please submit a copy of Easter Seals Central Alabama 2006 and 2007 Annual Profit And Loss Statements.

15. Please submit a copy of Easter Seals Central Alabama 2006 and 2007 Year End Balance Sheets.

*Emily C. Jackson*
Emily C. Jackson, Pro Se

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 1<u>st</u> day of November 2007 that the information contained in this correspondence to the court is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, (pro se)