IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **EMILY JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:07cv315-MEF |
| | ) | |
| v. | ) | |
| | ) | |
| **EASTER SEALS CENTRAL ALABAMA,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY REQUEST

COMES NOW the Defendant, and gives notice of the service upon Plaintiff of a letter dated November 1, 2007 requesting Plaintiff to provide an Authorization for the Release of Records from the Department of Veteran Affairs, attached hereto as Exhibit A.

/s/ Robin A. Adams
Robin A. Adams
One of the Attorneys for Defendant

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 fax

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day, the 2nd day of November, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily C. Jackson
605 Wesley Drive
Montgomery, Al. 36111

                                            /s/ Robin A. Adams
                                            OF COUNSEL

Case 2:07-cv-00315-MEF-CSC    Document 54-2    Filed 11/02/2007    Page 2 of 2



**MAYNARD COOPER & GALE** PC
ATTORNEYS AT LAW

Robin A. Adams
DIRECT: (205) 254-1105
EMAIL: radams@maynardcooper.com

November 1, 2007

**VIA FEDERAL EXPRESS**

Ms. Emily C. Jackson
605 Wesley Drive
Montgomery, AL 36111

Re: **Emily Jackson v. Easter Seals Central Alabama**
    **Case Number: 2:07cv315-MEF**

Dear Ms. Jackson:

Your discovery responses reflect that during your employment with Defendant you were seeking entitlement to benefits from the Department of Veteran Affairs for total disability based on individual unemployability. Enclosed is an Authorization for the Release of Records from the Department of Veteran Affairs. Please provide your notarized signature and return the Release to me as soon as possible in the enclosed self-addressed, stamped envelope.

Thank you for your attention to this matter.

Yours truly,

Robin A. Adams

RAA/dsl
Enclosures

cc: Stephen E. Brown, Esq.

1901 SIXTH AVENUE NORTH   2400 AMSOUTH/HARBERT PLAZA   BIRMINGHAM, ALABAMA 35203-2618   205.254.1000   FAX 205.254.1999

WWW.MAYNARDCOOPER.COM

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:07-cv-315-MEF |
| EASTER SEALS OF CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## AUTHORIZATION FOR THE RELEASE OF RECORDS FROM THE DEPARTMENT OF VETERAN AFFAIRS

I, Emily C. Jackson, date of birth: ▇▇▇▇, social security number: ▇▇▇▇ hereby authorize attorney, Robin A. Adams, Maynard Cooper & Gale, P.C., 1901 6th Avenue North, Suite 2400, Birmingham, AL 35203, to obtain any and all military personnel records, including, but not limited to, employee's personnel file, applications for employment, state and federal income tax withholding forms, payroll history, 401K information, evaluations, counseling, disciplinary action records, discharge summary, health and benefit records, and any correspondence files which I may have with the DEPARTMENT OF VETERAN AFFAIRS, and said records may be directly released to them.

I hereby release DEPARTMENT OF VETERAN AFFAIRS from any liability for said release of records to said attorney.

Dated this _____ day of November 2007.


_____
Emily C. Jackson


Sworn to and subscribed before me
on this _____ day of _____ 2007.


_____
Notary Public
My Commission Expires _____