**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

EMILY JACKSON,                          )
                                        )
        Plaintiff,                      )        Civil Action No. 2:07cv315-MEF
                                        )
v.                                      )
                                        )
EASTER SEALS CENTRAL ALABAMA,           )
                                        )
        Defendant.                      )

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

COMES NOW the Defendant, and gives notice of the service upon Plaintiff of a letter

dated November 5, 2007 providing Plaintiff with requested discovery documents, attached hereto

as Exhibit A.

                                        /s/ Robin A. Adams
                                        Robin A. Adams
                                        One of the Attorneys for Defendant

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 fax

## CERTIFICATE OF SERVICE

This is to certify that I have this day, the 5th day of November, 2007, served the foregoing pleading by placing the same in U. S. Mail with sufficient postage attached on:

Emily C. Jackson
605 Wesley Drive
Montgomery, Al. 36111

/s/ Robin A. Adams
OF COUNSEL





**MAYNARD COOPER**
**& GALE** PC
ATTORNEYS AT LAW

Robin A. Adams
DIRECT: (205) 254-1105
EMAIL: radams@maynardcooper.com

November 5, 2007

Ms. Emily C. Jackson
605 Wesley Drive
Montgomery, AL  36111

> Re:    **Emily Jackson v. Easter Seals Central Alabama**
>         **Case Number: 2:07cv315-MEF**

Dear Ms. Jackson:

Pursuant to our conversation on October 31, 2007, enclosed are the following documents Bates-labeled Jackson/ESCA 0030 – 0040 which incude:

(1)    a copy of Mr. Haynes' 1099 for 2006. (the 1099s for 2007 have not yet been generated); and

(2)    a copy of the October 2006 Staff Meeting Minutes and attendee roster.

Defendant is also producing a copy of the Micro Enterprise Program Budget prepared prior to Ms. Cooper's resignation.

I have verified with Defendant that there are no documents reflecting the official Minutes for the September 2006 Staff Meeting nor an attendee roster in its files.

Yours truly,

Robin A. Adams

RAA/dsl
Enclosures

cc:    Stephen E. Brown, Esq.