IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION    RECEIVED

| | | |
|---|---|---|
| EMILY C. JACKSON, | ) | 2007 NOV -7  A 10: 22 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv315-MEF |
| | ) | |
| EASTER SEALS OF | ) | |
| CENTRAL ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**Motion To Subpoena Production of Documents**

Plaintiff files this motion to subpoena production of documents from the Alabama Department of Economic And Community Affairs (ADECA) Workforce Development Division (WDD) regarding the Alabama Customized Employment (ACE) Grant for the Micro Enterprise Program at Easter Seals Central Alabama as follows:

1. A copy of the April 26, 2006 letter from the Alabama Department of Economic And Community Affairs to Easter Seals Central Alabama stating that the ACE Grant for the Micro Enterprise Program would be ending September 29, 2006.

2. A copy of the original Subrecipient Grant Agreement between the Alabama Department of Economic And Community Affairs Workforce Development Division and Easter Seals Central Alabama dated October 2006 with the Authorized and Official Signature Page included.

3. A copy of the amended Subrecipient Grant Agreement between the Alabama Department of Economic And Community Affairs Workforce Development Division and Easter Seals Central Alabama dated March 12, 2007 with the Authorized and Official Signature Page included.

4. A copy of the statistics (spread sheets) and email messages identifying the success of the ACE Micro Enterprise Program that ADECA WDD required from Easter Seals Central Alabama in its consideration for a "no cost extension" that was submitted to ADECA by Susan McKim.

5. A copy of the email messages and attachments from Tammy Farmer and Susan McKim regarding the ACE budgets for the Micro Enterprise Program at Easter Seals Central Alabama dated August 31, 2006, September 11, 2006, and October 9, 2006.

6. A copy of the ACE Micro Enterprise Program's Quarterly Summary Reports that ADECA required from Easter Seals Central Alabama which were submitted to Tammy Farmer:

   a. **Fiscal Year 2006-3rd Quarter Summary Report** covering the months for July, August, and September.

   b. **Fiscal Year 2007-1st Quarter Summary Report** covering the months for October, November, and December.

   c. **Fiscal Year 2007-2nd Quarter Summary Report** covering the months for January, February, and March.

Emily C. Jackson

Emily C. Jackson, Pro Se

2

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certification of Service

I, Emily C. Jackson, do hereby certify on this 7th day of November 2007 that the

information contained in this correspondence to the court is accurate and true to the best

of my abilities, and that I have submitted a copy of this document by the United States

Postal Service Regular Mail to the following:

Claudia Smith, Esq.
Alabama Department of Economic And
Community Affairs-ADECA Legal Division
401 Adams Street, PO BOX 5690
Montgomery, Alabama 360103-5690

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Emily C. Jackson, Pro Se

3