IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the November 7, 2007, motion to subpoena production of documents (doc. # 57) filed by the plaintiff. The plaintiff requests that this court issue a subpoena for the production of documents from the custodian of records at the Alabama Department of Economic and Community Affairs Workforce Development Division. Pursuant to FED.R.CIV.P. 45(a)(3), it is not necessary for the court to issue a subpoena; the plaintiff may request that the Clerk issue a subpoena, signed but otherwise in blank to the plaintiff, who shall complete it before service.

Accordingly, upon consideration of the motion, it is

ORDERED that the motion to subpoena production of documents be and is hereby DENIED.

Done this 9th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE