IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| EMILY C. JACKSON | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07cv315-MEF |
| EASTER SEALS OF CENTRAL ALABAMA | ) |
| Defendants, | ) |

RECEIVED
2007 DEC 14 P 12: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Emily C. Jackson, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/14/2007
Date

(Signature)
**Emily C. Jackson, Pro Se**
(Counsel's Name)
**Emily C. Jackson**
Counsel for (print names of all parties)
605 Wesley Drive
Montgomery, Alabama 36111
Address, City, State Zip Code
(334) 288-4675
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Emily C. Jackson__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __United States Regular Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __14__ day of __December__ 20_07_, to:

Robin A. Adams, One of the Attorneys for Defendant, Easter Seals Central Alabama

Stephen E. Brown, One of the Attorneys for Defendant, Easter Seals Central Alabama

OF COUNSEL:

Maynard, Cooper & Gale, PC

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

(205) 254-1000 Office, (205) 254-1999 Fax

12/14/2007
Date

*Emily C. Jackson*
Signature