IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**EMERGENCY MOTION TO RESTATE CHARGES**

COMES NOW, Emily C. Jackson, plaintiff in the above captioned case, files this motion to restate her charges against Easter Seals Central Alabama, defendant, based on a comprehensive analysis and review of old and new evidence collected and produced during discovery. The Personal Services Agreement between Easter Seals Central Alabama and William D. Haynes supports plaintiff's charge of pay discrimination. Defendant's December 2, 2005 Accounting Records/Requisition Form, plaintiff's December 5th and 9th of 2005 Notifications Of Fraud, and the Alabama Department Of Economic And Community Affairs' production of documents, support plaintiff's claim against defendant for fraud. This and other compelling evidence supports plaintiff's motion to restate her charges against defendant, Easter Seals Central Alabama, and has been filed with the court, **under seal**, and is immediately available for review by the U.S. Chief District Court And Magistrate Judges. Further production requests from the U.S. Department Of Labor and the U.S. Social Security Administration will support plaintiff's motion to restate her charges against defendant. Subpoenas for production of additional documents from the U.S. Department Of Labor and the U.S. Social Security

Administration have been mailed and will be available as soon as evidence is received by plaintiff.

After further review of old and new evidence, plaintiff files this motion to restate her charges against defendant, Easter Seals Central Alabama as follows:

1. Racial Discrimination
2. Gender Discrimination
3. Pay Discrimination
4. Wrongful Termination
5. Fraud

There are five total charges in plaintiff's restatement of charges against defendant, Easter Seals Central Alabama. As a result of plaintiff's old and new evidence and her restatement of charges against the defendant, total damages have been recalculated and resubmitted, along with plaintiff's evidence filed under seal, separately, to Defense Counsels Robin A. Adams and Stephen E. Brown, in compliance with the Court's Scheduling Order and Protective Order (Document Numbers 30 and 34).

*Emily C. Jackson*
Emily C. Jackson, Pro Se

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this 28<u>th</u> day of December 2007 that the pleadings in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Priority Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se