IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMILY C. JACKSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:07cv315-MEF |
| | ) | |
| EASTER SEALS OF | ) | |
| CENTRAL ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FOURTH REQUEST FOR
PRODUCTION OF DOCUMENTS**

COMES NOW, Emily C. Jackson, plaintiff in the above captioned case, and files this request for the production of defendant's Employment Practices Liability Insurance Policy from the National Union Fire Insurance Company of Pittsburgh, PA, which was filed as Defendant's Initial Disclosures and was served to plaintiff on June 29, 2007.

*Emily C. Jackson*
Emily C. Jackson, Pro Se

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this 28th day of December 2007 that the pleadings in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Priority Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se