IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMILY C. JACKSON, | ) | 2007 DEC 28  A 8: 53 |
| | ) | |
| Plaintiff | ) | DEBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| v. | ) | CIVIL ACTION NO. 2:07cv315-MEF |
| | ) | |
| EASTER SEALS OF | ) | |
| CENTRAL ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**EMERGENCY MOTION TO FILE EVIDENCE UNDER SEAL**

COMES NOW**,** Emily C. Jackson, the plaintiff in the above captioned case, and files this motion to submit the following evidence, **under seal**, which is protected under the Court's Protective Order, (Document No. 34).

1. Defendant's Personal Services Agreement Between Easter Seals Central Alabama And William D. Haynes.

2. The Alabama Department Of Economic And Community Affairs' Production Of Documents.

3. Plaintiff's Compensatory, Punitive, & Pecuniary Damages List.

4. Plaintiff's Compensatory Damages Spread Sheet.

5. Plaintiff's 2006 Internal Revenue Service Tax Returns.

6. Plaintiff's 2006/2007 Proof Of Income.

7. Defendant's December 2, 2005 Requisition Form.

8. Defendant's December 5, 2005 Office Depot Order Statement.

9. Plaintiff's December 5, 2005 Notification Of Fraud.

10. Plaintiff's December 9, 2005 Notification Of Fraud.

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## **Certificate of Service**

I, Emily C. Jackson, do hereby certify on this 28th day of December 2007 that the

pleadings in the foregoing are accurate and true to the best of my abilities, and that I have

submitted a copy of this document by the United States Postal Service Priority Mail to

the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*

Emily C. Jackson, Pro Se

2