IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND REQUEST FOR INTERROGATORIES AND
FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW, Emily C. Jackson, the plaintiff in the above-captioned case, and files a second request for interrogatories and a fifth request for production of documents from the defendant, Easter Seals Central Alabama. "Defendant" refers to "Easter Seals Central Alabama," "Easter Seals," "Easter Seals Management Personnel," Debbie Lynn," "Larry F. Lewis," and/or "Susan McKim."

### Interrogatories

1. Did plaintiff resign from her position as a micro enterprise specialist during her employment with the defendant, Easter Seals Central Alabama? Yes or No. If yes, please explain how, when, and where plaintiff resigned.

2. Did the defendant receive a written statement from the plaintiff with the inscription, "I resign?" Yes or No.

3. Did the defendant receive a written statement from the plaintiff with the inscription, "I am resigning?" Yes or No.

4. Did the defendant receive a written statement from the plaintiff with the

inscription, "I am resigning to start my own business?" Yes or No.

5. Did the defendant receive a written statement from the plaintiff with the inscription, "I am resigning to start my own management consulting business?" Yes or No.

6. Did Debbie Lynn, Administrator, Easter Seals Central Alabama, notify the plaintiff in writing that her position as a micro enterprise specialist and her employment with the defendant would end on September 29, 2006 due to budget cuts from ADECA? Yes or No. If yes, when was the plaintiff notified.

7. Did Larry F. Lewis, former CEO/Interim Administrator, Easter Seals Central Alabama, notify plaintiff in writing that her position as a micro enterprise specialist and her position with the defendant would end on September 29, 2006 due to budget cuts from ADECA? Yes or No. If yes, when did Mr. Lewis notify plaintiff?

8. Did Debbie Lynn, Administrator, Easter Seals Central Alabama, sign an Involuntary Unemployment Insurance Claim Form for the plaintiff? Yes or No.

9. Did Debbie Lynn, Administrator, Easter Seals Central Alabama, offer plaintiff a job after Cassandra Cooper, former micro enterprise specialist, submitted her letter of resignation? Yes or No.

10. Did Debbie Lynn, Administrator, Easter Seals Central Alabama, offer plaintiff a job after Cassandra Cooper, former micro enterprise specialist, resigned? Yes or No.

*Emily C. Jackson*
Emily C. Jackson, Pro Se

## **Production Of Documents**

1. Please provide a copy of a written statement that the plaintiff submitted, which contains the inscription, **"I resign,"** to notify the defendant that she was resigning from her position as a micro enterprise specialist.

2. Please provide a copy of a written statement that the plaintiff submitted, which contains the inscription, **"I am resigning,"** to notify the defendant that she was resigning from her position as a micro enterprise specialist.

3. Please provide a copy of a written statement that the plaintiff submitted, which contains the inscription, **"I am resigning to start my own business,"** to notify the defendant that she was resigning from her position as a micro enterprise specialist to start her own business.

4. Please provide a copy of a written statement that the plaintiff submitted, which contains the inscription, **"I am resigning to start my own management consulting business,"** to notify the defendant that she was resigning from her position as a micro enterprise specialist to start her own management consulting business.

5. Please provide a copy of the defendant's written **Offer of Employment** that was given to the plaintiff after Cassandra Cooper, former micro enterprise specialist, submitted her letter of resignation.

6. Please provide a copy of the defendant's written **Offer of Employment** that was given to the plaintiff after Cassandra Cooper, former micro enterprise specialist, resigned.

*Emily C. Jackson*
Emily C. Jackson, Pro Se

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this <u>11th</u> day of January 2008 that the pleadings in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se