IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

On December 28, 2007, the plaintiff filed an emergency motion for leave to file evidence under seal (Doc. No. 68) and an emergency motion to restate charges (Doc. No. 66). The court construes the motion to restate as a motion to amend the complaint. Oral argument was held on January 14, 2008. Upon consideration of the motions, it is

ORDERED as follows:

(1) The motion to amend be and is hereby DENIED. (Doc. No. 66.) The plaintiff has been allowed to amend her complaint once and these claims come too late in the proceeding.

(2) The emergency motion for leave to file evidence under seal be and is hereby DENIED at this time. (Doc. No. 68.)

Done this 16th day of January, 2008.

                                                 /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE