IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**OBJECTIONS TO DEFENDANT'S SECOND INTERROGATORIES**

COMES NOW, Emily C. Jackson, the plaintiff in the above captioned case, and files the following objections to defendant's Second Interrogatories filed on January 18, 2008:

1. **Interrogatory:** Please provide all contact information you have regarding Cassandra Cooper's whereabouts. This request includes, but is not limited to, any information regarding her current location, address, telephone number (home, cell, office, etc.), email address, current place of employment or business and/or any other means or methods by which we could contact her.

    **Objection:** The plaintiff objects to the defendant's request for all contact information regarding Cassandra Cooper's whereabouts because the plaintiff had the same contact information as the defense counsel which was Ms. Cooper's office address and telephone number. In addition, discovery for the above captioned-case began after the September 11, 2007 Status Conference. Thereafter, defense Counsel Robin A. Adams did not notify the plaintiff or Ms. Cooper about her plans to depose Ms. Cooper in September, October, November, and December of 2007, during the time that Ms. Cooper resided in

       Montgomery, Alabama. Defense Counsel Adams abruptly decided to depose Cassandra Cooper, mailed subpoenas to Ms. Cooper and the plaintiff on January 4, 2008, and scheduled a deposition for Ms. Cooper on January 18, 2008, without contacting Ms. Cooper and confirming her availability for this date. When Ms. Cooper did not respond to defense counsel's subpoena and phone calls, Leah Burrus, Paralegal, made one contact to the plaintiff on January 11, 2008 leaving a voice message stating that their attempts to contact Ms. Cooper were unsuccessful. During the January 14, 2008 Argument, upon the request of Defense Counsel Stephen E. Brown, the Magistrate Judge asked the plaintiff to provide the defense with Ms. Cooper's contact information. Immediately after Court recessed, the plaintiff contacted Ms. Cooper's office and left a voice mail message asking Ms. Cooper to call her back. On January 22, 2008, Ms. Cooper contacted the plaintiff, and the plaintiff immediately contacted Attorney Robin A. Adams and left Ms. Cooper's cell phone number on her voice mail message. On January 25, 2008, a deposition for Cassandra Cooper was scheduled for January 29, 2008, and the plaintiff received this scheduling notification by USPS Certified Mail on January 26, 2008.

2.    **Interrogatory:** Please state the last time you had any contact with Cassandra Cooper and describe in detail when, where, and how this communication took place and describe, in detail, what was discussed.

       **Objection:** Plaintiff objects to this request because it is overly broad and irrelevant to evidence leading to the facts in this case.

*Emily C. Jackson*
                               Emily C. Jackson, Pro Se

2

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this 29th day of January 2008 that the pleadings in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

_Emily C. Jackson_
Emily C. Jackson, Pro Se