IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
RECEIVED NORTHERN DIVISION

EMILY C. JACKSON,                          )
                                           )
        Plaintiff                          )
                                           )
v.                                         )    CIVIL ACTION NO. 2:07cv315-MEF
                                           )
EASTER SEALS OF                            )
CENTRAL ALABAMA,                           )
                                           )
        Defendant.                         )

2008 JAN 30  A 11: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO COMPEL

COMES NOW, Emily C. Jackson, the plaintiff in the above-captioned case, and files this motion to compel defendant to respond to the following interrogatories and production requests:

### <u>Outstanding Production Requests</u>

1. On September 18, 2006, Easter Seals Central Alabama Staff Meeting was conducted by Debbie Lynn, Administrator. On September 17th, 20th, and 28th of 2007 and on November 1st of 2007, plaintiff requested a copy of the **"September 2006 Easter Seals Central Alabama (ESCA) Staff Meeting: Attendance Roster & Written Minutes."** The extension and availability of Federal Funds for the Alabama Customized Employment (ACE) Grant for one micro enterprise specialist was discussed. The plaintiff's termination on September 29, 2006 was also discussed.

2. On May 2, 2007, Easter Seals Central Alabama Board Meeting was held. On September 17th, 20th, and 28th of 2007, plaintiff requested a copy of the **"May 2007 ESCA Board Meeting: Attendance Roster & Written Minutes."** The availability of Federal Funds for the Alabama Customized Employment (ACE) Grant was discussed. The plaintiff's termination on September 29, 2006 was also discussed.

3.  On November 1, 2007, plaintiff requested **a copy of William D. Haynes' 1099 for 2007.**
    Defendant hired Mr. Haynes as an independent contractor, for Easter Seals Central
    Alabama's ACE Micro Enterprise Program on October 1, 2006, after terminating plaintiff
    on September 29, 2006.  Proof of income paid in 2007 to Mr. Haynes is needed to verify
    income and salary expenses withdrawn from the Alabama Customized Employment
    (ACE) Grant.

### Interrogatories And Production Requests

1.  Response to Plaintiff's Second Request For Interrogatories And Fifth Request For
    Production Of Documents filed on January 11, 2008 is needed as follows:

    a.  Copies of statements that plaintiff submitted to defendant verifying plaintiff's
        notification to defendant that she was resigning.

    b.  Copies of defendant's Written Offer Of Employment submitted to plaintiff
        verifying that defendant offered plaintiff a job after Cassandra Cooper submitted
        her letter of resignation and after Ms. Cooper resigned.

### Filing Of Specific Objections Only

1.  Defendant's Specific Objections Only to plaintiff's Fourth Production Request were not
    filed in compliance with the Court's Scheduling Order on January 10, 2008.  Only its
    General Objectives were filed.  Because Defendant's Specific Objections were not filed,
    plaintiff believed that she would not be receiving her production request for defendant's
    Employment Practices Liability Insurance Policy.  That is why, during the January 14,
    2008 Argument, plaintiff notified the Court about defendant's objection to her request.

Emily C. Jackson, Pro Se

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## **Certificate of Service**

I, Emily C. Jackson, do hereby certify on this 30th day of January 2008 that the pleadings

in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy

of this document by the United States Postal Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Emily C. Jackson, Pro Se