IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 FEB 28 P 4: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )       CIVIL ACTION NO. 2:07cv315-MEF
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

## MOTION FOR SUMMARY JUDGMENT

### I. Introduction

COMES NOW, Emily C. Jackson, the plaintiff, in the above-captioned case, and

files this motion for a summary judgment in her disparate treatment and wrongful

termination claims against the defendant, Easter Seals Central Alabama, based on race

and gender discrimination.  As a result, defendant violated her civil rights under Title VII

of the Civil Rights Act of 1964, *42 United States Code 1981, (Pub. L. 102-166), 42*

*U.S.C. Section 2000-e, 29 Code of Federal Regulations 31, 29 CFR 1604.1-9, 29 CFR*

*1607.*  Plaintiff supports her motion for a summary judgment based on **a)** evidence

leading to the facts in this case,  **b)** violations of the implied covenant of good faith and

fair dealing, **c)** satisfaction of the *prima facie case* for race discrimination, *McDonnell*

*Douglas Corp. v. Green*, 411 U.S. 792 (1973), **d)** satisfaction of the *prima facie case* for

gender discrimination, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973),

*Goodstein & McCauley v. Bombardier Capital Inc., Lortie, Murphy, Odon, & Felder,*

2:94cv110 (1995), **e)** racial make-up at Easter Seals Central Alabama, **f)** violations of

Mission Statement and Values, and **g)** the U.S. Supreme Court's test for termination.


SCANNED
KW 2/28/08

## II. Background Information

The plaintiff, Emily C. Jackson, a Black, African-American, female, was employed with the defendant, Easter Seals Central Alabama, as a micro enterprise specialist from September 14, 2004 through September 29, 2006.  The plaintiff worked in the defendant's Micro Enterprise Program, which was Federally Funded by the Office Of Disability Employment Policy (ODEP) for the Alabama Customized Employment (ACE) Grant.  The ACE Grant was awarded to the Alabama Department Of Economic And Community Affairs (ADECA); and, the defendant was a subrecipient of the ACE Grant.

The defendant, Easter Seals Central Alabama, gave the plaintiff, Emily C. Jackson, three written letters notifying her that, due to budget cuts from ODEP and/or ADECA, the Micro Enterprise Program and her position would be ending on September 29, 2006.  However, the Program did not end until March 31, 2007.  On September 29, 2006, the defendant wrongfully terminated the plaintiff based on race and gender because two days later, on October 1, 2006, the defendant hired William D. Haynes, a White, Caucasian, male, as an independent contractor for the Micro Enterprise Program.

## III. Plaintiff's Burden of Proof

1. The defendant, Easter Seals Central Alabama, gave the plaintiff, Emily C. Jackson, three written notifications informing her about budget cuts from ODEP and/or ADECA and that the Micro Enterprise Program and her position as a micro enterprise specialist would be ending on September 29, 2006.  The written notifications were dated March 23, 2006 **(Plaintiff's Exhibit 1)**, August 15, 2006 **(Plaintiff's Exhibit 2)**, and September 18, 2006 **(Plaintiff's**

**Exhibit 3)**. These written notifications are consistent with and supportive of the plaintiff's claims that she never resigned and that she was terminated from her position as a micro enterprise specialist.

2. Approximately March or April of 2006, Larry F. Lewis, former Interim Administrator/CEO and Dr. Susan McKim, former Administrator/Executive Director, met with the plaintiff and Cassandra Cooper, former micro enterprise specialist. During the meeting, the plaintiff and Ms. Cooper were informed that the Micro Enterprise Program would be ending on September 29, 2006, however, that they were seeking a "no cost extension" to sustain the Program another year **(Plaintiff's Exhibit 1)**. Based on the information that the defendant's managers gave during this meeting, the plaintiff believed that she would have a job if the "no cost extension" was approved. Between this meeting and August of 2006, Susan McKim requested statistical information from the plaintiff and Cassandra Cooper to support the "no cost extension" by showing how successful the Micro Enterprise Program had been; and, they provided this information to her.

3. On August 15, 2006, Larry F. Lewis gave two written notices to Eileen Bennett, former Administrative Assistant, to give to the plaintiff and Cassandra Cooper. Mrs. Bennett gave Ms. Cooper her notice and left the plaintiff's notice on her desk. Plaintiff's notice stated that ADECA's efforts to seek a "no cost extension" had failed, and that her employment would end on September 29, 2006 **(Plaintiff's Exhibit 2).** However, on August 31, 2006, Susan McKim received an email message from Tammy Farmer that the

3

ACE Grant had been approved for a six month extension. At this juncture, the

defendant, Easter Seals Central Alabama, and its managers, were notified that

the "no cost extension" for the ACE Grant had been approved, and it was their

responsibility to inform the plaintiff. Again, based on the information given

to the plaintiff when she attended the meeting with Larry F. Lewis, Susan

McKim, Cassandra Cooper, the plaintiff believed that she would have a job

for at least six more months if the "no cost extension" for the ACE Grant had

been approved. When the defendant's managers did not inform the plaintiff

that the ACE Grant for the Micro Enterprise Program had been extended for

six months and that her employment would continue through the end of the

Grant extension, as they had promised in their March/April 2006 Meeting,

they breached the implied covenant of good faith and fair dealing. Also, their

breach of the implied covenant of good faith and fair dealing is an exception

to the defendant's Employment-At-Will Policy **(Plaintiff's Exhibit 2-A)**.

4.  On September 11, 2006, Susan McKim sent an email message and the ACE

Budget in an attachment to Tammy Farmer at the Alabama Department Of

Economic And Community Affairs **(Plaintiff's Exhibits 4 & 5)**. This email

message and budget supports the plaintiff's statements that the Micro

Enterprise Program did not end on September 29, 2006, and that there was

enough money for the salaries of 2 Micro Enterprise Specialists. The plaintiff,

unaware that the ACE Grant had been extended, submitted a letter to Debbie

Lynn, Administrator of Easter Seals Central Alabama, dated September 11,

2006 to open communications with her about her employment. In Paragraph

4, the plaintiff stated, "Since I have not been notified that there are any employment opportunities for me here at Easter Seals, I will need time to transition to a new career." This statement supports plaintiff's claim that she never resigned from her position as a micro enterprise specialist as the defendant alleged. Also, the defendant's allegations that the plaintiff resigned and elected to leave are inconsistent with the plaintiff's letter dated September 11, 2006, because no where in her letter did she state that she was resigning. Additionally, the defendant's managers had been notified on August 31, 2006 that the "no cost extension" for the ACE Grant had been approved for six months. When the plaintiff submitted her letter dated September 11, 2006, unaware that the extension had been approved, it was Debbie Lynn's responsibility to inform the plaintiff that ACE Grant had been extended and that her job would continue because Larry Lewis and Susan McKim made a promise, an implied covenant of good faith and fair dealing, to continue the plaintiff's employment if the Grant was extended (**Plaintiff's Exhibit 6**).

5. On September 12, 2006, Debbie Lynn, Administrator, Easter Seals Central Alabama, met with the plaintiff and Cassandra Cooper, former micro enterprise specialist, and informed them that the Micro Enterprise Program had been extended for six months, but that there was a problem funding the full-time micro enterprise specialist's positions. Mrs. Lynn's statement that there was a problem funding the full-time micro enterprise specialists is inconsistent with the September 11, 2006 email message and attached budget between Susan McKim and Tammy Farmer, which showed a salary expense

for 2 Micro Enterprise Specialists at $31,720.56 **(Plaintiff's Exhibits 4 & 5)**. This amount covered the plaintiff and Cassandra Cooper's salary for the six-month extension. Also, by Mrs. Lynn stating that there was a problem funding the full-time micro enterprise specialist's positions, she was not dealing with the plaintiff fairly and in good faith because she was aware that there was enough money in the budget to cover the salary of Cassandra Cooper and the plaintiff for six months. Therefore, she breached an implied covenant of good faith and fair dealing with the plaintiff by telling her that there was a problem funding the full-time micro enterprise specialist's positions when there was a 6-month salary of $15,860.28 remaining for her.

6. On September 18, 2006, Debbie Lynn, Administrator, met with the plaintiff, Emily C. Jackson, and told her that the Customized Grant which funded the Micro Enterprise Program had been extended for six months, however, that there was only enough money for one full-time micro enterprise specialist, and that Cassandra Cooper would be staying. Mrs. Lynn's statement that there was only enough money for one full-time micro enterprise specialist is inconsistent with the September 11, 2006 email message and attached budget between Susan McKim and Tammy Farmer, which showed a salary expense of $31,720.56 for 2 Micro Enterprise Specialists. By stating that there was only enough money for one micro enterprise specialist, she breached the implied covenant of good faith and fair dealing because there was enough money for two full-time micro enterprise specialists. During the meeting, Mrs. Lynn also told the plaintiff that she had received her letter of resignation.

Then, she proceeded to hand her an envelop. The plaintiff immediately

responded, "I did not resign." "My letter was not a letter of resignation."

Mrs. Lynn replied, "You're Right," and called Eileen Bennett into the office

and told her to rewrite the plaintiff's letter because she did not resign and that

her position had been eliminated due to budget cuts from ADECA. Mrs. Lynn

also assisted Mrs. Bennett in rewriting the plaintiff's termination letter dated

September 18, 2006 to ensure that it did not state that the plaintiff had

resigned. Mrs. Lynn's statement that the plaintiff resigned is inconsistent with

the September 18, 2006 termination letter that she gave to the plaintiff

**(Plaintiff's Exhibit 3)**, *42 U. S. C. 1981, Civil Rights Act of 1964, Equal*

*Rights Act, 42 U.S.C. Section 2000-e, Civil Rights Act of 1991 (Pub. L. 102-*

*166), 29 CFR 31, Nondiscrimination In Federally Assisted Programs of the*

*Department of Labor, 29 CFR 1604.1-9, Guidelines On Discrimination*

*Because Of Sex, 29 CFR 1607, Employee Selection Procedures*. The plaintiff

also stated that she had purchased involuntary unemployment insurance on

one of her loans. Also, Mrs. Lynn's statement that the plaintiff resigned is

inconsistent with the plaintiff's letter dated September 11, 2006, Paragraph 4,

"Since I have not been notified that there are any employment opportunities

for me here at Easter Seals, I will need time to transition to a new career"

**(Plaintiff's Exhibit 6)**. If Mrs. Lynn claimed that the plaintiff resigned,

which she never did, then she wouldn't have rewritten the plaintiff's letter to

state otherwise. She also wouldn't have told Mrs. Bennett to rewrite the

plaintiff's letter because her position had been eliminated due to budget cuts

from ADECA if this was not true.

7.  On September 18, 2006, Debbie Lynn also held a Staff meeting in Easter

Seals Central Alabama's Conference Room.  During the Staff meeting, Mrs.

Lynn stated that there were budget cuts from ADECA, that there was only

enough money for one full-time micro enterprise specialist, that Cassandra

Cooper would be staying, and that the plaintiff would be leaving.  Mrs. Lynn's

statement to the staff that there was only enough money for one full-time

micro enterprise specialist is inconsistent with the September 11, 2006 email

message and attached budget, which listed a salary expense of $31,720.56 for

2 Micro Enterprise Specialists **(Plaintiff's Exhibits 4 & 5)**.  As a result, Mrs.

Lynn's statement is a breach of the implied covenant of good faith and fair

dealing.  Additionally, during Cassandra Cooper's January 29, 2008

Deposition, Ms. Cooper testified that during the September 2006 Staff

meeting, Mrs. Lynn stated that there was only enough money for one full-time

micro enterprise specialist, that she would be staying, and that the plaintiff

would be leaving.  Ms. Cooper's testimony is consistent with the plaintiff's

statements about the Staff Meeting, *29 CFR 31, Nondiscrimination In*

*Federally Assisted Programs of the Department of Labor*.

8.  Debbie Lynn, signed an Involuntary Unemployment Claim Form for the

plaintiff dated September 28, 2006 **(Plaintiff's Exhibit 7)**.  This document is

consistent with the plaintiff's claim that she never resigned because a

resignation is voluntary unemployment.  The Plaintiff's Involuntary

Unemployment Certificate of Insurance supports her statement that she had

purchased insurance on one of her loans **(Plaintiff's Exhibit 8)**. The
defendant's statements that the plaintiff resigned and elected to leave are
inconsistent with Mrs. Lynn signing the plaintiff's Involuntary
Unemployment Claim Form. If Mrs. Lynn claimed that the plaintiff resigned,
which would be voluntary unemployment, then she wouldn't have signed an
involuntary unemployment claim form for the plaintiff causing Easter Seals
Central Alabama to possibly pay unemployment benefits to the plaintiff.

9. On September 29, 2006, when the plaintiff reported to the Business Office to
pick up her paycheck, Eileen Bennett told the plaintiff that Cassandra Cooper
had resigned. The plaintiff asked if the Micro Enterprise Program was going
to continue and Mrs. Bennett said that the Program was going to end. At this
juncture, the plaintiff had no reason to inquire about a job vacancy in the
Micro Enterprise Program because she was informed by Mrs. Bennett that the
Program was going to end after Ms. Cooper had resigned.

10. On October 1, 2006, Debbie Lynn and William D. Haynes signed a Personal
Services Agreement Between Easter Seals Central Alabama And William D.
Haynes **(Plaintiff's Exhibit 9)**. This Contract supports the plaintiff's claim
that the defendant hired William D. Haynes, a White, Caucasian, male, as an
independent contractor two days after she was terminated and that the
defendant wrongfully terminated her. The Contract also supports the
plaintiff's claim of disparate treatment because she was intentionally denied
the benefit of employment while Mr. Haynes was intentionally awarded the
benefit of employment through a signed independent contract, *29 CFR 31,*

*Nondiscrimination In Federally Assisted Programs of the Department of Labor.* Additionally, the defendant never told the plaintiff about contracting the micro enterprise specialist position. Therefore, the defendant denied the plaintiff, a Black, female, an opportunity to bid on its Contract for the Micro Enterprise Program while it awarded the Contract to William D. Haynes, a White, male, *42 U. S. C. 1981,Civil Rights Act of 1964, Equal Rights Act, 42 U.S.C. Section 2000-e, Civil Rights Act of 1991, (Pub. L. 102-166), 29 CFR 1604.1-9, Guidelines On Discrimination Because Of Sex, 29 CFR 1607, Employee Selection Procedures.* Another circumstance surrounding the defendant's Contract to Mr. Haynes is that the defendant reported, on the new ACE Budget, that it paid federal taxes, state taxes, life insurance, LTD Support, retirement, health insurance, and Worker's Comp for Mr. Haynes. If Mr. Haynes was an independent contractor, these employer expenses and taxes in the ACE Budget are inconsistent with Mr. Haynes' Forms 1099, and with the classification of Mr. Haynes as an independent contractor, *Internal Revenue Service, Publication 15, Circular E, Employer's Tax Guide and Publication 15-A, Employer's Supplemental Tax Guide (To Circular E, Publication 15).*

11. On October 9, 2006, Susan McKim sent an email message and an attachment of the new budget for the Micro Enterprise Program **(Plaintiff's Exhibits 10 & 11)**. This email message and budget supports plaintiff's statement that the Program did not end on September 29, 2006 and that there was enough money to pay salary expenses for two micro enterprise specialists. Also, the

defendant's budget shows that it deducted FICA ($846.45), SUI ($135.00), Life Insurance ($50.00), LTD Support (40.00), Retirement ($829.85), Cafeteria Plan ($100.00), and Workers Comp ($116.18) for Mr. Haynes. If the defendant contracted with Mr. Haynes as an independent contractor, it would not have paid employer expenses/taxes on an independent contractor. Therefore, there are inconsistencies in the defendant's budget reporting which shows employer expenses/taxes paid and with the 2006 and 2007 Forms 1099 for Mr. Haynes, which do not reflect any employer expenses/taxes paid by the defendant, *IRS Publications 15 and 15-A* **(Plaintiff's Exhibits 12 & 13)**.

12. On October 18, 2006, Debbie Lynn signed the Customized Employment Subrecipient Grant Signature Sheet And Certification which extended the Customized Employment Grant that funded the Micro Enterprise Program through March 31, 2007. When the plaintiff requested this document during discovery, the <u>defendant tampered with evidence by withholding</u> this Subrecipient Grant Signature Sheet/Certification from the ACE Budget. Consequently, the plaintiff was forced to subpoena the Alabama Department Of Economic And Community Affairs (ADECA) which produced the Signature Sheet/Certification, the Agreement Transmittal Form, the Budget Backup, and other production requests. These documents support the plaintiff's claim that the Micro Enterprise Program did not end on September 29, 2006 and that there was enough money for the salary of 2 Micro Enterprise Specialists **(Plaintiff's Exhibits 14, 15, 16 & 17)**. Also, by the defendant terminating the plaintiff and contracting her position to William D.

11

Haynes, the defendant wrongfully terminated her, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973), and intentionally denied her the benefit of an employment opportunity in a program that received Federal Funds from the Department of Labor, *29 CFR 31, Nondiscrimination In Federally Assisted Programs of the Department of Labor.*

13. On March 23, 2007, Debbie Lynn, Administrator, Easter Seals Central Alabama signed the third modification of the Customized Employment Subrecipient Grant Agreement. The Signature Sheet/Certification, the Agreement Transmittal Form, and the Budget Backup support the plaintiff's claim that the Micro Enterprise Program did not end on September 29, 2006, that there was enough money for the salary of 2 Micro Enterprise Specialists, and that the Program was extended through March 31, 2007 **(Plaintiff's Exhibits 18, 19, & 20)**.

14. The plaintiff, Emily C. Jackson, has satisfied the four elements of the *prima facie case* for race discrimination, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973):  a) she is a Black, African-American, therefore she is a member of a racial minority protected class, b) she was qualified for the micro enterprise specialist position with a Master of Science Degree, a Bachelor of Arts Degree, and extensive management experience, and has filed copies of her college transcripts from Troy University and Northeastern Illinois University, and her resume with the Court, c) despite the plaintiff's qualifications, she was terminated on September 29, 2006, and has filed her September 18, letter of termination as evidence d) after her termination on

September 29, 2006, defendant hired someone outside of her protected class,
William D. Haynes, a White, Caucasian, as an independent contractor on
October 1, 2006, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973).

15. The plaintiff, Emily C. Jackson, has satisfied the four elements of the *prima
    facie case* for gender discrimination, *Pollis v. New School For Social
    Research, 132 F. 3d 115 (2nd Cir. 1997), Goodstein & McCauley v.
    Bombardier Capital Inc., Lortie, Murphy, Odon, & Felder,* 2:94cv110 (1995):
    a) she is a female, therefore, she is a member of a gender protected class; b)
    she was qualified for the micro enterprise specialist position with a Master of
    Science Degree, a Bachelor of Arts Degree, and extensive management
    experience, c) despite her qualifications, she was terminated on September 29,
    2006, d) after her termination on September 29, 2006, defendant hired
    someone outside of her protected class, William D. Haynes, a male, as an
    independent contractor on October 1, 2006. The Court has already ruled that
    "plaintiff has pled sufficient evidence to support her wrongful termination
    claim," *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973).

16. The plaintiff has filed the names, positions, and racial make-up of the Board
    members, managers, and employees at Easter Seals Central Alabama. The
    race of all Easter Seals Board members was White. The race of 19 Easter
    Seals managers and employees was White, and the race of 9 managers and
    employees was Black. There was a 2:1 ratio of White to Black managers and
    employees; and, 100% of Easter Seals Board members were White. Based on
    the racial make-up of Easter Seals Board members, managers, and employees,

the plaintiff requests that this racial make-up be considered in her racial discrimination charge against the defendant **(Plaintiff's Exhibit 21)**.

17. The defendant, Easter Seals Central Alabama, also has a website, www.easter sealsca.org, which lists its Mission Statement And Values.  The defendant violated its Value Statement No. 2 where it states, "We  value our staff and the unique contributions each makes to the improvement of life for our consumers."  The plaintiff contributed information to the defendant regarding Federal Grant opportunities on November 10, 2005 and on December 14, 2005.  The defendant did not value the plaintiff's contributions because it never acknowledged her letters, information, and offers to assist them with obtaining Federal Grants which would have sustained her employment and provided programs for its clients/consumers, not only in the Micro Enterprise Program, but also in other programs within Easter Seals Central Alabama. The defendant further violated its Value Statement No. 4, where it states, "We value all resources that enable us to assist people with disabilities to achieve maximum independence for its programs"**(Plaintiff's Exhibit 22, 23, & 24)**. Also, the defendant was eligible for Federal Grant funding from the U.S. Department of Labor for the *Self-Employment For Adults and Youth with Disabilities Research and Technical Assistance Grant* (SGA 06/07 Grant), and the *Job Opportunities For Low Income Individuals Grant* (JOLI Grant) **(Plaintiff's Exhibits 25, 26, 27, 28, 29, & 30)**.  The plaintiff and Cassandra Cooper provided statistical information to the defendant in order to obtain this SGA 06/07 Grant, however, according to the U.S. Department of Labor,

14

Easter Seals Central Alabama never applied for the Grant. During Ms. Cooper's deposition on January 29, 2008, she testified that she provided information to the defendant about the JOLI Grant to sustain the Micro Enterprise Program, however, the defendant tried to obtain the Grant for the Nurses Program, instead. The SGA 06/07 Grant and the JOLI Grant would have given the defendant's clients/consumers, employees, and the plaintiff opportunities for employment. By the defendant not acknowledging the plaintiff and Ms Cooper's contributions of information and assistance to obtain Federal Financial Assistance, it breached its own Mission Statement and Values to its clients/consumers and staff.

18. In *McDonnell Douglas Corp. v. Green,* 411 U.S. 792 (1973), the U.S. Supreme Court used a test that identifies factors normally taken into consideration when making a decision to terminate an employee. They are qualifications, availability, performance, complaints, discipline, insubordination, and safety violations. Plaintiff used this same test because she was qualified, available, and already working in the position of micro enterprise specialist when defendant terminated her on September 29, 2006. The plaintiff had a Master of Science Degree, a Bachelor of Arts Degree, and extensive management experience as supported by her college transcripts and resume **(Plaintiff's Exhibits 31, 32, 33, 34, 35, & 36)**. Plaintiff also performed her duties in an exceptional manner which enabled the defendant to exceed its annual goals and to extend the ACE Micro Enterprise Program for six months **(Plaintiff's Exhibits 37, 38, 39, 40, & 41)**. On the other hand,

15

according to the Microenterprise Monthly Summary Report prepared by
William D. Haynes, management and counselors at the Alabama Department
Of Rehabilitation Services (ADRS) had credibility concerns about the Micro
Enterprise Program during the Personal Services Contract with William D.
Haynes **(Plaintiff's Exhibits 42 & 43)**.  ADRS management and counselors
provide client referrals to the defendant.  While the plaintiff worked for the
defendant, ADRS was very satisfied with her services to their clients.
Additionally, plaintiff never had any complaints filed against her, and was
never disciplined while employed with the defendant.  Also, plaintiff was
never insubordinate, she always followed direct and indirect orders from all of
her superiors, and she never violated any safety policies, practices, or
procedures.  As in the case of *McDonnell Douglas Corp. v. Green,* 411 U.S.
792 (1973), since the foregoing factors which would normally be considered
in terminating an employee have been eliminated, the only factors remaining
to consider would be race and gender.  Therefore, the defendant, Easter Seals
Central Alabama knowingly and willfully violated the plaintiff's civil rights
under Title VII of the Civil Rights Act of 1964 when it treated her differently
than William D. Haynes and when it wrongfully terminated her based on her
race and gender.

19. As a result, the plaintiff brought this case before the Court in an effort to fight
for her civil rights.  Since the start of this case, the plaintiff has been under a
lot of stress because she did not have the financial resources to retain an
attorney who would have provided adequate legal representation for her.

16

Plaintiff was also under stress about her financial losses that would result due to the time that she would need to devote to this case.  Despite the plaintiff's 2006 And 2007 Employment and Self-Employment Searches, her income declined in 2007 **(Plaintiff's Exhibits 44, 45, 46, 47, 48, 49, 50, 51, 52, & 53)**.  Plaintiff's condition with stress dates back to 1999, when she became critically ill and was unable to work.  In September of 2007, plaintiff sought professional counseling to help her cope with the stress of representing herself and the stress of her declining income, both of which have caused her to have migraine headaches, nightmares, and sleep disorder.  Plaintiff has released her medical records to defense counsels; and, these records support her statements about her condition and treatment for stress.  She sincerely pleads to the Court to protect her medical records.

## IV. Summary

On reconsideration, the plaintiff pleads to the court and files this motion for a summary judgment based on the following:

1.      The plaintiff has admitted and explained evidence to the Court leading to the facts in this case.  **See Plaintiff's Responses To Burden Of Proof No. 1 through No. 18.**

2.      The defendant, Easter Seals Central Alabama, and its managers breached the implied covenant of good faith and fair dealing when they promised the plaintiff a position if the "no cost extension" for the ACE Grant was approved.  As early as August 31, 2006, the defendant had

17

been notified that the ACE Grant had been approved for six months; however, the defendant terminated the plaintiff on September 29, 2006. **See Plaintiff's Response To Burden Of Proof No. 2 through No. 6.**

3.      The plaintiff has explained and satisfied the four elements of the *prima facie case* for race discrimination, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973). As a result, she has satisfied her burden of proof for disparate treatment and wrongful termination. **See Plaintiff's Response To Burden Of Proof No. 14.**

4.      The plaintiff has explained and satisfied the four elements of the *prima facie case* for gender discrimination, *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) *Pollis v. New School For Social Research, 132 F. 3d 115 (2nd Cir. 1997), Goodstein & McCauley v. Bombardier Capital Inc., Lortie, Murphy, Odon, & Felder*, 2:94cv110 (1995). As a result, she has satisfied her burden of proof for disparate treatment and wrongful termination. **See Plaintiff's Response To Burden Of Proof No. 15.**

5.      The Court has also ruled that plaintiff has pled sufficient evidence to support her wrongful termination claim against the defendant, *McDonnell Douglas Corp. v. Green,* 411 U.S. 792 (1973), *Coutu v. Martin County Bd. Of County Comm'rs, 47 F.3d 1068, 1073 (11th Cir. 1995); Jones v. Gerwens, 874 F.2d 1534 (11th Cir. 1989).* **See Court Document No. 12 and No. 21, and Plaintiff's Response To Burden Of Proof No. 15.**

6.    The racial make-up of Easter Seals Central Alabama is requested to be considered in the plaintiff's disparate treatment and wrongful termination claims, based on race discrimination, against the defendant. **See Plaintiff's Response To Burden Of Proof No 16.**

7.    The defendant violated its own Mission Statement and Values No. 2 and No. 4. **See Plaintiff's Response To Burden Of Proof No. 17.**

8.    The U.S. Supreme Court's test, on eliminating factors used to terminate an employee, leaves race and gender as the only possible reasons for disparate treatment and wrongful termination. **See Plaintiff's Response To Burden Of Proof No. 18.**

9.    The defendant's violations against the plaintiff, and the time that the plaintiff has devoted to representing her claims in this case, without legal expertise and representation, have impacted the plaintiff's mental anguish and declining income. **See Plaintiff's Response To Burden Of Proof No. 19.**


### V. Closing

Accordingly, the plaintiff pleads to the Court for a summary judgment in her disparate treatment and wrongful termination claims against the defendant, Easter Seals Central Alabama, based on race and gender discrimination. Moreover, the plaintiff pleads relevant evidence leading to the facts in this case, explains how her evidence supports her claims against the defendant, and refers to *Case Law*, *Statutory Law*, and *Regulatory Law*. Based on the plaintiff's evidence, the defendant violated the

implied covenant of good faith and fair dealing when it knowingly and willfully misled

the plaintiff and it's Staff about the availability of Federal Funds for the Micro Enterprise

Program and for the plaintiff's salary. Also, the plaintiff satisfied her <u>burden of proof</u> for

disparate treatment and wrongful termination by satisfying <u>the *prima facie case* for race

and gender discrimination</u>. The plaintiff's evidence further showed that she did not

resign, that the defendant was fully aware that the Customized Employment Grant had

been extended, and that the defendant intentionally contracted her position to William D.

Haynes two days after terminating her employment on September 29, 2006, *McDonnell*

*Douglas Corp. v. Green*, 411 U.S. 792 (1973), *Pollis v. New School For Social Research,*

*132 F. 3d 115 (2nd Cir. 1997), Goodstein & McCauley v. Bombardier Capital Inc.,*

*Lortie, Murphy, Odon, & Felder*, 2:94cv110 (1995), *29 CFR 31, Nondiscrimination In*

*Federally Assisted Programs of the Department of Labor, 29 CFR 1604.1-9, Guidelines*

*On Discrimination Because Of Sex, 29 CFR 1607, Employee Selection Procedures.*

Therefore, the plaintiff's civil rights under Title VII of the Civil Rights Act of

1964 were violated by the defendant, Easter Seals Central Alabama, *42 U.S.C. 1981, 42*

*U.S.C. 2000-e, Civil Rights Act of 1991, Equal Rights Act, (Pub. L. 102-166)*.  As a result,

the plaintiff pleads to the Court for a summary judgment in her disparate treatment and

wrongful termination claims against the defendant, Easter Seals Central Alabama, based

on race and gender discrimination.

Looking back, the plaintiff sincerely apologizes to the Court, the Chief U.S.

District Judge, the Chief U.S. Magistrate Judge, and the defense counsels for her lack of

knowledge of the Law, Legal Proceedings, and Legal Protocol.  She has always respected

the Law and the Judicial System, and will continue to do so.  In this case, the plaintiff has

only represented herself in the best way that she knows how, under stress and without the

financial means to obtain adequate legal representation, and she apologizes for the errors

that she has made throughout the Court's Legal Proceedings.

*Emily C. Jackson*

Emily C. Jackson, Pro Se

Enclosures

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

# Certification of Service

I, Emily C. Jackson, do hereby certify on this <u>28</u> day of February 2008 that the

information contained in the foregoing is accurate and true to the best of my abilities, and

that I have submitted a copy of this document by the United States Postal Service Priority

Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Emily C. Jackson, Pro Se

OFFICE OF THE GOVERNOR

**BOB RILEY**
GOVERNOR



OFFICE OF WORKFORCE DEVELOPMENT

**DR. TIM ALFORD**
DIRECTOR

### STATE OF ALABAMA
March 23, 2006



PLAINTIFF'S
EXHIBIT
_1_

Ms. Susan McKim, Administrator
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116

Dear Ms. McKim:

We recently received a letter (copy attached) from the U.S. Department of Labor concerning the Customized Employment Grant funding. The Office of Disability Employment Policy's (ODEP) funding has been cut for the new fiscal year by approximately $7 million in addition to the drastic funding cuts, approximately $20 million, for the current year's budget. In response to these funding cuts, ODEP had to cut our funding for the Customized Employment Grant for the current year and unfortunately, no funding is available for the next fiscal year. Therefore, the Alabama Customized Employment (ACE) Grant will expire on September 29, 2006 and all programs funded by this grant will close with the final expenditure of funds carried over beyond September 29, 2006.

We have requested a no cost extension from ODEP in order to transition the participants to other workforce programs through our WIA partners and/or the Career Center system and to allow adequate time to complete the paperwork to close the programs. When we receive approval for this extension, we will provide you with the new close out date and procedures.

You and your staff have done an outstanding job serving participants in the Customized Employment program. I want to thank you for your hard work and dedication to this project over the past four years. Should you have any questions or need additional information, please call Mrs. Tammy Farmer at 242-5154.

Sincerely,

Steve Walkley, Division Director
Workforce Development Division

Attachment
SW:tf

c:    Tim Alford
      Ken Hollingsworth
      Sims Dunlap
      Melody Koorangi

EXHIBIT-11



Creating solutions, changing lives

Services for children and adults
with disabilities in Central Alabama



PLAINTIFF'S
EXHIBIT
2

**Easter Seals**

Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116-2454
334-288-0240
FAX  334-288-7171

**Larry Lewis**
CEO

# MEMO

**TO:**  Emily Jackson

**FROM:**  Larry F. Lewis

**DATE:**  8/15/06

**RE:**  Customized Employment grant

I received notification today from ADECA that the Customized Employment Grant will
end  at the end of September.  Their efforts to get an extension funded has failed.  Please
be advised that your employment with Ester Seals Central Alabama will end on  Friday,
September  29, 2006.  I regret that this grant could not be continued.

Thank you for being a part of our program and for the many things you have done for the
clients you have been able to help.

Sincerely,

Larry F. Lewis
CEO

---

Autauga • Barbour • Bullock • Butler • Conecuh • Coosa • Crenshaw • Elmore • Lowndes • Macon • Montgomery • Pike

**Susan McKim**

| | |
|---|---|
| **From:** | Farmer, Tammy [Tammy.Farmer@adeca.alabama.gov] |
| **Sent:** | Thursday, August 31, 2006 8:29 AM |
| **To:** | Susan McKim; dmurray@JCCD.ORG |
| **Cc:** | Walkley, Steve; Hollingsworth, Ken; Lollar, Jimmy |
| **Subject:** | ACE Extension |



Good Morning,

Good news!!! I received word this morning from Bill Hornsby that we have been approved for the 6 month extension for the ACE grant. This will extend the ending date through March 29, 2007. Please prepare your new budgets and get them to me as soon as possible so that we can modify your current contracts. If you have any questions, please let me know.

Thanks.
Tammy

Jackson/ESCA
0028

*Exhibit C*



**Debbie W. Lynn**
Administrator

*Creating solutions, changing lives*

*Services for children and adults*
*with disabilities in Central Alabama*



PLAINTIFF'S
EXHIBIT

3

Easter Seals

Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116-2454
334-288-0240
FAX  334-288-7171

September 18, 2006

~~Mr.~~ Emily ~~Jackson~~
605 Wesley Drive
Montgomery, Alabama 36116

Dear Emily:

Due to funding cuts by ADECA, the position of micro-enterprise specialist
with Easter Seals Central Alabama has been eliminated.  Your position will
end as of Sept. 29, 2006.

We wish you great success in your future endeavors.

Sincerely,

Debbie Lynn, Administrator

---

Autauga • Barbour • Bullock • Butler • Conecuh • Coosa • Crenshaw • Elmore • Lowndes • Macon • Montgomery • Pike

**Farmer, Tammy**

| | | |
|---|---|---|
| **From:** | Susan McKim [smckim@eastersealsca.org] | |
| **Sent:** | Monday, September 11, 2006 9:06 AM | |
| **To:** | Farmer, Tammy | |
| **Subject:** | ACE budget | |

**Attachments:**     2006-2007 6 month ACE budget.xls



2006-2007 6 month
ACE budget.x...

Tammy,

In looking over this budget, we realized that some health insurance costs had been
included by mistake.  So, I have made the changes and it reduces the overall budget by a
small amount.  I hope this does not mess anything up for you.

Susan

EXHIBIT - 3

**Customized Employment Budget**
**Subrecipient's Name/Address:**

PLAINTIFF'S
EXHIBIT
5

FENGAD 800-631-6989

| | | |
|---|---|---|
| Agreement/Project No: | | |
| Modification No.: | | |
| Federal ID No: | | |
| Contact Person: | Susan McKim | |
| Telephone No.: | 334-288-0240 | |
| Agreement Period: | 09/39/2006-03/31/2007 | |
| Date: | | |
| County Code(s) for this activity | | 101 |
| House District(s) for this activity | | 73 |
| Senate District(s) for this activity | | 25 |

| B. | Program Costs (Items 1-14) | AMOUNT APPROVED | INCREASE | DECREASE | REVISED AMOUNT |
|---|---|---|---|---|---|
| B.1. | Staff Salaries (Itemize/Show %) | | | | |
| | Microenterprise Spec(2) | 31,720.56 | | | 31,720.56 |
| | Program Support Personel | 7,599.19 | | | 7,599.19 |
| | (See Breakdown) | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | **TOTAL SALARIES:** | $ 39,319.75 | $ - | $ - | 39,319.75 |
| | | | | | - |
| B.2. | Total Staff Fringe Benefits | | | | - |
| | | $ 11,759.14 | $ | $ | 11,759.14 |
| | | | | | - |
| | | | | | - |
| B.3. | Staff Travel (Itemize on backup) | | | | - |
| | In-State | 3,500.00 | - | | 3,500.00 |
| | Out-of-State | | - | | - |
| | | - | | | - |
| | **TOTAL TRAVEL** | $ 3,500.00 | $ - | $ - | 3,500.00 |
| B.4. | Facilities (include rent, utilities, maint. for rental space and show cost per square ft. on backup) | $ 6,588.75 | $ | $ | 6,588.75 |
| | | | | | - |
| | | | | | - |
| B.5. | Communications (telephone, internet,etc.) | $ 1,750.00 | $ | $ | 1,750.00 |
| | | | | | - |
| B.6. | Office Supplies (include postage, software, desktop supplies, etc.) | $ 4,300.00 | $ - | $ | 4,300.00 |
| | | | | | - |
| B.7. | Books & Training/Teaching Aids | $ 1,500.00 | $ - | $ | 1,500.00 |
| B.8. | Equipment (Itemize on backup) | $ | $ - | $ | - |
| | | | | | - |
| B.9. | Other: Specify | $ | $ | $ | - |
| | Copier Service, Lease, Connection & Repairs | 2,000.00 | | | 2,000.00 |
| | Audit(Yellow Book and Single) | 3,385.18 | - | | 3,385.18 |
| | Evaluations | 7,500.00 | | | 7,500.00 |

EXHIBIT- 3X



EXHIBIT A

September 11, 2006

PLAINTIFF'S
EXHIBIT
6

PENGAD 800-631-6989

Mrs. Debbie Wallace-Lynn, Administrator
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, AL 36116-2454

Dear Mrs. Lynn:

On Monday, August 21, 2006, upon my return from funeral leave, a letter noted,
"Confidential," was left on my desk informing me that the ACE Micro Enterprise
Program was ending effective Friday, September 29, 2006, and that efforts to obtain a
"no-cost extension" were not granted.

First and foremost, I want to express my appreciation and gratitude to Easter Seals for
implementing the ACE Micro Enterprise Program and for hiring me as a Micro
Enterprise Specialist. During my two-year tenure, I was blessed and honored to help and
work with some extraordinary people. I also had the opportunity to build some
trustworthy relationships both on and off the job, and nothing could ever replace those
relationships.

What was most rewarding was the time that I had working with clients and helping them
achieve their self-employment goals. Despite their disabilities, they were willing to learn
and to take on the responsibilities of business ownership. The excitement in their eyes,
once their business plans were completed, gave me internal satisfaction that is priceless.

Since I have not been notified that there are any employment opportunities for me here at
Easter Seals, I will need time to transition to a new career. Therefore, my last day will be
Monday, September 25, 2006. I have enclosed a leave request slip for four hours of
annual leave to cover my time from September 26th through September 29th. Therefore,
my employment with Easter Seals will officially end, as noted in the letter that I received,
on September 29, 2006.

Congratulations on your new position as Easter Seals Central Alabama Administrator.
My prayers and thoughts will be with you as you take on new challenges ahead. Also, I
admire your courage and your autonomous leadership style, and I wish I could have had
the opportunity to work with you.

Take care and God Bless.

Sincerely,

*Emily C. Jackson*
Emily C. Jackson

Cc: Larry F. Lewis, Interim Administrator

532

■ **Insured Name /**
**Nombre del asegurado:**  JACKSON, EMILY

**Account Number /**
**Número de cuenta** ▬▬▬▬▬  ■

## INVOLUNTARY UNEMPLOYMENT CLAIM FORM / *FORMULARIO DE RECLAMACIÓN DE DESEMPLEO INVOLUNTARIO*

**SECTION II. STATEMENT OF MOST RECENT EMPLOYER /** *SECCIÓN II. DECLARACIÓN DEL EMPLEADOR MÁS RECIENTE*

To be completed by your most recent employer. If employed less than 12 months from the effective date of coverage with this employer, have Section III completed also. Please fully complete all questions. All dates **must** include the MONTH, DAY and YEAR. Claim processing will be delayed if all information is not provided. Note: Altered Claim forms cannot be accepted. / *Debe ser completada por su empleador más reciente. Si estuvo empleado menos de 12 meses desde la fecha efectiva de cobertura con este empleador, complete también la Sección III. Complete todas las preguntas en su totalidad. Todas las fechas deben incluir MES, DÍA y AÑO. El procesamiento de la reclamación puede demorarse si no proporciona toda la información. Nota: No se aceptarán formularios de reclamación modificados*

| | | | |
|---|---|---|---|
| 1. | Employee's Full Name /*Nombre completo del Empleado:*<br>**Emily Carolyn Jackson** | 9. | Date last worked /*Fecha del último día de trabajo:*<br>**09-29-06** |
| 2. | Date of Hire /*Fecha de contratación:*<br>**09-14-04** | 10. | What is the reason for separation, as provided to your State Unemployment Office? / *¿Cuál es la razón de tal desvinculación, según lo establece su Oficina de Desempleo Estatal?* Funding cuts from the Alabama Department of Economic & Communit Affairs (ADECA) |
| 3. | Employee's Job Title /*Cargo del empleado en el trabajo:*<br>**Micro Enterprise Specialist** | 11. | Estimated return to work date /*Fecha estimada de retorno al trabajo:*<br>**Not Applicable** |
| 4. | Type of employment / *Tipo de empleo:*<br>[X] Full Time /*Tiempo completo*<br>☐ Part Time /*Tiempo Parcial*<br>☐ Seasonal / *Estacional*<br>☐ Temporary /*Temporario*<br>☐ Subcontractor / *Subcontratado*<br>☐ Self-Employed Contractor/ *Contratista, trabaja por su cuenta* | 12. | Has there been any previous interruption in employment of 30 days or more during their employment? / *¿Ha habido alguna interrupción previa en el empleo de 30 días o más mientras trabajaba?*<br>[X] Yes / *Sí*     ☐ No |
| | | 13. | If yes, employment was interrupted / *Si la respuesta es sí, se interrumpió el empleo:*<br>From /*Desde:* **07-25-05**     Through/ Hasta: **10-26-05** |
| 5. | Was / is the employee under an annual contract? / *Estaba / está el empleado trabajando con un régimen de contrato anual?*<br>☐ Yes / *Sí*     [X] No | 14. | If yes, what was the reason for the interruption?/ *Si la respuesta es sí, ¿cuál fue el motivo de tal interrupción?*<br>▬▬▬▬▬▬▬▬▬▬ |
| 6. | If yes, as of what date? / *Si la respuesta es sí, ¿a partir de qué fecha?* | | |
| 7. | Number of hours worked per week / *Cantidad de horas trabajadas por semana:*<br>**40** | | |
| 8. | Number of months worked this year / last year / *Cantidad de meses trabajados este año: / el año pasado:*<br>**2006- Nine Months**<br>**2005- Nine Months** | | |

Inside box 4:

PLAINTIFF'S
EXHIBIT

7

PENGAD 800-631-6989

---

Company Name and Address /*Nombre de la compañía y dirección postal:*

**Easter Seals Central Alabama Rehabilitation Center**
**2125 East South Boulevard**
**Montgomery, Alabama 36116-2454**

---

| | |
|---|---|
| Signature of individual completing /*Firma de la persona que lo completa:*<br>*Debbie W. Lynn* | Telephone Number /*Número de teléfono:*<br>**(334) 288-0240** |
| Printed Name and Title / *Nombre y Cargo en letra imprenta:*<br>**Debbie Lynn, Administrator** | Date Completed / *Fecha en que se completó:*<br>**09-28-06** |

# Triton Insurance Company
(herein called the Company)
Administrative Office: 3001 Meacham Boulevard,
Suite 200, Fort Worth, Texas 76137
P.O. Box 2548, Fort Worth, Texas 76113-2548
(called we, our, or us)

## Involuntary Unemployment Certificate of Insurance


PLAINTIFF'S
EXHIBIT
8

MASTER POLICY NO. **01103**

## SCHEDULE

| Certificate/Loan No. ▓▓▓▓▓ | |
|---|---|
| Creditor: CITIFINANCIAL<br>Address: CORPORATION, LLC<br>5757 B ATLANTA HIGHWAY<br>MONTGOMERY ALABAMA 36117 | Debtor(s): EMILY C JACKSON<br>Address: ▓▓▓▓▓▓▓▓ |
| Effective Date 08/14/2006 | Expiration Date 08/14/2011 |

| Monthly Benefit ▓▓▓▓ | Maximum Number of Monthly Benefits 12 | Total Premium $ ▓▓▓▓ |
|---|---|---|
| **MAXIMUM MONTHLY BENEFIT** ▓▓▓▓ | **MAXIMUM TERM OF COVERAGE** <u>60</u> **MONTHS** | |

**Benefits Commence After 30 Consecutive Days of Involuntary Unemployment.**
**Payments Will Be Retroactive to the First Day of Involuntary Unemployment.**

## ELIGIBILITY STATEMENT

By my/our signature below I/we agree that:

1. I/WE ARE EMPLOYED AND CURRENTLY WORKING FOR SALARY OR WAGES AT LEAST THIRTY (30) HOURS PER WEEK. I/WE HAVE BEEN EMPLOYED FOR AT LEAST THE LAST TWELVE (12) CONSECUTIVE MONTHS AS OF THE EFFECTIVE DATE OF THIS CERTIFICATE. (An employment interruption of less than thirty (30) consecutive days during this twelve (12) month period shall not exclude the Insured from eligibility.) A member of the teaching profession under annual contract at the time of application for this involuntary unemployment certificate of insurance, and who has been under annual contract for at least the last twelve (12) consecutive months, shall be deemed to have satisfied these two conditions.

2. I/WE HAVE BEEN ACTIVELY EMPLOYED WITH THE SAME EMPLOYER FOR THE NINETY (90) DAYS PRIOR TO THE EFFECTIVE DATE OF THIS CERTIFICATE IN A NON-SEASONAL OCCUPATION.

3. I/we are not self-employed, an independent contractor or a controlling owner of the employer or a dependent of such controlling stockholder. Controlling owner as used herein shall mean the beneficial ownership, directly or indirectly, of 10% or more of the outstanding voting stock of any employer, or 10% or more of the proprietary interest of any unincorporated employer.

4. I/we request Triton Insurance Company to issue the Involuntary Unemployment Insurance Coverage as indicated above.

5. I/we are not receiving, nor am I eligible to receive, disability benefits as of the effective date of this certificate.

6. I/we authorize the Creditor to deduct the premium from the proceeds of my/our note.

I/we understand that the purchase of this insurance is completely voluntary and has not been made a condition of the loan. The Creditor has in no way led me/us to believe that such insurance is prerequisite to extending credit to me/us.

ANY CLAIM, DISPUTE, DISAGREEMENT OR LEGAL PROCEEDING INVOLVING THE INSURANCE DESCRIBED IN THIS CERTIFICATE IS SUBJECT TO ANY ARBITRATION AGREEMENT APPLICABLE TO THE DEBT TO WHICH THE INSURANCE IS RELATED. YOU SHOULD READ THE ARBITRATION AGREEMENT CAREFULLY AS IT MAY LIMIT YOUR RIGHT TO SEEK REDRESS THROUGH THE COURTS. ALL STATUTES OF LIMITATIONS THAT WOULD OTHERWISE BE APPLICABLE SHALL APPLY TO ANY ARBITRATION PROCEEDING.

| DEBTOR *Emily C. Jackson* | WITNESS *Katerina Hanes* | DATE |
|---|---|---|
| JOINT INSURED DEBTOR - N/A<br><br>N/A | | 08-14-06 |

IF THIS ELIGIBILITY STATEMENT ABOVE IS NOT SIGNED, YOU ARE NOT ELIGIBLE AND THE LOAN OFFICE IS NOT



PLAINTIFF'S
EXHIBIT
9

# PERSONAL SERVICES AGREEMENT
## BETWEEN
## EASTER SEALS CENTRAL ALABAMA
## AND
## WILLIAM D. HAYNES

This agreement entered into on October 1, 2006 between Easter Seals Central Alabama, a 501(c)(3) not for profit organization and William D. Haynes, has the following stipulations.

In conjunction with the Alabama Customized Employment Grant, Mr. William D. Haynes, a qualified person to provide microenterprise consultation and training, will perform the following activities:

- Conduct a series of seminars and work sessions as needed between October 1, 2006 and March 29, 2007 that will include:
    1. Presentation of core business principles
    2. Research and analysis (concepts, marketing, competition)
    3. Program participant presentation and communication practices
    4. Assisting in development and completion of participants' individual business plans
- Prepare a minimum of four program participants to present their finished business plan to the Easter Seals Central Alabama Advisory Board
- Prepare a case file for each participant with progress notes in support of the project goals of ACE.
- Provide program information as required by the project independent evaluator.
- Prepare a written report outlining accomplishments of the program during the six month time frame of this contract.

Easter Seals Central Alabama, having been charged by the Alabama Department of Economic and Community Affairs with the responsibility to carry out the objectives of the Microenterprise component of the Alabama Customized Employment Grant, will, in consideration of the above outline activities, pay the contractor ███ per hour up to but not exceeding ███ This agreement will not exceed ███ It is understood that the contractor is not entitled to any Easter Seals Central Alabama employee benefits. This agreement will end March 29, 2007.

This agreement may be terminated by either party with reasonable time notice with our without cause.

Debbie Lynn
Date  10/1/06

William D. Haynes
Date  10/01/2006

EXHIBIT-1

Jackson/ESCA
0001

**Farmer, Tammy**

| | |
|---|---|
| **From:** | Susan McKim [smckim@eastersealsca.org] |
| **Sent:** | Monday, October 09, 2006 1:44 PM |
| **To:** | Farmer, Tammy |
| **Subject:** | ACE budget |
| **Attachments:** | 2006-2007 6 month ACE budget.xls |



Tammy,
I have attached the new budget for microenterprise.
Susan

12/7/2007                    EXHIBIT-5

**BUDGET BACKUP**

Agreement/Project No: _____

Modification No.: _____

PLAINTIFF'S
EXHIBIT
11
PENGAD 800-631-6989

COST CATEGORY: Administration _____
　　　　　　　　 Program Costs　　X
　　　　　　　　 Rapid Response _____

| Line Item No: B1 | AMOUNT APPROVED | ADJUSTMENT | | REVISED AMOUNT |
|---|---|---|---|---|
| | | INCREASE | DECREASE | |
| **Microenterprise Specialist** | | | | - |
| William Haynes – contracted | ■■■■ | - | | ■■■■ |
| | | | - | - |
| **Program Support** | | | | |
| McKim ■■■■■■■ | ■■■■ | | - | ■■■■■■ |
| Jarrett ■■■■■ | | | | |
| | | | | - |
| | - | | | - |
| **Total** | 37,064.65 | - | - | 37,064.65 |
| | - | | | - |
| | | | | - |
| **Total** | 37,064.65 | - | - | 37,064.65 |

| Line Item No: B2 | AMOUNT APPROVED | ADJUSTMENT | | REVISED AMOUNT |
|---|---|---|---|---|
| | | INCREASE | DECREASE | |
| FICA ■■■■ | 846.45 | | - | 846.45 |
| SUI ■■■ ea person) | 135.00 | | | 135.00 |
| Life Ins. Suppor Per | 50.00 | | | 50.00 |
| LTD Support | 40.00 | | | 40.00 |
| Retirement ■ % of Salaries only) | 829.85 | | - | 829.85 |
| Cafeteria Plan | 100.00 | | | 100.00 |
| Workers Comp(@ ■■■ | 116.18 | | - | 116.18 |
| | | | - | - |
| | | | - | - |
| **Leave Support Personnel** | | | | |
| McKim ■■■■ | ■■■ | | | ■■■■ |
| Jarrett ■■■■ | ■■ | | - | |
| | - | | - | |
| | | | - | - |
| | | | | - |
| **Total** | 4,070.99 | - | - | 4,070.99 |

EXHIBIT-6

Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, AL  36116

| | | |
|---|---|---|
| | $ | **2006** |
| 2  Royalties | | **Miscellaneous Income** |
| | $ | |
| | Form **1099-MISC** | |

PHONE3342880240

| 3  Other income | 4  Federal income tax withheld | **Copy A** |
|---|---|---|
| $ | $ | **For Internal Revenue Service Center** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5  Fishing boat proceeds | 6  Medical and health care payments | **File with Form 1096.** |
|---|---|---|---|---|
| | | $ | $ | |

| RECIPIENT'S name | 7  Nonemployee compensation | 8  Substitute payments in lieu of dividends or interest | **For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|---|
| Haynes, William Dudley | $        2325.00 | $ | |

| Street address (including apt. no.) | 9  Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10  Crop insurance proceeds | |
|---|---|---|---|
| HMS Co. | | $ | |

| City, state, and ZIP code    AL 36 | 11 | 12 | |
|---|---|---|---|

| Account number (see instructions) | 2nd TIN not. ☐ | 13  Excess golden parachute payments | 14  Gross proceeds paid to an attorney | |
|---|---|---|---|---|
| | | $ | $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16  State tax withheld | 17  State/Payer's state no. | 18  State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**                    41-1528061                    Department of the Treasury - Internal Revenue Service

PLAINTIFF'S
EXHIBIT
12
PENGAD 800-631-6989

2006 FORM LMA    • DETACH BEFORE MAILING

Jackson/ESCA
0040

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| Easter Seals - Central Alabama<br>2125 East South Blvd.<br>Montgomery, Alabama 36116<br>334-288-0240 | | $ | **2007** | **Miscellaneous Income** |
| | | 2 Royalties | | |
| | | $ | Form **1099-MISC** | |
| | | 3 Other Income | 4 Federal income tax withheld | |
| | | $ | $ | **Copy C** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | **For Payer or State Copy** |
| | | $ | $ | |
| RECIPIENT'S name, address, city, and ZIP code<br>Haynes, William Dudley | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | **For Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | | $ 5055.00 | $ | |
| HMS Co.<br>AL 36 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see Instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | | $ | $ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $<br>$ | | $<br>$ |

Form **1099-MISC**                                                     Department of the Treasury - Internal Revenue Service

2007 FORM LMC

PLAINTIFF'S
EXHIBIT
13
PENGAD 800-631-6989

Jackson/ESCA 0156

# SUBRECIPIENT GRANT AGREEMENT

STATE OF ALABAMA
DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS
Workforce Development Division
CFDA 17.720

| Title & Funding | Customized Employment |
|---|---|
| Agreement Number: | 5G200003 |
| Modification No. | 1 |

## SIGNATURE SHEET

This modification applies to and is hereby incorporated in the agreement entered into by the Alabama Department of Economic and Community Affairs, Workforce Development Division, as the Service Deliverer for the Workforce Investment Act, known as the GRANTOR, and

**Easter Seals Central Alabama**
**2125 East South Boulevard**
**Montgomery, Alabama 36116**
(Name and address of Subrecipient)

PLAINTIFF'S EXHIBIT 14

PENGAD 800-631-6989

hereinafter known as SUBRECIPIENT.

The purpose of this modification is to incorporate the following numbered page changes:

| | | | | |
|---|---|---|---|---|
| A. Signature Sheet | Page Number | A-1 | through Page Number | A-1 |
| B. General Provisions | Page Number | B-1 | through Page Number | |
| C. Performance Standards | Page Number | C-1 | through Page Number | |
| D. Special Provisions | Page Number | D-1 | through Page Number | |
| E. Budget Section | Page Number | E-1 | through Page Number | E-1 |

The effect of this modification is to:  adjust the various line items to cover routine expenses associated with the operation of this program and extend the ending date through March 31, 2007.  The total amount remains the same.

The foregoing, along with previous serially numbered modifications, constitute(s) the only authorized change(s) in the aforementioned agreement to date.  The GRANTOR and SUBRECIPIENT hereby agree that the purpose, performance, and consideration are as expressed in the agreement as now modified and that no element of this modification shall be retroactive unless expressly stated.  This action changes the value of the original agreement of  **9/30/2005**  (date)   as modified and adds   *****   or subtracts   *****
Total payment permitted under this agreement shall not exceed   **$ 174,401.05** .
This agreement ends   **3/31/2007**   (date).

In witness whereof the parties hereto executed this modification to the latest date appearing below.

**Workforce Development Division Statement:**
This contract has been reviewed for and is approved as to content.
By: _Steve Walkley_  Division Director
     Preparer's Initials
**Steve Walkley**
(Typed Name)
Date:  10-3-06

**Attorney's Statement:**
This contract has been reviewed for legal form and complies with all applicable laws, rules, and regulations of the state of Alabama governing these matters.
By: _Edward E. Davis_
**Edward E. Davis**
(Typed Name)
Date:  10-6-06

**SUBRECIPIENT:**
**Certification**
In signing and thereby validating this agreement, I also certify that I am authorized by the governing body of the SUBRECIPIENT to legally bind that body in my capacity as its signatory official.
By: _Debbie W. Lynn_
(SUBRECIPIENT'S Signatory Official)
**Debbie Lynn**
(Typed Name)
Title:  Administrator
Date:  10-18-06

**GRANTOR:**
By: _Doni M. Ingram_ , Acting Director
Alabama Department of Economic and Community Affairs
**Doni Ingram**
(Typed name)
Date:  10-11-06
By: _Tim Alford_ , Director
Office of Workforce Development
**Tim Alford**
Date:  10-10-06

A-1

EXHIBIT-12

RG 10/31/06

**AGREEMENT TRANSMITTAL FORM**

Agreement # _____ 5G200003 ___ Mod # _____ 1 _____

### PLEASE COMPLETE THIS FORM AND SUBMIT WITH CONTRACT FOR SIGNATURES:

Subrecipient's Legal Name _____ Easter Seals Central Alabama _____

Geographic Location - City/Town/Community: _____ Montgomery ___ County ___ Montgomery _____

MAILING ADDRESSES FOR:

General Correspondence:                                      Payments(if different):

PLAINTIFF'S
EXHIBIT
15
PENGAD 800-631-6989

Name ___ Easter Seals Central Alabama _____

Street No. _2125 East South Boulevard_____

P.O. Box _____

City, State, and Zip ___ Montgomery, Alabama 36116 _____

Telephone No. ___ (334) 288-0240 _____

Amount of Agreement - Cash ___ $174,401.05 _____     In-Kind _____

Agreement/Subgrant Performance Period _____ 9/30/05 to 3/31/07 _____

Funded by (check one): 100% State Funds _____     Federal Grant _____ X _____

IF FUNDED BY FEDERAL GRANT, PLEASE COMPLETE:

Federal Grant Name/Number ___ Customized Employment Grant / E-9-4-2-0096 _____

Percentage State Funds required to Match Federal Grant _____ 0% _____

Federal Grant Budget Period ____ 9/30/02 – 3/31/07 _____

I hereby certify that this agreement/grant amount does not make the total obligations exceed the total amount of funds available for this program period.

_____          _____ 10-2-06
Certifying Official                                         Date

                                                            _____
                                                            SIGNATURE OF DIVISION DIRECTOR
                                                            _____ 10/3/06
                                                            Date

PURPOSE:  This modification adjusts the various line items in order to cover the routine expenses associated with the operation of the program and extends the ending date to March 31, 2007.  The Department of Labor approved our request for a six-month extension of the Customized Employment Grant.  The total amount of the contract remains the same.

_____

_____

_____

_____

EXHIBIT-13

**BUDGET BACKUP**

Agreement/Project No: _____ 5G200003 / 5G201903 _____
Modification No.: _____ 1 _____

COST CATEGORY:  Administration _____
                Program Costs ____ X _____
                Rapid Response _____

PLAINTIFF'S EXHIBIT 16

| Line Item No: B1 | AMOUNT APPROVED | ADJUSTMENT INCREASE | DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| **Microenterprise Spec(2)** | | | | - |
| 1,242.56X26X100%(Cassandra Cooper) | 32,306.70 | - | - | 32,306.70 |
| 1,197.77X26X100%(Jackson) | 31,134.38 | | - | 31,134.38 |
| **Program Support** | | | | - |
| McKim (Admin) | ■■■■ | | ■■■■ | ■■■■ |
| McKim (Pr. Mgr.) | 0.00 | | ■■■■ | ■■■■ |
| Jarrett | ■■■■ | ■■■■ | | ■■■■ |
| Flowers | ■■■■ | | | |
| **Total** | 88,541.01 | 7,213.31 | 7,213.31 | 88,541.01 |

| Line Item No: B2 | AMOUNT APPROVED | ADJUSTMENT INCREASE | DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| FICA(7.65%) | 6,773.39 | 490.35 | - | 7,263.74 |
| Medicare | 1,283.84 | | 1,283.84 | |
| Health Ins. Spec(Single 214.62MO, | 7,218.60 | | | 7,218.60 |
| Family 386.93per mo) | | | | |
| Health Ins. Support Personnel | 643.86 | - | 475.00 | 168.86 |
| SUI(1.05% of 8,000 ea person) | 363.78 | | - | 363.78 |
| Life Ins.-Micr. Ent Spec. | 425.00 | | - | 425.00 |
| Life Ins. Suppor Per | 175.00 | | | 175.00 |
| LTD Spec. | 370.00 | | | 370.00 |
| LTD Support | 150.00 | | | 150.00 |
| Retirement(7.50% of Salaries only) | 6,640.58 | | - | 6,640.58 |
| Workers Comp(@1.05%) | 929.68 | | - | 929.68 |
| **Leave** | | | | - |
| Cooper (100 hr @ 15.53per hr) | 1,553.00 | 1,850.00 | - | 3,403.00 |
| Jackson (60 hr. @ 14.96 per hr.) | 897.60 | 1,065.41 | - | 1,963.01 |
| **Leave Support Personnel** | | | | |
| McKim | ■■■■ | ■■■■ - | | ■■■■ |
| Jarrett | ■■■■ | | ■■■■ | ■■■■ |
| Flowers | | | | |
| **Total** | 31,383.61 | 3,405.76 | 3,655.76 | 31,133.61 |

| Line Item No: B3 | AMOUNT APPROVED | ADJUSTMENT INCREASE | DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| In-State Travel(Montgomery) | 3,500.00 | 1,250.00 | | 4,750.00 |
| Out-State Travel(Montgomery) | 1,250.00 | | 1,250.00 | - |
| | | | | - |
| **Total** | 4,750.00 | 1,250.00 | 1,250.00 | 4,750.00 |

EXHIBIT-16X

OFFICE OF THE GOVERNOR

**BOB RILEY**
GOVERNOR



ALABAMA DEPARTMENT OF ECONOMIC
AND COMMUNITY AFFAIRS

**Bill JOHNSON**
DIRECTOR

## STATE OF ALABAMA

December 14, 2007



PLAINTIFF'S
EXHIBIT
17

Ms. Emily Jackson
605 Wesley Drive
Montgomery, AL 36111

     Re:   *Emily C. Jackson v. Easter Seals of Central Alabama*

Dear Ms. Jackson:

     Enclosed are the following documents in response to your subpoena in the referenced matter:

1) September 11, 2006 e-mail between Tammy Farmer and Susan McKim.
2) October 9, 2006 e-mail between Tammy Farmer and Susan McKim.
3) ACE Monthly Summary Report for July 2006.
4) Microenterprise Monthly Summary for December 2006.
5) March 23, 2006 letter notifying Easter Seals about the end of the ACE Grant.
6) Subrecipient Grant Agreement between ADECA and Easter Seals dated October 2006.
7) Subrecipient Grant Agreement between ADECA and Easter Seals dated March 2007.

These documents reflect the complete file maintained by ADECA regarding this grant. ADECA does not have the other documents requested in your subpoena.

     Sincerely,

Claudia K. Smith
Assistant General Counsel

CKS/mo
Enclosures

*EXHIBIT-2*

401 ADAMS AVENUE • SUITE 580 • P.O. BOX 5690 • MONTGOMERY, ALABAMA 36103-5690 • (334) 242-5100

# SUBRECIPIENT GRANT AGREEMENT

STATE OF ALABAMA
DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS
Workforce Development Division
CFDA 17.720

| | |
|---|---|
| Title & Funding | Customized Employment |
| Agreement Number: | 5G200003 |
| Modification No. | 3 |

## SIGNATURE SHEET

This modification applies to and is hereby incorporated in the agreement entered into by the Alabama Department of Economic and Community Affairs, Workforce Development Division, as the Service Deliverer for the Workforce Investment Act, known as the GRANTOR, and

**Easter Seals Central Alabama**
**2125 East South Boulevard**
**Montgomery, Alabama 36116**
(Name and address of Subrecipient)

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
18

hereinafter known as SUBRECIPIENT.

The purpose of this modification is to incorporate the following numbered page changes:

| | | | | | |
|---|---|---|---|---|---|
| A. Signature Sheet | Page Number | **A-1** | through Page Number | **A-1** |
| B. General Provisions | Page Number | **B-1** | through Page Number | |
| C. Performance Standards | Page Number | **C-1** | through Page Number | |
| D. Special Provisions | Page Number | **D-1** | through Page Number | |
| E. Budget Section | Page Number | **E-1** | through Page Number | **E-1** |

The effect of this modification is to:   adjust the various line items to cover routine expenses associated with the operation of this program.  The total amount remains the same.

The foregoing, along with previous serially numbered modifications, constitute(s) the only authorized change(s) in the aforementioned agreement to date.  The GRANTOR and SUBRECIPIENT hereby agree that the purpose, performance, and consideration are as expressed in the agreement as now modified and that no element of this modification shall be retroactive unless expressly stated.  This action changes the value of the original agreement of   **9/30/2005**   (date)   as modified and adds   *****   or subtracts   *****
Total payment permitted under this agreement shall not exceed   **$ 174,401.05** .
This agreement ends   **3/31/2007**   (date).

In witness whereof the parties hereto executed this modification to the latest date appearing below.

**Workforce Development Division Statement:**
This contract has been reviewed for and is approved as to content.
By: *Steve Wolhley*    Division Director
JZ    Preparer's Initials
**Steve Walkley**
(Typed Name)
Date: 3/12/87

**Attorney's Statement:**
This contract has been reviewed for legal form and complies with all applicable laws, rules, and regulations of the state of Alabama governing these matters.
By: *Edward E. Lazy*
**Edward E. Davis**
(Typed Name)
Date: 3/14/07

**SUBRECIPIENT:**
**Certification**
In signing and thereby validating this agreement, I also certify that I am authorized by the governing body of the SUBRECIPIENT to legally bind that body in my capacity as its signatory official.
By: *Debbie Lynn*
(SUBRECIPIENT'S Signatory Official)
**Debbie Lynn**
(Typed Name)
Title: **Administrator**
Date: 3/23/07

**GRANTOR:**
By: _____ , Director
Alabama Department of Economic and Community Affairs
**Bill Johnson**
(Typed name)
Date: _____
By: *Tim Alford* , Director
Office of Workforce Development
**Tim Alford**
Date: 3-15-07

A-1
EXHIBIT-18

## AGREEMENT TRANSMITTAL FORM

Agreement # _____ 5G200003 _____ Mod # _____ 3 _____

### PLEASE COMPLETE THIS FORM AND SUBMIT WITH CONTRACT FOR SIGNATURES:

Subrecipient's Legal Name _____ Easter Seals Central Alabama _____

Geographic Location – City/Town/Community: _____ Montgomery _____ County _____ Montgomery _____

### MAILING ADDRESSES FOR:

General Correspondence:                                    Payments(if different):

Name    Easter Seals Central Alabama _____

Street No. 2125 East South Boulevard _____

P.O. Box _____

City, State, and Zip    Montgomery, Alabama 36116 _____

Telephone No.    (334) 288-0240 _____

Amount of Agreement –Cash    $174,401.05 _____          In-Kind _____

Agreement/Subgrant Performance Period    9/30/05 to 3/31/07 _____

Funded by (check one):  100% State Funds _____          Federal Grant _____ X _____

IF FUNDED BY FEDERAL GRANT, PLEASE COMPLETE:

Federal Grant Name/Number    Customized Employment Grant / E-9-4-2-0096 _____

Percentage State Funds required to Match Federal Grant _____ 0% _____

Federal Grant Budget Period    9/30/02 – 3/31/07 _____

I hereby certify that this agreement/grant amount does not make the total obligations exceed the total amount of funds available for this program period.

_____ Certifying Official          3/12/07 _____ Date

_____ Steve Walpley _____ SIGNATURE OF DIVISION DIRECTOR

_____ Date

PURPOSE:  This modification adjusts the various line items in order to cover the routine expenses associated with the operation of the program.  The total amount of the contract remains the same. _____

EXHIBIT-19

PLAINTIFF'S EXHIBIT 19  PENGAD 800-831-9989

**BUDGET BACKUP**

Agreement/Project No: 5G200003 / 5G201903
Modification No.: 3

PENGAD 800-631-6989

PLAINTIFF'S EXHIBIT
20

COST CATEGORY: Administration _____
Program Costs    X
Rapid Response _____

| Line Item No: B1 | AMOUNT APPROVED | ADJUSTMENT INCREASE | ADJUSTMENT DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| Microenterprise Spec(2) | | | | |
| 1,242.56X26X100%(Cassandra Cooper) | 28,071.03 | 484.90 | | 28,555.93 |
| 1,197.77X26X100%(Jackson) | 24,463.74 | | | 24,463.74 |
| ▮▮▮ (Bill Haynes) | ▮▮▮ | | ▮▮▮ | - |
| **Program Support** | | | | |
| McKim (Admin) ▮▮▮ | ▮▮▮ | | - | ▮▮▮ |
| McKim (Prog. Mgr) ▮▮▮ | ▮▮▮ | | | ▮▮▮ |
| Jarrett ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| Flowers ▮▮▮ | ▮▮▮ | | | ▮▮▮ |
| **Total** | **88,163.33** | **484.90** | **13,910.50** | **74,737.73** |

| Line Item No: B2 | AMOUNT APPROVED | ADJUSTMENT INCREASE | ADJUSTMENT DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| FICA(7.65%) | 7,263.74 | | 250.00 | 7,013.74 |
| Medicare | - | | | - |
| Health Ins. Spec(Single 214.62MO, Family 386.93per mo) | 7,218.60 | | | 7,218.60 |
| Health Ins. Support Personnel | 168.86 | - | | 168.86 |
| SUI(1.05% of 8,000 ea person) | 363.78 | | - | 363.78 |
| Life Ins.-Micr. Ent Spec. | 425.00 | | - | 425.00 |
| Life Ins. Suppor Per | 175.00 | | | 175.00 |
| LTD Spec. | 370.00 | - | - | 370.00 |
| LTD Support | 150.00 | - | | 150.00 |
| Retirement(7.50% of Salaries only) | 6,640.58 | | - | 6,640.58 |
| Workers Comp(@1.05%) | 929.68 | | - | 929.68 |
| **Leave** | | | | - |
| Cooper (100 hr @ 15.53per hr) | 3,403.00 | 18.50 | | 3,421.50 |
| Jackson (60 hr. @ 14.96 per hr.) | 1,963.01 | 723.91 | | 2,686.92 |
| **Leave Support Personnel** | | | | |
| McKim ▮▮▮ | ▮▮▮ | - | ▮▮▮ | ▮▮▮ |
| Jarrett ▮▮▮ | ▮▮▮ | | | ▮▮▮ |
| Flowers ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| **Total** | **31,133.61** | **1,631.41** | **974.41** | **31,790.61** |

| Line Item No: B3 | AMOUNT APPROVED | ADJUSTMENT INCREASE | ADJUSTMENT DECREASE | REVISED AMOUNT |
|---|---|---|---|---|
| In-State Travel(Montgomery) | 5,250.00 | 1,500.00 | | 6,750.00 |
| Out-State Travel(Montgomery) | - | | | - |
| | | | | - |
| **Total** | **5,250.00** | **1,500.00** | **-** | **6,750.00** |

EXHIBIT-23

Easter Seals Central Alabama Rehabilitation Center
2125 East South Boulevard
Montgomery, Alabama 36116-2454
(334) 288-0240

PLAINTIFF'S
EXHIBIT
21
PENGAD 800-631-6989

**Easter Seals Advisory Board & Racial Make-up**
1. Macon Brock, Chairman of the Board (White)
2. Cheryl Robertson (White)
3. Samantha Kelley (White)
4. Paul Robertson (White)

**Easter Seals Staff & Racial Make-Up**
1. Debbie Lynn, Administrator (White)
2. Larry Lewis, Interim Administrator(Retired & Part-time) (White)
3. Edwin Collier, Program Coordinator (White)
4. Susan McKim, Grants Developer (White)
5. Christy Jarrett, Director Business Office (White)
6. Melanie Bush, Director Evaluations (White)
7. Joyce Owens, Program Manager **(Black)**
8. Roy Mulkey, Maintenance Manager (White)
9. Frankie Thomas, Director SCSEP **(Black)**
10. Sunya Terry, Director, Day Care Center **(Black)**
11. Adam Bennette, Program Manager, Working Solutions (White)
12. Connie Crowe, Nurse Program Instructor (White)
13. Ramesh B. Contract Program Supervisor (Indian)
14. Eileen Bennette, Executive Secretary (White)
15. Bill Hanes, Micro Enterprise Specialist (White)**[Part-time Mondays & Tuesdays]**
16. Linda Haddaway, Accounting & Bookkeeping (White)
17. Jerome Liggette, Job Placement Specialist **(Black)**
18. Danita Rivers, Job Placement Specialist **(Black)**
19. Steve Snowden, Job Placement Specialist (White)
20. Kathy Welch, Speech Therapist (White)
21. Cindy Devine, Speech Therapist (White)
22. Stephanie Aul, Speech Therapist (White)
23. Patti Walden, Client Program Services (White)
24. **Cassandra Gray, Receptionist (Black)**
25. Harriet Dorisin, Learning Disability Evaluator (White)
26. Mattthew McKim, Evaluator (White)
27. Shalinda Mahone, Environmental Instructor **(Black)**
28. G Hunter, Life Skills Instructor **(Black)**
29. Richard Bloom, Maintenance Worker (White)
30. Maxine Hooks, Part-time Driver **(Black)**
31. ----------------------? Office Technology Instructor
32. ----------------------? Evaluator

Easter Seals Central Alabama - Rehabilitation and careers for children and adults with disabilities



# Easter Seals Central Alabama



PLAINTIFF'S
EXHIBIT
22

Home    Programs/Services    Volunteers    Golf Tournament Fund Raiser    Web Site Privacy



in Greenville,
Alabama

Eighth Annual Play a



United Way
of America



carf

**Accredited**



building

MONTGOMERY

The qualified staff of Easter Seals Central Alabama is dedicated to upholding the mission and values of our organization.

**Mission Statement And Values**

*The mission of Easter Seals Central Alabama is to provide quality life-enhancing programs and services that meet the individual needs of our consumers.*

**We value** all people and their right to strive for maximum potential and independence.

**We value** our staff and the unique contributions each makes to the improvement of life for our consumers.

**We value** partnerships that promote the independence of our consumers.

**We value** all resources that enable us to assist people with disabilities to achieve maximum independence.

| Home | Programs/Services | Volunteering | Fund Raising | Privacy |

(c) 2006
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116
Telephone 334/288-0240
FAX 334/288-7171

*EXHIBIT K-1*

PLAINTIFF'S
EXHIBIT
23
PENGAD 800-631-6989

November 10, 2005

Dr. Susan McKim, Administrator
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116

Re: Federal Grants Available to Non-Profit Organizations 501© (3) status

Dear Dr. McKim:

Thank you for all of the support that you gave me during my illness and allowing me to return back to work in my position with the ACE Micro Enterprise Program. I know that you are very busy, so I won't take up much of your time. This information does not pertain to our program, but I believe that it could benefit other programs within our organization.

Attached are four federal funding opportunities for non-profit organizations. They are New Access Points in Programs Funded Under the Health Centers Consolidation Act of 1996, Disability Rehabilitation Research Projects (DRRP), Health Behavior Change in People with Disorders, Muscular Dystrophy: Pathogenesis and Therapies. There are also many other programs that we qualify for as a non-profit organization, but these are ones that stood out.

If you need my assistance on searching for grants for Easter Seals and completing the application process, please don't hesitate to call on me to help.

Sincerely,

Emily C. Jackson,
Micro Enterprise Specialist

Date:   December 14, 2005

PLAINTIFF'S
EXHIBIT
24

To:     Mr. Larry Lewis, Interim Administrator
        Easter Seals Central Alabama, 2125 E. South Blvd., Montgomery, AL 36116

From:   Emily C. Jackson, Micro Enterprise Specialist

Memo:Dear Mr. Lewis:
        Thank you for the leadership and professionalism that you have provided Easter Seals Central
        Alabama staff members and employees since joining our organization. The following is an outline
        of my recommendations for improving business operations, programs, and services, here, at Easter
        Seals. If I can be of assistance to you, please feel free to call on me.

I.      **INTERNAL ENVIRONMENT-RESOURCES**
        Administrator-Executive Director/Manager
            Supervisors-Professional Staff
                Employees
                    Clients
        1. Easter Seals Central Alabama (ESCA) Chain of Command clearly identified and known to all
           employees without uncertainty
        2. Improve Communications
            a) ESCA Mission, Values, Performance Goals, and Expectations clearly identified and
               communicated to all employees
            b) ESCA Standard Operating Procedures communicated in writing and verbally to all employees
            c) Program Development -Management for Non-profit Organizations-A full time qualified
               program development manager is needed to ensure that funds are available to sustain the
               viability of Easter Seals programs and services.
            d) Human Resources Management-A full time human resources professional/manager is needed
               to ensure that Easter Seals policies, practices, and procedures comply with current federal and
               state employment laws. An HR professional would provide expertise and knowledge in the
               training and development of Easter Seals managers and employees: Equal Employment
               Opportunity Commission (EEOC) Compliance, Discipline, Discrimination, Performance
               Goals, Sexual Harassment, Workplace Violence, Managing A Non Profit Organization,
               Safety in compliance with the Occupational Safety and Health Administration (OSHA)
               Regulations, Health Insurance Portability & Accountability Act (HIPAA), Planning for
               Business Conference and Training specifically designed for managers and employees working
               in non-profit organizations. An HR manager would also provide strategic planning that
               would enable Easter Seals to achieve its overall mission, goals, and objectives.

II.     **EXTERNAL ENVIRONMENT-RESOURCES**

        1. Primary: U. S. Government-Federal Grants-The U. S. Government has billions of dollars in
           Federal funds for non-profit organizations with 501c3. There are deadlines that must be met and
           application procedures that must be completed in order to secure funds. The program manager
           discussed in section 2c above would be responsible for securing these funds.
        2. Secondary: Alabama State Government Grants-Some grants for non-profit organizations must
           be acquired through state offices.
        3. Thirdly: Private Organizations-Donations via Easter Seals Employees Fund Rasing Efforts

628

## Emily Jackson

| | |
|---|---|
| **From:** | Emily Jackson |
| **Sent:** | Friday, June 16, 2006 8:12 AM |
| **To:** | Larry F. Lewis |
| **Subject:** | RE: grant possibility |

PLAINTIFF'S EXHIBIT 25 PENGAD 800-631-6989

Good Morning Mr. Lewis,

I talked to Dr. McKim and she stated that she was working on the grant. All of the statistical and written information/reports that we have submitted on the Micro Enterprise Program will be very helpful. I also believe that the information in our initial grant can be used as a model for the new grant. Yesterday, Cassandra gave Dr. McKim additional information about our program, and it sounds like we're on the right track.

Emily

---

**From:** Larry F. Lewis
**Sent:** Thursday, June 15, 2006 5:50 PM
**To:** Emily Jackson
**Subject:** RE: grant possibility

Thursday...back today but snowed under all day. We'll try to talk on Friday.

You know Susan McKim is to be our new Grants Developer for the center. Have you talked with her about this grant?
Hopefully we can talk Friday. Call me about 10:00 AM.
Thanks,
L.Lewis

-----Original Message-----
**From:** Emily Jackson
**Sent:** Wednesday, June 07, 2006 7:45 AM
**To:** Larry F. Lewis
**Subject:** FW: grant possibility

Dear Mr. Lewis,

The above attachment is a federal grant possibility for the ACE Micro Enterprise Program. At your earliest convenience, Cassandra and I would like to meet with you to discuss pursuing this grant. The application deadline is Monday, July 3, 2006, which is the 4th of July Holiday Week.

Emily

---

**From:** Emily Jackson
**Sent:** Wednesday, June 07, 2006 8:39 AM
**To:** Larry F. Lewis
**Subject:** FW: grant possibility

6/19/2006

*EXHIBIT O - 1*

```
[Federal Register: May 19, 2006 (Volume 71, Number 97)]
[Notices]
[Page 29172-29182]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr19my06-80]
```

=======================================================================
-----------------------------------------------------------------------

DEPARTMENT OF LABOR

Office of Disability Employment Policy

[SGA 06-07]



PLAINTIFF'S EXHIBIT 26

Self-Employment for Adults and Youth With Disabilities Research and Technical Assistance; Solicitation for Cooperative Agreements

    Announcement Type: New notice of Availability of Funds and
Solicitation for Grant Applications (SGA) for cooperative agreements
for Self-Employment for Adults and Youth with Disabilities Research and
Technical Assistance.
    Funding Opportunity Number: SGA 06-07.
    Catalogue of Federal Domestic Assistance (CFDA) Number: 17.720.
    Executive Summary: The U.S. Department of Labor (``DOL'' or
``Department''), Office of Disability Employment Policy (``ODEP''),
announces the availability of up to $5,000,000 to fund both a national
technical assistance and research cooperative agreement, and multiple
cooperative agreements for sub-national research and technical
assistance pilot projects to investigate, develop and validate systems
models likely to increase self-employment opportunities for people with
disabilities.
    The national technical assistance and research cooperative
agreement award will be funded for up to $1.5 million for a 36 month
period of performance.
    The sub-national research and technical assistance pilot
cooperative agreement award(s) will be funded for a total of up to $3.5
million. Awards may range from $800,000-1,200,000, with an average of
$1 million for a 36 month period of performance.
    ODEP'S unique mission is to provide national leadership by
developing and influencing disability-related employment policy and
practice affecting the employment of people with disabilities. Congress
designated these monies to ODEP to further the development of self-
employment policy for individuals with disabilities. A critical element
of this endeavor will be the generation of data and information to
validate systems capacity-building strategies and systems change models
for successfully increasing self-employment opportunities for
individuals with disabilities, to document the systems-related
difficulties and challenges that may be encountered, and to develop and
test mechanisms for addressing these challenges. This data, obtained as
a result of research and technical

[[Page 29173]]

assistance efforts, will be used by ODEP and other stakeholders in
developing policy recommendations across multiple public and private
systems for increased self-employment options as an alternative to more
traditional types of employment.

*655*

*EXHIBIT U-2*

DATES: Key Date: Applications must be received by July 3, 2006.

ADDRESSES: Applications must be mailed or hand-delivered to: U.S. Department of Labor, Procurement Services Center, Attention: Cassandra Mitchell, Reference SGA 06-07, Room N5416, 200 Constitution Avenue, NW., Washington, DC 20210.

PLAINTIFF'S EXHIBIT
27
PENGAD 800-631-6989

SUPPLEMENTARY INFORMATION: This notice contains all of the necessary information and forms needed to apply for the ODEP cooperative agreements described below. Additional forms can be obtained from the following Web site address: http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from
   Solicitation Information Conference Call: A Solicitation

Information Conference Call will be held at 2 p.m. (ET), Wednesday, June 1, 2006. The purpose of this conference call is to provide interested parties an overview of this Cooperative Agreement program and an opportunity to ask questions concerning the solicitation. A transcript of the conference will be made available on the ODEP Web site, http://frwebgate.access.gpo.gov/cgi-bin/leaving.cgi?from=leavingFR.html&log=li

Individuals who wish to participate in this conference call must register by contacting ODEP at 202-693-7880, no later than 4:45 p.m. (ET) on Friday, May 26, 2006. Please ask to register for the Self Employment SGA Conference Call. Registrations should be made as soon as possible. At the time of registration, call-in information will be provided.

I. Funding Opportunity Description and Authority

A. Description and Purpose

    ODEP envisions two forms of research and technical assistance. ODEP will award multiple cooperative agreements to conduct research that will document and analyze existing agencies, policies and practices available to assist people with disabilities in starting and operating small businesses; identify, demonstrate, and evaluate innovative models across public and private systems for supporting self-employment for people with disabilities; assist relevant entities to implement effective and accessible practices for achieving self-employment outcomes of people with disabilities; and inform development of policies that expand access to such practices nationally.
Priority 1: National Self Employment Technical Assistance and Research Initiative
    ODEP intends to award one national research and technical assistance cooperative agreement for approximately $1.5 million for a period of performance of 36 months.
    This priority supports creation of a cooperative agreement to accomplish three tasks:
    (1) Provide direct technical assistance to the ODEP grantees described in Priority 2;
    (2) Provide technical assistance, training, dissemination and informational services to a broad constituency that will include state and local workforce development entities, including but not limited to, State Job Training Institutions, WIA One Stops, SBA Small Business Development Centers, the Vocational Rehabilitation and Employment Agencies of the Department of Veterans Affairs, State, and Tribal Vocational Rehabilitation Agencies to implement effective and accessible practices for achieving self-employment outcomes; and
    (3) Identify and analyze the effects of existing programs on entrepreneurship by people with disabilities.

*656*

*EXHIBIT O-3*

PLAINTIFF'S
EXHIBIT
28
FBN040 800-631-6989

Task 1: Task 1 consists of providing assistance to grantees funded under Priority 2 of this solicitation based on the identified needs of each project. Assistance provided under this task will use strategies and information generated in Tasks 2 and 3 and additional assistance appropriate to the needs of the grantee, including site specific assistance.

Task 2: This task will focus on developing and implementing a comprehensive strategy for increasing the capacity of existing systems for providing self-employment services to people with disabilities through training, technical assistance, research, and identification and dissemination of successful and recommended practices . This will include outreach to potential entrepreneurs with disabilities and to potential financial and lending institutions. Included in the training and technical assistance will be innovative strategies for fostering self-employment for individuals with disabilities and guidance about forming partnerships among agencies that have complementary expertise and resources. In addition, this task will establish sustainable resources for continued capacity building beyond the period of performance of the cooperative agreement.

Task 3: Task 3 will be nationwide research and analysis of current resources and supports available to persons with disabilities for pursuit of entrepreneurship, and as Congress directed, ``to undertake a thorough analysis of the structures currently in place that either promote or impede the expansion of business ownership in the disability community.'' Specifically, this research will:

(a) Document existing public and private programs or activities that have the authority or responsibility for developing and supporting entrepreneurs with or without disabilities in starting, financing and managing a small business;

(b) Analyze the abilities and limitations of these resources for serving people with disabilities; and

(c) Develop recommendations for modifying or developing policies for reducing impediments and increasing the capacity of the resources, individually or collaboratively, to respond to the entrepreneurial training, financing and support needs of people with disabilities.

Applicants will build in methods for evaluating the effects of their technical assistance, and develop criteria for identifying promising practices and mechanisms for documenting and analyzing policy related information. To the extent that surveys are included in the final research design, the grantee will be responsible for designing those surveys in conjunction with ODEP and working with ODEP to develop an OMB clearance package and ensuring appropriate clearances. Surveys may be mixed mode (mail, internet and phone) and should be designed to achieve an overall response rate of at least 80%.

Priority 2: Sub-National Projects of Systemic Innovation and Technical Assistance

ODEP intends to award multiple cooperative agreements for projects of systemic innovation. ODEP anticipates awards will be in the range of $800,000-1,200,000, with an average of $1 million, for a 36 month period of performance. However, this does not preclude funding decisions above or below this amount, or funding a smaller or larger number of projects, based on the number and quality of submissions.

Under this priority, ODEP intends to fund multiple projects that will research, test and evaluate innovative models of self-employment service delivery that can be adopted across the country. In addition, these projects will provide sub-national technical assistance (separate from and unrelated to Priority 1 technical assistance) supportive of their individual research efforts within a political or economic

[[Page 29174]]

*657*

*EXHIBIT O-4*



PLAINTIFF'S
EXHIBIT
29

jurisdiction, such as a state, metropolitan area, rural district or economic development zone, proposed by the Awardee. These jurisdictions will be chosen on characteristics established by the applicants but including the presence of numerous public and private programs, including but not limited to, State Job Training Institutions, WIA One-Stops, SBA Small Business Development Centers, the Vocational Rehabilitation and Employment Agencies of the Department of Veterans Affairs, and State, and Tribal Vocational Rehabilitation Agencies, capable of supporting potential entrepreneurs with disabilities. The awardees will be expected to research, test and evaluate innovative systems models that will increase self-employment opportunities for entrepreneurs who represent a range of disabilities, ages and life circumstances.

Critical components of this priority will include:

(a) Detailed resource mapping of the selected jurisdiction, documenting existing public and private programs or activities in the local area of the project that have the authority or responsibility for developing and supporting entrepreneurs with or without disabilities in starting, financing and managing a small business;

(b) Analyzing the abilities and limitations of these existing resources for serving people with disabilities;

(c) Developing recommendations and providing technical assistance for modifying or developing policies for reducing impediments and increasing the capacity of the resources, individually or collaboratively, to respond to the entrepreneurial training, financing and support needs of people with disabilities; and

(d) Developing, testing, evaluating, and disseminating innovative models within the area of jurisdiction of the proposed project.

The resultant resource mapping, policy analysis, and innovative systems model development must address the needs of adults, youth, veterans and older workers with disabilities (including those with significant physical, mental health and cognitive disabilities) who desire entrepreneurship. It must also include generic programs available to all potential entrepreneurs as well as those targeted specifically to people with disabilities, and a review of relevant regulations, policies, practices and funding mechanisms. Any differences between rural and urban entrepreneurship must be addressed.

Outcomes for this priority will be quantitative and qualitative documentation of the model(s), including:

(a) Strengths and weaknesses for assisting people with disabilities;

(b) Recommendations for informing policy development and addressing barriers and facilitators to achieving desired results; and

(c) Identification and dissemination through technical assistance of promising and successful practices.

This information will be used by ODEP, in concert with other Federal agencies, to develop and implement an action plan to promote self-employment and small business development among youth and adults with disabilities, particularly those with the most significant disabilities.

B. Background

Congress provided $5,000,000 in the FY 2006 appropriation for ODEP to conduct a national initiative to develop research-based policy and provide technical assistance to related systems in implementing effective and accessible practices for achieving sustainable self-employment outcomes for individuals with disabilities. (See Departments of Labor, Health and Human Services, and Education, and Related

*658*

*EXHIBIT 073*

(3) A detailed outline for an evaluation research design (see Section V (1) (F) for more information);

(4) A description of procedures and approaches that will be used to provide ongoing communication and collaboration with, and input from ODEP's Project Officer on all grant-related activities;

(5) A description of how performance feedback and continuous improvement are integral to the design of the project; and

(6) Information on proposed staffing consistent with the requirements below.

PLAINTIFF'S
EXHIBIT
30

PENGAD 800-631-6989

The Project Narrative must describe the proposed staffing of the project, including consultants, and must identify and summarize the qualifications of the personnel who will carry it out as well as time commitments of all staff and consultants. For each staff person named in the application, please provide documentation of all internal and external time commitments. In instances where a staff person is committed on a Federally supported project, please provide the project name, Federal office, program title, the project Federal award number, and the amount of committed time by each project year. This information (e.g., Staff: Jane Doe; Project Name: Succeeding in the General Curriculum; Federal office: Office of Special Education Programs; Program title: Field Initiated Research; Award number: H324C980624; Time commitments: Year 1--30%; Year 2--25% and Year 3--40%) can be provided as an Appendix to the application.

In general, ODEP will not reduce time commitments on currently funded grants from the time proposed in the original application. Therefore, ODEP will not consider for funding any application where key staff are bid above a time commitment level that staff have available to bid. Further, the time commitments stated in newly submitted applications will not be negotiated down to permit the applicant to receive a new grant award.

The Project Narrative should also describe how the applicant plans to comply with the employment discrimination and equal employment opportunity requirements of the various laws listed in the assurances section.

In addition, the evaluation criteria listed in Section V (1) include consideration of the qualifications, including relevant education, training and experience, of key project personnel as well as the qualifications, including relevant training and experience, of project consultants or subcontractors. Resumes for all staff and consultants must be included in the Appendices.

3. Submission Dates, Times and Addresses

Applications will be accepted commencing May 19, 2006. The closing date for receipt of applications by DOL under this announcement is July 3, 2006.

Applications, including those hand-delivered, must be received by 4:45 p.m. (ET) on the closing date at the address specified below. No exceptions to the mailing and hand-delivery conditions set forth in this notice will be granted. Applications that do not meet the conditions set forth in this notice will be considered non-responsive.

Applications must be mailed or hand-delivered to: U.S. Department of Labor, Procurement Services Center, Attention: Cassandra Mitchell, Reference SGA 06-07, Room N-5416, 200 Constitution Avenue, NW., Washington, DC 20210. Applications sent by e-mail or telefascimile (FAX) applications will not be accepted.

Hand-Delivered Proposals: It is preferred that applications be mailed at least five (5) days prior to the closing date to ensure timely receipt. Hand-delivered applications will be considered for funding, but must be received by the above specified date and time.

*067*

# TROY UNIVERSITY™

WARNING: THE BACK OF THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.    PRESENT

PLAINTIFF'S
EXHIBIT
31

04/26/07                          TROY University-Graduate                          Page 2

Emily C. Jackson                              ID Number:
                                              SSN:           -0814
                                              GECE Taken: N

## ISSUED TO STUDENT

| Course | Num | Sec | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|--------|-----|-----|-------|-----|---|---------|----------|--------------|
| MGT | 6674 | MBACA | ETHICS IN BUSINESS | A | | 3.00 | 3.00 | 12.0000 |
| PSE | 6660 | MBACA | TRENDS & ISSUES IN ADULT EDUC | A | | 3.00 | 3.00 | 12.0000 |

```
              05/FA Totals:   6.00   6.00  24.0000 GPA =  4.0000
          Cumulative Totals: 33.00  33.00 126.0000 GPA =  3.8182
       Institutional Totals: 33.00  33.00 126.0000 GPA =  3.8182

   CUMULATIVE TOT: CRED.ATT =  33.00 CRED.CPT =  33.00 GRD.PTS = 126.0000 GPA =  3.8182
   INSTITUTIONAL TOT: CRED.ATT =  33.00 CRED.CPT =  33.00 GRD.PTS = 126.0000 GPA =  3.8182
**********************************************************************
* Master of Science Degree Awarded on 12/05                         *
* Majors                    Minors              Specializations     *
* ------------------------- ------------------- ----------------------- *
* Human Resource Mgmt                                               *
**********************************************************************
```

Official copy must bear signature of the Registrar.

This transcript is printed on secured paper and does not require a raised seal. Transcript valid only when it bears the signature of the Registrar.

# Northeastern Illinois University

5500 North St. Louis Avenue
Chicago, Illinois 60625-4699

773 / 583-4050



PLAINTIFF'S
EXHIBIT
32

Page 2 of 2

Name: Emily C Jackson                    Soc Sec #: ████0814

```
------------ Spring 1981 (cont.) ------------        ------------ Winter 1982 (cont.) ------------
                                                     B&MGMNGT329  Intro Oper Rsch/Mngmnt Sci     3.00  C
                                                     B&MGMNGT332  Business,Technology & Society  3.00  A
        attempt   earn   pass  gpahrs   gdpts   gpa  MUS     152D Applied Music:Saxophone       2.00  A
ses      4.00     4.00   0.00   4.00    11.00  3.500 MUS     231  Band                          1.50  A
cum     69.00    69.00   0.00  69.00   255.00  3.700 High Honors

------------ Spring-Summer 1981 ------------
HPERLEST201  Prin & Prct Recratn & Leisure    3.00  A         attempt   earn   pass  gpahrs   gdpts    gpa
MATH     110 Fin Math-Bus/Soc Sci             4.00  B  ses    18.50   18.50   0.00   18.50    86.50  4.680
                                                       cum   121.50  121.50   0.00  121.50   486.50  4.000
        attempt   earn   pass  gpahrs   gdpts   gpa
ses      7.00     7.00   0.00   7.00    31.00  4.430 Degree Requirements Completed:  06/20/82
cum     76.00    76.00   0.00  76.00   286.00  3.760 Awarded Bachelor Of Arts     April,1982
                                                     Business And Management With Honors
------------ Summer 1981 ------------                Minor-Music
B&MGACTG202  Accounting II              3.00  C      ------------ END OF TRANSCRIPT ------------
MUS     151A Applied Music:Flute        1.00  A
MUS     151D Applied Music:Saxophone    1.00  B
MUS     151W Applied Music:Piano        1.00  A
MUS     231  Band                       1.50  A

        attempt   earn   pass  gpahrs   gdpts    gpa
ses      7.50     7.50   0.00   7.50    30.50  4.070
cum     83.50    83.50   0.00  83.50   316.50  3.790

------------ Fall 1981 ------------
B&MGFINA360  Intro To Finance           3.00  B
B&MGMKTG340  Intro To Marketing         3.00  B
B&MGMNGT320  Intro To Management        3.00  B
ECON     305 Business And Economic Statist  3.00  B
MUS     152D Applied Music:Saxophone    2.00  B
MUS     152W Applied Music:Piano        2.00  A
MUS     231  Band                       1.50  A
MUS     152A Applied Music:Flute        2.00  A
Honors

        attempt   earn   pass  gpahrs   gdpts    gpa
ses     19.50    19.50   0.00  19.50    83.50  4.280
cum    103.00   103.00   0.00 103.00   400.00  3.880

------------ Winter 1982 ------------
B&MGFINA361  Security Analysis          3.00  A
B&MGMNGT324  Personnel Administration   3.00  A
B&MGMNGT325A Cur Iss Bus:Mgmt Simulation  3.00  A
------------ To be continued ------------
```

The Family Educational Rights and Privacy Act of
1974 prohibits the release of this information
without the student's written consent.

ISSUED TO STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND          REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

This officially signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed
in small white type across the face of the document. A RAISED SEAL IS NOT REQUIRED. When photocopied the
word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Alice A. Medenwald, Registrar

## EMILY CAROLYN JACKSON



Home    Business

PLAINTIFF'S
EXHIBIT
33

## OBJECTIVE

Contribute my business education and management and rehabilitation experience in order to assist health care centers toward achieving their missions, goals, and objectives. Research and obtain federal grant opportunities for health care programs.

## FORMAL EDUCATION

2005   Master of Science in Human Resources Management with National Honors, Troy University, Montgomery, Alabama, **GPA 3.8.** Thesis: "The Study of the Impact of A Feasible Business Plan for New Entrepreneurs in Alabama Micro Enterprises." The National Dean's List 28th Edition Honor.

1982   Bachelor Of Arts in Business And Management with Honors, Northeastern Illinois University, Chicago, Illinois, **GPA 3.0.** Graduated in two years and seven months.

## PROFESSIONAL EXPERIENCE

### April 2006-Present  Management Consultant & Trainer
Premiere Business Consultants, LLC, P. O. Box 240365, Montgomery, Alabama 36124 Conduct entrepreneurship seminars, management training classes, and workforce development training for individuals in non-profit, profit, private, public, and governmental organizations. Provide management and technical assistance to current and potential business owners. Conduct business analysis and research to evaluate operational effectiveness and make recommendations for change, innovation, and improvement. Develop business plans, company policies, plans of action, and standard operating procedures to assist businesses in achieving their missions, goals, and objectives. Provide human resource management expertise, knowledge, and skills.

### September 2004-September 2006  Micro-Enterprise Specialist
Easter Seals Central Alabama, 2125 E. South Boulevard, Montgomery, Alabama 36116 Plan, coordinate, and execute the Alabama Customized Employment (ACE) Micro-Enterprise Program at Easter Seals Rehabilitation Center. Interpret and comply with federal grant policies and procedures. Provide counseling and guidance for people with disabilities to determine the most feasible business idea. Coordinate with rehabilitation counselors regarding clients' progress. Conduct management training seminars to teach new entrepreneurs how to effectively manage and operate businesses. Conduct research on diverse business industries. Gather statistical information related to competition, customer service, human resource planning, marketing trends, products, services, profits, sales, and operational expenses.

55

PLAINTIFF'S
EXHIBIT
34
PENGAD 800-631-6989

(Emily Carolyn Jackson, page 2)

Prepare written business plans for new entrepreneurs. Determine business feasibility to request funding for business start-up expenses from federal grant administrators or from private financial lenders. Facilitate the Micro Enterprise Program Advisory Board Meetings. Proficient in Microsoft Excel, Power Point, Word, and Word Perfect.

## September 1998-April 2006  Independent Representative
American Communications Network, P. O. Box 9000 Farmington Hills, Michigan 48333 Conduct management training seminars for new representatives to teach effective leadership, management, and marketing strategies. Coordinate conferences with senior managers to review training progress, production goals, and strategic plans for global market expansion. Market telecommunications and utilities services for commercial and residential customers who comprise domestic and international markets. Design business plans for commercial customers to offer telecommunications services at competitive rates. Prepare and submit written business analysis reports to ACN World Headquarters to process commercial customer accounts. Proficient in Excel, Power Point, Word, and Word Perfect.

## March 1997-December 1999  Associate Supervisor Program Trainer
United States Postal Service, 11600 W. Irving Park Road, Chicago, Illinois 60666 Provide management training to supervisor candidates enrolled in the United States Postal Service Associate Supervisor Training Program (ASP). Explain policies, practices, and procedures for automation, mechanization, and manual mail operations. Manage government mail processing operations at Airport Mail Center O'Hare. Coordinate work assignments for approximately 300 postal supervisors and employees. Analyze and prepare daily reports for mail operation units. Conduct research and prepare final written reports as the Priority and First-Class Mail Team Leader. Improve accuracy, consistency, and mail delivery scores. Coordinate conferences with senior managers and conduct oral presentations on corporate, facility, and unit goal achievements. Proficient in Microsoft Word and Word Perfect.

## August 1995-March 1997  Associate Supervisor Program Trainer-Clerk
United States Postal Service, 11560 W. Irving Park Road, Chicago, Illinois 60701 Provide management training to supervisor candidates enrolled in the United States Postal Service Associate Supervisor Training Program (ASP). Explain policies, practices, and procedures for automation, mechanization, and manual mail operations. Manage government mail processing operations at Irving Park Road Processing And Distribution Center. Coordinate work assignments for approximately 75 postal employees. Analyze and prepare daily reports for mail operation units. Coordinate conferences with senior managers to review corporate, facility, and unit goals. Achieve the highest mail volume processed in the automation mail unit.

## May 1985-August 1995  Distribution-Window Clerk
United States Postal Service, 433 W. Harrison, Chicago, Illinois 60607 Process all classes of domestic and foreign mail including special handling for overnight express, registered, priority, and certified mail services. Manage assets from daily postal financial transactions. Manage cash, money orders, business reply and postage due trust accounts, and postal products and supplies.

56

(Emily Carolyn Jackson, page 3)



**November 1982-September 1984  Services Specialist**
United States Air Force, Ellsworth Air Force Base, South Dakota 57706
Manage base housing, food services, linen exchange, and mortuary affairs on a
Strategic Air Command Base.  Perform routine inspection of base dormitory housing.
Review applications for base housing requests.  Manage cash flows and financial
assets generated from hotel (billeting) services and sundry sales including beverages
and food items.  Conduct financial audits.  Analyze and balance billeting funds.
Prepare nightly audit reports for base billeting services.

## SPECIALIZED TRAINING

Entrepreneurship, Human Resources Management, Access, Excel, Internet Explorer,
Outlook Express, Power Point, Word, Word Perfect, Management Road Maps, Network
Marketing

## AWARDS & HONORS

2004-2005    The National Dean's List 28th Edition
2003-2003    Toastmasters International Advanced Toastmaster Award
1999-1999    American Communications Network Outstanding Performance Award

United States Postal Service
1999-1999    Associate Supervisor Program On-Site Trainer Certification
1999-1999    Priority Service Team Award
1998-1999    Letters Of Commendation 500 Sick Leave Hours

1981-1982    Northeastern Illinois University High Honors

## RELATED PROFESSIONAL & COMMUNITY INVOLVEMENT

2005-2007    Montgomery Alumni Association Troy University
2005-2007    Society for Human Resources Management (SHRM)
2004-2007    Pilgrim Rest Missionary Baptist Church of Montgomery, Alabama
             Bible School Presenter, New Members Orientation Instructor, Prison
             Ministry Volunteer, Choir Member
2004-2005    Montgomery TEAM SHRM Troy University
2004-2005    Freedom Life Community Development Center (CDC) Board Member
2002-2005    Toastmasters International
2003-2004    Lilly Baptist Church of Montgomery Alabama-Choir Director
2002-2004    Lilly Baptist Church Bible School Youth Coordinator and Teacher, Circle
             Three Missionary Member, Choir Member
1975-2000    First Baptist Congregational Church of Chicago, Illinois-Bible School
             Presenter, Orchestra Member-1st Flute Instrumentalist, Assistant Choir
             Director, Choir Member, Group Auxiliary 8, Group Auxiliary 9, Group
             Auxiliary 10, Prison Ministry Volunteer, Street Ministry Volunteer, Kitchen
             Committee Member, Girl Scout

57

(Emily Carolyn Jackson, page 4)

PLAINTIFF'S
EXHIBIT
36

# REFERENCES

- Frankie Thomas, Seniors Program Director
  Easter Seals Central Alabama
  2125 East South Boulevard
  Montgomery, Alabama 36116
  

- Jerome Ligette, Job Placement Specialist
  Easter Seals Central Alabama
  2125 East South Boulevard
  Montgomery, Alabama 36116

- Geraldine W. Ivey, Staff Accountant
  State Health Planning & Development Agency
  RSA Building 100 South Union Street
  Montgomery, Alabama 36104

- Rev. Walter E. Ellis, Pastor
  Pilgrim Rest Missionary Baptist Church
  1436 East Washington Street
  Montgomery, Alabama 36107

- Dr. Houston R. Russell, Associate Professor
  Troy University Sorrell College of Business
  136 Catoma Street
  Montgomery, Alabama 36104

- Dr. Joseph H. Reynolds, Assistant Professor
  Troy University College of Education
  136 Catoma Street
  Montgomery, Alabama 36104



58

# PERFORMANCE PLANNING WORKSHEET

Exhibit G

PLAINTIFF'S
EXHIBIT
37
PENGAD 800-631-6989

| | |
|---|---|
| Name **Emily Jackson** | **Signatures** |
| Title **Micro-enterprise Specialist** | Performance expectations shown below have been reviewed by the employee and supervisor. |
| Rating Period: From **03/14/05** To **03/14/06** | |
| Rater Name **Larry Johnson** | Employee _____ Date _____ |
| Rater Title **Administrator** | |
| Department **ACE Project** | Supervisor _____ Date _____ |

## PERFORMANCE EXPECTATIONS FOR WORK BEHAVIORS

| | |
|---|---|
| **A. Planning and Scheduling** | **EXPECTATIONS:** |
| Reviews regulations and guidelines, develops business plans, develops client files and prepares seminars and training programs. Schedules Business Advisory Council. | Program guidelines will be followed, Center policies and procedures will be followed so that there are few errors. Seminars and training programs will be planned so there are few complaints by program participants. |
| **B. Enrollment and Orientation** | **EXPECTATIONS:** |
| Enrolls and orients clients in the Micro-enterprise programs. | Program enrollment goals will be met. Orientation will be provided for participants so that there are few complaints. |
| **C. Micro-enterprise Training** | **EXPECTATIONS:** |
| Conducts training seminars, provides technical assistance for business plan development and counsels participants for business plan presentation. | Training seminars will be conducted so that there are few complaints from program participants. Business plans will be developed and reviewed so that there are few complaints from the Business Advisory Council. |
| **D. Business Advisory Council** | **EXPECTATIONS:** |
| Conducts Business Advisory Council meetings. | Business Advisory meetings will be conducted on a regular basis to ensure that program goals are met and few complaints from the BAC. |
| **E. Records Management and Reporting** | **EXPECTATIONS:** |
| Designs and maintains filing system, stores and retrieves information; prepares a series of reports and distributes to appropriate personnel. | Participant files will meet ADECA monitoring requirements so that there are few complaints from ADECA. |
| **F. Professional Development** | **EXPECTATIONS:** |
| Acquires and maintains knowledge and skills through participating in professional improvement activities. | Will participate in a minimum of one professional development program during report period. |

538

EXHIBIT G

# APPRAISAL FORM

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
38

| Name  Emily Jackson | **Rating Scale Key** |
| Title  Micro-enterprise Specialist | 1. Fails to meet job requirements |
| Rater Name Larry Johnson | 2. Essentially meets job requirements |
| Rater Title  Administrator | 3. Fully meets job requirements |
| Department     ACE Grant | 4. Meets job requirements with distinction |
| | 5. Exceeds job requirements |

## PART I  RATING SCALES FOR MAJOR RESPONSIBILITIES

| | |
|---|---|
| **A.  Planning and Scheduling** | **RATING**      1      2      (3)      4      5 |
| Reviews regulations and guidelines, develops business plans, develops client files and prepares seminars and training programs.  Schedules Business Advisory Council | Comments: Ms. Jackson has adjusted very well to this expectation and received positive comments regarding the development of business plans with her clients. |
| **B.  Enrollment and Orientation** | **RATING**      1      2      (3)      4      5 |
| Enrolls and orients clients in the Micro-enterprise programs | Comments: There have been no complaints from participants regarding orientation.  Enrollment numbers are on targaret. |
| **C. Micro-enterprise Training** | **RATING**      1      2      3      (4)      5 |
| Conducts training seminars, provides technical assistance for business plan development and counsels participants for business plan presentation. | Comments: There have been no complaints from program participants regarding training.  Actually there have been compliments.  The Business Advisory Council has been very complimentary regarding business plan development. |
| **D.  Business Advisory Council** | **RATING**      1      2      (3)      4      5 |
| Conducts Business Advisory Council Meetings | Comments: Business Advisory Council meetings have been conducted as scheduled. |
| **E.  Records Management and Reporting** | **RATING**      1      2      (3)      4      5 |
| Designs and maintains filing system, stores and retrieves information; prepares a series of reports and distributes to appropriate personnel | Comments: |
| **F. Professional Development** | **RATING**      1      2      (3)      4      5 |
| Acquires and maintains knowledge and skills through participating in professional improvement activities. | Comments: Ms. Jackson is currently enrolled in graduate school in a Human Resources . |
| **G.**                               PCT. % | **RATING**      1      2      3      4      5 |
| | Comments: |
| **H.**                               PCT. % | **RATING**      1      2      3      4      5 |
| | Comments: |

## PART II PERFORMANCE DISCUSSION AND SUMMARY

539

**Does the employee have knowledge, skills, abilities and other qualifications needed for successful job performance?**
[ X ] yes   [   ] no    If no, please explain.

PLAINTIFF'S
EXHIBIT
39
PENGAD 800-631-6989

**Describe any specific actions employee needs to take to improve job performance.**

**Continue course work at Troy University.  Continue to work on presentation skills.**

**Summarize this employee's overall job performance as determined in your joint discussion.**

**Ms. Jackson has adjusted to her job assignment of Micro-enterprise Specialist very well during the introduction period of Sept. 14, 2004/March 14, 2005.  She is pleasant to work with and works well with her co-workers.  She works well with program participants and responds to supervision very well.  Ms. Jackson is very knowledgeable regarding business issues and practices and participates well when performing training activities.**

**PART III  SIGNATURES**

This report is based on my observation and appraisal knowledge of both the employee and the job.

Supervisor _____ Date

My signature indicates that I have reviewed this
It does not mean that I agree with the results.

_Emily C. Jackson_ 4/13/05

Reviewer _____ Date          Employee                          Date

540



**Susan McKim**
Executive Director

*Creating solutions, changing lives*

*Services for children and adults*
*with disabilities in Central Alabama*



PLAINTIFF'S
EXHIBIT
40

Easter Seals

**Central Alabama**
2125 East South Boulevard
Montgomery, Alabama 36116-2454
334-288-0240
FAX 334-288-7171

Letter of Recommendation
September 25, 2006

To Whom It May Concern,

I was a co-worker of Ms. Emily Jackson for the past two years here at Easter Seals
Central Alabama. Ms. Jackson always demonstrated professionalism in her job as a
Microenterprise Specialist and maintained a consistently positive attitude. It was a
pleasure to work with someone as caring as Emily and I would certainly recommend her
for other professional level positions such as the one she was doing here at Easter Seals.

Sincerely,

Ed Collier

Ed Collier
Program Coordinator



Alabama Department of
# REHABILITATION SERVICES





**Bob Riley**
GOVERNOR

**Steve Shivers**
COMMISSIONER

October 13, 2006

Dear Mr. Shivers:

I would like to take this opportunity to make a recommendation for Ms. Emily Carolyn Jackson.   I feel that Ms. Jackson would be a good asset at this job.  Ms. Jackson is a hard worker and is dependable.

Please feel free to contact me if you have any further questions or if I can be of any further assistance in this consideration.  My office hours are Monday through Friday, 7:30 to 4:30. My contact number is (334) 566-2491. Thank you very much for your time.

Sincerely,

Lisa Nonnenmann
Vocational Rehabilitation Counselor

---

## PROVIDING SERVICES TO ALABAMIANS WITH DISABILITIES

518 S. Brundidge Street ■ Troy, AL 36081 ■ 334-566-2491 ■ 1-800-441-7608
■ Fax: 334-566-9415 ■ www.rehab.state.al.us

## Microenterprise Monthly Summary

Micro enterprise Program
Easter Seals Central Alabama
2125 East South Boulevard
Montgomery, Alabama 36116

Ed Collier, Program Manager
(334) 288-0240 ext 251

Contractor:    William D. Haynes dba HMS

███████████████ Alabama 36█

Instructor:    William D. Haynes



PLAINTIFF'S
EXHIBIT
42

Contract Begin Date: October 01, 2006
Contract End Date  : March 31, 2007

|                          | Oct | Nov | Dec |
|--------------------------|-----|-----|-----|
| Participants             | 2   | 2   | (No significant activities in Dec) |
| Black/African American   | 2   | 2   |     |
| Male                     | 2   | 2   |     |
| Female                   | 1   |     |     |
| High School/Ged          | 2   | 1   |     |
| College Degree           |     | 1   |     |
| Deaf/Hard of Hearing     | 1   | 1   |     |
| Cognitive/Intellectual   | 1   | 1   |     |

Participants:

Mr. ████████████
Ms. ████████████
Mr. ████████████

Note:  All participants to date are people who were involved in the micro enterprise
program prior to October 2006.  Some had finished business plans but were
unable to start a business due to lack of funding or other reasons.  They asked for
advice or other assistance.  Assistance was provided through consultation,
business research and use of micro enterprise equipment and supplies.

We started working with ███████████ in October and he attended micro enterprise
classes with intentions of completion of a business plan.

EXHIBIT- 29

1

███ had the potential to complete a plan and start ████████████ s. ███ The last ████

PLAINTIFF'S
EXHIBIT
43

Quarterly Micro enterprise Activities

Meeting with ADRS counselors on October 10, 2006 to discuss opportunities and address specific issues regarding micro enterprise. The counselors raised certain questions regarding program credibility. We addressed the concerns and agreed to work more closely with them in the future and to insure their involvement in the process.

Attended Work Force Development Conference in Birmingham, Alabama October 11-13. Met with Jim Harris III twice during the conference to discuss micro enterprise program. Set up a formal meeting with him in Montgomery for the following week.

So far this quarter we have met formally with Jim Harris two times and talked with him on the phone several times in an effort to solve any credibility issues regarding the program. He asked us to consider providing an in service program for VR Supervisors some time in March to help them understand specific micro enterprise issues. Another email was sent on January 3rd as follow up regarding the in service training.

Currently discussing how we can help two other people who need assistance with business planning, one of whom has completed substantial work on a plan and holds professional licenses for medical skin care procedures.

It is difficult to address sustainability issues until we can overcome credibility concerns of ADRS management and counselors.

Thank You

William D. Haynes

EXHIBIT-30

2

| SCHEDULE C (Form 1040) | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **09**

Name of proprietor
EMILY C JACKSON

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-
MGT CONSULTING : CONSULTING TRAINING

**B** Enter code from pages C-8, 9, & 10
▶ 541600

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2007? If "No," see page C-3 for limit on losses.  [X] Yes  [ ] No

**H** If you started or acquired this business during 2007, check here ▶ [ ]

PLAINTIFF'S EXHIBIT 44

## Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | **1** 3,458. |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 3,458. |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** |
| 5 | Gross profit. Subtract line 4 from line 3 | **5** 3,458. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) **SEE ATTACHED** | **6** 23,456. |
| 7 | Gross income. Add lines 5 and 6 ▶ | **7** 26,914. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | **8** 533. | 18 | Office expense 5266.t. | **18** 335. |
| 9 | Car and truck expenses (see page C-4) | **9** 3,033. | 19 | Pension and profit-sharing plans | **19** |
| 10 | Commissions and fees | **10** | 20 | Rent or lease (see page C-5): | |
| 11 | Contract labor (see page C-4) | **11** | a | Vehicles, machinery, and equipment | **20a** |
| 12 | Depletion | **12** | b | Other business property | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | **13** 1,129. | 21 | Repairs and maintenance | **21** |
| | | | 22 | Supplies (not included in Part III) | **22** 1,682. |
| | | | 23 | Taxes and licenses | **23** |
| | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | **14** | a | Travel | **24a** |
| 15 | Insurance (other than health) | **15** | b | Deductible meals and entertainment (see page C-6) | **24b** 217. |
| 16 | Interest: | | 25 | Utilities | **25** |
| a | Mortgage (paid to banks, etc.) | **16a** | 26 | Wages (less employment credits) | **26** |
| b | Other | **16b** | 27 | Other expenses (from line 48 on page 2) | **27** 3,737. |
| 17 | Legal and professional services | **17** 123. | | | |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | **28** 12,284. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | **29** 14,630. |
| 30 | Expenses for business use of your home. Attach Form 8829 | **30** |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | |
| | • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (statutory employees, see page C-7. Estates and trusts, enter on Form 1041, line 3. | **31** 14,630. |
| | • If a loss, you **must** go to line 32. | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. | **32a** [ ] All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | **32b** [ ] Some investment is not at risk. |

**KBA**   For Paperwork Reduction Act Notice, see page C-8 of the instructions.

Schedule C (Form 1040) 2007

Schedule C (Form 1040) 2007 EMILY C JACKSON    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-7) |
|---|---|

33  Method(s) used to
value closing inventory:    a ☒ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes  ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . | 42 | |

PLAINTIFF'S
EXHIBIT
45
PENGAD 800-631-6989

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

a  Business _____    b  Commuting (see instructions) _____    c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | | |
|---|---|---|
| BUSINESS PHONE | 175X11 | 1,925. |
| CELL PHONE | 75X12 | 900. |
| FAX LINE | 76X12 | 912. |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . | 48 | 3,737. |

1040-Sch C (2007)    FDC-2V 1.9    Schedule C (Form 1040) 2007
Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

Supporting Schedules                                                    2007

Name: EMILY C JACKSON                                       SSN: ██████████

--------------------------------------------------------------------------

SCHEDULE C ████████████████████████
LINE 6 - OTHER INCOME
Description                                                          Amount

--------------------------------------------------------------------------

PLAINTIFF'S
EXHIBIT
46

OPM                                                                  2,972
SSDI                                                                 20,484
                                                                 -----------
     TOTAL                                                          23,456

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )        CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

PLAINTIFF'S
EXHIBIT
47

## Employment Searches 2006

1. Warren & Company, Management Consultant,05-30
2. Montgomery Advertiser, Staffing Coordinator, 05-31
3. OSI Strategic Receivables Outsourcing, Recruiter, 06-05
4. Troy University, Adjunct Professor, 06-12
5. YMCA, Business Manager, 06-12
6. Walker Personnel, Human Resource Manager, 07-07
7. Strategic Placement Services, Human Resource Manager, 07-06
8. Strategic Placement Services, Human Resource Manager, 07-10
9. Aspire Staffing, Inc., Human Resource Manager, 07-13
10. Best Choice Personnel, Human Resource Manager, 07-13
11. Career Personnel, Human Resource Manager, 07-13
12. Snelling Staffing Services, Human Resource Manager, 07-13
13. Cintas, Office Manager-Human Resources Manager, 07-15
14. Cintas, Production Supervisor, 07-17
15. Walker Personnel, Human Resource Manager, 07-19
16. Strategic Placement Services, Human Resource Manager, 07-19
17. Department of Justice Bureau of Prisons, Business Administrator, 07-22
18. State of Alabama Personnel Department, Bank Examiner IV, 07-27
19. State of Alabama Personnel Department, Bank Examiner IV, 07-27
20. State of Alabama Personnel Department, HR Program Specialist, 07-27
21. State of Alabama Personnel Department, HR Program Specialist, 07-27
22. State of Alabama Personnel Department, Youth Services Case Manager, 07-27
23. State of Alabama Personnel Department, Departmental Program Manager, 08-26
24. Lear Corporation, Human Resource Manager, 09-12

142

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )    CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

PLAINTIFF'S
EXHIBIT
48
PENGAD 800-631-9989

## Employment Searches 2007

1. Montgomery Association for Retarded Citizens, Adult Training Instructor, 02-27
2. Trenholm State Technical College, College Instructor, 03-07
3. Alabama Primary Health Association, Executive Director, 04-04
4. USA Government Jobs Resume Update/Job Search, 04-11
5. Alabama Job Link Resume Update/Job Search Objective 1, 04-13
6. Alabama Job Link Resume Update/Job Search Objective 2, 04-13
7. Alabama Job Link Resume Update/Job Search Objective 3, 04-13
8. Alabama Job Link Resume Update/Job Search Objective 4, 04-13
9. Alabama Job Link Resume Update/Job Search Objective 5, 04-13
10. Alabama Job Link Resume Update/Job Search Objective 6, 04-13
11. Department of Veterans Affairs, Chief Of Business Management Service, 04-18

215

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )     CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.

PLAINTIFF'S
EXHIBIT
49

## Self-Employment Potential Business Client Searches 2006

1. Troy University, Business And Management Consultant, 05-06
2. Superior Cleaning Services, Management Consultant, 06-06
3. Troy University, Business And Management Consultant, 06-08
4. Troy University, Business And Management Consultant, 06-27
5. Joyful Noize Gospel Café, Management Consultant, 06-30
6. U.S. Postal Service, Management Consultant & Trainer, 07-03
7. Dr. Thomas L. Wheeler, Management Consultant & Trainer, 07-03
8. OB-GYN & Associates, Management Consultant & Trainer, 07-03
9. Wal-Mart Super Center Atlanta Hwy, Management Consultant & Trainer, 07-03
10. City of Montgomery Mayor's Office, Management Consultant & Trainer, 07-03
11. Montgomery County Probate Office, Management Consultant & Trainer, 07-03
12. Montgomery Cancer Center, Management Consultant & Trainer, 07-03
13. Southern Orthopedic Specialists, Management Consultant & Trainer, 07-03
14. ID Specialists, Management Consultant & Trainer, 07-03
15. Dr. Lee L. Eaddy, MD, Management Consultant & Trainer, 07-03
16. Baptist East Hospital, Management Consultant & Trainer, 07-05
17. Baptist South Hospital, Management Consultant & Trainer, 07-05
18. Wal-Mart Super Center Eastern Blvd, Management Consultant & Trainer, 07-05
19. Parisian Eastdale Mall, Management Consultant & Trainer, 07-05
20. JC Penny, Management Consultant & Trainer, 07-05
21. Phil's Vinyl Repair, Management Consultant, 08-23
22. Primary Eyecare Associates, Management Consultant & Trainer 08-29
23. Montgomery County School District, Management Consultant & Trainer, 09-16
24. Saint James High School, Management Consultant & Trainer, 09-19
25. Pilgrim Rest Baptist Church, Management Consultant & Trainer, 09-19
26. AL Department of Rehab Services, Management Consultant & Trainer, 10-02
27. Montgomery Eye Physicians, Management Consultant & Trainer, 10-30
28. Montgomery County Probate Office, Management Consultant & Trainer, 10-30
29. Institute For Total Eye Care, PC, Management Consultant & Trainer, 10-30

283

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )        CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

PLAINTIFF'S
EXHIBIT
50
PENGAD 800-631-6989

## Self-Employment Potential Business Client Searches 2006

30. PCI Gamming, Inc., Management Consultant & Trainer, 10-31
31. VA Vocational Rehabilitation, Management Consultant & Trainer, 11-14
32. Montgomery Eyecare Physicians, Management Consultant & Trainer, 12-06

*Emily C. Jackson*

284

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
          Plaintiff                  )
                                     )
v.                                   )          CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
          Defendant.

PLAINTIFF'S
EXHIBIT
51

## Self-Employment Potential Business Client Searches 2007

1. Barnhill's Buffet, Management Consultant & Trainer, 02-15
2. Ryan's Family Steak House Inc, Management Consultant & Trainer, 02-15
3. Shoney's Buffet, Management Consultant & Trainer, 02-15
4. Whittington, Moore, & Kouri, PC, Management Consultant & Trainer, 03-15
5. Southern Orthopaedic Surgeons, Management Consultant & Trainer, 03-15
6. Radiology Group, PA, Management Consultant & Trainer, 03-15
7. Professional Pediatrics, PA, Management Consultant & Trainer, 03-15
8. Plastic Surgery Associates of Montgomery, PC, Management Consultants, 03-15
9. Physicians For Women, Management Consultant & Trainer, 03-15
10. Montgomery Radiology Associates, Management Consultant & Trainer, 03-15
11. Montgomery Otolaryngology, Management Consultant & Trainer, 03-15
12. Montgomery Eye Care Associates, Management Consultant & Trainer, 03-15
13. Alabama Orthopaedic Specialist, PA, Management Consultant & Trainer, 03-15
14. Central Alabama Urology Associates, Management Consultant & Trainer, 03-15
15. 20/20 Ophthalmic Associates, PC, Management Consultant & Trainer, 03-15
16. Alabama Family Practice PC, Management Consultant & Trainer, 03-17
17. Southern Cardiology Consultants, PC, Management Consultant & Trainer, 03-17
18. Alabama Pathology Associates, PC, Management Consultant & Trainer, 03-17
19. Central Alabama OB GYN Associates, Management Consultant & Trainer, 03-17
20. Montgomery Allergy & Asthma Assc, Management Consultant & Trainer, 03-17
21. Montgomery Family Medicine, Management Consultant & Trainer, 03-17
22. Montgomery Women's Health Assc, Management Consultant & Trainer, 03-17
23. Partners In Pediatrics, Management Consultant & Trainer, 03-17
24. Primary Care Internists of Montgomery, Management Consultant& Trainer, 03-17
25. Renal Associates of Montgomery, PC, Management Consultant & Trainer, 03-17
26. Goodwill Industries, CA Inc., Management Consultant & Trainer, 04-27
27. Montgomery Community Action, Management Consultant & Trainer, 04-27
28. Montgomery Area Services MR, Management Consultant & Trainer, 04-27
29. Youngblood Youth Development Services, Management Consultant, 06-05

355

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                    )
                                     )
        Plaintiff                    )
                                     )
v.                                   )      CIVIL ACTION NO. 2:07cv315-ME
                                     )
EASTER SEALS OF                      )
CENTRAL ALABAMA,                     )
                                     )
        Defendant.                   )

PLAINTIFF'S
EXHIBIT
52
PENGAD 800-631-6989

## Self-Employment Potential Business Client Searches 2007

30. JCCEO Head Start Program, Management Consultant & Trainer, 06-11
31. Mobile Community Action, Inc., Management Consultant & Trainer, 06-15
32. CAPN, Inc., Management Consultant & Trainer, 06-15
33. Alabama State University Business Plan Competition Receipt, 07-09
34. Montgomery Community Action, Management Consultant & Trainer, 07-13
35. Dallas-Selma Head Start, Management Consultant & Trainer, 07-16
36. Elmore-Autauga Head Start, Management Consultant & Trainer, 07-16
37. OCA Head Start, Management Consultant & Trainer, 07-16
38. ACHR Child Development, Management Consultant & Trainer, 07-16
39. Russell Corporation, Management Consultant & Trainer, 07-18
40. OSDBU Washington, Management Consultant & Trainer, 07-18
41. City of Montgomery Mayor's Office, Management Consultant & Trainer, 07-22
42. Montgomery County Probate Office, Management Consultant & Trainer, 07-22
43. Hilton Garden Inn, Management Consultant & Trainer, 08-09
44. Embassy Suites Hotel, Management Consultant & Trainer, 08-09
45. Alabama Office of the Governor, Management Consultant & Trainer, 08-10
46. Wal-Mart Chantilly, Management Consultant & Trainer, 08-14
47. Wal-Mart Wetumpka, Management Consultant & Trainer, 08-14
48. Wal-Mart Troy, Management Consultant & Trainer, 08-14
49. Wal-Mart Pratville, Management Consultant & Trainer, 08-14
50. Wal-Mart Millbrook, Management Consultant & Trainer, 08-14
51. Wal-Mart Eastern Boulevard, Management Consultant & Trainer, 08-14
52. Wal-Mart Brundidge, Management Consultant & Trainer, 08-14
53. Wal-Mart Ann Street, Management Consultant & Trainer, 08-14
54. Wal-Mart Atlanta Hwy, Management Consultant & Trainer, 08-14
55. Wal-Mart Stores, Inc., Bentonville, Management Consultant & Trainer, 08-17
56. Wal-Mart Wetumpka, Management Consultant & Trainer, 08-20
57. Sam's Club Eastern Boulevard, Management Consultant & Trainer, 08-20
58. Wal-Mart Eastern Boulevard, Management Consultant & Trainer, 08-20

356

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMILY C. JACKSON,                      )
                                       )
          Plaintiff                    )
                                       )
v.                                     )     CIVIL ACTION NO. 2:07cv315-ME
                                       )
EASTER SEALS OF                        )
CENTRAL ALABAMA,                       )
                                       )
          Defendant.                   )

PLAINTIFF'S
EXHIBIT
53

## Self-Employment Potential Business Client Searches 2007

59. BMW of Montgomery, Management Consultant & Trainer, 08-20
60. Compass Bank, Management Consultant & Trainer, 09-12
61. First Klass Renovations, Management Consultant & Trainer, 09-12
62. First Tuskegee Bank, Management Consultant & Trainer, 09-12
63. Montgomery AIDS Outreach, Management Consultant & Trainer, 09-12
64. Sadie's Global Travel LTD, Management Consultant & Trainer, 09-12
65. Young House Restaurant, Management Consultant & Trainer, 09-12
66. Wal-Mart Stores, Inc, Management Consultant & Trainer, 09-13
67. VA OSBDU, Management Consultant & Trainer, 09-13
68. Enterprise Rental, Management Consultant & Trainer, 09-13
69. JCCEO Head Start Program, Management Consultant & Trainer, 09-13
70. Mobile Community Action, Management Consultant & Trainer, 09-13
71. CAPNA, Inc, Management Consultant & Trainer, 09-13
72. Elmore-Autauga Head Start, Management Consultant & Trainer, 09-13
73. Tuskegee-Macon, Management Consultant & Trainer, 09-13
74. ACHR Child Development, Management Consultant & Trainer, 09-14
75. Mobile Community Action, Management Consultant & Trainer, 09-14
76. Organized Community Action, Management Consultant & Trainer, 09-14
77. Mobile Community Action, Management Consultant & Trainer, 09-17
78. Julia Tutwiler, Management Consultant & Trainer, 09-24

357