IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07cv315-MEF |
| | ) |
| EASTER SEALS CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION
## FOR COMPLETE SUMMARY JUDGMENT

COMES NOW Defendant Easter Seals Central Alabama ("Easter Seals" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court to enter judgment in favor of Easter Seals on Plaintiff's remaining claims of discrimination based on the undisputed material facts set forth in the brief filed contemporaneously herewith. More particularly, Easter Seals states the following:

1. The sole remaining issue in this matter is whether Easter Seals' decision to contract with an independent contractor for the six-month extension period was motivated by Plaintiff's race or gender in violation of Title VII.

2. Easter Seals is entitled to summary judgment because, although Plaintiff was aware of the vacant position, she never applied for it or otherwise expressed any interest in it—a required element of Plaintiff's *prima facie* discrimination claim.

3. Further, even if Plaintiff could prove her *prima facie* case, Easter Seals is still entitled to summary judgment because Plaintiff has failed entirely to submit evidence to rebut Easter Seals' legitimate, non-discriminatory reasons for its decision to contract with an independent contractor for the extension period or to prove those reasons were pretextual.

4. Finally, Plaintiff has failed to offer any direct or circumstantial evidence of racial or gender animus or intentional race or gender discrimination with regard to her claims.

5. Easter Seals relies on the following in support of its Motion for Complete Summary Judgment:

    a. Excerpts of the Deposition of Plaintiff Emily C. Jackson, and Exhibits attached thereto;

    b. Excerpts of the Deposition of Cassandra Cooper;

    c. Declaration of Debbie Lynn, and Exhibits attached thereto;

    d. Declaration of Susan McKim, and Exhibits attached thereto; and

e.   Easter Seals' Brief in Support of Its Motion for Complete Summary Judgment.

WHEREFORE, premises considered, Defendant Easter Seals Central Alabama respectfully moves this Honorable Court to enter summary judgment in its favor.

Respectfully submitted,

/s/ Robin A. Adams
Stephen E. Brown
Robin A. Adams
Attorneys for Defendant,
Easter Seals Central Alabama

OF COUNSEL:
Maynard, Cooper & Gale, PC
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 254-1000
(205) 254-1999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic filing and by U.S. Mail, postage prepaid and properly addressed, on this 29th day of February, 2008, to:

Emily C. Jackson
605 Wesley Drive
Montgomery, Al. 36111

/s/ Robin A. Adams
OF COUNSEL