IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

*Stamp: 2008 MAR -6 P 1:22 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## AFFIDAVIT FOR MOTION FOR SUMMARY JUDGMENT

I, the undersigned, Emily C. Jackson, hereby affirm that the pleadings in my February 28, 2008 Motion For Summary Judgment, which included the Main Document of 22 Pages and the Exhibits of 53 Pages, are true and correct based on my personal knowledge.

My name is Emily C. Jackson. I am over the age of twenty-one, I am of sound mind, and I am qualified to affirm my pleadings in the foregoing document. I understand that this affidavit is being attached to my February 28, 2008 Motion For Summary Judgment in connection with a lawsuit that I, Emily C. Jackson ("Plaintiff"), filed against Easter Seals Of Central Alabama ("Defendant" or "Easter Seals").

I declare under penalty of perjury that the pleadings in my February 28, 2008 Motion For Summary Judgment are true and correct based on my personal knowledge.

Dated this 6th day of March, 2008.

*Signature: Emily C. Jackson*
Emily C. Jackson, Pro Se

*Notary signature: Betty M. Royal*
*Expires 6/17/09*

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 6<u>th</u> day of March 2008 that the information contained in the foregoing is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se