IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT FOR MOTION TO CORRECT A WORD IN A SENTENCE**

I, the undersigned, Emily C. Jackson, hereby affirm that the pleadings in my March 3, 2008 Motion To Correct A Word In A Sentence, which included the Main Document of 2 Pages and the Corrected Document of 7 Pages, are true and correct based on my personal knowledge.

My name is Emily C. Jackson. I am over the age of twenty-one, I am of sound mind, and I am qualified to affirm my pleadings in the foregoing document. I understand that this affidavit is being attached to my March 3, 2008 Motion To Correct A Word In A Sentence in connection with a lawsuit that I, Emily C. Jackson ("Plaintiff"), filed against Easter Seals Of Central Alabama ("Defendant" or "Easter Seals").

I declare under penalty of perjury that the pleadings in my March 3, 2008 Motion To Correct A Word In A Sentence are true and correct based on my personal knowledge. Dated this 6th day of March, 2008.

Emily C. Jackson, Pro Se

Betty M. Royal
Expires 6/17/09

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 6<u>th</u> day of March 2008 that the information contained in the foregoing is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se