IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the March 3, 2008, motion to correct grammatical errors (doc. # 89) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 17th day of March, 2008.


                                   /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE