IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 19 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 2:07cv315-MEF |
| EASTER SEALS OF CENTRAL ALABAMA, | ) |
| Defendant. | ) |

**AFFIDAVIT SUPPLEMENT TO**
**SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Emily C. Jackson, the plaintiff, in the above-captioned case, and files this affidavit supplement pursuant to Rule 56(e), <u>Federal Rules of Civil Procedure</u>, which was not referenced in the affidavit filed on March 6, 2008:

When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of his pleading, but his response, by affidavits or as otherwise provided for in this rule, must set forth specific facts showing that there is a genuine issue for trial.

I, the undersigned, Emily C. Jackson, hereby affirm that the pleadings that I filed in my February 29, 2008 Supplement To Motion For Summary Judgment, which included the Main Document of 7 Pages, and the Exhibits of 13 Pages, are true and correct based on my personal knowledge.

My name is Emily C. Jackson. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this affidavit. I understand that this affidavit is being attached to my February 29, 2008 Supplement To Motion For Summary Judgment in connection with a lawsuit that I, Emily C. Jackson, (Plaintiff), filed against Easter Seals Of Central Alabama ("Defendant" or "Easter Seals").

I affirm under penalty of perjury that the pleadings in my February 29, 2008 Supplement To Motion For Summary Judgment are true and correct based on my personal knowledge. Dated this 19th day of March, 2008.

*Emily C. Jackson*
Emily C. Jackson, Pro Se


*Freida D Guthrie*
Expires 10-1-11

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 19th day of March 2008 that the information contained in the foregoing is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Regular Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se