IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv315-MEF |
| | ) |
| EASTER SEALS OF | ) |
| CENTRAL ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR COMPLETE SUMMARY JUDGMENT**

COMES NOW, Emily C. Jackson, the plaintiff, in the above-captioned case, pursuant to Rule 56(e), Federal Rules of Civil Procedure, and files this affidavit in support of plaintiff's opposition to the defendant's motion for complete summary judgment:

When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of his pleading, but his response, by affidavits or as otherwise provided for in this rule, must set forth specific facts showing that there is a genuine issue for trial.

I, the undersigned, Cassandra B. Gray, hereby, affirm that the following is true and correct based on my personal knowledge:

1. My name is Cassandra B. Gray.

2. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this affidavit.

3. I understand that this affidavit is being submitted in connection with a lawsuit that Emily C. Jackson, ("Plaintiff"), filed against Easter Seals of Central Alabama ("Defendant" or "Easter Seals").

4. I am currently employed and working as a receptionist at Easter Seals Central Alabama located at 2125 E. South Boulevard, Montgomery, Alabama 36116. I started working for Easter Seals on November 19, 2002.

5. Eileen Bennett, former Administrative Assistant, was my supervisor until she retired.

6. I affirm that, since the beginning of my employment, Easter Seals has posted job vacancies outside of the Administrative Assistant's Office on a bulletin board. I have observed several job vacancies posted on this bulletin board. They were Office Technology Instructor, CNA Nurses Instructor, Accounts Receivable & Payable Clerk, Job Placement Specialist, Business And Finance Director, and Administrator.

7. I affirm that the Micro Enterprise Specialist position was never posted on this bulletin board after Cassandra Cooper submitted her letter of resignation and after she resigned.

8. I also affirm that Mr. Larry Lewis posted job vacancies on the Alabama Job Link Website. I remember applicants calling in and asking about job openings. Some of the applicants stated that they saw job openings on the website.

9. I further affirm that when Emily Jackson called Easter Seals back in October of 2006, I told her that Mr. Haynes was working in the Micro Enterprise Program.

10. I have a family with two children to take care of and I need my job. I

don't want to be fired for doing what is right by telling the truth.

I affirm under penalty of perjury the foregoing to be true and correct.

Dated this 19th day of March, 2008.

*Cassandra B Gray* (signature)

Cassandra B. Gray



# ACKNOWLEDGMENT NOTARY FORM

STATE OF ALABAMA

COUNTY OF   MONTGOMERY

ON  MARCH 19,2008           ,  CASSANDRA B GRAY
        DATE                                           NAME

PERSONALLY APPEARED BEFORE ME,

_____ WHO IS PERSONALLY KNOWN TO ME

   X      WHOSE IDENTITY I PROVED ON THE BASIS OF     ALDL

_____ WHOSE IDENTITY I PROVED ON THE OATH/AFFIRMATION OF

_____ , A CREDIBLE WITNESS.

TO BE THE SIGNER OF THE ABOVE INSTRUMENT, AND HE/SHE ACKNOWLEDGED THAT HE/SHE SIGNED IT.

_____
              NOTARY PUBLIC

INSTRUMENT IS A
AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION
FOR COMPLETE SUMMARY JUDGEMENT

My Commission Expires 4-27-2010
COMMISSION EXPIRATION DATE

(SEAL)

MFCU # 153(R.03/95)

4

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certification of Service

I, Emily C. Jackson, do hereby certify on this 19th day of March 2008 that the information contained in the foregoing is accurate and true to the best of my abilities, and that I have submitted a copy of this document by the United States Postal Service Priority Mail to the following:

Robin A. Adams, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se