IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE**

COMES NOW, Emily C. Jackson, the plaintiff in the above captioned case, and files this motion for leave to file regarding her medical information. Plaintiff is grieved that the medical information, which is protected by the Court's Consensual Protective Order, appears on four pages of documents filed by the defendant. Plaintiff has identified and submitted these documents as Exhibit A in the Evidence Under Seal Envelop. Plaintiff has also notified the defendant through defense counsels about this matter and the defendant does not object to this motion for leave to file. Therefore, plaintiff pleads with this Honorable Court to seal these documents identified in Exhibit A because they contain her sensitive medical information which she does not want accessible to the public.

*Emily C. Jackson*
Emily C. Jackson, Pro Se

Enclosure: Exhibit A- Evidence Under Seal

Emily C. Jackson

605 Wesley Drive

Montgomery, AL 36111

(334) 288-4675

## Certificate of Service

I, Emily C. Jackson, do hereby certify on this 23th day of May 2008 that the pleadings in the foregoing are accurate and true to the best of my abilities, and that I have submitted a copy of this document to the U. S. District Court For The Middle District Of Alabama, and to the following by facsimile No. (205) 254-1999:

Robin A. Adams, Esq.
One of the Attorneys For
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Stephen E. Brown, Esq.
One of the Attorneys For
Easter Seals Central Alabama
Maynard, Cooper & Gale PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

*Emily C. Jackson*
Emily C. Jackson, Pro Se