IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY C. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv315-MEF |
| ) | |
| EASTER SEALS OF ) | |
| CENTRAL ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 23, 2008, the plaintiff filed a motion for leave to file medical documentation under seal, in which she indicates defense counsel does not object to the filing of the submitted evidence under seal. (Doc. # 106.)   Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 27th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE