IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER |
| ) | 2:07cv315-MEF |
| EASTER SEALS CENTRAL ALABAMA,) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties appearing below stipulate that all claims of the Plaintiff in the above-styled action are dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

_/s/ Robin A. Adams_
Robin A. Adams
One of the Attorneys for Defendant
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

_/s/ Emily C. Jackson_
Emily C. Jackson
Plaintiff
605 Wesley Drive
Montgomery, Al. 36111